UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

WILKES-BARRE DIVISION

| | | |
|---|---|---|
| In re: | § | |
| Pottsville Internists Associates, Inc. | § | Case No. 17-00641 |
| | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

William G. Schwab, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $128,510.00 (Without deducting any secured claims) | Assets Exempt: NA |
| Total Distributions to Claimants: $300,370.08 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: $666,426.18 | |

3) Total gross receipts of $966,796.26 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $966,796.26 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3** ) | $410,000.00 | $488,091.44 | $488,091.44 | $205,647.52 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | NA | $82,558.43 | $666,426.18 | $666,426.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7** ) | $819,917.00 | $2,196,099.96 | $1,971,475.35 | $94,722.56 |
| **TOTAL DISBURSEMENTS** | $1,229,917.00 | $2,766,749.83 | $3,125,992.97 | $966,796.26 |

4) This case was originally filed under chapter 7 on 02/20/2017. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.** The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :  06/21/2019        By :   /s/ William G. Schwab

                                Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| REFUND - GIVEN IMAGING, INC.FOR PRE-PETITION ACCT | 1121-000 | $5,000.00 |
| Accounts Receivable | 1121-000 | $227,054.07 |
| Riverview Bank Checking 3610 | 1129-000 | $1,289.45 |
| Wells Fargo Bank Checking 1809 | 1129-000 | $34,116.74 |
| Wells Fargo Bank Savings 7188 | 1129-000 | $6,396.06 |
| 2005 Dodge Van | 1129-000 | $8,000.00 |
| BB&T Checking 4004 | 1149-000 | $37,083.07 |
| PHOTOCOPYING | 1229-000 | $558.86 |
| PERSONAL PROPERTY | 1229-000 | $70,652.00 |
| OVER-PAYMENT OF 401(K) FUNDS | 1229-000 | $27,089.68 |
| Refund-Prepaid Software by Debtor | 1229-000 | $295.84 |
| Pre-Filing Insurance Refund | 1249-000 | $14,027.00 |
| CLASS ACTION SETTLEMENTS (UNSCHEDULED) | 1249-000 | $17,365.62 |
| Claims vs. Officers and Directors | 1249-000 | $430,075.00 |
| Valley Kidney Claim | 1249-000 | $65,000.00 |
| Resale of Comcast Services to LVHN | 1290-000 | $18,199.81 |
| MEDICAL RECORDS | 1290-000 | $4,593.06 |
| **TOTAL GROSS RECEIPTS** | | $966,796.26 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00009 | BB&T | 4210-000 | NA | $411,556.11 | $411,556.11 | $205,647.52 |
| 00022 | Marlin Business Bank | 4210-000 | NA | $47,194.17 | $47,194.17 | $0.00 |
| 00023 | Marlin Business Bank | 4210-000 | NA | $10,830.69 | $10,830.69 | $0.00 |
| 00025 | Wells Fargo Vendor Financial | 4210-000 | NA | $18,510.47 | $18,510.47 | $0.00 |
| | BB&T | | $410,000.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | $410,000.00 | $488,091.44 | $488,091.44 | $205,647.52 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HOUSER AUCTIONEERS | 3610-000 | NA | $0.00 | $800.00 | $800.00 |
| HOUSER AUCTIONEERS | 3620-000 | NA | $0.00 | $225.00 | $225.00 |
| JOB CONNECTION | 2990-000 | NA | $0.00 | $333,697.20 | $333,697.20 |
| PENN KASHAR | 2990-000 | NA | $0.00 | $774.86 | $774.86 |
| TRUSTEE INSURANCE AGENCY | 2990-000 | NA | $0.00 | $2,801.00 | $2,801.00 |
| US POSTMASTER | 2990-000 | NA | $0.00 | $1,374.44 | $1,374.44 |
| REPUBLICAN HERALD | 2990-000 | NA | $0.00 | $1,245.00 | $1,245.00 |
| STAPLES | 2990-000 | NA | $0.00 | $4,607.28 | $4,607.28 |
| Lehigh Valley Physicians Group- | 2990-000 | NA | $0.00 | $26,500.00 | $26,500.00 |
| William G. Schwab and Associates | 3110-000 | NA | $0.00 | $120,871.50 | $120,871.50 |
| William G. Schwab and Associates- | 3120-000 | NA | $0.00 | $2,270.29 | $2,270.29 |
| FEGLEY & ASSOCIATES, P.C. | 3410-000 | NA | $0.00 | $6,211.25 | $6,211.25 |
| WILLIAM G. SCHWAB, EXPENSES | 2200-000 | NA | $0.00 | $34,306.84 | $34,306.84 |
| COMCAST-ADM | 2990-000 | NA | $0.00 | $21,283.57 | $21,283.57 |
| UPS | 2990-000 | NA | $0.00 | $416.21 | $416.21 |
| CARD SERVICES | 2990-000 | NA | $0.00 | $2,551.97 | $2,551.97 |
| BUSINESS CARD SERVICES | 2990-000 | NA | $0.00 | $804.90 | $804.90 |
| TROPP CONTRACTING | 2990-000 | NA | $0.00 | $1,272.00 | $1,272.00 |
| GREENWAY | 2990-000 | NA | $0.00 | $2,769.24 | $2,769.24 |

UST Form 101-7-TDR (10/1/2010) (Page: 4)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| W.B.MASON CO INC. | 2990-000 | NA | $0.00 | $32.85 | $32.85 |
| DIRECT ENERGY BUSINESS | 2990-000 | NA | $0.00 | $3,848.46 | $3,848.46 |
| PPL ELECTRIC UTILITIES | 2990-000 | NA | $0.00 | $301.14 | $301.14 |
| William G. Schwab, Trustee | 2100-000 | NA | $51,578.79 | $51,578.79 | $51,578.79 |
| US POSTAL SERVICE | 2990-000 | NA | $0.00 | $274.00 | $274.00 |
| KURTZMAN STEADY, LLC | 3210-600 | NA | $0.00 | $14,472.00 | $14,472.00 |
| KURTZMAN STEADY, LLC | 3220-610 | NA | $0.00 | $156.75 | $156.75 |
| CLERK'S OFFICE | 2700-000 | NA | $1,050.00 | $1,050.00 | $1,050.00 |
| BARCLAYS | 2990-000 | NA | $331.47 | $331.47 | $331.47 |
| DENA M. KISTLER, NOTARY | 2990-000 | NA | $5.00 | $5.00 | $5.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $254.38 | $254.38 | $254.38 |
| JOB CONNECTION SERVICES, INC. | 2990-000 | NA | $7,313.80 | $7,313.80 | $7,313.80 |
| MICHAEL MCGINTY | 2990-000 | NA | $63.59 | $63.59 | $63.59 |
| MS. MARILYN HOMA | 2990-000 | NA | $4.97 | $4.97 | $4.97 |
| REPUBLICAN HERALD | 2990-000 | NA | $712.00 | $712.00 | $712.00 |
| SHRED-IT USA | 2990-000 | NA | $16,643.51 | $16,643.51 | $16,643.51 |
| Texas Capital Bank | 2600-000 | NA | $4,572.43 | $4,572.43 | $4,572.43 |
| US POSTMASTER | 2990-000 | NA | $28.49 | $28.49 | $28.49 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $82,558.43 | $666,426.18 | $666,426.18 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 5)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00037 | TriZetto Provider Solutions 3300 | 7200-000 | NA | $2,500.59 | $2,500.59 | $0.00 |
| 00036 | HENRY SCHEIN INC | 7200-000 | NA | $45,812.03 | $45,812.03 | $0.00 |
| 00035 | Gubbi Ranganath, MD | 7100-000 | NA | $40,363.29 | $40,363.29 | $0.00 |
| 00034 | Yashoda Rao, MD | 7100-000 | NA | $34,000.00 | $34,000.00 | $0.00 |
| 00033 | Tariq Hafiz | 7100-000 | NA | $19,000.00 | $19,000.00 | $0.00 |
| 00032 | Capital BlueCross c/o Stephen J. | 7200-000 | NA | $1,834.10 | $1,834.10 | $0.00 |
| 00031A | Schuylkill Holdings Limited | 7100-000 | NA | $36,397.43 | $36,397.43 | $0.00 |
| 00031 | Schuylkill Holdings Limited | 7100-000 | NA | $36,397.43 | $36,397.43 | $0.00 |
| 00030 | Marshall, Bohorad, Thornburg, | 7100-000 | NA | $6,602.00 | $6,602.00 | $3,743.09 |
| 00029 | Tariq Hafiz, MD | 7100-000 | NA | $19,000.00 | $19,000.00 | $0.00 |
| 00028 | Medical Plaza Partners | 7100-000 | NA | $39,529.20 | $39,529.20 | $0.00 |
| 00027 | Greenway Medical Technologies | 7100-000 | NA | $16,892.15 | $16,892.15 | $9,577.57 |
| 00026 | Muhammad Munir, MD | 7100-000 | NA | $1,000,000.00 | $1,000,000.00 | $0.00 |
| 00024 | Cardinal Health 108, LLC c/o | 7100-000 | NA | $46,837.63 | $46,837.63 | $26,556.17 |
| 00021 | Ogden Directories Inc. d/b/a EZ | 7100-000 | NA | $6,600.00 | $6,600.00 | $3,742.09 |
| 00020 | U.S. Bank, N.A. dba U.S. Bank | 7100-000 | NA | $13,917.49 | $13,917.49 | $7,890.99 |
| 00019 | Schuylkill Holdings Limited | 7100-000 | NA | $281,179.44 | $281,179.44 | $0.00 |
| 00018A | Carol Miller-Schaeffer, MD | 7100-000 | NA | $12,850.00 | $12,850.00 | $0.00 |
| 00018 | Carol Miller-Schaeffer, MD | 7100-000 | NA | $12,850.00 | $12,850.00 | $0.00 |
| 00017 | Maqsood A. Malik | 7100-000 | NA | $125,622.00 | $31,404.73 | $0.00 |
| 00016 | Denis M. Bane | 7100-000 | NA | $147,875.00 | $17,467.66 | $9,903.88 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00015 | McKesson Specialty Care Dist. | 7100-000 | NA | $7,774.22 | $7,774.22 | $4,407.86 |
| 00014 | VaxServe Inc. | 7100-000 | NA | $11,296.94 | $11,296.94 | $0.00 |
| 00013 | Pottsville Internists Associates | 7100-000 | NA | $11,296.94 | $11,296.94 | $0.00 |
| 00012 | Penn Kashar | 7100-000 | NA | $131.59 | $131.59 | $74.61 |
| 00011 | Bob's Auto Servicenter | 7100-000 | NA | $3,815.00 | $3,815.00 | $2,163.04 |
| 00010 | Ward's Cleaning Service | 7100-000 | NA | $2,252.50 | $2,252.50 | $1,277.13 |
| 00008 | Medical Plaza Partners | 7100-000 | NA | $69,176.00 | $69,176.00 | $0.00 |
| 00007 | George W Heffner Jr !017 | 7100-000 | NA | $12,850.00 | $12,850.00 | $0.00 |
| 00006 | Pottsville Internists Associates, | 7100-000 | NA | $69,176.00 | $69,176.00 | $0.00 |
| 00005 | Kimberly Hashin, MD | 7100-000 | NA | $12,850.00 | $12,850.00 | $0.00 |
| 00004 | BC Technical, Inc. | 7100-000 | NA | $9,498.50 | $9,498.50 | $0.00 |
| 00003 | GlaxoSmithKline | 7100-000 | NA | $9,609.27 | $9,609.27 | $5,448.30 |
| 00002 | Laurie Faust | 7100-000 | NA | $3,760.00 | $3,760.00 | $2,131.86 |
| 00001 | Pottsville Internists Associates, | 7100-000 | NA | $8,747.25 | $8,747.25 | $0.00 |
|  | Allen Maxwell & Silver |  | $45,812.03 | NA | NA | $0.00 |
|  | Allergan USA. Inc. |  | $5,211.00 | NA | NA | $0.00 |
|  | Amrit P. Narula, MD |  | NA | NA | NA | $0.00 |
|  | BC Technical Inc. |  | $9,136.14 | NA | NA | $0.00 |
|  | Cardinal Health |  | $6,260.78 | NA | NA | $0.00 |
|  | Denis M. Bane, MD |  | $147,875.00 | NA | NA | $0.00 |
|  | EZToUse.com |  | NA | NA | NA | $0.00 |
|  | GlaxoSmithKline |  | $9,609.27 | NA | NA | $0.00 |
|  | Horiba Financial Services |  | $4,622.10 | NA | NA | $0.00 |
|  | Horiba Financial Services |  | $15,752.35 | NA | NA | $0.00 |
|  | Maqsood A. Malik | 7100-000 | NA | $17,805.97 | $17,805.97 | $17,805.97 |
|  | Maqsood Malik, MD |  | $120,600.00 | NA | NA | $0.00 |
|  | Marlin Business Bank |  | NA | NA | NA | $0.00 |
|  | McKesson Specialty Care Dist. |  | $7,578.52 | NA | NA | $0.00 |

EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Medical Plaza Partners | | $59,293.80 | NA | NA | $0.00 |
| | Metro Medical Supply, Inc. | | $46,837.63 | NA | NA | $0.00 |
| | Mohammad Munir, MD | | NA | NA | NA | $0.00 |
| | Pitney Bowes Global Fin Svs LLC | | NA | NA | NA | $0.00 |
| | Riffat Akhtar, MD | | $63,000.00 | NA | NA | $0.00 |
| | Schuylkill Holdings LLP | | NA | NA | NA | $0.00 |
| | Schuylkll Holdings, LP | | $261,179.44 | NA | NA | $0.00 |
| | Siemens Medical Solutions USA, | | NA | NA | NA | $0.00 |
| | Stericycle, Inc. | | NA | NA | NA | $0.00 |
| | Thomas J. Campion, Jr., CPA, Esq. | | $5,837.00 | NA | NA | $0.00 |
| | VaxServe Inc. | | $11,311.94 | NA | NA | $0.00 |
| | Wells Fargo Bank, N.A. | | NA | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $819,917.00 | $2,196,099.96 | $1,971,475.35 | $94,722.56 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: **17-00641**                    Judge: **Robert N. Opel II**                    Trustee Name: **William G. Schwab**

Case Name: **Pottsville Internists Associates, Inc.**                    Date Filed (f) or Converted (c): **02/20/2017 (f)**

341(a) Meeting Date: **03/28/2017**

For Period Ending: **06/21/2019**                    Claims Bar Date: **06/11/2017**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned<br>OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | Accounts Receivable | 865,239.00 | 0.00 | | 227,054.07 | FA |
| 2. | Void (u) | 0.00 | 0.00 | | 0.00 | FA |
| 3. | Void (u) | 0.00 | 0.00 | | 0.00 | FA |
| 4. | Void (u) | 0.00 | 0.00 | | 0.00 | FA |
| 5. | BB&T Checking 4004 | 7,803.00 | 0.00 | | 37,083.07 | FA |
| 6. | BB&T Checking 5806 | 61,478.00 | 0.00 | | 0.00 | FA |
| 7. | BB&T Savings 9641 | 20,641.00 | 0.00 | | 0.00 | FA |
| 8. | Riverview Bank Checking 3610 | 14,601.00 | 0.00 | | 1,289.45 | FA |
| 9. | Wells Fargo Bank Checking 1809 | 82,774.00 | 0.00 | | 34,116.74 | FA |
| 10. | Wells Fargo Bank Savings 7188 | 6,395.00 | 0.00 | | 6,396.06 | FA |
| 11. | Office Furniture | 40,962.00 | 0.00 | | 0.00 | FA |
| 12. | Office Equipment and Furnishings | 5,429.00 | 0.00 | | 0.00 | FA |
| 13. | 2005 Dodge Van | 7,753.00 | 0.00 | | 8,000.00 | FA |
| 14. | WELLS FARGO BANK - PROFIT SHARING ACCOUNT (u) | 0.00 | 0.00 | | 0.00 | FA |
| 15. | PHOTOCOPYING (u) | 0.00 | 0.00 | | 558.86 | FA |
| 16. | Pre-Filing Insurance Refund (u) | 0.00 | 0.00 | | 14,027.00 | FA |
| 17. | MEDICAL RECORDS (u) | 0.00 | 0.00 | | 4,593.06 | FA |
| 18. | PERSONAL PROPERTY (u) | 0.00 | 0.00 | | 70,652.00 | FA |
| 19. | REFUND - GIVEN IMAGING, INC.FOR PRE-PETITION ACCT | 0.00 | 0.00 | | 5,000.00 | FA |
| 20. | Void (u) | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR (10/1/2010) (Page 9)                    **Exhibit 8**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: **17-00641**      Judge: **Robert N. Opel II**      Trustee Name: **William G. Schwab**
Case Name: **Pottsville Internists Associates, Inc.**      Date Filed (f) or Converted (c): **02/20/2017 (f)**
      341(a) Meeting Date: **03/28/2017**
For Period Ending: **06/21/2019**      Claims Bar Date: **06/11/2017**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 21.   CLASS ACTION SETTLEMENTS (UNSCHEDULED) (u) | 0.00 | 0.00 | | 17,365.62 | FA |
| 22.   REFUND - 401(k) FUNDS  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 23.   OVER-PAYMENT OF 401(K) FUNDS (u) | 0.00 | 0.00 | | 27,089.68 | FA |
| 24.   Claims vs. Officers and Directors (u) | 0.00 | 0.00 | | 430,075.00 | FA |
| 25.   Valley Kidney Claim (u) | 0.00 | 0.00 | | 65,000.00 | FA |
| 26.   Resale of Comcast Services to LVHN (u) | 0.00 | 0.00 | | 18,199.81 | FA |
| 27.   BOA CLASS ACTION SETTLEMENTS  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 28.   PENSION FUND TRANSFER (u) | 0.00 | 0.00 | | 0.00 | FA |
| 29.   DISTRIBUTION FROM FAIR FUND, INVESTMENT IN COUNTRYWIDE FINANCIAL CORP. (u) | 0.00 | 0.00 | | 0.00 | FA |
| 30.   void (u) | 0.00 | 0.00 | | 0.00 | FA |
| 31.   Refund-Prepaid Software by Debtor (u) | 0.00 | 295.84 | | 295.84 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| **TOTALS (Excluding Unknown Values)** | 1,113,075.00 | 295.84 | | 966,796.26 | 0.00 |

Re Prop. #6   **This is actually all accts receiveable via direct deposit and ACH**
Re Prop. #11   **reported under sale of asset 18**
Re Prop. #12   **Reported udner sale of Asset 18**
Re Prop. #21   **Stericycle and Other Class Actions**
Re Prop. #24   **Includes but not limited to Adversary # 17-0078; 17-0087; 17-0092; (Heffner, Narula, Hafiz, Schaeffer, Hasin, Mishra(2), Ranganath)**
Re Prop. #26   **Paid for services and repaid by third party.**

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**Exhibit 8**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

For Period Ending: **06/21/2019**

Judge: **Robert N. Opel II**

Trustee Name: **William G. Schwab**

Date Filed (f) or Converted (c): **02/20/2017 (f)**

341(a) Meeting Date: **03/28/2017**

Claims Bar Date: **06/11/2017**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**08-07-18- Case is Ready for TFR**

**6/30/17 -** Adversary cases settled resolving claim against principals of Pottsville for $300,000.00.. Sale motion to Lehigh Valley Physicians Group (Hospital), A/R collection, Additional funds due from bank ACH deposits to be collected, medical records being handled by temp employees which will keep case open for approximately one year to comply with duties to turnover records to patients, Notice to be sent to 45,000 patients when funds are available to cover the $35,000.00 cost to Cert of Service

Initial Projected Date of Final Report(TFR) : 12/31/2018        Current Projected Date of Final Report(TFR) : 12/31/2018

Trustee's Signature       /s/William G. Schwab                Date:   06/21/2019
William G. Schwab
811-1 Blakeslee Blvd Drive East
Lehighton, PA 18235
Phone : (610) 377-5200

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/23/2017 | [1] | GATEWAY HEALTH PLAN, INC 444 LIBERTY AVE SUITE 2100 PITTSBURGH, PA 15222 | ACCOUNTS RECEIVABLE | 1121-000 | 70.27 | | 70.27 |
| 02/23/2017 | [1] | CIGNA HEALTH AND LIFE INSURANCE CO P.O. BOX 30010 AUSTIN, TX 78755 | ACCOUNTS RECEIVABLE | 1121-000 | 39.28 | | 109.55 |
| 02/23/2017 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 26.44 | | 135.99 |
| 02/23/2017 | [1] | TEAM CARE SENIOR BENEFIT SERIES | ACCOUNTS RECEIVABLE | 1121-000 | 17.91 | | 153.90 |
| 02/23/2017 | [1] | TEAM CARE SENIOR BENEFIT SERIES | ACCOUNTS RECEIVABLE | 1121-000 | 45.24 | | 199.14 |
| 02/23/2017 | [1] | TRICARE BOX 7889 MADISON, WI 53707 | ACCOUNTS RECEIVABLE | 1121-000 | 1,428.03 | | 1,627.17 |
| 02/23/2017 | [1] | TRICARE BOX 7889 MADISON, WI 53707 | ACCOUNTS RECEIVABLE | 1121-000 | 203.38 | | 1,830.55 |
| 02/23/2017 | [1] | HORIZON BLUE CROSS- NJ P.O. BOX 420 NEWARK, NJ 07101 | ACCOUNTS RECEIVABLE | 1121-000 | 13.48 | | 1,844.03 |

Page Subtotals     1,844.03     0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**

For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/23/2017 | [1] | PLUMBERS & PIPEFITTERS LOCAL 520<br>P.O. BOX 6480<br>HARRISBURG, PA 17112 | ACCOUNTS RECEIVABLE | 1121-000 | 165.11 | | 2,009.14 |
| 02/23/2017 | [1] | CIGNA HEALTH AND LIFE INSURANCE CO<br>P.O. BOX 30010<br>AUSTIN, TX 78755 | ACCOUNTS RECEIVABLE | 1121-000 | 71.50 | | 2,080.64 |
| 02/23/2017 | [1] | DONEGAL INSURANCE GROUP | ACCOUNTS RECEIVABLE FOR WILLIAM KALYMUN | 1121-000 | 59.58 | | 2,140.22 |
| 02/23/2017 | [1] | ALLEGIANCE<br>CLAIMS TRUST ACCOUNT<br>P.O. BOX 3018<br>MISSOULA, MT 59806 | ACCOUNTS RECEIVABLE | 1121-000 | 8.44 | | 2,148.66 |
| 02/23/2017 | [1] | AMERIHEALTH CARITAS<br>NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 90.00 | | 2,238.66 |
| 02/23/2017 | [1] | TECHNOLOGY INSURANCE CO<br>P.O. BOX 740042<br>ATLANTA, GA 30374 | ACCOUNTS RECEIVABLE | 1121-000 | 54.28 | | 2,292.94 |
| 02/23/2017 | [1] | COMBINED INSURANCE CO.<br>P.O. BOX 14207<br>CLEARWATER, FL 33766 | ACCOUNTS RECEIVABLE | 1121-000 | 14.30 | | 2,307.24 |

| | | | | Page Subtotals | 463.21 | 0.00 | |

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/23/2017 | [1] | STATE FARM MUTUAL AUTO INSURANCE CO<br>HEALTH OPERATIONS CENTER EAST<br>NEWARK , OH 43058 | ACCOUNTS RECEIVABLE | 1121-000 | 71.50 | | 2,378.74 |
| 02/23/2017 | [1] | ANTHEM<br>P.O. BOX 70000<br>VAN NUYS, CA 91470 | ACCOUNTS RECEIVABLE | 1121-000 | 37.61 | | 2,416.35 |
| 02/23/2017 | [1] | UNITED HEALTH CARE SVS INC.<br>P.O. BOX 1459<br>MINNEAPOLIS, MN 55440 | ACCOUNTS RECEIVABLE | 1121-000 | 1.05 | | 2,417.40 |
| 02/23/2017 | [1] | JUDY SHEELER<br>413 PINE CREEK<br>BARNESVILLE, PA 18214 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 2,427.40 |
| 02/23/2017 | [1] | ALLEN NOLL<br>1499 RED DAL ROAD<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 2,477.40 |
| 02/23/2017 | [1] | KAREN SOROKACH<br>1131 W Norwegian St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 2.12 | | 2,479.52 |
| 02/23/2017 | [1] | KAREN ALTMAN<br>11103 Badger Peak<br>San Antonio, TX 78254 | ACCOUNTS RECEIVABLE | 1121-000 | 26.53 | | 2,506.05 |
| | | | Page Subtotals | | 198.81 | 0.00 | |

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No:** 17-00641

**Case Name:** Pottsville Internists Associates, Inc.

**Taxpayer ID No:** **-***9850

**For Period Ending:** 6/21/2019

**Trustee Name:** William G. Schwab

**Bank Name:** Texas Capital Bank

**Account Number/CD#:** ******1797 Checking Account

**Blanket bond (per case limit):** 10,000,000.00

**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/23/2017 | [1] | EDWARD YEAGER<br>16 Codorus Rd<br>Barnesville, PA 18214 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 2,526.05 |
| 02/23/2017 | [1] | EDWARD STINE<br>81 SPRING STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 22.37 | | 2,548.42 |
| 02/23/2017 | [1] | ROSEANNE MALINOSKI<br>308 WEST CHERRY STREE<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 2,558.42 |
| 02/23/2017 | [1] | SUSAN MARTIN<br>309 W. RACE STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 141.00 | | 2,699.42 |
| 02/23/2017 | [1] | KATHERINE REESE<br>129 AVENUE B<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 8.36 | | 2,707.78 |
| 02/23/2017 | [1] | THOMAS LOMBARDO<br>306 SOUTH WEST STREET<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 2,737.78 |
| 02/23/2017 | [1] | CATHERINE MILLER<br>407 N. FRONT STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 95.98 | | 2,833.76 |
| | | | Page Subtotals | | 327.71 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 15)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/23/2017 | [1] | CLAUDIA FRANZELIN<br>2037 WEST END AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 2,838.76 |
| 02/23/2017 | [1] | NANCY LECHLEITNER<br>320 Mauch Chunk St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 2,863.76 |
| 02/23/2017 | [1] | SUSAN KLINGER<br>414 W. CENTRE STREET<br>DONALDSON, PA 17981 | ACCOUNTS RECEIVABLE | 1121-000 | 6.23 | | 2,869.99 |
| 02/23/2017 | [1] | SHIRLEY O'HARA<br>191 COUNTRY HILL ROAD<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 2,874.99 |
| 02/23/2017 | [1] | JOSEPH BARNETSKY<br>382 RIDGE ROAD<br>BOX 363<br>CUMBOLA, PA 17930 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 2,899.99 |
| 02/23/2017 | [1] | DOROTHY REESE<br>1132 S ROUTE 183<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 60.78 | | 2,960.77 |
| 02/23/2017 | [1] | DOLORES HUGHES<br>14 E Lawton St<br>Saint Clair, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 78.52 | | 3,039.29 |
| | | | Page Subtotals | | 205.53 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 16)

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/23/2017 | [1] | CYNTHIA DONATI<br>101 RED OAK LANE<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 55.10 | | 3,094.39 |
| 02/23/2017 | [1] | JOHN FARBER<br>9 S SPENCER STREET<br>FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 70.83 | | 3,165.22 |
| 02/23/2017 | [1] | DENNIS BROWN<br>60 Dewalt Rd<br>Pine Grove, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 14.46 | | 3,179.68 |
| 02/23/2017 | [1] | PATRICIA KEHL<br>528 W. OAK STREET<br>FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 3,189.68 |
| 02/23/2017 | [1] | DENISE WEBBER<br>66 DEERFIELD DRIVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 88.50 | | 3,278.18 |
| 02/23/2017 | [1] | V L LAIRD<br>68 CRESTVIEW DRIVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 3,288.18 |
| 02/28/2017 | [1] | CHERYL MOYER<br>15 Renninger Ave<br>Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 24.98 | | 3,313.16 |

| | | | | Page Subtotals | 273.87 | 0.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 02/28/2017 | [1] | EDWARD CUNNINGHAM<br>819 WEST CENTER STREET<br>APT 301<br>ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 35.00 | | 3,348.16 |
| 02/28/2017 | [1] | MARIE ACHEY<br>321 HIDDEN VALLEY ROAD<br>PINE GROVE, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 3,353.16 |
| 02/28/2017 | [1] | MARY FANELLI<br>29 S. WHITE STREET<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 95.94 | | 3,449.10 |
| 02/28/2017 | [1] | SANDEE JURITSKO<br>305 EAST CENTER STREET<br>DONALDSON, PA 17981 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 3,459.10 |
| 02/28/2017 | [1] | DORIS ROSENBERGER<br>403 EAST MARKET STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 3,469.10 |
| 02/28/2017 | [1] | CYNTHIA JANOWSKI<br>914 LONG RUN ROAD<br>PINE GROVE, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 84.00 | | 3,553.10 |
| 02/28/2017 | [1] | JAQUELINE ANGELO<br>403 LAKE FRONT DRIVE<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 3,558.10 |
| | | | Page Subtotals | | 244.94 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 18)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/28/2017 | [1] | JOHN JOBREY<br>116 WEST BACON STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 45.00 | | 3,603.10 |
| 02/28/2017 | [1] | WILLIAM DAVIDSON<br>111 Mahantongo Dr<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 3,613.10 |
| 02/28/2017 | [1] | ROSEMARY MORAN<br>40 RIVER STREET<br>CRESSONA, PA 17920 | ACCOUNTS RECEIVABLE | 1121-000 | 50.04 | | 3,663.14 |
| 02/28/2017 | [1] | EDWARD CLANCEY<br>230 CHERRY STREET<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 32.77 | | 3,695.91 |
| 02/28/2017 | [1] | ERMA HORST<br>39 N Greenview Rd<br>Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 89.54 | | 3,785.45 |
| 02/28/2017 | [1] | TODD MARCH<br>1715 WEST END AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 58.92 | | 3,844.37 |
| 02/28/2017 | [1] | STEPHEN BOLUSKY<br>238 MAIN STREET<br>GILBERTON, PA 17934 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 3,869.37 |
| | | | Page Subtotals | | 311.27 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 19)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/28/2017 | [1] | LEO DEAN PERRONG<br>415 EAST NEW YORK STREET<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 95.98 | | 3,965.35 |
| 02/28/2017 | [1] | LINDA GALLO<br>523 Birds Hill Rd<br>Pine Grove, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 4,070.69 |
| 02/28/2017 | [1] | MARION DAVENPORT<br>235 S. SECOND STREET<br>FIRST FLOOR<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 4,176.03 |
| 02/28/2017 | [1] | CHESTER ARNOLD<br>160 Red Horse Rd<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 4,191.03 |
| 02/28/2017 | [1] | JOHN HARDOCK<br>741 1ST STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 4,201.03 |
| 02/28/2017 | [1] | SANDRA STALLER<br>809 NORTH 16TH STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 40.07 | | 4,241.10 |
| 02/28/2017 | [1] | SANDRA MELUSKY<br>315 SOUTH STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 4,281.10 |
| | | | Page Subtotals | | 411.73 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 20)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641

Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850

For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit): 10,000,000.00

Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/28/2017 | [1] | VILLA LARUE<br>58 WATER STREET<br>P.O. BOX 389<br>CUMBOLA, PA 17930 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 4,286.10 |
| 02/28/2017 | [1] | BLUECROSS  BLUE SHIELD OF MINNESOTA<br>P.O. BOX 64560<br>ST PAUL, MN 55164 | ACCOUNTS RECEIVABLE FOR W. SCHUHLER | 1121-000 | 15.94 | | 4,302.04 |
| 02/28/2017 | [1] | BENEFITWALLET<br>307 International Cir<br>SUITE 200<br>HUNT VALLEY, MD 21030 | ACCOUNTS RECEIVABLE FOR JOHN NABHOL | 1121-000 | 88.07 | | 4,390.11 |
| 02/28/2017 | [1] | BENEFITWALLET<br>307 International Cir<br>SUITE 200<br>HUNT VALLEY, MD 21030 | ACCOUNTS RECEIVABLE FOR KRISTA KANTNER | 1121-000 | 63.61 | | 4,453.72 |
| 02/28/2017 | [1] | CIGNA HEALTH AND LIFE INSURANCE CO<br>P.O. BOX 30010<br>AUSTIN, TX 78755 | ACCOUNTS RECEIVABLE FOR THOMAS MARTIN | 1121-000 | 71.40 | | 4,525.12 |
| 02/28/2017 | [1] | COMPANION LIFE INSURANCE CO<br>P.O. BOX 20765<br>INDIANAPOLIS, IN 46220 | ACCOUNTS RECEIVABLE FOR J. BUCH KARIK | 1121-000 | 100.00 | | 4,625.12 |
| 02/28/2017 | [1] | TAMMIE SKYMBA<br>28 Andrewsville St<br>Lansford, PA 18232 | ACCOUNTS RECEIVABLE | 1121-000 | 104.47 | | 4,729.59 |
| | | | Page Subtotals | | 448.49 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 21)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  17-00641
Case Name:  Pottsville Internists Associates, Inc.

Taxpayer ID No:  **-***9850
For Period Ending:  6/21/2019

Trustee Name:  William G. Schwab
Bank Name:  Texas Capital Bank
Account Number/CD#:  ******1797 Checking Account
Blanket bond (per case limit):  10,000,000.00
Separate bond (if applicable):  0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/28/2017 | [1] | KATHLEEN STEIN 218 NORTH 20TH STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 77.66 | | 4,807.25 |
| 02/28/2017 | [1] | ARLENE SNYDER 4820 LONG COURT BETHLEHEM, PA 18020 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 4,847.25 |
| 02/28/2017 | [1] | MICHELLE KALYAN 1760 RUNNING DEER ROAD AUBURN, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 4,852.25 |
| 02/28/2017 | [1] | NANCY FESIG 129 Schuylkill St Cressona, PA 17929 | ACCOUNTS RECEIVABLE | 1121-000 | 8.00 | | 4,860.25 |
| 02/28/2017 | [1] | MARY GOMEZ 1144 FAIRVIEW STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 16.72 | | 4,876.97 |
| 02/28/2017 | [1] | JUNE SHAY 895 SUNBURY ROAD POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 4,896.97 |
| 02/28/2017 | [1] | DONEGAL INSURANCE GROUP | ACCOUNT RECEIVABLE FOR WILLIAM KALYMUN | 1121-000 | 8.35 | | 4,905.32 |
| 02/28/2017 | [1] | MARCIA JACAVAGE 29 S Jardin St Shenandoah, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 65.04 | | 4,970.36 |

Page Subtotals: 240.77  0.00

UST Form 101-7-TDR (10/1/2010) (Page 22)

**Exhibit 9**

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**

For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/28/2017 | [1] | LOIS HALL<br>11 QUEEN STREET<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 5,000.36 |
| 02/28/2017 | [1] | JAMES REHNERT<br>3 N Nicholas St<br>Saint Clair, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 5,003.36 |
| 02/28/2017 | [1] | WILLIAM DEMPSEY<br>100 MEMORIAL AVE<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 85.98 | | 5,089.34 |
| 03/01/2017 | [1] | KAREN FALKOWSKI<br>537 BUNTING STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 5,119.34 |
| 03/02/2017 | [9] | WELLS FARGO BANK<br>P.O. BOX 5131, N9777-112OFC<br>SIOUX FALLS, SD 57117 | CLOSE BANK ACCOUNT (ENDING 1809) | 1129-000 | 34,088.81 | | 39,208.15 |
| 03/03/2017 | [8] | RIVERVIEW BANK<br>200 FRONT STREET<br>P.O. BOX B<br>MARYSVILLE, PA 17053 | CLOSE BANK ACCOUNT(ENDING 3610-1017) | 1129-000 | 1,289.45 | | 40,497.60 |
| 03/03/2017 | [1] | STATE WORKERS INSURANCE FUND | ACCOUNTS RECEIVABLE FOR S. BOWERS | 1121-000 | 24.20 | | 40,521.80 |
| | | | Page Subtotals | | 35,551.44 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 23)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/03/2017 | [1] | SAMANTHA KEIFER<br>P.O. BOX 265<br>43 RAILROAD STREET<br>LLEWELLYN, PA 17944 | ACCOUNTS RECEIVABLE | 1121-000 | 9.34 | | 40,531.14 |
| 03/03/2017 | [1] | JEFF WALTERS<br>8 Earl Stoyer Dr<br>Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 40,536.14 |
| 03/03/2017 | [1] | MARY ANNE SARGE<br>719 NORTH CENTRE STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 8.90 | | 40,545.04 |
| 03/03/2017 | [1] | CHESTER MOYER<br>785 NORTH CENTRE AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 44.86 | | 40,589.90 |
| 03/03/2017 | [1] | MELISSA THOMPSON<br>625 WASHINGTON STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 64.46 | | 40,654.36 |
| 03/03/2017 | [1] | LEAH ADAMS<br>608 Hillcroft Ave<br>Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 83.58 | | 40,737.94 |
| 03/03/2017 | [1] | EVA BACHERT<br>403 Tunnel Rd<br>Auburn, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 24.18 | | 40,762.12 |
| | | | Page Subtotals | | 240.32 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 24)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/03/2017 | [1] | JOHN PURCELL<br>25 N Nicholas St<br>APT 305<br>Saint Clair, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 40,772.12 |
| 03/03/2017 | [1] | MARY BOLICH<br>846 BUNTING STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 29.21 | | 40,801.33 |
| 03/03/2017 | [1] | JO ANN HALLER<br>799 GARFIELD AVE<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 42.73 | | 40,844.06 |
| 03/03/2017 | [1] | ANGELA REGNIER<br>15 Dodd St<br>P.O. BOX 354<br>CUMBOLA, PA 17930 | ACCOUNTS RECEIVABLE | 1121-000 | 20.98 | | 40,865.04 |
| 03/03/2017 | [1] | JULIANNE COOPER<br>226 ALDRICH STREET<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 40,875.04 |
| 03/03/2017 | [1] | CONNIE METROVKA<br>3 DURHAM DRIVE<br>DILLSBURG, PA 170199 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 40,890.04 |
| 03/03/2017 | [1] | JULIE RESCORLA<br>224 DEERFIELD DRIVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 14.96 | | 40,905.00 |
| | | | Page Subtotals | | 142.88 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 25)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/03/2017 | [1] | WILLIAM STOCK<br>REAR 348 ANDERSON STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 100.00 | | 41,005.00 |
| 03/03/2017 | [1] | ELEANOR GICKING<br>216 W Independence St<br>APT 108<br>Orwigsburg, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 41,020.00 |
| 03/03/2017 | [1] | CARMEN MURHON<br>1516  NORTH NORWEGIAN STREET<br>POTTSVILLE, PA 17902 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 41,030.00 |
| 03/03/2017 | [1] | ELIZABETH CHAPMAN<br>558 LEWIS STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 5.98 | | 41,035.98 |
| 03/03/2017 | [1] | JAMES REHNERT<br>3 N Nicholas St<br>Saint Clair, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 41,040.98 |
| 03/03/2017 | [1] | WILMA UHLER<br>100 SOUTH SEVENTH STREET<br>APT 213<br>TOWER CITY, PA 17980 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 41,070.98 |
| 03/03/2017 | [1] | NICOLE GETZ<br>261 CHESTNUT STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 41,090.98 |
| | | | Page Subtotals | | 185.98 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 26)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: ********1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/03/2017 | [1] | JAMES JOHNSON<br>510 W Norwegian St<br>APT 705<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 41,095.98 |
| 03/03/2017 | [1] | DONALD MCGOVERN<br>2387 Wagonwheel Dr<br>Auburn, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 100.00 | | 41,195.98 |
| 03/03/2017 | [1] | WILLIAM BOWERS<br>601 FOREST LANE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 55.04 | | 41,251.02 |
| 03/03/2017 | [1] | BARBARA NAWROCKI<br>808 BUNTING STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 41,256.02 |
| 03/03/2017 | [1] | CHERYL CORRELL<br>119 BROAD STREET<br>ST. CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 142.10 | | 41,398.12 |
| 03/03/2017 | [1] | EVE MIZZER<br>10 W. CENTER STREET<br>APT 803<br>MAHANOY CITY, PA 17948 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 41,408.12 |
| 03/03/2017 | [1] | ALBERTA PUKAVAGE<br>P.O. BOX 235<br>RINGTOWN, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 41,433.12 |
| | | | Page Subtotals | | 342.14 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 27)

**Exhibit 9**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/03/2017 | [1] | GERALDINE VAUGHN 5 WOODLAND HEIGHTS ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 375.00 | | 41,808.12 |
| 03/03/2017 | [1] | KATHLEEN ULRICH 170 WESTON PLACE SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 75.00 | | 41,883.12 |
| 03/03/2017 | [1] | IDA FOWLER 4105 Crestview Way Doylestown, PA 18902 | ACCOUNTS RECEIVABLE | 1121-000 | 25.67 | | 41,908.79 |
| 03/03/2017 | [1] | EDWARD SHAMONSKY 86 CLAY STREET NEW PHILADELPHIA, PA 17959 | ACCOUNTS RECEIVABLE | 1121-000 | 165.00 | | 42,073.79 |
| 03/03/2017 | [1] | AMERIHEALTH CARITAS NORTHEAST | ACCOUNTS RECEIVABLE FOR M. QUINN | 1121-000 | 17.77 | | 42,091.56 |
| 03/03/2017 | [1] | HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY P.O. BOX 420 NEWARK, NJ 07101 | ACCOUNTS RECEIVABLE FOR R. KOCH | 1121-000 | 14.52 | | 42,106.08 |
| 03/03/2017 | [1] | CENTRAL PENNSYLVANIA TEAMSTERS P.O. BOX 15224 READING, PA 15224 | ACCOUNTS RECEIVABLE FOR W. KRISS | 1121-000 | 75.98 | | 42,182.06 |
| | | | Page Subtotals | | 748.94 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 28)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/03/2017 | [1] | UNITED WORLD LIFE INSURANCE CO 3316 FARNAM STREET OMAHA, NE 68175 | ACCOUNTS RECEIVABLE FOR J. THOMAS | 1121-000 | 71.50 | | 42,253.56 |
| 03/03/2017 | [1] | MUTUAL OF OMAHA INSURANCE CO MUTUAL OF OMAHA PLAZA OMAHA, NE 68175 | ACCOUNTS RECEIVABLE FOR W. ZARECOR | 1121-000 | 1.69 | | 42,255.25 |
| 03/03/2017 | [1] | MUTUAL OF OMAHA INSURANCE CO MUTUAL OF OMAHA PLAZA OMAHA, NE 68175 | ACCOUNTS RECEIVABLE FOR A. MC GOVERN | 1121-000 | 1.69 | | 42,256.94 |
| 03/03/2017 | [1] | UNITED WORLD LIFE INSURANCE CO 3316 FARNAM STREET OMAHA, NE 68175 | ACCOUNTS RECEIVABLE FOR A.M. WALINSKI | 1121-000 | 68.13 | | 42,325.07 |
| 03/03/2017 | [1] | UNITED WORLD LIFE INSURANCE CO 3316 FARNAM STREET OMAHA, NE 68175 | ACCOUNTS RECEIVABLE FOR J. RUSE | 1121-000 | 8.07 | | 42,333.14 |
| 03/03/2017 | [1] | UNITED WORLD LIFE INSURANCE CO 3316 FARNAM STREET OMAHA, NE 68175 | ACCOUNTS RECEIVABLE FOR B. SPUTES | 1121-000 | 105.34 | | 42,438.48 |
| 03/03/2017 | [1] | OAK HEALTH & REHAB CENTERS 1665 Palm Beach Lakes Blvd SUITE 600 West Palm Beach, FL 33401 | ACCOUNTS RECEIVABLE FOR Z.G. RAMPCINTH | 1121-000 | 1,400.00 | | 43,838.48 |
| | | | Page Subtotals | | 1,656.42 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 29)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/03/2017 | [1] | CONNECTYOURCARELLC<br>307 International Cir<br>Hunt Valley, MD 21030 | ACCOUNTS RECEIVABLE FOR L. DOWER | 1121-000 | 104.53 | | 43,943.01 |
| 03/03/2017 | [1] | UNITED WORLD LIFE INSURANCE CO<br>3316 FARNAM STREET<br>OMAHA, NE 68175 | ACCOUNTS RECEIVABLE FOR D. RUSE | 1121-000 | 12.82 | | 43,955.83 |
| 03/03/2017 | [1] | UNITED WORLD LIFE INSURANCE CO<br>3316 FARNAM STREET<br>OMAHA, NE 68175 | ACCOUNTS RECEIVABLE FRO E. HOWELLS | 1121-000 | 71.50 | | 44,027.33 |
| 03/03/2017 | [1] | UNITED WORLD LIFE INSURANCE CO<br>3316 FARNAM STREET<br>OMAHA, NE 68175 | ACCOUNTS RECEIVABLE FOR L. EICH | 1121-000 | 31.73 | | 44,059.06 |
| 03/03/2017 | [1] | CENTRAL PENNSYLVANIA TEAMSTERS<br>P.O. BOX 15224<br>READING, PA 15224 | ACCOUNTS RECEIVABLE FOR K. MOSDALL | 1121-000 | 80.94 | | 44,140.00 |
| 03/03/2017 | [1] | BENEFITWALLET<br>307 International Cir<br>SUITE 200<br>HUNT VALLEY, MD 21030 | ACCOUNTS RECEIVABLE FOR W. JO CARRELL | 1121-000 | 94.77 | | 44,234.77 |
| 03/03/2017 | [1] | COMMONWEALTH OF PA<br>MEDICAL ASSISTANCE | ACCOUNTS RECEIVABLE FOR  UNKNOWN | 1121-000 | 918.99 | | 45,153.76 |
| | | | Page Subtotals | | 1,315.28 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 30)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: ********1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/03/2017 | [1] | NATIONAL ASSOCIATION OF LETTERS CARRIERS<br>20547 Waverly Ct<br>Ashburn, VA 20147 | ACCOUNTS RECEIVABLE FOR E.SHAMONSKY | 1121-000 | 21.07 | | 45,174.83 |
| 03/03/2017 | [1] | AMERIHEALTH CARITAS NORTHEAST | ACCOUNTS RECEIVABLE FOR R.TYNELL & K.SENSENG | 1121-000 | 77.42 | | 45,252.25 |
| 03/03/2017 | [1] | STATE FARM MUTUAL AUTO INSURANCE CO<br>HEALTH OPERATIONS CENTER EAST<br>NEWARK , OH 43058 | ACCOUNTS RECEIVABLE FOR JILL DELONG | 1121-000 | 115.87 | | 45,368.12 |
| 03/03/2017 | [1] | PMCS<br>9060 E Via Linda Ste 250<br>Scottsdale, AZ 85258 | ACCOUNTS RECEIVABLE FOR J. BROSSMAN | 1121-000 | 90.59 | | 45,458.71 |
| 03/03/2017 | [1] | UNITED HEALTHCARE COMMUNITY PLAN<br>P.O. BOX 7550<br>PHOENIX, AZ 85011 | ACCOUNTS RECEIVABLE FOR J.STASKUL & C SWEITZER | 1121-000 | 14.06 | | 45,472.77 |
| 03/03/2017 | [1] | THEODORE COOPER<br>956 S Route 183<br>Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 70.00 | | 45,542.77 |
| 03/03/2017 | [1] | UNITED HEALTHCARE COMMUNITY PLAN<br>P.O. BOX 7550<br>PHOENIX, AZ 85011 | ACCOUNTS RECEIVABLE FOR D. & K MEYERS, D. MILLER AND Y SHABAR | 1121-000 | 32.14 | | 45,574.91 |
| | | | Page Subtotals | | 421.15 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 31)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/03/2017 | [1] | CAREFIRST BLUE CROSS BLUE SHIELD 10455 MILL RUN CIRCLE OWINGS MILL, MD 21117 | ACCOUNTS RECEIVABLE FOR R. UNDERWOOD & M. OLER | 1121-000 | 74.88 | | 45,649.79 |
| 03/03/2017 | [1] | REGINA MORRIS 100 VALLEY STREET APT 8 NEW PHILADELPHIA, PA 17959 | ACCOUNTS RECEIVABLE | 1121-000 | 24.40 | | 45,674.19 |
| 03/03/2017 | [1] | ARLENE FEHR 624 STONEY RUN ROAD POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 45,684.19 |
| 03/03/2017 | [1] | BETTY BEACH 747 1ST STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 24.00 | | 45,708.19 |
| 03/03/2017 | [1] | DOROTHY ZEMANIK 1504 Mahantongo St Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 95.98 | | 45,804.17 |
| 03/03/2017 | [1] | JAMES MASON 403 NORTH 2ND STREET MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 20.89 | | 45,825.06 |
| 03/03/2017 | [1] | COMMONWELATH OF PA MEDICAL ASSISTANCE | ACCOUNTS RECEIVABLE FOR UNKNOWN | 1121-000 | 1,397.69 | | 47,222.75 |
| | | | Page Subtotals | | 1,647.84 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 32)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/03/2017 | [1] | BLUE CROSS BLUE SHIELD OF MASS 25 TECHNOLLOGY PLACE HINGHAM, MA 02043 | ACCOUNTS RECEIVABLE FOR J. HOLDEN | 1121-000 | 68.30 | | 47,291.05 |
| 03/03/2017 | [1] | ANTHEM BLUE CROSS AND BLUE SHIELD 1351 William Howard Taft Rd Cincinnati, OH 45206 | ACCOUNTS RECEIVABLE FOR J. SWANTNER | 1121-000 | 3.98 | | 47,295.03 |
| 03/03/2017 | [1] | HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY P.O. BOX 420 NEWARK, NJ 07101 | ACCOUNTS RECEIVABLE FOR M. SPECE | 1121-000 | 24.38 | | 47,319.41 |
| 03/03/2017 | [1] | DONEGAL INSURANCE GROUP | ACCOUNTS RECEIVABLE FOR W. KALYMUN | 1121-000 | 88.64 | | 47,408.05 |
| 03/03/2017 | [1] | CIGNA  AMERICAN RETIREMENT LIFE INSURANCE CO P.O. BOX 30010 AUSTIN, TX 78755 | ACCOUNTS RECEIVABLE FOR K. NAGLE | 1121-000 | 8.07 | | 47,416.12 |
| 03/03/2017 | [1] | CIGNA HEALTH AND LIFE INSURANCE CO P.O. BOX 30010 AUSTIN, TX 78755 | ACCOUNTS RECEIVABLE FOR B. SCHNECK | 1121-000 | 17.50 | | 47,433.62 |
| 03/03/2017 | [1] | JENNIFER TORRACO 17 COAL STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 47,453.62 |

Page Subtotals     230.87     0.00

UST Form 101-7-TDR (10/1/2010) (Page 33)

**Exhibit 9**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/03/2017 | [1] | BRENDA WILKSON<br>502 WADE ROAD<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 88.07 | | 47,541.69 |
| 03/03/2017 | [1] | JAMES KRAUSE<br>242 Mohave Dr<br>Auburn, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 13.15 | | 47,554.84 |
| 03/03/2017 | [1] | STATE OF CALIFORNIA | ACCOUNTS RECEIVABLE FOR UNKNOWN | 1121-000 | 105.34 | | 47,660.18 |
| 03/03/2017 | [1] | TRICARE NORTH REGION<br>P.O. BOX 870141<br>SURFSIDE BEACH, SC 29587 | ACCOUNTS RECEIVABLE FOR A. ZUK | 1121-000 | 114.39 | | 47,774.57 |
| 03/03/2017 | [1] | UNITED WORLD LIFE INSURANCE CO<br>3316 FARNAM STREET<br>OMAHA, NE 68175 | ACCOUNTS RECEIVABLE FOR E. SHAMOSKY | 1121-000 | 21.07 | | 47,795.64 |
| 03/03/2017 | [1] | UNITED WORLD LIFE INSURANCE CO<br>3316 FARNAM STREET<br>OMAHA, NE 68175 | ACCOUNTS RECEIVABLE FOR UNKNOWN | 1121-000 | 105.34 | | 47,900.98 |
| 03/03/2017 | [1] | UNITED WORLD LIFE INSURANCE CO<br>3316 FARNAM STREET<br>OMAHA, NE 68175 | ACCOUNTS RECEIVABLE FOR J. THOMAS | 1121-000 | 45.24 | | 47,946.22 |
| 03/03/2017 | [1] | BOROUGH OF MINERSVILLE<br>TWO EAST SUNBURY STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE FOR D. TROUTMAN | 1121-000 | 3.30 | | 47,949.52 |
| | | | Page Subtotals | | 495.90 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 34)

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  17-00641

Case Name:  Pottsville Internists Associates, Inc.

Taxpayer ID No:  **-***9850

For Period Ending:  6/21/2019

Trustee Name:  William G. Schwab

Bank Name:  Texas Capital Bank

Account Number/CD#:  ******1797 Checking Account

Blanket bond (per case limit):  10,000,000.00

Separate bond (if applicable):  0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/03/2017 | [10] | WELLS FARGO BANK P.O. BOX 5131, N9777-112OFC SIOUX FALLS, SD 57117 | CLOSE OUT BANK ACCOUNT (ENDING 7188) | 1129-000 | 6,396.06 | | 54,345.58 |
| 03/03/2017 | [1] | MARY BETH HOUTZ 726 DEIBERTS VALLEY ROAD SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 54,395.58 |
| 03/03/2017 | [1] | FAYE HUMMEL 1636 LONG RUN ROAD SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 8.38 | | 54,403.96 |
| 03/03/2017 | [1] | JENNIFER MCGINLEY 638 EDWARDS AVE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 66.91 | | 54,470.87 |
| 03/03/2017 | [1] | FAYE HUMMEL 1636 LONG RUN ROAD SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 54,490.87 |
| 03/03/2017 | [1] | GREGORY SHAROCKMAN 515 W Norwegian St APT 2 Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 12.04 | | 54,502.91 |
| 03/03/2017 | [1] | CHARLENE FREEZE 114 OIKE STREET PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 54,527.91 |

Page Subtotals       6,578.39       0.00

UST Form 101-7-TDR (10/1/2010) (Page 35)

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**

For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/03/2017 | [1] | LILLIAN GILIANO<br>33 Hawk Mountain Rd<br>Orwigsburg, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 54,557.91 |
| 03/03/2017 | [1] | OLIVE LAUCK<br>PO Box 298<br>804 SENECA STREET<br>TUSCARORA, PA 8.47 | ACCOUNTS RECEIVABLE | 1121-000 | 8.47 | | 54,566.38 |
| 03/06/2017 | [1] | MELISSA THOMPSON | ACCOUNTS RECEIVABLE (ADJUSTMENT TO DEPOSIT #91) | 1121-000 | (3.00) | | 54,563.38 |
| 03/09/2017 | [1] | ANDREA HAHNER<br>223 MARKET SQUARE<br>APT B 23<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 54,583.38 |
| 03/09/2017 | [1] | GEISINGER HEALTH PLAN<br>DANVILLE, PA 17822 | ACCOUNTS RECEIVABLE FOR UNKNOWN | 1121-000 | 219.70 | | 54,803.08 |
| 03/09/2017 | [1] | AMERIHEALTH CARITAS<br>NORTHEAST | ACCOUNTS RECEIVABLE FOR V. ZALONKA | 1121-000 | 56.15 | | 54,859.23 |
| 03/09/2017 | [1] | CAROLYN BRENNAN<br>28 CHESTNUT STREET<br>CRESSONA, PA 17929 | ACCOUNTS RECEIVABLE | 1121-000 | 213.02 | | 55,072.25 |
| 03/09/2017 | [1] | CIGNA HEALTH AND LIFE INSURANCE CO<br>P.O. BOX 30010<br>AUSTIN, TX 78755 | ACCOUNTS RECEIVABLE FOR J. MCLAUGHLIN | 1121-000 | 7.54 | | 55,079.79 |
| | | | Page Subtotals | | 551.88 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 36)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/09/2017 | [1] | CHARLES KRAMER 315 LAUREL STREET MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 55,082.79 |
| 03/09/2017 | [1] | LINDA HENSLEY 1177 Running Deer Dr Auburn, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 85.34 | | 55,168.13 |
| 03/09/2017 | [1] | MARGARET BUTLER 328 SUNBURY STREET MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 55,178.13 |
| 03/09/2017 | [1] | CHRISTIE JO SALEM 133 NORTH THIRD STREET SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 55,208.13 |
| 03/09/2017 | [1] | CARL ANGELO 136 BLACK DIAMOND ROAD POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 55,233.13 |
| 03/09/2017 | [1] | DONALD CORRELL 78 ROSE AVE PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 200.00 | | 55,433.13 |
| 03/09/2017 | [1] | GERALD SADUSKY 239 ARIZONA AVE SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 55,453.13 |
| | | | Page Subtotals | | 373.34 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 37)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:   17-00641

Case Name:  Pottsville Internists Associates, Inc.

Taxpayer ID No:  **-***9850

For Period Ending:  6/21/2019

Trustee Name:  **William G. Schwab**
Bank Name:  **Texas Capital Bank**
Account Number/CD#:  ********1797 Checking Account**
Blanket bond (per case limit):  **10,000,000.00**
Separate bond (if applicable):  **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/09/2017 | [1] | HELEN BORA 370 ROOSEVELT DRIVE MAHANOY CITY, PA 17948 | ACCOUNTS RECEIVABLE | 1121-000 | 39.13 | | 55,492.26 |
| 03/10/2017 | [1] | COMMONWEALTH OF PA MEDICAL ASSISTANCE | ACCOUNTS RECEIVABLE | 1121-000 | 967.02 | | 56,459.28 |
| 03/10/2017 | [1] | JOHN SALEN 112 N. FRONT STREET SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 30.54 | | 56,489.82 |
| 03/10/2017 | [1] | JOHN SALEN 112 N. FRONT STREET SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 16.22 | | 56,506.04 |
| 03/10/2017 | [1] | INTEGRATED MEDICAL SOLUTIONS, LLC 1485 HERITAGE PARKWAY MANSFIELD, TX 76063 | ACCOUNTS RECEIVABLE | 1121-000 | 82.26 | | 56,588.30 |
| 03/10/2017 | [1] | MANHATTAN LIFE INSURANCE P.O. BOX 925688 HOUSTON, TX 77292 | ACCOUNTS RECEIVABLE | 1121-000 | 17.91 | | 56,606.21 |
| 03/10/2017 | [1] | THE SALVATION ARMY | ACCOUNTSRECEIVABLE | 1121-000 | 80.98 | | 56,687.19 |
| 03/10/2017 | [1] | BUILDING TRADE HEALTH & WELFARE FUND 1718 Heilmandale Rd Lebanon, PA 17046 | ACCOUNTS RECEIVABLE | 1121-000 | 76.76 | | 56,763.95 |
| | | | Page Subtotals | | 1,310.82 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 38)

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**

For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/10/2017 | [1] | TRICARE<br>BOX 7889<br>MADISON, WI 53707 | ACCOUNTS RECEIVABLE | 1121-000 | 1,010.83 | | 57,774.78 |
| 03/10/2017 | [1] | BENEFITWALLET<br>307 International Cir<br>SUITE 200<br>HUNT VALLEY, MD 21030 | ACCOUNTS RECEIVABLE | 1121-000 | 94.77 | | 57,869.55 |
| 03/10/2017 | [1] | AFLAC<br>1932 WYNNTON ROAD<br>COLUMBUS, GA 31999 | ACCOUNTS RECEIVABLE | 1121-000 | 19.80 | | 57,889.35 |
| 03/10/2017 | [1] | CIGNA HEALTH AND LIFE INSURANCE CO<br>P.O. BOX 30010<br>AUSTIN, TX 78755 | ACCOUNTS RECEIVABLE | 1121-000 | 0.23 | | 57,889.58 |
| 03/10/2017 | [1] | CIGNA HEALTH AND LIFE INSURANCE CO<br>P.O. BOX 30010<br>AUSTIN, TX 78755 | ACCOUNTS RECEIVABLE | 1121-000 | 17.93 | | 57,907.51 |
| 03/10/2017 | [1] | AMERIHEALTH CARITAS<br>NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 56.64 | | 57,964.15 |
| 03/10/2017 | [1] | CIGNA HEALTH AND LIFE INSURANCE CO<br>P.O. BOX 30010<br>AUSTIN, TX 78755 | ACCOUNTS RECEIVABLE | 1121-000 | 40.39 | | 58,004.54 |
| 03/10/2017 | [1] | AMERIHEALTH CARITAS<br>NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 66.65 | | 58,071.19 |
| | | | Page Subtotals | | 1,307.24 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 39)

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: ********1797 Checking Account**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/10/2017 | [1] | AMERIHEALTH CARITAS NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 7.50 | | 58,078.69 |
| 03/10/2017 | [1] | CIGNA LOYAL AMERICAN LIFE INSURANCE P.O. BOX 30010 AUSTIN, TX 78755 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 58,080.38 |
| 03/10/2017 | [1] | AMERIHEALTH CARITAS NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 127.01 | | 58,207.39 |
| 03/10/2017 | [1] | AMERIHEALTH CARITAS NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 136.14 | | 58,343.53 |
| 03/10/2017 | [1] | TRAVELERS P.O. BOX 13485 READING, PA 19612 | ACCOUNTS RECEIVABLE | 1121-000 | 104.28 | | 58,447.81 |
| 03/10/2017 | [1] | MEGAN BENSINGER 34 NE SHUESTRING LANE SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 56.00 | | 58,503.81 |
| 03/10/2017 | [1] | DIANNE DOUGHERTY 117 NORTH FRONT STREET SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 58,513.81 |
| 03/10/2017 | [1] | DENNIS SPOTTS 512 N. CENTER STREET APT 2H POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 5.48 | | 58,519.29 |
| | | | Page Subtotals | | 448.10 | 0.00 | |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**

For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/10/2017 | [1] | ROBERT SOPHY 1134 EAGLE ROAD POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 58,544.29 |
| 03/10/2017 | [1] | JACK WEAVER 300 LEWIS STREET APT 306 MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 22.00 | | 58,566.29 |
| 03/10/2017 | [1] | DON DUNN EMERICH 1205 VALLEY ROAD TAMAQUA, PA 18252 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 58,571.29 |
| 03/10/2017 | [1] | NANCY BRAYFORD 316 S Lehigh Ave Frackville, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 58,581.29 |
| 03/10/2017 | [1] | RHODA WEIR 681 FOREST LANE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 58,601.29 |
| 03/10/2017 | [1] | RHODA WEIR 681 FOREST LANE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 12.04 | | 58,613.33 |
| 03/10/2017 | [1] | BERNARD KOVICH 350 NEW CASTLE STREET MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 58,643.33 |
| | | | Page Subtotals | | 124.04 | 0.00 | |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641

Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850

For Period Ending: 6/21/2019

Trustee Name: William G. Schwab

Bank Name: Texas Capital Bank

Account Number/CD#: ******1797 Checking Account

Blanket bond (per case limit): 10,000,000.00

Separate bond (if applicable): 0.00

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 03/10/2017 | [1] | THOMAS WINGLE<br>404 ST. JOHNS STREET<br>1ST FLOOR<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 12.66 | | 58,655.99 |
| 03/10/2017 | [1] | CHRISTINE LAWSON<br>32 FRITZ AVE<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 58,665.99 |
| 03/10/2017 | [1] | DRUANN PODA-LAUDERMILCH<br>P.O. BOX 904<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 58,685.99 |
| 03/10/2017 | [1] | ANNETTE MATTHEWS<br>2076 W. MARKET STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 58,690.99 |
| 03/10/2017 | [1] | RICHARD KREBS<br>110 FOREST STRET<br>AUBURN, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 9.38 | | 58,700.37 |
| 03/10/2017 | [1] | WILLIAM SHAFRANSKY<br>21 Trailer Rd<br>Ringtown, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 116.41 | | 58,816.78 |
| 03/10/2017 | [1] | BEVERLY NOLL<br>101 Mahantongo St<br>APT 105<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 8.60 | | 58,825.38 |
| | | | Page Subtotals | | 182.05 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 42)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | Uniform Trans. Code | 5 Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 03/10/2017 | [1] | MARGARET WEIDERFOLD 160 LLEWELLYN ROAD POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 15.87 | | 58,841.25 |
| 03/10/2017 | [1] | LINDA BOWLING 33 FORCE DAM ROAD HAMBURG, PA 19526 | ACCOUNTS RECEIVABLE | 1121-000 | 15.24 | | 58,856.49 |
| 03/10/2017 | [1] | DEAN FETTEROLF 308 MAIN STREET ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 114.58 | | 58,971.07 |
| 03/10/2017 | [1] | WILLIAM WEIST 2 OLIVIA'S COURT FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 86.34 | | 59,057.41 |
| 03/10/2017 | [1] | THOMAS PANNULLO 65 DEERFIELD DR POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 59,077.41 |
| 03/10/2017 | [1] | ERICH KNEHANS 623 Wynonah Dr Auburn, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 59,092.41 |
| 03/10/2017 | [1] | BRENDA STRAUSE 40 SPRUCE STREET PINE GROVE, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 40.66 | | 59,133.07 |
| | | | Page Subtotals | | 307.69 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 43)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/10/2017 | 51001 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES (INVOICE NO. G244; MGINTY, HOMA, WILLIAMSON & PA SALES TAX) | 2990-000 | | 6,206.90 | 52,926.17 |
| 03/13/2017 | [1] | NECA<br>IBEW LOCAL 607 HEALTH & WELFARE FUND<br>P.O. BOX 6480<br>HARRISBURG, PA 17112 | ACCOUNTS RECEIVABLE | 1121-000 | 88.67 | | 53,014.84 |
| 03/13/2017 | [1] | DANA NON UNION RETIREE VEBA TRUST<br>1800 Walt Whitman Rd<br>Melville, NY 11747 | ACCOUNTS RECEIVABLE | 1121-000 | 10.41 | | 53,025.25 |
| 03/13/2017 | [1] | STATE FARM MUTUAL AUTO INSURANCE CO<br>HEALTH OPERATIONS CENTER EAST<br>NEWARK , OH 43058 | ACCOUNTS RECEIVABLE | 1121-000 | 18.08 | | 53,043.33 |
| 03/13/2017 | [1] | EMPIRE BLUE CROSS BLUE SHIELD<br>165 BROADWAY<br>NEW YORK, NY 10006 | ACCOUNTS RECEIVABLE | 1121-000 | 20.89 | | 53,064.22 |
| 03/13/2017 | [1] | NATIONAL ACCOUNTS DEDICATED SERVICE<br>P.O. BOX 14114<br>LEXINGTON, KY 40512 | ACCOUNTS RECEIVABLE | 1121-000 | 32.22 | | 53,096.44 |
| 03/13/2017 | [1] | AMERIHEALTH CARITAS NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 298.80 | | 53,395.24 |

|  | | | | Page Subtotals | 469.07 | 6,206.90 | |

UST Form 101-7-TDR (10/1/2010) (Page 44)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: ********1797 Checking Account**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 03/13/2017 | [1] | AMERIHEALTH CARITAS NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 54.22 | | 53,449.46 |
| 03/13/2017 | [1] | AMERIHEALTH CARITAS NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 7.50 | | 53,456.96 |
| 03/13/2017 | [1] | CIGNA HEALTH AND LIFE INSURANCE CO P.O. BOX 30010 AUSTIN, TX 78755 | ACCOUNTS RECEIVABLE | 1121-000 | 109.56 | | 53,566.52 |
| 03/13/2017 | [1] | LIBERTY MUTUAL INSURANCE ONE PENNS WAY NEW CASTLE, DE 19720 | ACCOUNTS RECEIVABLE | 1121-000 | 61.68 | | 53,628.20 |
| 03/13/2017 | [1] | PLUMBERS & PIPEFITTERS LOCAL 520 P.O. BOX 6480 HARRISBURG, PA 17112 | ACCOUNTS RECEIVABLE | 1121-000 | 3.82 | | 53,632.02 |
| 03/13/2017 | [1] | SUSQUEHANNA LABORERS COMBINED HEALTH & WELFARE FUND P.O. BOX 6480 HARRISBURG, PA 17112 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 53,633.71 |
| 03/13/2017 | [1] | UNITED AMERICAN INSURANCE CO P.O. BOX 8080 MCKINNEY, TX 75070 | ACCOUNTS RECEIVABLE | 1121-000 | 266.21 | | 53,899.92 |
| 03/13/2017 | [1] | ANTHEM BLUE CROSS AND BLUE SHIELD 1351 William Howard Taft Rd Cincinnati, OH 45206 | ACCOUNTS RECEIVABLE | 1121-000 | 71.50 | | 53,971.42 |
| | | | Page Subtotals | | 576.18 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 45)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 03/13/2017 | [1] | HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY<br>P.O. BOX 420<br>NEWARK, NJ 07101 | ACCOUNTS RECEIVABLE | 1121-000 | 34.87 | | 54,006.29 |
| 03/13/2017 | [1] | AMERIHEALTH CARITAS NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 35.00 | | 54,041.29 |
| 03/13/2017 | [1] | UNITED HEALTHCARE SERVICES, INC.<br>P.O. BOX 981506<br>EL PASO, TX 79998 | ACCOUNTS RECEIVABLE | 1121-000 | 81.85 | | 54,123.14 |
| 03/13/2017 | [1] | CIGNA HEALTH AND LIFE INSURANCE CO<br>P.O. BOX 30010<br>AUSTIN, TX 78755 | ACCOUNTS RECEIVABLE | 1121-000 | 42.44 | | 54,165.58 |
| 03/13/2017 | [1] | CENTRAL PENNSYLVANIA TEAMSTERS<br>P.O. BOX 15224<br>READING, PA 15224 | ACCOUNTS RECEIVABLE | 1121-000 | 69.91 | | 54,235.49 |
| 03/13/2017 | [1] | INTEGRATED MEDICAL SOLUTIONS, LLC<br>1485 HERITAGE PARKWAY<br>MANSFIELD, TX 76063 | ACCOUNTS RECEIVABLE | 1121-000 | 110.85 | | 54,346.34 |
| 03/13/2017 | [1] | CENTRAL PENNSYLVANIA TEAMSTERS<br>P.O. BOX 15224<br>READING, PA 15224 | ACCOUNTS RECEIVABLE | 1121-000 | 75.98 | | 54,422.32 |
| | | | Page Subtotals | | 450.90 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 46)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/13/2017 | [1] | CENTRAL PENNSYLVANIA TEAMSTERS P.O. BOX 15224 READING, PA 15224 | ACCOUNTS RECEIVABLE | 1121-000 | 75.98 | | 54,498.30 |
| 03/13/2017 | [1] | CATHERINE DALLAGO 25 BEECHTREE DRIVE PINE GROVE, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 54,523.30 |
| 03/13/2017 | [1] | CENTRAL PENNSYLVANIA TEAMSTERS P.O. BOX 15224 READING, PA 15224 | ACCOUNTS RECEIVABLE | 1121-000 | 75.98 | | 54,599.28 |
| 03/13/2017 | [1] | JAMES BARRETT 1417 MARKET STREET ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 54,624.28 |
| 03/13/2017 | [1] | MARY ANN HOLLEY 1742 W Norwegian St Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 23.13 | | 54,647.41 |
| 03/13/2017 | [1] | MARIANA D'ANGELO 276 FLORIDA AVE SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 146.00 | | 54,793.41 |
| 03/13/2017 | [1] | ETHEL ELLEX 733 GARFIELD AVE SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 54,843.41 |
| | | | Page Subtotals | | 421.09 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 47)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/13/2017 | [1] | RONALD SCHELL<br>127 N. LIBERTY STREET<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 8.00 | | 54,851.41 |
| 03/13/2017 | [1] | RONALD SCHELL<br>127 N. LIBERTY STREET<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 54,876.41 |
| 03/13/2017 | [1] | AMANDA LARKIN<br>324 YOUNG STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 54,916.41 |
| 03/13/2017 | [1] | WILLIAM DREYER<br>108 PLEASANT VALLEY ROAD<br>PINE GROVE, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 106.81 | | 55,023.22 |
| 03/13/2017 | [1] | ROBERT EDMONDSON<br>122 W Ogden St<br>Girardville, PA 17935 | ACCOUNTS RECEIVABLE | 1121-000 | 800.00 | | 55,823.22 |
| 03/13/2017 | [1] | BRIGID KOURY<br>1124 WEST MARKET STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 55,873.22 |
| 03/13/2017 | [1] | EVELYN KOPINETZ<br>356 HIGH ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 55,913.22 |
| | | | Page Subtotals | | 1,069.81 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 48)

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641

Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850

For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit): 10,000,000.00

Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/13/2017 | [1] | TAWNY BICKLEMAN<br>517 W Norwegian St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 55,928.22 |
| 03/13/2017 | [1] | ROSALEEN MCCRANN<br>P.O. BOX 822<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 10.50 | | 55,938.72 |
| 03/13/2017 | [1] | JEANNETTE MCKEON<br>507 3RD STREET<br>PORT CARBON , PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 55,988.72 |
| 03/13/2017 | [1] | GARY METZA<br>509 Schuylkill St<br>Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 50.04 | | 56,038.76 |
| 03/13/2017 | [1] | DONALD HORN<br>239 SPRUCE STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 56,078.76 |
| 03/13/2017 | [1] | LISA KENENITZ<br>10 WEST CENTER STREET<br>APT 1202<br>MAHANOY CITY, PA 17948 | ACCOUNTS RECEIVABLE | 1121-000 | 22.58 | | 56,101.34 |
| 03/13/2017 | [1] | GARY MILLER<br>1558 CENTER TURNPIKE<br>PRWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 56,151.34 |
| | | | Page Subtotals | | 238.12 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 49)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/13/2017 | [1] | HOLLY FRANTZ<br>1105 WILLOW DRIVE<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 56,161.34 |
| 03/13/2017 | [1] | THERESA TULLY | ACCOUNTS RECEIVABLE | 1121-000 | 37.02 | | 56,198.36 |
| 03/13/2017 | [1] | VINCENT CAPARRO | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 56,213.36 |
| 03/13/2017 | [1] | RONALD KINTZEL<br>619 STONEY RUN ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 71.50 | | 56,284.86 |
| 03/13/2017 | [1] | JOAN ANTONIO<br>101 Mahantongo St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 56,294.86 |
| 03/13/2017 | [1] | ROSE MARIE TURNITZA<br>614 SCHUYLKILL AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 107.55 | | 56,402.41 |
| 03/13/2017 | 51002 | TROPP CONTRACTING, INC.<br>162 Brier City Rd<br>Pottsville, PA 17901 | REISSUED CHECK (INVOICE NO. 15682; PROPERTY MAINTENANCE) | 2990-000 | | 287.00 | 56,115.41 |
| 03/15/2017 | [1] | NECA - ACCOUNTS RECEIVABLE | ACCOUNTS RECEIVABLE (ADJUSTMENT TO DEPOSIT #231) | 1121-000 | (2.00) | | 56,113.41 |
| | | | Page Subtotals | | 249.07 | 287.00 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/16/2017 | 51003 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES (INVOICE NO. G248; MCGINTY, HOMA, WILLIAMSON & PA SALES TAX) | 2990-000 | | 3,814.01 | 52,299.40 |
| 03/17/2017 | [1] | THE MEDICAL PROTECTIVE CO 5814 REED ROAD P.O. BOX 15021 FORT WAYNE, IN 46885 | ACCOUNTS RECEIVABLE | 1121-000 | 4,402.00 | | 56,701.40 |
| 03/17/2017 | [1] | COMMONWELATH OF PA MEDICAL ASSISTANCE | ACCOUNTS RECEIVABLE | 1121-000 | 572.08 | | 57,273.48 |
| 03/17/2017 | [1] | JENNIFER TORRACO 17 COAL STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 57,293.48 |
| 03/17/2017 | [1] | COLONIAL PENN LIFE 11825 N Pennsylvania St Carmel, IN 46032 | ACCOUNTS RECEIVABLE | 1121-000 | 14.30 | | 57,307.78 |
| 03/17/2017 | [1] | PLUMBERS & PIPEFITTERS LOCAL 520 P.O. BOX 6480 HARRISBURG, PA 17112 | ACCOUNTS RECEIVABLE | 1121-000 | 5.15 | | 57,312.93 |
| 03/17/2017 | [1] | AMERIHEALTH CARITAS NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 93.33 | | 57,406.26 |

Page Subtotals 5,106.86 3,814.01

UST Form 101-7-TDR (10/1/2010) (Page 51)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/17/2017 | [1] | AXIS INSURANCE COMPANY 994 Old Eagle School Rd STE 1005 Wayne, PA 19087 | ACCOUNTS RECEIVABLE | 1121-000 | 57.00 | | 57,463.26 |
| 03/17/2017 | [1] | UNITED AMERICAN INSURANCE CO P.O. BOX 8080 MCKINNEY, TX 75070 | ACCOUNTS RECEIVABLE | 1121-000 | 55.27 | | 57,518.53 |
| 03/17/2017 | [1] | AMERIHEALTH CARITAS NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 26.00 | | 57,544.53 |
| 03/17/2017 | [1] | WILLIAM WHALEN | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 57,547.53 |
| 03/17/2017 | [1] | CIGNA AMERICAN RETIREMENT LIFE INSURANCE PLAN P.O. BOX 30010 AUSTIN , TX 78755 | ACCOUNTS RECEIVABLE | 1121-000 | 110.61 | | 57,658.14 |
| 03/17/2017 | [1] | GATEWAY HEALTH PLAN, INC 444 LIBERTY AVE SUITE 2100 PITTSBURGH, PA 15222 | ACCOUNTS RECEIVABLE | 1121-000 | 49.00 | | 57,707.14 |
| 03/17/2017 | [1] | MUTUAL OF OMAHA INSURANCE CO MUTUAL OF OMAHA PLAZA OMAHA, NE 68175 | ACCOUNTS RECEIVABLE | 1121-000 | 31.74 | | 57,738.88 |
| | | | Page Subtotals | | 332.62 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 52)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/17/2017 | [1] | NATIONAL ASSOCIATION OF LETTERS CARRIERS 20547 Waverly Ct Ashburn, VA 20147 | ACCOUNTS RECEIVABLE | 1121-000 | 10.53 | | 57,749.41 |
| 03/17/2017 | [1] | UNITED WORLD LIFE INSURANCE CO 3316 FARNAM STREET OMAHA, NE 68175 | ACCOUNTS RECEIVABLE | 1121-000 | 21.07 | | 57,770.48 |
| 03/17/2017 | [1] | UNITED WORLD LIFE INSURANCE CO 3316 FARNAM STREET OMAHA, NE 68175 | ACCOUNTS RECEIVABLE | 1121-000 | 45.24 | | 57,815.72 |
| 03/17/2017 | [1] | UNITED WORLD LIFE INSURANCE CO 3316 FARNAM STREET OMAHA, NE 68175 | ACCOUNTS RECEIVABLE | 1121-000 | 40.39 | | 57,856.11 |
| 03/17/2017 | [1] | UNITED WORLD LIFE INSURANCE CO 3316 FARNAM STREET OMAHA, NE 68175 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 57,857.80 |
| 03/17/2017 | [1] | AMERIHEALTH CARITAS NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 118.40 | | 57,976.20 |
| 03/17/2017 | [1] | HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY P.O. BOX 420 NEWARK, NJ 07101 | ACCOUNTS RECEIVABLE | 1121-000 | 10.34 | | 57,986.54 |
| | | | Page Subtotals | | 247.66 | 0.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/17/2017 | [1] | AMERIHEALTH CARITAS pENNSYLVANIA | ACCOUNTS RECEIVABLE | 1121-000 | 7.50 | | 57,994.04 |
| 03/17/2017 | [1] | PHYLLIS KLINE 39 Upper Beechwood Ave Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 89.54 | | 58,083.58 |
| 03/17/2017 | [1] | JULIA BUCHINSKY 202 FURNACE STRET SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 58,103.58 |
| 03/17/2017 | [1] | GENEVIEVE PECINA 246 NORTH STREET MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 108.60 | | 58,212.18 |
| 03/17/2017 | [1] | ADRIANNE KURTAK 1960 ELK AVE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 58,222.18 |
| 03/17/2017 | [1] | JACQUELINE LUPKIN P.O. BOX 1143 POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 58,232.18 |
| 03/17/2017 | [1] | ELIZABETH BRUCE 321 POTTSVILLE STRETE MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 58,282.18 |
| 03/17/2017 | [1] | BEAU BERNITSKY 12 NOTH VALLEY STREET NEW PHILADEPHIA, PA 17959 | ACCOUNTS RECEIVABLE | 1121-000 | 104.03 | | 58,386.21 |
| | | | | Page Subtotals | 399.67 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 54)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform Trans. Code | Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 03/17/2017 | [1] | JEFFERY VOLUTZA<br>25 N. NICHOLAS STREE<br>APT 105<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 58,406.21 |
| 03/17/2017 | [1] | DEBORAH SALVADORE<br>918 W. COAL STREET<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 58,511.55 |
| 03/17/2017 | [1] | BRICKSTREET<br>PINNACLE POINT INSURANCE CO | ACCOUNTS RECEIVABLE | 1121-000 | 22.15 | | 58,533.70 |
| 03/17/2017 | [1] | JUDY SHEELER<br>413 PINE CREEK<br>BARNESVILLE, PA 18214 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 58,543.70 |
| 03/17/2017 | [1] | LYNN MORGAN<br>48 WALNUT STREET<br>CRESSONA, PA 17929 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 58,563.70 |
| 03/17/2017 | [1] | LELAND LUNDERVOLD<br>105 ASPEN DRIVE<br>AUBURN, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 6.00 | | 58,569.70 |
| 03/17/2017 | [1] | JACQUELINE ROSE<br>510 PINE STRETE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 80.00 | | 58,649.70 |
| | | | Page Subtotals | | 263.49 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 55)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: ********1797 Checking Account**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 03/17/2017 | [1] | KAREN MILLER<br>21 WOOD LANE<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 34.35 | | 58,684.05 |
| 03/17/2017 | [1] | JANET PROSPER<br>101 Broad Ave<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 58,709.05 |
| 03/17/2017 | [1] | KIM FELTY<br>1306 Mahantongo St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 58,729.05 |
| 03/17/2017 | [1] | BRUCE FEHR<br>175 BIRDSHILL ROAD<br>PINE GROVE, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 58,744.05 |
| 03/17/2017 | [1] | JUSTIN BEHRENT<br>312 Sweet Arrow Lake Rd<br>Pine Grove, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 58,754.05 |
| 03/17/2017 | [1] | STEPHANIE CAULFIELD<br>118 EAST CHESTNUT STREET<br>FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 58,759.05 |
| 03/17/2017 | [1] | RALPH HEFFNER<br>1615 PANTHER VALLEY ROAD<br>PINE GROVE, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 12.00 | | 58,771.05 |
| | | | Page Subtotals | | 121.35 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 56)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/17/2017 | [1] | CHARLENE BRENNAN 346 FRONT STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 13.09 | | 58,784.14 |
| 03/17/2017 | [1] | LORI SCHUSTER 15 DEER PARK DRIVE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 58,794.14 |
| 03/17/2017 | [1] | MARYBETH GUSCOTT 1969 HOWARD AVE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 71.50 | | 58,865.64 |
| 03/17/2017 | [1] | ALLEN NOLL 1499 RED DAL ROAD ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 58,915.64 |
| 03/17/2017 | [1] | RALPH SCHNEK 700 W. ARCH STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 58,925.64 |
| 03/17/2017 | [1] | MARY BICKELMAN 35 LOW ROAD POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 58.63 | | 58,984.27 |
| 03/17/2017 | [1] | ANN GAVALA 102 HILLSIDE DRIVE BARNESVILLE, PA 18214 | ACCOUNTS RECEIVABLE | 1121-000 | 85.98 | | 59,070.25 |
| | | | Page Subtotals | | 299.20 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 57)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No:** 17-00641 | | |
| **Case Name:** Pottsville Internists Associates, Inc. | | |

| | |
|---|---|
| **Trustee Name:** William G. Schwab | |
| **Bank Name:** Texas Capital Bank | |
| **Account Number/CD#:** ******1797 Checking Account | |

**Taxpayer ID No:** **-***9850
**For Period Ending:** 6/21/2019

**Blanket bond (per case limit):** 10,000,000.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/17/2017 | [1] | ELIZABETH LENOSKY<br>135 MAIN STREET<br>P.O. BOX 4084<br>SELTZER, PA 17974 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 59,095.25 |
| 03/17/2017 | [1] | MARY ANN SEMANCHICK<br>236 B STREET<br>GIRARDVILLE, PA 17935 | ACCOUNTS RECEIVABLE | 1121-000 | 20.89 | | 59,116.14 |
| 03/17/2017 | [1] | ELIZABETH MORGANS<br>530 Willing St<br>Tamaqua, PA 18252 | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 59,221.48 |
| 03/17/2017 | [1] | GARRY NUNEMACHER ESTATE | ACCOUNTS RECEIVABLE | 1121-000 | 111.25 | | 59,332.73 |
| 03/17/2017 | [1] | LINDA YEAGER<br>1728 Sweet Arrow Lake Rd<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 112.92 | | 59,445.65 |
| 03/17/2017 | [1] | ROBERT CARL<br>122 SPRINGWOOD AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 14.16 | | 59,459.81 |
| 03/17/2017 | [1] | GARY PARKHURST<br>209 ARLENE STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 59,484.81 |
| | | | Page Subtotals | | 414.56 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 58)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/17/2017 | [1] | ANDREA PODA 1817 ELK AVE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 8.42 | | 59,493.23 |
| 03/17/2017 | [1] | LAURA LICATA 337 VIRGINIA AVE SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 105.73 | | 59,598.96 |
| 03/17/2017 | [1] | DIANNE KUBICK 402 SOUTH SECOND STREET SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 35.12 | | 59,634.08 |
| 03/17/2017 | [1] | DIANNE KUBICK 402 SOUTH SECOND STREET SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 52.75 | | 59,686.83 |
| 03/17/2017 | [1] | SHERRY SLAPPEY 1358 Stag Dr Auburn, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 55.36 | | 59,742.19 |
| 03/17/2017 | [1] | DOLORES GALLO 423 W. POPLAR STREET SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 71.50 | | 59,813.69 |
| 03/17/2017 | | WELLS FARGO BANK P.O. BOX 39000 SAN FRANCISCO, CA 94139 | PROFIT SHARING ACCOUNT (UNSCHEDULED) | 1290-000 | 4,600.00 | | 64,413.69 |
| | | | Page Subtotals | | 4,928.88 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 59)

**Exhibit 9**

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/23/2017 | [1] | BENEFITWALLET<br>307 International Cir<br>SUITE 200<br>HUNT VALLEY, MD 21030 | ACCOUNTS RECEIVABLE | 1121-000 | 3.30 | | 64,416.99 |
| 03/23/2017 | [1] | STATE FARM MUTUAL AUTO INSURANCE CO<br>HEALTH OPERATIONS CENTER EAST<br>NEWARK , OH 43058 | ACCOUNTS RECEIVABLE | 1121-000 | 13.66 | | 64,430.65 |
| 03/23/2017 | [1] | TRICARE NORTH REGION<br>P.O. BOX 870141<br>SURFSIDE BEACH, SC 29587 | ACCOUNTS RECEIVABLE | 1121-000 | 2.40 | | 64,433.05 |
| 03/23/2017 | [1] | GATEWAY HEALTH PLAN, INC<br>444 LIBERTY AVE<br>SUITE 2100<br>PITTSBURGH, PA 15222 | ACCOUNTS RECEIVABLE | 1121-000 | 75.85 | | 64,508.90 |
| 03/23/2017 | [1] | COMPASSUS<br>CREEKSIDE CROSSING<br>10 CADILLAC DR, STE 400<br>BRENTWOOD, TN 37027 | ACCOUNTS RECEIVABLE | 1121-000 | 1,500.00 | | 66,008.90 |
| 03/23/2017 | [1] | INTEGRATED MEDICAL SOLUTIONS, LLC<br>1485 HERITAGE PARKWAY<br>MANSFIELD, TX 76063 | ACCOUNTS RECEIVABLE | 1121-000 | 126.00 | | 66,134.90 |
| | | | Page Subtotals | | 1,721.21 | 0.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/23/2017 | [1] | AEGIS SECURITY INSURANCE CO C/O CO-ORDINATED BENEFIT PLANS, LLC P.O. BOX 26222 TAMAPA, FL 33623 | ACCOUNTS RECEIVABLE | 1121-000 | 37.34 | | 66,172.24 |
| 03/23/2017 | [1] | HOUSING & REDEVELOPMENT INSURANCE EXCHANGE 424 JEFFERSON AVE SCRANTON, PA 18510 | ACCOUNTS RECEIVABLE | 1121-000 | 24.00 | | 66,196.24 |
| 03/23/2017 | [1] | FRANK GOGNO | ACCOUNTS RECEIVABLE | 1121-000 | 71.50 | | 66,267.74 |
| 03/23/2017 | [1] | GMP EMPLOYERS RETIREE TRUST 5245 Big Pine Way, S.E. Fort Myers, FL 33907 | ACCOUNTS RECEIVABLE | 1121-000 | 0.02 | | 66,267.76 |
| 03/23/2017 | [1] | TRICARE NORTH REGION P.O. BOX 870141 SURFSIDE BEACH, SC 29587 | ACCOUNTS RECEIVABLE | 1121-000 | 73.44 | | 66,341.20 |
| 03/23/2017 | [1] | PLUMBERS & PIPEFITTERS LOCAL 520 P.O. BOX 6480 HARRISBURG, PA 17112 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 66,342.89 |
| 03/23/2017 | [1] | MARTIN ZIMMERMAN 5 SOUTH SPRUCE STREET FRIEDENSBURG, PA 17933 | ACCOUNTS RECEIVABLE | 1121-000 | 28.95 | | 66,371.84 |
| | | | Page Subtotals | | 236.94 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 61)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  **17-00641**

Case Name:  **Pottsville Internists Associates, Inc.**

Taxpayer ID No:  **\*\*-\*\*\*9850**

For Period Ending:  **6/21/2019**

Trustee Name:  **William G. Schwab**

Bank Name:  **Texas Capital Bank**

Account Number/CD#:  **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit):  **10,000,000.00**

Separate bond (if applicable):  **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/23/2017 | [1] | LOUISE RIEGEL<br>371 Sweet Arrow Lake Rd<br>Pine Grove, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 66,391.84 |
| 03/23/2017 | [1] | CAROL MCSHAW<br>164 STRAWBERRY LANE<br>RINGTOWN, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 66,401.84 |
| 03/23/2017 | [1] | BERNADENE MICHALIK<br>234 S. WARREN STREET<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 66,421.84 |
| 03/23/2017 | [1] | SUSAN COSTY<br>227 MAIN STREET<br>P.O. BOX 4153<br>SELTZER, PA 17974 | ACCOUNTS RECEIVABLE | 1121-000 | 18.95 | | 66,440.79 |
| 03/23/2017 | [1] | ROBERT ALLISON<br>114 AVENUE C<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 9.30 | | 66,450.09 |
| 03/23/2017 | [1] | SHIRLEY DONTON<br>400 Laurel Blvd<br>APT 902<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 66,475.09 |
| 03/23/2017 | [1] | JOHN YEAGER<br>1247 WEST MARKET STREET<br>P.O. BOX 1033<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 66,500.09 |
| | | | Page Subtotals | | 128.25 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 62)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/23/2017 | [1] | LISA HELLER<br>259 FRIEDEN MANOR<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 35.00 | | 66,535.09 |
| 03/23/2017 | [1] | JERRY MOYER<br>76 Schuylkill Mountain Rd<br>Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 176.84 | | 66,711.93 |
| 03/23/2017 | [1] | BONNIE LONG<br>580 LAUREL TER<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 66,751.93 |
| 03/23/2017 | [1] | ERLA MARTIN<br>1020 EVERGREEN DRIVE<br>TAMAQUA, PA 18252 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 66,791.93 |
| 03/23/2017 | [1] | DEBRA MILLER<br>1411 W. MARKET STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 66,816.93 |
| 03/23/2017 | [1] | EDWARD CUNNINGHAM<br>819 WEST CENTER STREET<br>APT 301<br>ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 35.00 | | 66,851.93 |
| 03/23/2017 | [1] | SADIE WETZEL<br>358 FRONT STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 66,891.93 |
| | | | Page Subtotals | | 391.84 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 63)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/23/2017 | [1] | CENTRAL PENNSYLVANIA TEAMSTERS P.O. BOX 15224 READING, PA 15224 | ACCOUNTS RECEIVABLE | 1121-000 | 75.98 | | 66,967.91 |
| 03/23/2017 | [1] | WILLIAM DEMPSEY 100 MEMORIAL AVE SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 55.04 | | 67,022.95 |
| 03/23/2017 | [1] | SUSAN RYON 510 RIDGE ROAD ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 28.82 | | 67,051.77 |
| 03/23/2017 | [1] | MARK PUDDA 19 Sajer Rd Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 140.00 | | 67,191.77 |
| 03/24/2017 | [1] | UNITED HEALTHCARE COMMUNITY PLAN P.O. BOX 7550 PHOENIX, AZ 85011 | ACCOUNTS RECEIVABLE | 1121-000 | 32.14 | | 67,223.91 |
| 03/24/2017 | [1] | UNITED HEALTHCARE COMMUNITY PLAN P.O. BOX 7550 PHOENIX, AZ 85011 | ACCOUNTS RECEIVABLE | 1121-000 | 21.09 | | 67,245.00 |
| 03/24/2017 | [1] | MANHATTAN LIFE INSURANCE P.O. BOX 925688 HOUSTON, TX 77292 | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 67,350.34 |
| | | | Page Subtotals | | 458.41 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 64)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641

Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/24/2017 | [1] | CENTRAL PENNSYLVANIA TEAMSTERS P.O. BOX 15224 READING, PA 15224 | ACCOUNTS RECEIVABLE | 1121-000 | 131.36 | | 67,481.70 |
| 03/24/2017 | [1] | ANTHEM P.O. BOX 70000 VAN NUYS, CA 91470 | ACCOUNTS RECEIVABLE | 1121-000 | 21.07 | | 67,502.77 |
| 03/24/2017 | [1] | THE HARTFORD | ACCOUNTS RECEIVABLE | 1121-000 | 14.30 | | 67,517.07 |
| 03/24/2017 | [1] | BRIAN YEAGER 1282 SCHUYLKILL MTN. ROAD SCHUYLKILL HAVEN, PA 179722 | ACCOUNTS RECEIVABLE | 1121-000 | 39.10 | | 67,556.17 |
| 03/24/2017 | [1] | TRICARE BOX 7889 MADISON, WI 53707 | ACCOUNTS RECEIVABLE | 1121-000 | 275.69 | | 67,831.86 |
| 03/24/2017 | [1] | CIGNA AMERICAN RETIREMENT LIFE INSURANCE CO P.O. BOX 30010 AUSTIN, TX 78755 | ACCOUNTS RECEIVABLE | 1121-000 | 21.07 | | 67,852.93 |
| 03/24/2017 | [1] | CISI CULTURAL INSURANCE SERVICES INTERNATIONAL | ACCOUNTS RECEIVABLE | 1121-000 | 6.33 | | 67,859.26 |
| | | | Page Subtotals | | 508.92 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 65)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/24/2017 | [1] | TRICARE BOX 7889 MADISON, WI 53707 | ACCOUNTS RECEIVABLE | 1121-000 | 22.77 | | 67,882.03 |
| 03/24/2017 | [1] | DOROTHY STRAUSSER 623 FAIRVIEW STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 81.60 | | 67,963.63 |
| 03/24/2017 | [1] | COMMONWEALTH OF PA MEDICAL ASSISTANCE | ACCOUNTS RECEIVABLE | 1121-000 | 183.43 | | 68,147.06 |
| 03/24/2017 | [1] | PETER ZUK 80 OLD MILL ROAD POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 121.88 | | 68,268.94 |
| 03/24/2017 | [1] | MARILYN VALOSIN 505 NORTH WARREN STREET ORWIGSBURG, PA 17961 | ACCOUNTS RECEVABLE | 1121-000 | 25.00 | | 68,293.94 |
| 03/24/2017 | [1] | GLORIA SHADLE 756 FIRST ST MECHANICSVILLE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 8.42 | | 68,302.36 |
| 03/24/2017 | [1] | DIANE ENSMINGER 146 SCHUYLKILL STREET CRESSONA, PA 17929 | ACCOUNTS RECEIVABLE | 1121-000 | 28.42 | | 68,330.78 |
| 03/24/2017 | [1] | JOSEPH KULIKOSKY 121 N Greenview Rd Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 108.60 | | 68,439.38 |
| | | | Page Subtotals | | 580.12 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 66)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/24/2017 | [1] | BETH REED<br>143 Schuylkill Mountain Rd<br>Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 107.00 | | 68,546.38 |
| 03/24/2017 | [1] | PATRICIA SMITH<br>451 B EAST NORWEGIAN STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 21.60 | | 68,567.98 |
| 03/24/2017 | [1] | PATRICIA SMITH<br>451 B EAST NORWEGIAN STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 68,607.98 |
| 03/24/2017 | [1] | SUSAN MCCORD<br>100 MAIN STREET, MT. CARBON<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 275.00 | | 68,882.98 |
| 03/24/2017 | [1] | LINDA SPOTTS<br>1464 Wynonah Dr<br>Auburn, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 68,907.98 |
| 03/24/2017 | [1] | CIERRA SNYDER<br>113 CROSS CREEK DRIVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 8.58 | | 68,916.56 |
| 03/24/2017 | [1] | JOSEPH DOWD<br>417 E Mahanoy St<br>Mahanoy City, PA 17948 | ACCOUNTS RECEIVABLE | 1121-000 | 131.87 | | 69,048.43 |
| | | | Page Subtotals | | 609.05 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 67)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/24/2017 | [1] | JUDITH WEIST 1728 Sweet Arrow Lake Rd Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 8.42 | | 69,056.85 |
| 03/24/2017 | [1] | DEBORAH MELENDEZ 34 Schuylkill Rd New Ringgold, PA 17960 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 69,076.85 |
| 03/24/2017 | [1] | TRACEY MILKESAVAGE 123 HIGH ROAD POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 69,096.85 |
| 03/24/2017 | [1] | TIMOTHY KILLEEN P.O. BOX 166 FRIEDENSBURG, PA 17933 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 69,106.85 |
| 03/24/2017 | [1] | LOUISE HARIG 225 JACKSON STREET PORT CARBON , PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 39.80 | | 69,146.65 |
| 03/24/2017 | [1] | ROBERT SHANNON 281 LOUISA AVE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 69,151.65 |
| 03/24/2017 | [1] | ELAINE RISKIS 1 Eagan St Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 107.13 | | 69,258.78 |
| | | | Page Subtotals | | 210.35 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 68)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/24/2017 | [1] | CHRISTINE MURHON 511 WEST RACE STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 73.03 | | 69,331.81 |
| 03/24/2017 | [1] | DAVID WARTELLA 716 PINEWOOD CIRCLE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 69,341.81 |
| 03/24/2017 | [1] | DEBORAH SCHWARTZ 2010 WEST CENTER STREET TREMONT, PA 17981 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 69,346.81 |
| 03/24/2017 | [1] | BARBARA ROSE 126 NORTH SECOND STREET SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 8.09 | | 69,354.90 |
| 03/24/2017 | [1] | CURTIS LINK 204 Frisbee Rd Orwigsburg, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 5.70 | | 69,360.60 |
| 03/24/2017 | [1] | HENRY NYCE 610 JEFFERSON STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 33.00 | | 69,393.60 |
| 03/24/2017 | [1] | IRENE SANTEE 1359 SENCA STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 69,433.60 |
| | | | Page Subtotals | | 174.82 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 69)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/24/2017 | [1] | KATIELYNN MILBRANDT-MONTAG 206 NORTH FRONT STREET MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 42.00 | | 69,475.60 |
| 03/24/2017 | [1] | FRED MILLER 1415 Pottsville St Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 35.00 | | 69,510.60 |
| 03/24/2017 | [1] | STEPHEN BOLUSKY 238 MAIN STREET GILBERTON, PA 17934 | ACCOUNTS RECEIVABLE | 1121-000 | 15.04 | | 69,525.64 |
| 03/24/2017 | [1] | MARGARET SHELLHAMMER 654 Port Carbon Saint Clair Hwy Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 7.20 | | 69,532.84 |
| 03/27/2017 | | WELLS FARGO BANK | 401 (K) FUNDS | 1290-000 | 1,037.87 | | 70,570.71 |
| 03/29/2017 | [1] | MUTUAL OF OMAHA INSURANCE CO MUTUAL OF OMAHA PLAZA OMAHA, NE 68175 | ACCOUNTS RECEIVABLE | 1121-000 | 31.73 | | 70,602.44 |
| 03/29/2017 | [1] | UNITED WORLD LIFE INSURANCE CO 3316 FARNAM STREET OMAHA, NE 68175 | ACCOUNTS RECEIVABLE | 1121-000 | 24.38 | | 70,626.82 |
| | | | Page Subtotals | | 1,193.22 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 70)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 03/29/2017 | [1] | OAK HEALTH & REHAB CENTERS<br>1665 Palm Beach Lakes Blvd<br>SUITE 600<br>West Palm Beach, FL 33401 | ACCOUNTS RECEIVABLE | 1121-000 | 1,400.00 | | 72,026.82 |
| 03/29/2017 | [1] | TRICARE NORTH REGION<br>P.O. BOX 870141<br>SURFSIDE BEACH, SC 29587 | ACCOUNTS RECEIVABLE | 1121-000 | 73.50 | | 72,100.32 |
| 03/29/2017 | [1] | STATE FARM MUTUAL AUTO INSURANCE CO<br>HEALTH OPERATIONS CENTER EAST<br>NEWARK , OH 43058 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 72,102.01 |
| 03/29/2017 | [1] | MANHATTAN LIFE INSURANCE<br>P.O. BOX 925688<br>HOUSTON, TX 77292 | ACCOUNTS RECEIVABLE | 1121-000 | 14.30 | | 72,116.31 |
| 03/29/2017 | [1] | RAILROAD MAINTENANCE & INDUSTRIAL HEALTH & WELFARE FUND<br>2725 WEST MONROE STREET<br>SPRINGFIELD, IL 62704 | ACCOUNTS RECEIVABLE | 1121-000 | 93.63 | | 72,209.94 |
| 03/29/2017 | [1] | CIGNA LOYAL AMERICAN LIFE INSURANCE<br>P.O. BOX 30010<br>AUSTIN, TX 78755 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 72,211.63 |
| 03/29/2017 | [1] | CHARLES EVANS<br>1138 SENECA STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 107.00 | | 72,318.63 |
| | | | Page Subtotals | | 1,691.81 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 71)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/29/2017 | [1] | ALBERT MATAKONIS 441 WEST MT. VERNON STREET SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 72,323.63 |
| 03/29/2017 | [1] | ESTHER TETER 453 PHEASANT RUN ROAD ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 41.45 | | 72,365.08 |
| 03/29/2017 | [1] | SHAWN SCHOFFSTALL 736 BUNTING STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 72,405.08 |
| 03/29/2017 | [1] | JULIE BELL 323 INDIANA AVE SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 72,420.08 |
| 03/29/2017 | [1] | DEBORAH BUBECK 814 SCHULKILL MTN ROAD SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 55.00 | | 72,475.08 |
| 03/29/2017 | [1] | APRIL WYTOVICH 2429 SHARP MNT. ROAD # 10 POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 157.06 | | 72,632.14 |
| 03/29/2017 | [1] | JOANNE DOYNE 2018 ELK AVE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 221.54 | | 72,853.68 |
| | | | Page Subtotals | | 535.05 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 72)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/29/2017 | [1] | DIANE HARDOCK<br>8 FIRST AVE<br>WEST WEST TERRACE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 72,878.68 |
| 03/29/2017 | [1] | JAMES STRAUSSER<br>33 Strossertown Rd<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 29.87 | | 72,908.55 |
| 03/29/2017 | [1] | MICHAEL MCFADDEN<br>303 NORTH 20TH STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 6.45 | | 72,915.00 |
| 03/29/2017 | [1] | CHRISTINE STEELE<br>78 ROSE AVE<br>PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 17.95 | | 72,932.95 |
| 03/29/2017 | [1] | ROBERT DELPH<br>307 NORTH GEORGE STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 72,947.95 |
| 03/29/2017 | [1] | LARRY FUTCHKO<br>512 SOUTH FRONT STREET<br>SAITN CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 45.23 | | 72,993.18 |
| 03/29/2017 | [1] | MARY L. COLIHAN<br>1974 WEST MARKET STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 73,098.52 |
| | | | Page Subtotals | | 244.84 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 73)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/29/2017 | [1] | TOM DE NAPOLI COMMUNICATIONS 140 N. MILL STREET ST. CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 73,103.52 |
| 03/29/2017 | [1] | JENNIFER TORRACO 17 COAL STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.19 | | 73,113.71 |
| 03/29/2017 | [1] | UPMC BENEFIT MANAGEMENT SERVICES 600 GRANT STREET PITTSBURGH, PA 15219 | ACCOUNTS RECEIVABLE | 1121-000 | 92.68 | | 73,206.39 |
| 03/29/2017 | [1] | COMMONWEALTH OF PA MEDICAL ASSISTANCE | ACCOUNTS RECEIVABLE | 1121-000 | 135.04 | | 73,341.43 |
| 03/29/2017 | [1] | NECA IBEW LOCAL 607 HEALTH & WELFARE FUND P.O. BOX 6480 HARRISBURG, PA 17112 | ACCOUNTS RECEIVABLE | 1121-000 | 50.39 | | 73,391.82 |
| 03/29/2017 | [1] | LEEANN STRENCOSKY 4106 BROOKSIDE COURT ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 89.54 | | 73,481.36 |
| 03/29/2017 | [1] | THOMAS MIERSKY 225 Mount Olive Blvd Shenandoah, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 5.68 | | 73,487.04 |
| | | | Page Subtotals | | 388.52 | 0.00 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/29/2017 | [1] | MARGARET STEDNITZ<br>565 E Lawton St<br>Saint Clair, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 73,592.38 |
| 03/29/2017 | [1] | NANCY LECHLEITNER<br>320 Mauch Chunk St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 73,617.38 |
| 03/29/2017 | [1] | DOROTHY CONWAY<br>717 W Norwegian St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 57.20 | | 73,674.58 |
| 03/29/2017 | [1] | JENNIFER KOONS<br>2121 W Norwegian St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 138.40 | | 73,812.98 |
| 03/29/2017 | [1] | JOHN CARROLL<br>564 PINE STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 22.00 | | 73,834.98 |
| 03/29/2017 | [1] | JOHN KEATING<br>1701 Mahantongo St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 17.64 | | 73,852.62 |
| 03/29/2017 | [1] | HOLLY DELINKO<br>P.O. BOX 4176<br>SELTZER , PA 17974 | ACCOUNTS RECEIVABLE | 1121-000 | 99.82 | | 73,952.44 |
| | | | Page Subtotals | | 465.40 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 75)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/29/2017 | [1] | VANCO GEORGEVIC<br>412 HARRISON STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 28.21 | | 73,980.65 |
| 03/29/2017 | [1] | JOSEPH POST<br>443 NORTH STRETE<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 73,985.65 |
| 03/29/2017 | [1] | CYNTHIA VAN STONE<br>624 Seltzer Rd<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 14.16 | | 73,999.81 |
| 03/29/2017 | [1] | GERALDINE DELINKO<br>511 WILLOW STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 58.63 | | 74,058.44 |
| 03/29/2017 | [1] | WILLIAM MARTIN<br>400 Laurel Blvd<br>APT 802<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.89 | | 74,079.33 |
| 03/29/2017 | [1] | DAVID HUMMEL<br>1283 SCHUYLKILL MTN ROAD<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 65.04 | | 74,144.37 |
| 03/29/2017 | [1] | PAULINE SCHULER<br>108 S Morris St<br>ST. CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 58.72 | | 74,203.09 |
| | | | Page Subtotals | | 250.65 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 76)

**Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/29/2017 | [1] | DEBRA ULICNY<br>138 Swatara Rd<br>Shenandoah, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 10.48 | | 74,213.57 |
| 03/29/2017 | [1] | ROOFERS LOCAL 30<br>COMBINED HEALTH & WELFARE FUND | ACCOUNTS RECEIVABLE | 1121-000 | 60.64 | | 74,274.21 |
| 03/29/2017 | [1] | AMERIHEALTH CARITAS<br>NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 73.64 | | 74,347.85 |
| 03/29/2017 | [1] | CATHERINE ROWE<br>31 FOREST AVE<br>BARNESVILLE, PA 18214 | ACCOUNTS RECEIVABLE | 1121-000 | 12.91 | | 74,360.76 |
| 03/29/2017 | [1] | STEPHEN WARD<br>1527 OAK ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 74,385.76 |
| 03/29/2017 | [1] | WILLIAM SAURAZAS<br>1529 BUNTING STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 74,395.76 |
| 03/29/2017 | 51004 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES (INVOICE NO. G255; MCGINTY, HOMA, WILLIAMSON & PA SALES TAX) | 2990-000 | | 4,446.71 | 69,949.05 |
| *03/29/2017 | 51005 | W.B. MASON CO., INC.<br>59 CENTRE STREET<br>BROCKTON, MA 02301 | PAYROLL SERVICES (INVOICE NO. G255; MCGINTY, HOMA, WILLIAMSON & PA SALES TAX) | 2990-000 | | 4,446.71 | 65,502.34 |

Page Subtotals: 192.67    8,893.42

UST Form 101-7-TDR (10/1/2010) (Page 77)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform Trans. Code | Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| *03/29/2017 | | W.B. MASON CO., INC.<br>59 CENTRE STREET<br>BROCKTON, MA 02301 | PAYROLL SERVICES (INVOICE NO. G255; MCGINTY, HOMA, WILLIAMSON & PA SALES TAX) | 2990-000 | | (4,446.71) | 69,949.05 |
| 03/29/2017 | 51006 | W.B. MASON CO., INC.<br>59 CENTRE STREET<br>BROCKTON, MA 02301 | ACCOUNTS RECEIVABLE "DEPOSIT ONLY" STAMPER (INVOICE NO. I42692227; CUSTOMER NO. C2422742; REFERENCE NO. I42692227; ORDER NO. S046469883) | 2990-000 | | 32.85 | 69,916.20 |
| 03/29/2017 | 51007 | TROPP CONTRACTING, INC.<br>162 Brier City Rd<br>Pottsville, PA 17901 | PROPERTY MAINTENANCE (PLOWING AND SALTING FOR SNOW REMOVAL) (INVOICE NO. 15698) | 2990-000 | | 985.00 | 68,931.20 |
| 03/31/2017 | 51008 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES (INVOICE NO. G264; MCGINTY, HOMA, WILLIAMSON & PA SALES TAX) | 2990-000 | | 4,101.24 | 64,829.96 |
| 04/03/2017 | [1] | JESSICA LEONARD<br>505 FOREST LANE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 64,839.96 |
| 04/03/2017 | [1] | UNITED WORLD LIFE INSURANCE CO<br>3316 FARNAM STREET<br>OMAHA, NE 68175 | ACCOUNTS RECEIVABLE | 1121-000 | 21.07 | | 64,861.03 |
| 04/03/2017 | [1] | LEONA SHEIPE<br>411 PERSHING AVE<br>FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 17.99 | | 64,879.02 |
| | | | Page Subtotals | | 49.06 | 672.38 | |

UST Form 101-7-TDR (10/1/2010) (Page 78)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: ********1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/03/2017 | [1] | DOROTHY LAVIN P.O. BOX 692 MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 121.88 | | 65,000.90 |
| 04/03/2017 | [1] | PETER VERBA 10 Sajer Rd Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 52.37 | | 65,053.27 |
| 04/03/2017 | [1] | DIANE MCDONALD 2503 WATER STREET MAHANOY CITY, PA 17949 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 65,068.27 |
| 04/03/2017 | [1] | BETTY ROBERTS 44 NORTH 4TH STREET CRESSONA, PA 17929 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 65,073.27 |
| 04/03/2017 | [1] | MICHAEL KOST 221 SOUTH 2ND STREET FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 9.00 | | 65,082.27 |
| 04/03/2017 | [1] | JENNIFER BOWEN 1103 VILLAGE ROAD ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 65,097.27 |
| 04/03/2017 | [1] | MARY ALICE ROSS 1640 LITTLE MOUNTAIN RD ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 65,117.27 |
| | | | Page Subtotals | | 238.25 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 79)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/03/2017 | [1] | NATALIE THOMAS<br>445 SOUTH MILL STREET<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 121.15 | | 65,238.42 |
| 04/03/2017 | [1] | CHARLENE FREEZE<br>114 OIKE STREET<br>PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 65,263.42 |
| 04/03/2017 | [1] | FRANCES SHELDON<br>402 Frieden Mnr<br>Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 65,273.42 |
| 04/03/2017 | [1] | ANNA MAE VIDZICKI<br>51 MACLOMB STREET<br>NEW PHILADELPHIA, PA 17959 | ACCOUNTS RECEIVABLE | 1121-000 | 41.76 | | 65,315.18 |
| 04/03/2017 | [1] | SUSAN FANOK<br>569 Rawhide Dr<br>Auburn, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 65,335.18 |
| 04/03/2017 | [1] | BRUCE KILLIAN<br>24 Phoenix Park Rd<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 65,360.18 |
| 04/03/2017 | [1] | SUSAN WAGNER<br>554 TUNNEL ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 76.00 | | 65,436.18 |
| | | | Page Subtotals | | 318.91 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 80)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 04/03/2017 | [1] | PEGGY ANN UNDERWOOD<br>69 LONGVIEW DRIVE<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 94.77 | | 65,530.95 |
| 04/03/2017 | [1] | DAVID BRENNAN<br>824 BUNTING STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 22.77 | | 65,553.72 |
| 04/03/2017 | [1] | CIGNA HEALTH AND LIFE INSURANCE CO<br>P.O. BOX 30010<br>AUSTIN, TX 78755 | ACCOUNTS RECEIVABLE | 1121-000 | 7.30 | | 65,561.02 |
| 04/03/2017 | [1] | MICHAEL MACCARONE<br>2 JACKSON ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 24.23 | | 65,585.25 |
| 04/03/2017 | [1] | COLLEEN AGOSTI<br>728 BROAD STREET<br>P.O. BOX 167<br>TUSCARORA, PA 17982 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 65,600.25 |
| 04/03/2017 | [1] | MARY MARBERGER<br>16 CHESTNUT STREET<br>APT 4<br>CRESSONA, PA 17929 | ACCOUNTS RECEIVABLE | 1121-000 | 24.18 | | 65,624.43 |
| 04/03/2017 | [1] | KIMBERLY MALIS<br>175 LAVELLE ROAD<br>BOX 264<br>LAVELLE, PA 17943 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 65,634.43 |

Page Subtotals     198.25     0.00

UST Form 101-7-TDR (10/1/2010) (Page 81)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 04/03/2017 | [1] | MICHELE PELESCHAK<br>2137 Mahantongo St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 65,654.43 |
| 04/03/2017 | [1] | SAUNDRA LOFTUS<br>809 EAST PINE STREET<br>MAHANOY CITY, PA 17948 | ACCOUNTS RECEIVABLE | 1121-000 | 20.73 | | 65,675.16 |
| 04/03/2017 | [1] | LEO BAZAR<br>20 Schuylkill St<br>Cressona, PA 17929 | ACCOUNTS RECEIVABLE | 1121-000 | 71.50 | | 65,746.66 |
| 04/03/2017 | [1] | HELENE YUTKO<br>212 SUMMER VALLEY ROAD<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 65,771.66 |
| 04/03/2017 | [1] | KIMBERLY MOYER<br>17 DEERFIELD DR<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 65,791.66 |
| 04/03/2017 | [1] | JEANNETTE MCKEON<br>507 3RD STREET<br>PORT CARBON , PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 65,811.66 |
| 04/03/2017 | [1] | JANET TOWEY<br>305 MCKNIGHT STREET<br>GORDON, PA 17936 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 65,841.66 |
| | | | Page Subtotals | | 207.23 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 82)

**Exhibit 9**

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No:** 17-00641

**Case Name:** Pottsville Internists Associates, Inc.

**Taxpayer ID No:** **-***9850

**For Period Ending:** 6/21/2019

**Trustee Name:** William G. Schwab

**Bank Name:** Texas Capital Bank

**Account Number/CD#:** ******1797 Checking Account

**Blanket bond (per case limit):** 10,000,000.00

**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/03/2017 | [1] | LOREN REICHERT<br>51 NORTH 4TH STREET<br>CRESSONA, PA 17929 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 65,851.66 |
| 04/03/2017 | [1] | JOHN QUINN<br>356 EAST BACON STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 67.20 | | 65,918.86 |
| 04/03/2017 | [1] | T.A.GAYDOS | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 65,923.86 |
| 04/03/2017 | [1] | GLORIA HUTSKO<br>25 WILLOW LANE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 142.10 | | 66,065.96 |
| 04/03/2017 | [1] | FRANK ODONNELL<br>510 W Norwegian St<br>APT 406<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 87.24 | | 66,153.20 |
| 04/03/2017 | [1] | LINDA MINNICH<br>111 S. WOLFE STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 102.00 | | 66,255.20 |
| 04/03/2017 | [1] | BRADD QUINTER<br>357 SOUTH WAYNE STREET<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 111.00 | | 66,366.20 |
| | | | Page Subtotals | | 524.54 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 83)

**Exhibit 9**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/03/2017 | [1] | CORALEE MUNLEY 148 SCHUYLKILL AVE SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 95.98 | | 66,462.18 |
| 04/03/2017 | 51009 | GREENWAY PO BOX 203658 DALLAS, TX 75320-3658 | HEALTH COVERAGE (CUSTOMER NO. 1922212160; INVOICE NO. 06398068) | 2990-000 | | 2,769.24 | 63,692.94 |
| 04/03/2017 | 51010 | COMCAST PO BOX 3001 SOUTHEASTERN, PA 19398-3001 | COMCAST BUSINESS (ACCT. NO. 8993 11 252 0172227; BILLING DATE 3/18/17) | 2990-000 | | 301.00 | 63,391.94 |
| 04/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 85.22 | 63,306.72 |
| 04/06/2017 | [1] | AMERIHEALTH CARITAS NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 45.39 | | 63,352.11 |
| 04/06/2017 | [1] | BARBARA MILLER 109 FRONT STREET CRESSONA, PA 17929 | ACCOUNTS RECEIVABLE | 1121-000 | 121.15 | | 63,473.26 |
| 04/06/2017 | [1] | KIMBERLY CONVILLE 605 NORTH FRONT STREET MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 63,503.26 |
| | | | Page Subtotals | | 292.52 | 3,155.46 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/06/2017 | [1] | GEORGE WOLFF<br>9 S FRONT STREET<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 63,513.26 |
| 04/06/2017 | [1] | PLUMBERS & PIPEFITTERS LOCAL 520<br>P.O. BOX 6480<br>HARRISBURG, PA 17112 | ACCOUNTS RECEIVABLE | 1121-000 | 13.97 | | 63,527.23 |
| 04/06/2017 | [1] | LORETTA SKOUFALOS<br>311 FIRST STREET<br>PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 59.10 | | 63,586.33 |
| 04/06/2017 | [1] | DEBRA MATTA<br>215 TIMBER ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 120.00 | | 63,706.33 |
| 04/06/2017 | [1] | JAN GENTRY<br>218 NORTH 18TH STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 169.13 | | 63,875.46 |
| 04/06/2017 | [1] | GEORGE WOLFF<br>9 S FRONT STREET<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 63,885.46 |
| 04/06/2017 | [1] | JOSEPH FEENEY<br>417 S. MILL STREET<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 176.84 | | 64,062.30 |
| | | | Page Subtotals | | 559.04 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 85)

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641

Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850

For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: ********1797 Checking Account**

Blanket bond (per case limit): 10,000,000.00

Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/06/2017 | [1] | CAROL ARTZ 1740 WEST END AVE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 64,167.64 |
| 04/06/2017 | [1] | AUDREY DREHER 19 QUEEN AVE ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 64,197.64 |
| 04/06/2017 | [1] | JOHN PURCELL 25 N Nicholas St APT 305 Saint Clair, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 64,207.64 |
| 04/06/2017 | [1] | JOEL YESALUSKY 297 Tielman Rd Ashland, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 64,232.64 |
| 04/06/2017 | [1] | HELEN BOVA 370 ROOSEVELT DRIVE NEW BOSTON, PA 17948 | ACCOUNTS RECEIVABLE | 1121-000 | 38.45 | | 64,271.09 |
| 04/06/2017 | [1] | ROBERT HAUGHNEY 2157 WOODGLEN ROAD POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 100.00 | | 64,371.09 |
| 04/06/2017 | [1] | COLBY POWELL 3301 VILLAGE ROAD ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 174.00 | | 64,545.09 |
| | | | Page Subtotals | | 482.79 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 86)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/06/2017 | [1] | LINDA MONTGOMERY 710 WEST JOHN STREET FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 64,550.09 |
| 04/06/2017 | [1] | BEVERLY STINE 805 W. WASHINGTON STREET FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 64,560.09 |
| 04/06/2017 | [1] | SARAH SMITH 86 GRIST MILL ROAD ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 64,580.09 |
| 04/07/2017 | [1] | MARY BORAN 413 WEST MARKET STREE ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 64,585.09 |
| 04/07/2017 | [1] | AMERIHEALTH CARITAS NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 64,600.09 |
| 04/07/2017 | [1] | ALLSTATE INSURANCE CO | ACCOUNTS RECEIVABLE | 1121-000 | 9.28 | | 64,609.37 |
| 04/07/2017 | [1] | HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY P.O. BOX 420 NEWARK, NJ 07101 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 64,611.06 |
| | | | Page Subtotals | | 65.97 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 87)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | Uniform Trans. Code | 5 Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 04/07/2017 | [1] | NATIONAL AUTOMATIC SPRINKLER INDUSTRY WELFARE FUND 8000 CORPORATE LANDOVER, MD 20785 | ACCOUNTS RECEIVABLE | 1121-000 | 2.54 | | 64,613.60 |
| 04/07/2017 | [1] | TRICARE NORTH REGION P.O. BOX 870141 SURFSIDE BEACH, SC 29587 | ACCOUNTS RECEIVABLE | 1121-000 | 71.60 | | 64,685.20 |
| 04/07/2017 | [1] | PATRICIA MAKARA 743 FOREST LANE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 57.20 | | 64,742.40 |
| 04/07/2017 | [1] | THOMAS COLLINS 809 Barnesville Dr Barnesville, PA 18214 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 64,747.40 |
| 04/07/2017 | [1] | JOSEPH QUIRK 606 FAIRVIEW STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 142.50 | | 64,889.90 |
| 04/07/2017 | [1] | CHERYL RIOTTO 124 LAKE FRONT DRIVE ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 14.30 | | 64,904.20 |
| 04/07/2017 | [1] | DEANNA JONES 15 Teaberry Hill Rd Minersville, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 57.00 | | 64,961.20 |
| | | | Page Subtotals | | 350.14 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 88)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 04/07/2017 | [1] | BETTY HUMMEL<br>615 Gap St<br>Hegins, PA 17938 | ACCOUNTS RECEIVABLE | 1121-000 | 12.66 | | 64,973.86 |
| 04/07/2017 | [1] | PATRICIA YAAG<br>612 GREENWOOD AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 43.46 | | 65,017.32 |
| 04/07/2017 | [1] | JENNIFER MCGINLEY<br>638 EDWARDS AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 63.61 | | 65,080.93 |
| 04/07/2017 | [1] | HENRY KOTULA<br>46 Bryn Mawr Ave<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 11.72 | | 65,092.65 |
| 04/07/2017 | [1] | TARA RHOADS<br>536 WEST SPRUCE STREET<br>MAHANOY CITY, PA 17948 | ACCOUNTS RECEIVABLE | 1121-000 | 54.42 | | 65,147.07 |
| 04/07/2017 | [1] | DIANE KOVACH<br>461 MT. OLIVE BLVD<br>P.O. BOX 81<br>LOST CREEK, PA 17946 | ACCOUNTS RECEIVABLE | 1121-000 | 12.66 | | 65,159.73 |
| 04/07/2017 | [1] | BEVERLY STABINSKY<br>14 SUNSET STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 121.88 | | 65,281.61 |

Page Subtotals 320.41 0.00

UST Form 101-7-TDR (10/1/2010) (Page 89)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/07/2017 | [1] | MARY BETH HOUTZ 726 DEIBERTS VALLEY ROAD SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 65,331.61 |
| 04/07/2017 | [1] | ROSE NORDALL 422 Birds Hill Rd Pine Grove, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 65,356.61 |
| 04/07/2017 | [1] | ANNMARIE RICCIO 215 WILLING STREET LLEWELLYN, PA 17944 | ACCOUNTS RECEIVABLE | 1121-000 | 58.60 | | 65,415.21 |
| 04/07/2017 | [1] | KAREN CHRIN 51 HOLLY ROAD BARNESVILLE, PA 18214 | ACCOUNTS RECEIVABLE | 1121-000 | 55.50 | | 65,470.71 |
| 04/07/2017 | [1] | TRICARE BOX 7889 MADISON, WI 53707 | ACCOUNTS RECEIVABLE | 1121-000 | 141.69 | | 65,612.40 |
| 04/07/2017 | [1] | NATIONAL ASSOCIATION OF LETTERS CARRIERS 20547 Waverly Ct Ashburn, VA 20147 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 65,614.09 |
| 04/07/2017 | [1] | COMMONWELATH OF PA MEDICAL ASSISTANCE | ACCOUNTS RECEIVABLE | 1121-000 | 71.21 | | 65,685.30 |
| | | | Page Subtotals | | 403.69 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 90)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/07/2017 | [1] | UPMC INSURANCE SERVICES<br>600 GRANT STREET<br>PITTSBUGH, PA 15219 | ACCOUNTS RECEIVABLE | 1121-000 | 10.38 | | 65,695.68 |
| 04/07/2017 | [1] | CENTRAL PENNSYLVANIA TEAMSTERS<br>P.O. BOX 15224<br>READING, PA 15224 | ACCOUNTS RECEIVABLE | 1121-000 | 7.68 | | 65,703.36 |
| 04/07/2017 | [1] | HEALTH NET FEDERAL SERVICES, LLC<br>P.O. BOX 2890<br>RANCHO CORDOVA, CA 95741 | ACCOUNTS RECEIVABLE | 1121-000 | 13.23 | | 65,716.59 |
| 04/07/2017 | [1] | JAMIE TEIJARO<br>221 Paxson Ave<br>Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 65.04 | | 65,781.63 |
| 04/07/2017 | [1] | JAMIE TEIJARO<br>221 Paxson Ave<br>Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 20.89 | | 65,802.52 |
| 04/07/2017 | [1] | BETTY FEGLEY<br>255 PARKWAY<br>APT 709<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 58.63 | | 65,861.15 |
| 04/07/2017 | [1] | HELEN JONES<br>517 CARBON STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 17.76 | | 65,878.91 |
| | | | Page Subtotals | | 193.61 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 91)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/07/2017 | [1] | VINCENT MATALAVAGE 258 S. SPENCER STREET FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 65,918.91 |
| 04/07/2017 | [1] | JOAN REPELLA 214 NORTH GEORGE STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 23.37 | | 65,942.28 |
| 04/07/2017 | [1] | LAVONDA POPISH 232 Brandonville Rd Ringtown, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 107.00 | | 66,049.28 |
| 04/07/2017 | [1] | RONALD SCHELL 127 N. LIBERTY STREET ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 66,059.28 |
| 04/07/2017 | 51011 | TRUSTEE INSURANCE AGENCY 2813 WEST MAIN KALAMAZOO, MI 49006 | INSURANCE PREMIUM (INVOICE NO. 1451; 106 S. CLAUDE A. BLVD., POTTSVILLE) | 2990-000 | | 507.50 | 65,551.78 |
| 04/07/2017 | 51012 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR W/E 4/1/17 (INVOICE NO. G264; MCGINTY, HOMA, WILLIAMSON & PA SALES TAX) | 2990-000 | | 4,160.87 | 61,390.91 |
| 04/12/2017 | [1] | LOUISE ANN KELLY 623 WASHINGTON STREET SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 61,415.91 |

| | | | | Page Subtotals | 205.37 | 4,668.37 | |

UST Form 101-7-TDR (10/1/2010) (Page 92)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/12/2017 | [1] | DIANE BORIS<br>121 N Nicholas St<br>Saint Clair, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 61,420.91 |
| 04/12/2017 | [1] | JANET SEIDERS<br>18 UNION STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 60.46 | | 61,481.37 |
| 04/12/2017 | [1] | MARTIN MALIS<br>13 CHESTNUT STREET<br>CRESSONA, PA 17929 | ACCOUNTS RECEIVABLE | 1121-000 | 51.72 | | 61,533.09 |
| 04/12/2017 | [1] | ROSE MEYERS<br>205 E Bacon St<br>PALO ALTO<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 76.76 | | 61,609.85 |
| 04/12/2017 | [1] | SADIE WETZEL<br>358 FRONT STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 61,629.85 |
| 04/12/2017 | [1] | ELIZABETH SCHAAR<br>173 STATE ROAD<br>BARNESVILLE, PA 18214 | ACCOUNTS RECEIVABLE | 1121-000 | 78.18 | | 61,708.03 |
| 04/12/2017 | [1] | ANTOINETTE OPELLA<br>10 WEST CENTRE STREET<br>APT 301<br>MAHANOY CITY, PA 17948 | ACCOUNTS RECEIVABLE | 1121-000 | 51.72 | | 61,759.75 |
| | | | Page Subtotals | | 343.84 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 93)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/12/2017 | [1] | EARL MACE 2009 EAST CENTER STREET TREMONT, PA 17981 | ACCOUNTS RECEIVABLE | 1121-000 | 34.66 | | 61,794.41 |
| 04/12/2017 | [1] | MARCIA JACAVAGE 29 S Jardin St Shenandoah, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 12.06 | | 61,806.47 |
| 04/12/2017 | [1] | OAK HRC BROAD MTN., LLC 500 WEST LAUREL STREET FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 50.70 | | 61,857.17 |
| 04/12/2017 | [1] | SARA BOWERS 101 Mahantongo St Pottsville PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 147.83 | | 62,005.00 |
| 04/12/2017 | [1] | MARY DEMBINSKY 400 Beurys Rd Ashland, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 51.72 | | 62,056.72 |
| 04/12/2017 | [1] | ROBERT ANTHONY 465 Route 61 S Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 71.50 | | 62,128.22 |
| 04/12/2017 | [1] | KATHLEEN JUDD 149 S Nice St Frackville, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 19.55 | | 62,147.77 |
| | | | Page Subtotals | | 388.02 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 94)

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**

For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 04/12/2017 | [1] | KAREN SPIELES<br>101 EAST CHESTNUT STREET<br>APT 307<br>FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 62,157.77 |
| 04/12/2017 | [1] | RALPH CLARK<br>365 Phineyville Rd<br>Ringtown, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 62,162.77 |
| 04/12/2017 | [1] | ALBERTA PUKAVAGE<br>P.O. BOX 235<br>RINGTOWN, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 62,212.77 |
| 04/12/2017 | [1] | JOHN DRESCH<br>218 SOUTH THIRD STREET<br>ST. CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 89.54 | | 62,302.31 |
| 04/12/2017 | [1] | TERRY SHAY<br>907 FAIRMONT AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 107.00 | | 62,409.31 |
| 04/12/2017 | [1] | ELIAS BERETSKY<br>625 FOREST LANE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 62,514.65 |
| 04/12/2017 | [1] | MARIA ROWLANDS<br>212 Norwegian Woods Dr<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 62,539.65 |
| | | | Page Subtotals | | 391.88 | 0.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/12/2017 | [1] | THOMAS NAWROCKI 20 NORTH VALLEY STREET NEW PHILA, PA 17959 | ACCOUNTS RECEIVABLE | 1121-000 | 104.38 | | 62,644.03 |
| 04/12/2017 | [1] | ANNETTE MATTHEWS 2076 W. MARKET STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 62,649.03 |
| 04/12/2017 | [1] | RUTH DAVIDSON 111 Mahantongo Dr Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 62,659.03 |
| 04/12/2017 | [1] | ROSEMARY MCCOACH 100 Arnot St Saint Clair, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 62,764.37 |
| 04/12/2017 | [1] | JEAN STILLWAGNER PO Box 444 CUMBOLA, PA 17930 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 62,769.37 |
| 04/12/2017 | [1] | GERALD SPOTTS 10 SOUTH 25TH STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 71.50 | | 62,840.87 |
| 04/12/2017 | [1] | EUGENE STOHN 308 S Hoffman Blvd Ashland, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 19.55 | | 62,860.42 |
| | | | Page Subtotals | | 320.77 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 96)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641

Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850

For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/12/2017 | [1] | HOLLY FRIE 218 NORTH 10 TH STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 62,870.42 |
| 04/12/2017 | [1] | DAVID GOTTSCHALL P.O. BOX 33 MARLIN, PA 17951 | ACCOUNTS RECEIVABLE | 1121-000 | 9.00 | | 62,879.42 |
| 04/12/2017 | [1] | DELORIS STEIN 1117 CHESTNUT ROAD ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 62,889.42 |
| 04/12/2017 | [1] | AUDREY SPANGLER 1048 MAPLE STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 39.55 | | 62,928.97 |
| 04/12/2017 | [1] | AUDREY SPANGLER 1048 MAPLE STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 28.24 | | 62,957.21 |
| 04/12/2017 | [1] | MARY JANE LINDENMUTH 583 AIRPORT ROAD ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 6.60 | | 62,963.81 |
| 04/12/2017 | [1] | JAMES BARRETT 1417 MARKET STREET ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 63,003.81 |
| | | | Page Subtotals | | 143.39 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 97)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/12/2017 | [1] | PAULINE ELTRINGHAM<br>503 RYAN LANE<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 182.84 | | 63,186.65 |
| 04/12/2017 | [1] | ROBERT KEENER<br>100 BROAD STREET<br>ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 14.72 | | 63,201.37 |
| 04/12/2017 | [1] | BERNARD KOVICH<br>350 NEW CASTLE STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 63,226.37 |
| 04/12/2017 | [1] | CYNTHIA HERTZ<br>107 SOUTH FRONT STREET<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 63,236.37 |
| 04/12/2017 | [1] | THOMAS PELLISH-ATTY AT LAW<br>306 Mahantongo St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 52.17 | | 63,288.54 |
| 04/12/2017 | [1] | JAMES DEL CONTE<br>723 SOUTH ROUTE 183<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 105.54 | | 63,394.08 |
| 04/12/2017 | [1] | LEONARD SCHUMACK<br>277 VIRGINIA AVE<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 63,499.42 |
| | | | Page Subtotals | | 495.61 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 98)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641

Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850

For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: ********1797 Checking Account**

Blanket bond (per case limit): 10,000,000.00

Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/12/2017 | [1] | CHARLES NOLL 1543 NORWEGIAN STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 63,549.42 |
| 04/12/2017 | [1] | ELIZABETH LESKIE 449 WEST JOHN STREET FRAKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 75.40 | | 63,624.82 |
| 04/12/2017 | [1] | CHARLES NOLL 1543 NORWEGIAN STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 63,674.82 |
| 04/12/2017 | [1] | KORISSA EVANS 19 GROVE STREET CRESSONA, PA 17929 | ACCOUNTS RECEIVABLE | 1121-000 | 60.31 | | 63,735.13 |
| 04/12/2017 | [1] | ETHEL ELLEX 733 GARFIELD AVE SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 259.00 | | 63,994.13 |
| 04/12/2017 | [1] | RAYMOND WILLIAMS 552 MAPLE STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 118.52 | | 64,112.65 |
| 04/12/2017 | [1] | CARMEN MURHON 1516  NORTH NORWEGIAN STREET POTTSVILLE, PA 17902 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 64,122.65 |
| | | | Page Subtotals | | 623.23 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 99)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**

For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/12/2017 | [1] | ANN TOBIN<br>1414 MOUNT HOPE AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 64,227.99 |
| 04/12/2017 | [1] | GAYLE GIBBONS<br>101 Mahantongo St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 30.72 | | 64,258.71 |
| 04/12/2017 | [1] | BETTY FERRIER<br>62 SPRUCE STREET<br>CRESSONA, PA 17929 | ACCOUNTS RECEIVABLE | 1121-000 | 57.20 | | 64,315.91 |
| 04/12/2017 | [1] | MARY ANN BATZ<br>211 Vaux Ave<br>Tremont, PA 17981 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 64,365.91 |
| 04/12/2017 | [1] | LOUISE BALICKI<br>1416 SENECA STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 64,380.91 |
| 04/12/2017 | [1] | INTEGRATED MEDICAL SOLUTIONS, LLC<br>1485 HERITAGE PARKWAY<br>MANSFIELD, TX 76063 | ACCOUNTS RECEIVABLE | 1121-000 | 232.10 | | 64,613.01 |
| 04/12/2017 | [1] | COMBINED INSURANCE CO.<br>P.O. BOX 14207<br>CLEARWATER, FL 33766 | ACCOUNTS RECEIVABLE | 1121-000 | 3.38 | | 64,616.39 |
| | | | | Page Subtotals | 493.74 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 100)

**Exhibit 9**

**Case No:** 17-00641

**Case Name:** Pottsville Internists Associates, Inc.

**Taxpayer ID No:** **-***9850

**For Period Ending:** 6/21/2019

**Trustee Name:** William G. Schwab

**Bank Name:** Texas Capital Bank

**Account Number/CD#:** ******1797 Checking Account

**Blanket bond (per case limit):** 10,000,000.00

**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/12/2017 | [1] | SUSQUEHANNA LABORERS COMBINED HEALTH & WELFARE FUND P.O. BOX 6480 HARRISBURG, PA 17112 | ACCOUNTS RECEIVABLE | 1121-000 | 40.39 | | 64,656.78 |
| 04/12/2017 | [1] | THE SALVATION ARMY | ACCOUNTS RECEIVABLE | 1121-000 | 6.91 | | 64,663.69 |
| 04/12/2017 | [1] | COMMONWELATH OF PA MEDICAL ASSISTANCE | ACCOUNTS RECEIVABLE | 1121-000 | 28.92 | | 64,692.61 |
| 04/12/2017 | [1] | RIDGEVIEW OPERATIONS, LLC 14 WALL STREET STE 5B NEW YORK, NY 10005 | ACCOUNTS RECEIVABLE | 1121-000 | 84.03 | | 64,776.64 |
| 04/12/2017 | [1] | RIDGEVIEW OPERATIONS, LLC 14 WALL STREET STE 5B NEW YORK, NY 10005 | ACCOUNTS RECEIVABLE | 1121-000 | 50.39 | | 64,827.03 |
| 04/12/2017 | [1] | CHRISTINE RODICHOK 300 SOUTH THIRD STREET TOWER CITY, PA 17980 | ACCOUNTS RECEIVABLE | 1121-000 | 121.88 | | 64,948.91 |
| 04/12/2017 | [1] | CATHERINE GUERS 185 OHIO AVE SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 12.99 | | 64,961.90 |
| 04/12/2017 | [1] | WILLIAM SHAFRANSKY 21 Trailer Rd Ringtown, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 21.07 | | 64,982.97 |
| | | | Page Subtotals | | 366.58 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 101)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 04/12/2017 | [1] | MARK PUDDU<br>19 Sajer Rd<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 110.00 | | 65,092.97 |
| 04/12/2017 | [1] | KAREN MILLER<br>21 WOOD LANE<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 65,142.97 |
| 04/12/2017 | [1] | GEORGENE JONES<br>101 WEST PATTERSON  STREET<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 65,172.97 |
| 04/12/2017 | [1] | CHARLES DROSKINIS<br>409 LYTLE STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 8.30 | | 65,181.27 |
| 04/12/2017 | [1] | TIMOTHY BOSACK<br>175 New Philadelphia Rd<br>Orwigsburg, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 7.00 | | 65,188.27 |
| 04/12/2017 | [1] | JOHN KUNIGONIS<br>60 4TH AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 65,198.27 |
| 04/12/2017 | [1] | SHAWN LAZOVI<br>361 HILL ROAD<br>HEGINS, PA 17938 | ACCOUNTS RECEIVABLE | 1121-000 | 38.48 | | 65,236.75 |
| | | | Page Subtotals | | 253.78 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 102)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 04/12/2017 | [1] | MARY MARKBERGER<br>16 CHESTNUT STREET<br>APT 4<br>CRESSONA, PA 17929 | ACCOUNTS RECEIVABLE | 1121-000 | 24.38 | | 65,261.13 |
| 04/13/2017 | [1] | OPTUM BANK<br>FOR PAUL MCCABE<br>P.O. BOX 271629<br>SALT LAKE CITY, UT 84127 | ACCOUNTS RECEIVABLE | 1121-000 | 9.10 | | 65,270.23 |
| 04/13/2017 | [1] | UNITED WORLD LIFE INSURANCE CO<br>3316 FARNAM STREET<br>OMAHA, NE 68175 | ACCOUNTS RECEIVABLE | 1121-000 | 1.44 | | 65,271.67 |
| 04/13/2017 | [1] | UNITED WORLD LIFE INSURANCE CO<br>3316 FARNAM STREET<br>OMAHA, NE 68175 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 65,273.36 |
| 04/13/2017 | [1] | MUTUAL OF OMAHA INSURANCE CO<br>MUTUAL OF OMAHA PLAZA<br>OMAHA, NE 68175 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 65,275.05 |
| 04/13/2017 | [1] | AMERIHEALTH CARITAS<br>NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 35.00 | | 65,310.05 |
| 04/13/2017 | [1] | GATEWAY HEALTH PLAN, INC<br>444 LIBERTY AVE<br>SUITE 2100<br>PITTSBURGH, PA 15222 | ACCOUNTS RECEIVABLE | 1121-000 | 53.29 | | 65,363.34 |

Page Subtotals: 126.59 / 0.00

Case No: 17-00641

Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850

For Period Ending: 6/21/2019

Trustee Name: William G. Schwab

Bank Name: Texas Capital Bank

Account Number/CD#: ******1797 Checking Account

Blanket bond (per case limit): 10,000,000.00

Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/13/2017 | [1] | HEALTH NET FEDERAL SERVICES, LLC P.O. BOX 2890 RANCHO CORDOVA, CA 95741 | ACCOUNTS RECEIVABLE | 1121-000 | 84.15 | | 65,447.49 |
| 04/13/2017 | [1] | KIM MURPHY 133 S 25TH STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 65,472.49 |
| 04/13/2017 | [1] | PLUMBERS & PIPEFITTERS LOCAL 520 P.O. BOX 6480 HARRISBURG, PA 17112 | ACCOUNTS RECEIVABLE | 1121-000 | 5.25 | | 65,477.74 |
| 04/13/2017 | [1] | NATIONAL ASSOCIATION OF LETTERS CARRIERS 20547 Waverly Ct Ashburn, VA 20147 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 65,479.43 |
| 04/13/2017 | [1] | LOIS HALL 11 QUEEN STREET SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 65,509.43 |
| 04/13/2017 | [1] | LOIS HALL 11 QUEEN STREET SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 65,539.43 |
| 04/13/2017 | [1] | EUGENIA PERZ 117 WEST WASHINGTON STREET | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 65,579.43 |
| | | | Page Subtotals | | 216.09 | 0.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/13/2017 | [1] | STANLEY SHUMSKI<br>2227 HIGH ROAD<br>MAHANOY PLANE, PA 17949 | ACCOUNTS RECEIVABLE | 1121-000 | 53.30 | | 65,632.73 |
| 04/13/2017 | [1] | GARY MILLER<br>1558 CENTER TURNPIKE<br>PRWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 55.50 | | 65,688.23 |
| 04/13/2017 | [1] | PAMELA DREHER<br>29 EAST UNION STREET<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 35.00 | | 65,723.23 |
| 04/13/2017 | [1] | NANCY FRANTZ<br>31 HILL ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 12.16 | | 65,735.39 |
| 04/13/2017 | [1] | FRANCES BLUM<br>500 PARK MEADOW DRIVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 65,745.39 |
| 04/13/2017 | [1] | CONSTANCE DANATZKO<br>255 PARKWAY<br>APT 1109<br>SCHULYKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 105.54 | | 65,850.93 |
| 04/13/2017 | [1] | CHARLES NEIDLINGER<br>214 NORTH STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 136.16 | | 65,987.09 |
| | | | | Page Subtotals | 407.66 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 105)

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/13/2017 | [1] | JOHN MENNIG<br>111 Paxson Ave<br>Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 66,007.09 |
| 04/13/2017 | [1] | DEBORAH BROWN<br>4 DEER PARK DRIVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 66,017.09 |
| 04/13/2017 | [1] | ANTOINETTE BALULIS<br>319 LYTLE STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 66,122.43 |
| 04/13/2017 | [1] | HELEN VISLUSKY<br>321 VIRGINIA AVE<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 141.43 | | 66,263.86 |
| 04/13/2017 | [1] | ROBERT MCGUIGAN<br>952 Pottsville St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 66,273.86 |
| 04/13/2017 | [1] | WILLIAM VERBOSH<br>1353 BUNTING STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 66,293.86 |
| 04/13/2017 | [1] | STATE FARM MUTUAL AUTO INSURANCE CO<br>HEALTH OPERATIONS CENTER EAST<br>NEWARK , OH 43058 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 66,295.55 |
| | | | Page Subtotals | | 308.46 | 0.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  **17-00641**
Case Name:  **Pottsville Internists Associates, Inc.**

Taxpayer ID No:  **\*\*-\*\*\*9850**
For Period Ending:  **6/21/2019**

Trustee Name:  **William G. Schwab**
Bank Name:  **Texas Capital Bank**
Account Number/CD#:  **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit):  **10,000,000.00**
Separate bond (if applicable):  **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/13/2017 | [1] | DAWN ROMANCZUK<br>409 WEST OAK STREET<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 6.94 | | 66,302.49 |
| 04/13/2017 | [1] | ROBIN LYNCH<br>208 DOCK STREET<br>APT # 9<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 66,327.49 |
| 04/13/2017 | [1] | ROBIN BARTON<br>1966 W Norwegian St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 100.00 | | 66,427.49 |
| 04/13/2017 | [1] | WILLIAM PECINA<br>246 NORTH STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 85.34 | | 66,512.83 |
| 04/13/2017 | [1] | FRANCIS MEKAILEK<br>48 NORTH SPENCER STREET<br>FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 5.07 | | 66,517.90 |
| 04/13/2017 | [1] | MARK PICCIONI<br>1127 MARKET STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 105.99 | | 66,623.89 |
| 04/13/2017 | [1] | LISA REVENIS<br>311 DELAWARE AVE<br>P.O. BOX 4149<br>SELTZER, PA 17974 | ACCOUNTS RECEIVABLE | 1121-000 | 150.00 | | 66,773.89 |
| | | | Page Subtotals | | 478.34 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 107)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/13/2017 | [1] | MARGARET CAMPBELL<br>501 WEST JOHN STREET<br>FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 121.88 | | 66,895.77 |
| 04/13/2017 | [1] | KARLA VOSKUHL<br>35 S Nicholas St<br>Saint Clair, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 66,915.77 |
| 04/13/2017 | [1] | EILEEN KOSTA<br>555 MAPLE STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 19.55 | | 66,935.32 |
| 04/13/2017 | [1] | MARY GEIST<br>11 NORTH BRIDGE STREET<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 19.55 | | 66,954.87 |
| 04/13/2017 | [1] | CHRISTIE JO SALEM<br>133 NORTH THIRD STREET<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 66,979.87 |
| 04/13/2017 | [1] | WILLIAM SIMONS<br>161 Bensinger Rd<br>Pitman, PA 17964 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 66,999.87 |
| 04/13/2017 | [1] | LISA DERRICK<br>305 FOX HOLLOW ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 67,029.87 |
| | | | Page Subtotals | | 255.98 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 108)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/13/2017 | [1] | BRIGID KOURY<br>1124 WEST MARKET STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 67,079.87 |
| 04/13/2017 | [1] | JOAN KREISER<br>575 Indian Dr<br>Auburn, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 121.88 | | 67,201.75 |
| 04/13/2017 | [15] | SANDRA PETUSKY<br>237 WEST 6TH STREET<br>BLOOMSBURG, PA 17815 | PHOTO COPY CHARGES | 1229-000 | 5.98 | | 67,207.73 |
| *04/13/2017 | 51013 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES FOR W/E 4/8/17 (INVOICE NO. G279; MCGINTY, HOMA, WILLIAMSON, DAHM & PA SALES TAX) | 2990-000 | | 4,257.58 | 62,950.15 |
| *04/13/2017 | | RAYMOND WLLIAMS | ADJUSTMENT TO DEPOSIT NO. 610 | 1121-003 | (0.05) | | 62,950.10 |
| *04/13/2017 | | INTEGRATED MEDICAL SOLUTIONS | ADJUSTMENT TO DEPOSIT NO. 617 | 1121-003 | (0.09) | | 62,950.01 |
| *04/14/2017 | | on-line debit memo from Texas Capital Bank | On-line Debit Memo 4 12 DEP 105.39 S B 105.34 | 9999-003 | | 0.05 | 62,949.96 |
| *04/17/2017 | | RAYMOND WLLIAMS | ADJUSTMENT TO DEPOSIT NO. 610 | 1121-003 | 0.05 | | 62,950.01 |
| *04/17/2017 | | INTEGRATED MEDICAL SOLUTIONS | ADJUSTMENT TO DEPOSIT NO. 617 | 1121-003 | 0.09 | | 62,950.10 |
| | | | Page Subtotals | | 177.86 | 4,257.63 | |

UST Form 101-7-TDR (10/1/2010) (Page 109)

**Exhibit 9**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *04/17/2017 | | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR W/E 4/8/17 (INVOICE NO. G279; MCGINTY, HOMA, WILLIAMSON, DAHM & PA SALES TAX) | 2990-000 | | (4,257.58) | 67,207.68 |
| 04/17/2017 | [15] | THOMAS, THOMAS, & HAFER 305 NORTH FRONT STREET P.O. BOX 999 HARRISBURG, PA 17108 | PHOTO COPY CHARGES FOR LISA GEIGER | 1229-000 | 161.68 | | 67,369.36 |
| 04/17/2017 | [1] | RAYMOND WLLIAMS | ADJUSTMENT TO DEPOSIT NO. 610 | 1121-000 | 0.05 | | 67,369.41 |
| 04/17/2017 | [1] | INTEGRATED MEDICAL SOLUTIONS | ADJUSTMENT TO DEPOSIT NO. 617 | 1121-000 | 0.09 | | 67,369.50 |
| 04/17/2017 | | JOB CONNECTION SERVICES, INC. | ADJUSTMENT TO CHECK NO. 51013 (JOB CONNECTIONS PAYROLL SERVICES FOR W/E 4/8/17; INVOICE NO. G279) REVERSED IN ERROR. | 2990-000 | | 4,257.58 | 63,111.92 |
| *04/18/2017 | | on-line debit memo from Texas Capital Bank | On-line Debit Memo 4 12 DEP 105.39 S B 105.34 | 9999-003 | | (0.05) | 63,111.97 |
| 04/18/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 5.00 | 63,106.97 |
| 04/18/2017 | [1] | CHARGEBACK ITEM FROM BANK | CHARGEBACK ITEM 255 FROM BANK | 1121-000 | (147.83) | | 62,959.14 |
| | | | Page Subtotals | | 13.99 | 4.95 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/19/2017 | 51014 | CARD SERVICES PO BOX 13337 PHILADELPHIA, PA 19101-3337 | MISC. FILING & SERVICING FEES | 2990-000 | | 327.49 | 62,631.65 |
| *04/20/2017 | | JOB CONNECTION SERVICES, INC. | PAYROLL SERVICES FOR WEEK ENDING 4/15/17 (INVOICE NO. G288; MCGINTY, HOMA, DAHM, PA SALES TAX) | 2990-003 | | (3,626.39) | 66,258.04 |
| *04/20/2017 | | JOB CONNECTION SERVICES, INC. | PAYROLL SERVICES FOR WEEK ENDING 4/15/17 (INVOICE NO. G288; MCGINTY, HOMA, DAHM, PA SALES TAX) | 2990-003 | | 3,626.39 | 62,631.65 |
| 04/20/2017 | 51015 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 4/15/17 (INVOICE NO. G288; MCGINTY, HOMA, DAHM, PA SALES TAX) | 2990-000 | | 3,626.39 | 59,005.26 |
| 04/21/2017 | [15] | SAGER & SAGER ASSOCIATES 43 HIGH STREET POTTSTOWN, PA 17901 | PHOTO COPY CHARGES-BRENDA NORRIS (VRABEL) | 1229-000 | 73.12 | | 59,078.38 |
| 04/21/2017 | [15] | ERIE INSURANCE EXCHANGE 100 Erie Insurance Pl Erie, PA 16530 | PHOTO COPY CHARGES-LINDSI MILLER | 1229-000 | 180.40 | | 59,258.78 |
| 04/24/2017 | [1] | JOSEPH KAMAROUSKY 512 W Nicholas St Frackville, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 59,263.78 |
| | | | Page Subtotals | | 258.52 | 3,953.88 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | Uniform Trans. Code | 5 Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 04/24/2017 | [1] | DANEEN SEIGER 604 RIDGE AVE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 425.49 | | 59,689.27 |
| 04/24/2017 | [1] | ROBERT CUNNINGHAM 106 ASPEN DRIVE AUBURN, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 59,699.27 |
| 04/24/2017 | [1] | MARY LAUDEMAN 719 LYTLE STREET MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 94.77 | | 59,794.04 |
| 04/24/2017 | [1] | LINDA MERVINE 18 N Wylam St Frackville, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 20.89 | | 59,814.93 |
| 04/24/2017 | [1] | LAVERNA BEARD 829 FAIRVIEW STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 71.50 | | 59,886.43 |
| 04/24/2017 | [1] | VETA FRANK 2558 PANTHER VALLEY ROAD POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 54.28 | | 59,940.71 |
| 04/24/2017 | [1] | LEROY CAMPION 515 HOWARD AVE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 73.00 | | 60,013.71 |
| | | | Page Subtotals | | 749.93 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 112)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case No:** 17-00641
**Case Name:** Pottsville Internists Associates, Inc.

**Taxpayer ID No:** **-***9850
**For Period Ending:** 6/21/2019

**Trustee Name:** William G. Schwab
**Bank Name:** Texas Capital Bank
**Account Number/CD#:** ******1797 Checking Account
**Blanket bond (per case limit):** 10,000,000.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/24/2017 | [1] | CHRISTINE LAWSON<br>32 FRITZ AVE<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 60,023.71 |
| 04/24/2017 | [1] | CAROL FETTEROLF<br>26 Rolling Meadows Rd<br>Ashland, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 58.63 | | 60,082.34 |
| 04/24/2017 | [1] | AUTUMN SMITH<br>423 FRIEDEN MANOR<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 124.99 | | 60,207.33 |
| 04/24/2017 | [1] | CHARLES BARNES<br>136 CREST STREET<br>BARNESVILLE, PA 18214 | ACCOUNTS RECEIVABLE | 1121-000 | 50.04 | | 60,257.37 |
| 04/24/2017 | [1] | JOSEPHINE LAYCHOCK<br>300 LEWIS STREET<br>APT 407<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 60,362.71 |
| 04/24/2017 | [1] | KATHLEEN KAHL<br>2485 Papoose Dr<br>Auburn, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 60,367.71 |
| 04/24/2017 | [1] | EDITH HOFFMAN<br>113 VALLEY STREET<br>BROCKTON, PA 17925 | ACCOUNTS RECEIVABLE | 1121-000 | 114.58 | | 60,482.29 |
| | | | | Page Subtotals | 468.58 | 0.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  17-00641
Case Name:  Pottsville Internists Associates, Inc.

Taxpayer ID No:  **-***9850
For Period Ending:  6/21/2019

Trustee Name:  William G. Schwab
Bank Name:  Texas Capital Bank
Account Number/CD#:  ******1797 Checking Account
Blanket bond (per case limit):  10,000,000.00
Separate bond (if applicable):  0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/24/2017 | [1] | CLEMENT THATCHER<br>229 FRIEDEN MANOR<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 60,487.29 |
| 04/24/2017 | [1] | ELAINE MOYER<br>772 MOUNTAIN ROAD<br>PINE GROVE, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 105.32 | | 60,592.61 |
| 04/24/2017 | [1] | BARBARA MOYER<br>608 CANAL DRIVE<br>PINE GROVE, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 60,602.61 |
| 04/24/2017 | [1] | GARY PARKHURST<br>209 ARLENE STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 60,632.61 |
| 04/24/2017 | [1] | MARY ANN HAUSER<br>140 SOUTH CENTER STREET<br>FRACKVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 60,637.61 |
| 04/24/2017 | [1] | ELEANOR GICKING<br>216 W Independence St<br>APT 108<br>Orwigsburg, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 60,662.61 |
| 04/24/2017 | [1] | BETH ANN JONES<br>3 COTTAGE HILL WEST<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 51.29 | | 60,713.90 |
| | | | Page Subtotals | | 231.61 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 114)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/24/2017 | [1] | JEAN ANN HEFFNER<br>336 LAKEFRONT DRIVE<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 60,819.24 |
| 04/24/2017 | [1] | STEPHANIE CAULFIELD<br>118 EAST CHESTNUT STREET<br>FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 60,829.24 |
| 04/24/2017 | [1] | GEORGINE QUIRK<br>504 EDWARDS AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 95.94 | | 60,925.18 |
| 04/24/2017 | [1] | E. SUSAN LASCALA<br>36 AVENUE E<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 179.08 | | 61,104.26 |
| 04/24/2017 | [1] | NANCY HEFFNER<br>21 DEWEY STREET<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 71.50 | | 61,175.76 |
| 04/24/2017 | [1] | PAUL LENGEL<br>481 WEST COLUMBIA STREET<br>SCHUYLKILL HAVEN , PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 9.39 | | 61,185.15 |
| 04/24/2017 | [1] | ESTHER KLECKNER<br>126 W Savory St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 142.10 | | 61,327.25 |
| | | | Page Subtotals | | 613.35 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 115)

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**

For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/24/2017 | [1] | JOSEPH FERHAT<br>101 NORTH 12TH STREET<br>APT 505<br>POTTSVILLE, PA 18235 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 61,347.25 |
| 04/24/2017 | [1] | JACQUELINE LUPKIN<br>P.O. BOX 1143<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 61,357.25 |
| 04/24/2017 | [1] | KATHLEEN ADAMS<br>129 EAST COAL STREET<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 58.63 | | 61,415.88 |
| 04/24/2017 | [1] | KURT JEFFERSON<br>29 GARDENIA BLVD<br>GREENWOOD, DE 19950 | ACCOUNTS RECEIVABLE | 1121-000 | 121.15 | | 61,537.03 |
| 04/24/2017 | [1] | KIMBERLY GREIS | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 61,557.03 |
| 04/24/2017 | [1] | PAULINE SCHULLER<br>108 S Morris St<br>ST. CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 400.00 | | 61,957.03 |
| 04/24/2017 | [1] | ROBERT SOPHY<br>1134 EAGLE ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 62,007.03 |
| | | | Page Subtotals | | 679.78 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 116)

**Exhibit 9**

**Case No:** 17-00641

**Case Name:** Pottsville Internists Associates, Inc.

**Taxpayer ID No:** \*\*-\*\*\*9850

**For Period Ending:** 6/21/2019

**Trustee Name:** William G. Schwab

**Bank Name:** Texas Capital Bank

**Account Number/CD#:** \*\*\*\*\*\*1797 Checking Account

**Blanket bond (per case limit):** 10,000,000.00

**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/24/2017 | [1] | TERI JO MILLER<br>1077 Clamtown Rd<br>Tamaqua, PA 18252 | ACCOUNTS RECEIVABLE | 1121-000 | 70.00 | | 62,077.03 |
| 04/24/2017 | [1] | JAMES CLARK<br>6 COTTAGE HL.W<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 12.30 | | 62,089.33 |
| 04/24/2017 | [1] | MICHAEL SNYDER<br>17 Helfenstein Rd<br>Pitman, PA 17964 | ACCOUNTS RECEIVABLE | 1121-000 | 230.77 | | 62,320.10 |
| 04/24/2017 | [1] | ROBERT MCLAUGHLIN<br>301 CHESTNUT STREET<br>P.O. BOX 255<br>MAR LIN, PA 17951 | ACCOUNTS RECEIVABLE | 1121-000 | 28.30 | | 62,348.40 |
| 04/24/2017 | [1] | EDITH TANNER<br>1368 LONG RUN ROAD<br>P.O. BOX 114<br>FRIEDENSBURG, PA 17933 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 62,368.40 |
| 04/25/2017 | 51016 | MS. MARY M. MARBERGER<br>16 CHESTNUT ST.<br>APARTMENT 4<br>CRESSONA, PA 17929-1350 | REVERSED DEPOSIT (RETURN FUNDS TO PATIENT)(STATEMENT ID 225602; ACCOUNT NO. 106470; RECIPIENT ID 106470; STATEMENT 3/23/17) | 1121-000 | (24.38) | | 62,344.02 |
| 04/25/2017 | 51017 | COMCAST<br>PO BOX 37601<br>PHILADELPHIA, PA 19101-0601 | COMCAST CURRENT CHARGES (INVOICE NO. 51906822; ACCOUNT NO. 903111610) | 2990-000 | | 584.98 | 61,759.04 |
| | | | Page Subtotals | | 336.99 | 584.98 | |

UST Form 101-7-TDR (10/1/2010) (Page 117)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/25/2017 | 51018 | PENN KASHAR 1349 WEST MARKET STREET POTTSVILLE, PA 17901 | NET 10 DAYS (INVOICE NO. 12428; ACCOUNT NO. 7034) | 2990-000 | | 774.86 | 60,984.18 |
| 04/25/2017 | 51019 | COMCAST PO BOX 3001 SOUTHEASTERN, PA 19398-3001 | COMCAST CURRENT CHARGES (ACCOUNT NO. 8993 11 252 0151882) | 2990-000 | | 534.67 | 60,449.51 |
| 04/25/2017 | 51020 | BUSINESS CARD SERVICES PO BOX 84030 COLUMBUS , GA 31908-4030 | UCC SEARCHES | 2990-000 | | 9.00 | 60,440.51 |
| 04/25/2017 | [1] | PAUL LENGEL | ADJUSTMENT TO DEPOSIT NO. 709 (ACCOUNT RECEIVABLE) | 1121-000 | (0.01) | | 60,440.50 |
| *04/25/2017 | | on-line debit memo from Texas Capital Bank | ON-LINE DEBIT MEMO EE 200.00SB 20.00 4/24/17 (ADJUSTMENT TO DEPOSIT) | 1121-003 | (180.00) | | 60,260.50 |
| *04/26/2017 | | on-line debit memo from Texas Capital Bank | ON-LINE DEBIT MEMO EE 200.00SB 20.00 4/24/17 (ADJUSTMENT TO DEPOSIT) | 1121-003 | 180.00 | | 60,440.50 |
| 04/26/2017 | [15] | PFEIFFER, BROWN, DINICOLA & FRANTZ 1800 WEST END AVE POTTSVILLE, PA 17901 | PHOTO COPY CHARGES FOR REBECCA CHAPMAN | 1229-000 | 27.48 | | 60,467.98 |
| 04/26/2017 | [1] | CAPITAL BLUE | ACCOUNTS RECEIVABLE | 1121-000 | 21.69 | | 60,489.67 |
| | | | Page Subtotals | | 49.16 | 1,318.53 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: ********1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/26/2017 | [1] | ALLEGIANCE CLAIMS TRUST ACCOUNT P.O. BOX 3018 MISSOULA, MT 59806 | ACCOUNTS RECEIVABLE | 1121-000 | 8.44 | | 60,498.11 |
| 04/26/2017 | [15] | REORDTRAK 651 ALLENDALE ROAD P.O. BOX 61591 KING OF PRUSSIA, PA 19406 | PHOTO COPY CHARGES FOR JAMES BRADY | 1229-000 | 110.20 | | 60,608.31 |
| 04/26/2017 | [1] | RITA REPPY 115 Pottsville St Cressona, PA 17929 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 60,623.31 |
| 04/26/2017 | [1] | HEIDI WHITE 77 CHERRY STREET CRESSONA, PA 17929 | ACCOUNTS RECEIVABLE | 1121-000 | 7.68 | | 60,630.99 |
| 04/26/2017 | [1] | CECELIA BELAS 943 SUNBURY ROAD POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 51.72 | | 60,682.71 |
| 04/26/2017 | [1] | CECELIA BELAS 943 SUNBURY ROAD POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 19.55 | | 60,702.26 |
| 04/26/2017 | [1] | MARY ANN SMITH 412 POPLAR STREET SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 60,742.26 |
| | | | | Page Subtotals | 252.59 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 119)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/26/2017 | [1] | FRANK PATRICK<br>247 NORTH LINE STREET<br>FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 60,747.26 |
| 04/26/2017 | [1] | PATRICIA BUBNIS<br>212 EAST OAK STREET<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 71.50 | | 60,818.76 |
| 04/26/2017 | [1] | JESSICA LEONARD<br>505 FOREST LANE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 60,828.76 |
| 04/26/2017 | [1] | ADRIANNE KURTAK<br>1960 ELK AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 60,838.76 |
| 04/26/2017 | [1] | R.K. FOODS OF PA<br>242 DEERFIELD DRIVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 197.60 | | 61,036.36 |
| 04/26/2017 | [1] | BARBARA BRIGHT<br>120 MAIN STREET<br>GILBERTON, PA 17934 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 61,061.36 |
| 04/26/2017 | [1] | DENNIS SCHWALM<br>437 GROVE AVE<br>HEGINS, PA 17938 | ACCOUNTS RECEIVABLE | 1121-000 | 46.86 | | 61,108.22 |
| | | | Page Subtotals | | 365.96 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 120)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/26/2017 | [1] | ELIZABETH BRUCE 321 POTTSVILLE STRETE MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 61,128.22 |
| 04/26/2017 | [1] | STEPHEN BLACKWELL 113 Tielman Rd Ashland, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 61,148.22 |
| 04/26/2017 | [1] | CONNIE DAVIS 545 FURNACE STREET SHEANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 61,173.22 |
| 04/26/2017 | [1] | RUTH ANN SHOENER 4726 UPPER ROAD SHAMOKIN, PA 17872 | ACCOUNTS RECEIVABLE | 1121-000 | 94.77 | | 61,267.99 |
| 04/26/2017 | [1] | JOSEPH COLLINS 2119 WEST MARKET STREET POTTSVILE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 61,277.99 |
| 04/26/2017 | [1] | TRACY ZELINSKY 220 OAK STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 78.60 | | 61,356.59 |
| 04/26/2017 | [1] | L. HAHNER 122 ACNOT STREET ST. CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 59.94 | | 61,416.53 |
| | | | Page Subtotals | | 308.31 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 121)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 04/26/2017 | [1] | MARLENE BORZOK<br>449 HIGH STREET<br>FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 11.06 | | 61,427.59 |
| 04/26/2017 | [1] | WILMA UHLER<br>100 SOUTH SEVENTH STREET<br>APT 213<br>TOWER CITY, PA 17980 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 61,457.59 |
| 04/26/2017 | [1] | MARY BALKIEWICZ<br>137 EAST MAIN STREET<br>P.O. BOX 121<br>RINGTOWN, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 51.50 | | 61,509.09 |
| 04/26/2017 | [1] | DEBORAH SKRIPKO<br>1144 Running Deer Dr<br>Auburn, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 61,549.09 |
| 04/26/2017 | [1] | PAULINE DEVITO<br>320 LAUREL ROAD<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 70.00 | | 61,619.09 |
| 04/26/2017 | [1] | FRANCES LORENZ<br>115  HICKORY DRIVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 46.67 | | 61,665.76 |
| 04/26/2017 | [1] | JACQUELINE DRUM<br>333 VALLEY STREET<br>NEW PHILADELPHIA, PA 17959 | ACCOUNTS RECEIVABLE | 1121-000 | 53.60 | | 61,719.36 |
| | | | Page Subtotals | | 302.83 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 122)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/26/2017 | [1] | TRICARE BOX 7889 MADISON, WI 53707 | ACCOUNTS RECEIVABLE | 1121-000 | 10.14 | | 61,729.50 |
| 04/26/2017 | [1] | AMERIHEALTH CARITAS NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 7.50 | | 61,737.00 |
| 04/26/2017 | [1] | JUNE GOWDY 44 STRAWBERRY LANE RINGTOWN, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 71.50 | | 61,808.50 |
| 04/26/2017 | [1] | TRAVELERS P.O. BOX 13485 READING, PA 19612 | ACCOUNTS RECEIVABLE | 1121-000 | 44.96 | | 61,853.46 |
| 04/26/2017 | [1] | GRETA DERBES 1516 HOWARD AVE APT A POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 39.10 | | 61,892.56 |
| 04/26/2017 | [1] | ROSEANN KENNEY 911 Sillyman St Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 100.00 | | 61,992.56 |
| 04/26/2017 | [1] | FRED BREIDIGAN P.O. BOX 228 FRIEDENSBURG, PA 17933 | ACCOUNTS RECEIVABLE | 1121-000 | 71.50 | | 62,064.06 |

Page Subtotals 344.70 0.00

UST Form 101-7-TDR (10/1/2010) (Page 123)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/26/2017 | [1] | BARBARA HORNBERGER<br>45 Graeff St<br>Cressona, PA 17929 | ACCOUNTS RECEIVABLE | 1121-000 | 100.60 | | 62,164.66 |
| 04/26/2017 | [1] | ROSEANN GIBSON | ACCOUNTS RECEIVABLE | 1121-000 | 10.15 | | 62,174.81 |
| 04/26/2017 | [1] | JOAN WEBER<br>283 Moyers Station Rd<br>Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 71.50 | | 62,246.31 |
| 04/26/2017 | [1] | DARLENE REBLOCK<br>60 MILL ROAD<br>ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 62,256.31 |
| 04/26/2017 | [1] | ROSEANNE MALINOSKI<br>308 WEST CHERRY STREE<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 62,266.31 |
| 04/26/2017 | [1] | STEVEN FIELD<br>25 HICKORY COURT<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 62,296.31 |
| 04/26/2017 | [1] | GLADYS KLINGER<br>2693 WEST MAIN STREET<br>SPRING GLEN, PA 17978 | ACCOUNTS RECEIVABLE | 1121-000 | 8.42 | | 62,304.73 |
| 04/26/2017 | [1] | MAUREEN ADAMS<br>737 WALNUT STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 62,314.73 |

Page Subtotals: 250.67     0.00

UST Form 101-7-TDR (10/1/2010) (Page 124)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/26/2017 | [1] | JOSEPH NOLTER<br>1225 EAST MAHANOY AVE<br>MAHANOY CITY, PA 17948 | ACCOUNTS RECEIVABLE | 1121-000 | 60.78 | | 62,375.51 |
| 04/26/2017 | [1] | JOHN THOMAS<br>717 Laurel Blvd<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 142.10 | | 62,517.61 |
| 04/26/2017 | [1] | LISA GOLBA<br>410 WEST ATLANTIC STREET<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 16.37 | | 62,533.98 |
| 04/26/2017 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 62,639.32 |
| 04/26/2017 | [1] | LEONARD MICKLO<br>217 EAST OAK STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 51.14 | | 62,690.46 |
| 04/26/2017 | [1] | DAVID WILLIAMS<br>1036 PEACH MT. ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 103.92 | | 62,794.38 |
| 04/26/2017 | [1] | JAMES CALLAGHAN<br>566 VALLEY ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 90.94 | | 62,885.32 |
| 04/26/2017 | [1] | DEBORAH MELENDEZ<br>34 Schuylkill Rd<br>New Ringgold, PA 17960 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 62,905.32 |
| | | | Page Subtotals | | 590.59 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 125)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/26/2017 | [1] | ROSEANN O'CONNELL 1422 Centre St Ashland, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 20.52 | | 62,925.84 |
| 04/26/2017 | [1] | CYNTHIA SEWASTYNOWICZ 80 Trailer Rd Ringtown, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 31.73 | | 62,957.57 |
| 04/26/2017 | [1] | JOSEPH NEBISTINSKY 221 EAST WILSON STREET SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 63,007.57 |
| 04/26/2017 | [1] | AMERIHEALTH CARITAS NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 22.50 | | 63,030.07 |
| 04/26/2017 | [1] | AMERIHEALTH CARITAS NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 7.50 | | 63,037.57 |
| 04/26/2017 | [1] | INTEGRATED MEDICAL SOLUTIONS, LLC 1485 HERITAGE PARKWAY MANSFIELD, TX 76063 | ACCOUNTS RECEIVABLE | 1121-000 | 69.47 | | 63,107.04 |
| 04/26/2017 | [1] | PLUMBERS & PIPEFITTERS LOCAL 520 P.O. BOX 6480 HARRISBURG, PA 17112 | ACCOUNTS RECEIVABLE | 1121-000 | 38.68 | | 63,145.72 |
| 04/26/2017 | [1] | HEALTH NET FEDERAL SERVICES, LLC P.O. BOX 2890 RANCHO CORDOVA, CA 95741 | ACCOUNTS RECEIVABLE | 1121-000 | 84.15 | | 63,229.87 |
| | | | Page Subtotals | | 324.55 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 126)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | Uniform Trans. Code | 5 Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 04/26/2017 | [1] | NATIONAL AUTOMATIC SPRINKLER INDUSTRY WELFARE FUND 8000 CORPORATE LANDOVER, MD 20785 | ACCOUNTS RECEIVABLE | 1121-000 | 1.27 | | 63,231.14 |
| 04/26/2017 | [1] | HEALTH NET FEDERAL SERVICES, LLC P.O. BOX 2890 RANCHO CORDOVA, CA 95741 | ACCOUNTS RECEIVABLE | 1121-000 | 86.55 | | 63,317.69 |
| 04/27/2017 | [1] | MARILYN VALOSIN 505 NORTH WARREN STREET ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 63,342.69 |
| 04/27/2017 | [1] | CHARLES ROBERTS P.O. BOX 712 MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 63,352.69 |
| 04/27/2017 | [1] | JOHN CANTWELL ONE OAK TERRACE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 63,362.69 |
| 04/27/2017 | [1] | RANDY DUNCAN 220 MAIN STREET P.O. BOX 4173 SELTZER, PA 17974 | ACCOUNTS RECEIVABLE | 1121-000 | 20.60 | | 63,383.29 |
| 04/27/2017 | [1] | ROBERT EDMONDSON 122 W Ogden St Girardville, PA 17935 | ACCOUNTS RECEIVABLE | 1121-000 | 825.00 | | 64,208.29 |

Page Subtotals 978.42 0.00

UST Form 101-7-TDR (10/1/2010) (Page 127)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/27/2017 | [1] | BARBARA ANN FERNBACH<br>88 BACH STREET<br>P.O. BOX 88<br>MARY D, PA 17952 | ACCOUNTS RECEIVABLE | 1121-000 | 142.10 | | 64,350.39 |
| 04/27/2017 | [1] | MELANIE LAZOVI<br>361 HILL ROAD<br>HEGINS, PA 17938 | ACCOUNTS RECEIVABLE | 1121-000 | 65.04 | | 64,415.43 |
| 04/27/2017 | [1] | MICHELLE KALYAN<br>1760 RUNNING DEER ROAD<br>AUBURN, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 64,420.43 |
| 04/27/2017 | [1] | CAROLYN HEFFNER<br>301 NORTH 20TH STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.49 | | 64,440.92 |
| 04/27/2017 | [1] | DIVYA VORA<br>46 KELSEY DRIVE<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 64,455.92 |
| 04/27/2017 | [1] | DIVYA VORA<br>46 KELSEY DRIVE<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 64,470.92 |
| 04/27/2017 | [1] | DOROTHEA KULL<br>218 NORTH STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 64,490.92 |

Page Subtotals     282.63     0.00

UST Form 101-7-TDR (10/1/2010) (Page 128)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/27/2017 | [1] | MARTHA GERA<br>135 MILLERS ROAD<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 22.80 | | 64,513.72 |
| 04/27/2017 | [1] | STACEY A. PAUTIENUS, ESQUIRE<br>336 E Wiconisco Ave<br>Tower City, PA 17980 | ACCOUNTS RECEIVABLE | 1121-000 | 104.38 | | 64,618.10 |
| 04/27/2017 | [1] | NANCY BAUMGARD<br>33 PINE CONE DRIVE<br>PINE GROVE , PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 55.33 | | 64,673.43 |
| 04/27/2017 | [1] | MARY BICKELMAN<br>35 LOW ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 15.43 | | 64,688.86 |
| 04/27/2017 | [1] | ANNE MARIE WALSH<br>236 E Savory St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 46.91 | | 64,735.77 |
| 04/27/2017 | [1] | KENNETH NAGLE<br>1389 Teepee Dr<br>Auburn, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 121.88 | | 64,857.65 |
| 04/27/2017 | [1] | J. NATISHAK | ACCOUNTS RECEIVABLE | 1121-000 | 90.38 | | 64,948.03 |
| 04/27/2017 | [1] | CHRIS TRETTER<br>79 S Berne St<br>Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 5.10 | | 64,953.13 |
| | | | Page Subtotals | | 462.21 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 129)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | Uniform Trans. Code | 5 Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 04/27/2017 | [1] | GREGORY A. YUTKO 266 SUMMER VALLEY ROAD ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 21.09 | | 64,974.22 |
| 04/27/2017 | [1] | DENNIS TROUP 31 PEACOCK STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 136.88 | | 65,111.10 |
| 04/27/2017 | [1] | HELENE CALABRESE 308 WOODLAND ROAD BROCKTON, PA 17925 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 65,161.10 |
| 04/27/2017 | [1] | RENEE TRUSCOTT 119 SOUTH JACKSON STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 65,171.10 |
| 04/27/2017 | [1] | JANIS HOCKER 2 SOUTH SECOND STREET SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 65,176.10 |
| 04/27/2017 | [1] | CHESTER ARNOLD 160 Red Horse Rd Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 65,191.10 |
| 04/27/2017 | [1] | PATRICIA MERTZ 360 SOUTH FRONT STREET SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 65,211.10 |
| | | | Page Subtotals | | 257.97 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 130)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/27/2017 | [1] | JACKIE ROSE<br>510 PINE STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 60.78 | | 65,271.88 |
| 04/27/2017 | [1] | CLARENCE WILSON<br>800-29 NORTH 2ND STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 37.50 | | 65,309.38 |
| 04/27/2017 | [1] | JUDY SHEELER<br>413 PINE CREEK<br>BARNESVILLE, PA 18214 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 65,319.38 |
| 04/27/2017 | [1] | JAMES BUCHKARIK<br>BOX 264<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 65,359.38 |
| 04/27/2017 | [1] | MARYANN WALSH<br>285 ARIZONA AVE<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 65,389.38 |
| 04/27/2017 | [1] | JEFFERY VOLUTZA<br>25 N. NICHOLAS STREE<br>APT 105<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 65,409.38 |
| 04/27/2017 | [1] | MARLENE RANDIG<br>406 PITT STREET<br>APT 119<br>TAMAQUA, PA 18252 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 65,424.38 |
| | | | | Page Subtotals | 213.28 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 131)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/27/2017 | [1] | STEPHEN KARPA<br>417 E Abbott St<br>Lansford, PA 18232 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 65,439.38 |
| 04/27/2017 | [1] | CIGNA HEALTH AND LIFE INSURANCE CO<br>P.O. BOX 30010<br>AUSTIN, TX 78755 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 65,441.07 |
| 04/27/2017 | [1] | AMERIHEALTH CARITAS NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 65,471.07 |
| 04/27/2017 | [1] | AMERIHEALTH CARITAS NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 7.50 | | 65,478.57 |
| 04/27/2017 | [1] | HENRY LESHER<br>1000 SENECA STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 89.54 | | 65,568.11 |
| 04/27/2017 | [1] | ANDREA HAHNER<br>223 MARKET SQUARE<br>APT B 23<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 65,588.11 |
| 04/27/2017 | [1] | STATE FARM MUTUAL AUTO INSURANCE CO<br>HEALTH OPERATIONS CENTER EAST<br>NEWARK , OH 43058 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 65,589.80 |
| 04/27/2017 | [1] | HIGHMARK BLUE SHIELD | ACCOUNT RECEIVABLES | 1121-000 | 47.72 | | 65,637.52 |
| | | | Page Subtotals | | 213.14 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 132)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 17-00641 | **Trustee Name:** William G. Schwab |
| **Case Name:** Pottsville Internists Associates, Inc. | **Bank Name:** Texas Capital Bank |
| | **Account Number/CD#:** ******1797 Checking Account |
| **Taxpayer ID No:** **-***9850 | **Blanket bond (per case limit):** 10,000,000.00 |
| **For Period Ending:** 6/21/2019 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *04/28/2017 | [1] | HIGH MARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-003 | 47.72 | | 65,685.24 |
| *04/28/2017 | [1] | HIGH MARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-003 | (47.72) | | 65,637.52 |
| *04/28/2017 | [1] | NANCY BAUMGARD | ADJUSTMENT TO DEPOSIT NO. 800 | 1121-003 | (2.00) | | 65,635.52 |
| *04/28/2017 | [1] | NANCY BAUMGARD | ADJUSTMENT TO DEPOSIT NO. 800 | 1121-003 | 2.00 | | 65,637.52 |
| 04/28/2017 | [1] | NANCY BAUMGARD | ADJUSTMENT TO DEPOSIT NO. 800 | 1121-000 | (2.00) | | 65,635.52 |
| 05/01/2017 | 51021 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 4/22/17 (INVOICE NO. G296; McGinty, Dahm, Williamson, PA Sales Tax) | 2990-000 | | 2,444.98 | 63,190.54 |
| 05/01/2017 | 51022 | DENA M. KISTLER, NOTARY | NOTARIAL SERVICES (ASSIGNMENT OF TITLE OF 2005 DODGE RAM TRUCK) | 2990-000 | | 5.00 | 63,185.54 |
| 05/01/2017 | | Pottsville Internists Associates, Inc. | From #####1797 To #####1813 TRANSFER OF FUNDS FROM GENERAL CHECKING ACCT. TO 401(K) PLAN FUNDS ACCT. (ASSET NO. 14 - WELLS FARGO BANK - PROFIT SHARING ACCT.) | 9999-000 | | 5,637.87 | 57,547.67 |
| 05/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 94.36 | 57,453.31 |
| | | | Page Subtotals | | (2.00) | 8,182.21 | |

UST Form 101-7-TDR (10/1/2010) (Page 133)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/04/2017 | [1] | ROOFERS LOCAL 30 COMBINED HEALTH & WELFARE FUND | ACCOUNTS RECEIVABLE | 1121-000 | 14.30 | | 57,467.61 |
| 05/04/2017 | [1] | CAPITAL BLUE | ACCOUNTS RECEIVABLE | 1121-000 | 5,622.76 | | 63,090.37 |
| 05/04/2017 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 347.22 | | 63,437.59 |
| 05/04/2017 | [1] | KENDALL COOPER-KUNKEL 226 ALDRICH STREET SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 63,447.59 |
| 05/04/2017 | [1] | JOAN ANTONELLI 24 DEER LANE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 63,552.93 |
| 05/04/2017 | [1] | BARBARA ZATKO 73 HILL TERRACE DRIVE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 100.00 | | 63,652.93 |
| 05/04/2017 | [1] | CYNTHIA LUCKENBILLL 226 WEST RAILROAD STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 107.00 | | 63,759.93 |
| 05/04/2017 | [1] | DANA MARIE JENKINS 151 MAHANTONGO STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 155.00 | | 63,914.93 |
| | | | | Page Subtotals | 6,461.62 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 134)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/04/2017 | [1] | ASHLEY LEE BROWN<br>53 Fort Lebanon Rd<br>Auburn, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 63,954.93 |
| 05/04/2017 | [1] | ELIZABETH WELIKONICH<br>436 WEST SPRING STREET<br>FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 94.77 | | 64,049.70 |
| 05/04/2017 | [1] | STEPHEN KOVAL<br>938 EAST PINE STREET<br>MAHANOY CITY, PA 17948 | ACCOUNTS RECEIVABLE | 1121-000 | 46.37 | | 64,096.07 |
| 05/04/2017 | [1] | CHRISTOPHER SPANGLER<br>202 CHESTNUT RIDGE DRIVE<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 73.00 | | 64,169.07 |
| 05/04/2017 | [1] | JOHN LIPIEL<br>24 EAST PENN STREET<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 275.00 | | 64,444.07 |
| 05/04/2017 | [1] | MARY ALICE ROSS<br>1640 LITTLE MOUNTAIN RD<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 64,454.07 |
| 05/04/2017 | [1] | DAVID FANNICK<br>612 W Arch St<br>P.O. BOX 193<br>Frackville, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 378.94 | | 64,833.01 |
| | | | Page Subtotals | | 918.08 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 135)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/04/2017 | [1] | JODY BROSSMAN 26 EAST WILLIAM STREET SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 64,848.01 |
| 05/04/2017 | [1] | FRANCIS KUBICK 402 SOUTH 2ND STREET SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 64,863.01 |
| 05/04/2017 | [1] | MARY ANN ANGELO 136 BLACK DIAMOND ROAD POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 64,888.01 |
| 05/04/2017 | [1] | RICHARD AMEDEN 25 CARBON STREET MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 85.34 | | 64,973.35 |
| 05/04/2017 | [1] | ANNABELLE MINNICH 3 FARM LANE HEGINS, PA 17938 | ACCOUNTS RECEIVABLE | 1121-000 | 135.34 | | 65,108.69 |
| 05/04/2017 | [1] | DIANE BOYER 22 HOPE AVENUE NEW RINGGOLD, PA 17960 | ACCOUNTS RECEIVABLE | 1121-000 | 142.10 | | 65,250.79 |
| 05/04/2017 | [1] | MARSHA BOHR 124 NORTH 18TH STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 100.08 | | 65,350.87 |
| | | | Page Subtotals | | 517.86 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 136)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/04/2017 | [1] | ROBERT DELPH<br>307 NORTH GEORGE STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 27.37 | | 65,378.24 |
| 05/04/2017 | [1] | CAPITAL BLUE | ACCOUNTS RECEIVABLE | 1121-000 | 235.85 | | 65,614.09 |
| 05/04/2017 | [1] | DANA NON UNION RETIREE VEBA TRUST<br>1800 Walt Whitman Rd<br>Melville, NY 11747 | ACCOUNTS RECEIVABLE | 1121-000 | 15.94 | | 65,630.03 |
| 05/04/2017 | [1] | COMMONWELATH OF PA<br>MEDICAL ASSISTANCE | ACCOUNTS RECEIVABLE | 1121-000 | 5.13 | | 65,635.16 |
| 05/04/2017 | [1] | COMPASSUS<br>CREEKSIDE CROSSING<br>10 CADILLAC DR, STE 400<br>BRENTWOOD, TN 37027 | ACCOUNTS RECEIVABLE | 1121-000 | 1,500.00 | | 67,135.16 |
| 05/04/2017 | [1] | CAPITAL BLUE | ACCOUNTS RECEIVABLE | 1121-000 | 121.09 | | 67,256.25 |
| 05/04/2017 | [1] | ROOFERS LOCAL 30<br>COMBINED HEALTH & WELFARE FUND | ACCOUNTS RECEIVABLE | 1121-000 | 33.12 | | 67,289.37 |
| 05/04/2017 | [1] | ROOFERS LOCAL 30<br>COMBINED HEALTH & WELFARE FUND | ACCOUNTS RECEIVABLE | 1121-000 | 12.66 | | 67,302.03 |
| | | | Page Subtotals | | 1,951.16 | 0.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 05/04/2017 | [1] | AMERIGROUP REAL SOLUTIONS<br>4425 Corporation Ln<br>SUITE 100<br>Virginia Beach, VA 23462 | ACCOUNTS RECEIVABLE | 1121-000 | 0.04 | | 67,302.07 |
| 05/04/2017 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 2.48 | | 67,304.55 |
| 05/04/2017 | [1] | MARY JANE LINDENMUTH<br>583 AIRPORT ROAD<br>ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 8.30 | | 67,312.85 |
| 05/04/2017 | [1] | BARBARA MATERN<br>101 EAST CHESTNUT STREET<br>APT 108<br>FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 21.07 | | 67,333.92 |
| 05/04/2017 | [1] | EDWARD STEPULITIS<br>315 McKnight St<br>Ashland, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 9.86 | | 67,343.78 |
| 05/04/2017 | [1] | PHYLLIS MCHALE<br>314 COAL STREET<br>PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 77.66 | | 67,421.44 |
| 05/04/2017 | [1] | BARBARA MILLER<br>109 FRONT STREET<br>CRESSONA, PA 17929 | ACCOUNTS RECEIVABLE | 1121-000 | 33.30 | | 67,454.74 |
| | | | Page Subtotals | | 152.71 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 138)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641

Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850

For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: ********1797 Checking Account**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/04/2017 | [1] | IDA BLANKENHORN<br>106 Schwartz Valley Rd<br>Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 121.88 | | 67,576.62 |
| 05/04/2017 | [1] | MICHAEL ARIETA<br>39 WEST BERTSCH STREET<br>LANSFORD, PA 18232 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 67,626.62 |
| 05/04/2017 | [1] | BEVERLY STABINSKY<br>14 SUNSET STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 73.27 | | 67,699.89 |
| 05/05/2017 | [1] | KIMBERLY KEGLOVITZ<br>511 CARBON STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 67,729.89 |
| 05/05/2017 | [1] | ARLENE MILLER<br>101 S Main St<br>MOUNT CARBON<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 105.54 | | 67,835.43 |
| 05/05/2017 | [1] | ERNEST WINK<br>42 S Saint Peter St<br>Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 67,840.43 |
| 05/05/2017 | [1] | DOLORES TACELOSKY<br>100 SOUTH MAIN STREET<br>APT 405<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 52.75 | | 67,893.18 |
| | | | Page Subtotals | | 438.44 | 0.00 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  **17-00641**
Case Name:  **Pottsville Internists Associates, Inc.**

Taxpayer ID No:  **\*\*-\*\*\*9850**
For Period Ending:  **6/21/2019**

Trustee Name:  **William G. Schwab**
Bank Name:  **Texas Capital Bank**
Account Number/CD#:  **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit):  **10,000,000.00**
Separate bond (if applicable):  **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/05/2017 | [1] | EDWARD CUNNINGHAM<br>819 WEST CENTER STREET<br>APT 301<br>ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 35.00 | | 67,928.18 |
| 05/05/2017 | [1] | CHARLENE FREEZE<br>114 PIKE STREET<br>PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 67,953.18 |
| 05/05/2017 | [1] | NATALIE GLUNZ<br>1401 LONG RUN ROAD<br>FRIEDENSBURG, PA 17933 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 67,958.18 |
| 05/05/2017 | [1] | ELEANOR BERGAN<br>245 BULLS HEAD ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 71.50 | | 68,029.68 |
| 05/05/2017 | [1] | COMMONWEALTH OF PA<br>MEDICAL ASSISTANCE | ACCOUNTS RECEIVABLE | 1121-000 | 13.17 | | 68,042.85 |
| 05/05/2017 | [1] | JAMES WILLIAMS<br>256 LOUISA AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 68,082.85 |
| 05/05/2017 | [1] | NICOLE GETZ<br>261 CHESTNUT STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 68,102.85 |
| | | | Page Subtotals | | 209.67 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 140)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  **17-00641**

Case Name:  **Pottsville Internists Associates, Inc.**

Taxpayer ID No:  **\*\*-\*\*\*9850**

For Period Ending:  **6/21/2019**

Trustee Name:  **William G. Schwab**

Bank Name:  **Texas Capital Bank**

Account Number/CD#:  **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit):  **10,000,000.00**

Separate bond (if applicable):  **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/05/2017 | [1] | ELIZABETH LENOSKY<br>135 MAIN STREET<br>P.O. BOX 4084<br>SELTZER, PA 17974 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 68,127.85 |
| 05/05/2017 | [1] | MARYELLEN O'DONNELL<br>2121 WOODGLEN ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 68,233.19 |
| 05/05/2017 | [1] | PHYLLIS DORMER<br>1236 HOWARD AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 68,248.19 |
| 05/05/2017 | [1] | DEBORAH GAUKER<br>209 MORININGSIDE DRIVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 23.77 | | 68,271.96 |
| 05/05/2017 | [1] | DON DUNN EMERICH<br>1205 VALLEY ROAD<br>TAMAQUA, PA 18252 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 68,281.96 |
| 05/05/2017 | [1] | ANNIE MOYER<br>P.O. BOX 82<br>FRIEDENSBURG, PA 17933 | ACCOUNTS RECEIVABLE | 1121-000 | 71.50 | | 68,353.46 |
| 05/05/2017 | [1] | KELLY ECKERT<br>1823 ELK AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 44.06 | | 68,397.52 |

| | | | Page Subtotals | | 294.67 | 0.00 | |
|---|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) (Page 141)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/05/2017 | [1] | DAVID MARTIN<br>205 RONALD AVE<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 21.07 | | 68,418.59 |
| 05/05/2017 | [1] | ELSIE HELOSKIE<br>25 CENTRE LANE<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 68,468.59 |
| 05/05/2017 | [1] | JOHN REDMAN<br>104 AVE B<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 65.00 | | 68,533.59 |
| 05/05/2017 | [1] | LOUISE MIROCKE<br>100 SOUTH MAIN STREET<br>APT 102<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 68,638.93 |
| 05/05/2017 | [1] | GENE FEGLEY<br>1284 Sweet Arrow Lake Rd<br>Pine Grove, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 37.67 | | 68,676.60 |
| 05/05/2017 | [1] | DEBRA ULICNY<br>138 Swatara Rd<br>Shenandoah, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 68,716.60 |
| 05/05/2017 | [1] | ROBERT GEHRES<br>117 WEST RAILROAD STREET<br>DONALDSON, PA 17981 | ACCOUNTS RECEIVABLE | 1121-000 | 28.60 | | 68,745.20 |
| | | | Page Subtotals | | 347.68 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 142)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641

Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850

For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: ********1797 Checking Account**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 05/05/2017 | [1] | CHRISTINE ELLEX<br>910 PARK AVE<br>PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 19.41 | | 68,764.61 |
| 05/05/2017 | [1] | CYNTHIA BROWER<br>404 Moonhill Dr<br>Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 68,804.61 |
| 05/05/2017 | [1] | SANDRA DAVIS<br>810 E Norwegian St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 68,909.95 |
| 05/05/2017 | [1] | LUCILLE MYRO<br>146 Arnot St<br>Saint Clair, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 17.01 | | 68,926.96 |
| 05/05/2017 | [1] | LUCILLE MYRO<br>146 Arnot St<br>Saint Clair, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 17.01 | | 68,943.97 |
| 05/05/2017 | [1] | MARY BETH HOUTZ<br>726 DEIBERTS VALLEY ROAD<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 68,993.97 |
| 05/05/2017 | [1] | DONALD RENTSCHLER<br>103 MAIN STREET<br>RINGTOWN, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 110.94 | | 69,104.91 |
| | | | Page Subtotals | | 359.71 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 143)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/05/2017 | [1] | COLLEEN FOWLER 1310 CATAWISSA CREEK ROAD ZION GROVE, PA 17985 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 69,109.91 |
| 05/05/2017 | [1] | KAREN CORRELL 230 NEW PHILADELPHIA ROAD KASKA, PA 17959 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 69,134.91 |
| 05/05/2017 | [1] | LORETTA DALLAZIA 128 NORTH WEST STREET SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 51.72 | | 69,186.63 |
| 05/05/2017 | [1] | CURTIS LINK 204 Frisbee Rd Orwigsburg, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 69,291.97 |
| 05/05/2017 | [1] | LOUISA MALEY 22 COAL STREET PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 62.14 | | 69,354.11 |
| 05/05/2017 | [1] | ANN BRENTARI 842 SUNBURY ROAD POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 7.20 | | 69,361.31 |
| 05/05/2017 | [1] | DORIS ZVORSKY 325 LAUREL ROAD ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 69,411.31 |
| | | | Page Subtotals | | 306.40 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 144)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | 5 Uniform Trans. Code | Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 05/05/2017 | [1] | JAMES THOMPSON 521 LAUREL TERRACE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 69,461.31 |
| 05/10/2017 | 51023 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 5/1/17 (INVOICE NO. G302; McGinty, Dahm, Williamson, PA Sales Tax) | 2990-000 | | 3,056.22 | 66,405.09 |
| 05/12/2017 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 237.60 | | 66,642.69 |
| 05/12/2017 | [1] | GEORGINE PIZZICO 85 SUNDAY DRIVE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 8.44 | | 66,651.13 |
| 05/12/2017 | [1] | CENTRAL PENNSYLVANIA TEAMSTERS P.O. BOX 15224 READING, PA 15224 | ACCOUNTS RECEIVABLE | 1121-000 | 19.96 | | 66,671.09 |
| 05/12/2017 | [1] | THERESA SIDELLA 134 Valley Furnace Ave Port Carbon, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 28.60 | | 66,699.69 |
| 05/12/2017 | [1] | JOSEPHINE GOBER 89 HILL ROAD POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 100.00 | | 66,799.69 |
| 05/12/2017 | [1] | STEWART STROBLE 31 SOUTH WHITE STREET SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 13.82 | | 66,813.51 |
| | | | Page Subtotals | | 458.42 | 3,056.22 | |

UST Form 101-7-TDR (10/1/2010) (Page 145)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: ********1797 Checking Account**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/12/2017 | [1] | ELSIE HELOSKIE 25 CENTRE LANE ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 66,853.51 |
| 05/12/2017 | [1] | NANCY LECHLEITNER 320 Mauch Chunk St Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 66,878.51 |
| 05/12/2017 | [1] | BEVERLY KOSTISHAK 401 SOUTH SECOND STREET SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 92.84 | | 66,971.35 |
| 05/12/2017 | [1] | SADIE WETZEL 358 FRONT STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 66,991.35 |
| 05/12/2017 | [1] | SHEILA CONVILLE 205 Nittany St Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 7.99 | | 66,999.34 |
| 05/12/2017 | [1] | MARVIN MOYER 305 Sculps Hill Rd Auburn, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 71.50 | | 67,070.84 |
| 05/12/2017 | [1] | LOIS HALL 11 QUEEN STREET SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 67,100.84 |
| | | | Page Subtotals | | 287.33 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 146)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/12/2017 | [1] | ROSE SNOWELL<br>207 NORTH GEORGE STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 67,110.84 |
| 05/12/2017 | [1] | CARMEN MURHON<br>1516 NORTH NORWEGIAN STREET<br>POTTSVILLE, PA 17902 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 67,130.84 |
| 05/12/2017 | [1] | DENNIS SHADLE<br>211 FOUNTAIN ROAD<br>HEGINS, PA 17938 | ACCOUNTS RECEIVABLE | 1121-000 | 73.00 | | 67,203.84 |
| 05/12/2017 | [1] | KARL KRAMER<br>739 EAST MARKET STREET<br>MAHANOY CITY, PA 17948 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 67,243.84 |
| 05/12/2017 | [1] | MICHAEL SOROKACH<br>20 OWL ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 14.96 | | 67,258.80 |
| 05/12/2017 | [1] | WENDY JO CORRELL<br>331 SOUTH FRONT STREET<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 84.77 | | 67,343.57 |
| 05/12/2017 | [1] | JOSEPH FEENEY<br>417 S. MILL STREET<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 46.87 | | 67,390.44 |
| | | | Page Subtotals | | 289.60 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 147)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/12/2017 | [1] | CAROL M. NICHOLAS 118 SOUTH FOURTH STREET FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 67,410.44 |
| 05/12/2017 | [1] | REV. PAUL ROPITSKY 24 Lia Rd Frackville, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 92.02 | | 67,502.46 |
| 05/12/2017 | [1] | LOREN REICHERT 51 NORTH 4TH STREET CRESSONA, PA 17929 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 67,512.46 |
| 05/12/2017 | [16] | DONEGAL INSURANCE GROUP | REFUND OF CANCELLATION OF PROPERTY INSURANCE | 1249-000 | 3,854.00 | | 71,366.46 |
| 05/12/2017 | [1] | CAPITAL BLUE | ACCOUNTS RECEIVABLE | 1121-000 | 170.19 | | 71,536.65 |
| 05/12/2017 | [1] | DAVID LIPKO 416 STEPHEN ROAD ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 71,566.65 |
| 05/12/2017 | [1] | COMMONWEALTH OF PA MEDICAL ASSISTANCE | ACCOUNTS RECEIVABLE | 1121-000 | 0.72 | | 71,567.37 |
| 05/12/2017 | [1] | PMCS 9060 E Via Linda Ste 250 Scottsdale, AZ 85258 | ACCOUNTS RECEIVABLE | 1121-000 | 1.75 | | 71,569.12 |
| | | | Page Subtotals | | 4,178.68 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 148)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  17-00641

Case Name:  Pottsville Internists Associates, Inc.

Taxpayer ID No:  **-***9850

For Period Ending:  6/21/2019

Trustee Name:  **William G. Schwab**

Bank Name:  **Texas Capital Bank**

Account Number/CD#:  ********1797 Checking Account**

Blanket bond (per case limit):  **10,000,000.00**

Separate bond (if applicable):  **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/12/2017 | [1] | JOAN ANTONIO<br>101 Mahantongo St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 71,579.12 |
| 05/12/2017 | [1] | ROSE MARIE TURNITZA<br>614 SCHUYLKILL AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 60.00 | | 71,639.12 |
| 05/12/2017 | [1] | GERARD BEVAN<br>152 Mill Creek Ave<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 71,659.12 |
| 05/12/2017 | [1] | MARGARET WEIDERHOLD<br>160 LLEWELLYN ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 9.00 | | 71,668.12 |
| 05/12/2017 | [1] | GLORIA GEORGE<br>401 CHESTNUT STREET<br>P.O. BOX 82<br>MAR-LIN, PA 17951 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 71,673.12 |
| 05/12/2017 | [1] | THOMAS HAUPTLY<br>410 WASHINGTON STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 71,678.12 |
| 05/12/2017 | [1] | HELEN BOVA<br>370 ROOSEVELT DRIVE<br>NEW BOSTON, PA 17948 | ACCOUNTS RECEIVABLE | 1121-000 | 31.72 | | 71,709.84 |
| | | | Page Subtotals | | 140.72 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 149)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/12/2017 | [1] | JUSTINE MCCLURE<br>22 MAIN STREET<br>KASKA, PA 17959 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 71,724.84 |
| 05/12/2017 | [1] | CHARLES DROSKINIS<br>409 LYTLE STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 89.40 | | 71,814.24 |
| 05/12/2017 | [1] | CYNTHIA MILLER<br>337 Pine Hill Rd<br>Andreas, PA 18211 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 71,834.24 |
| 05/12/2017 | [1] | CAROLANN KRAMMER<br>500 HONEYSUCKLE COURT<br>PINE GROVE, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 12.62 | | 71,846.86 |
| 05/12/2017 | [1] | IRENE ZAHARICK<br>20 Rapp Rd<br>Girardville, PA 17935 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 71,851.86 |
| 05/12/2017 | [1] | JACQUELINE ALOIS<br>36 PARK STREET<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 8.60 | | 71,860.46 |
| 05/12/2017 | [1] | ROSE NORDALL<br>422 Birds Hill Rd<br>Pine Grove, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 71,890.46 |

Page Subtotals     180.62     0.00

UST Form 101-7-TDR (10/1/2010) (Page 150)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/12/2017 | [1] | RUBY HARRIS 60 NEW MINES P.O. BOX 128 BRANCH DALE , PA 17923 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 71,895.46 |
| 05/12/2017 | [1] | JOSEPH POST 443 NORTH STREET MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 173.00 | | 72,068.46 |
| 05/12/2017 | [1] | DONEGAL INSURANCE GROUP | ACCOUNTS RECEIVABLE | 1121-000 | 88.64 | | 72,157.10 |
| 05/12/2017 | [1] | JOSEPH KOHUTKA 435 SUNBURY STREET MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 39.10 | | 72,196.20 |
| 05/12/2017 | [1] | JOHN PURCELL 25 N Nicholas St APT 305 Saint Clair, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 72,206.20 |
| 05/12/2017 | [1] | SCOTT KLINE 1719 WEST MARKET STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 151.74 | | 72,357.94 |
| 05/12/2017 | [1] | JULIA BUCHINSKY 202 FURNACE STRET SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 72,377.94 |

Page Subtotals 487.48 0.00

UST Form 101-7-TDR (10/1/2010) (Page 151)

**Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 17-00641

Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/12/2017 | [1] | ANGEL SABOL 752 FOREST LANE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 72,387.94 |
| 05/12/2017 | [1] | JOY PETRICH 310 PARKWAY SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 12.00 | | 72,399.94 |
| 05/12/2017 | [1] | JOHN LANG 44 STATION STREET SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 165.64 | | 72,565.58 |
| 05/12/2017 | [1] | INTERNATIONAL UNION OF OPERATING ENGINEERS WELFARE FUND | ACCOUNTS RECEIVABLE | 1121-000 | 8.07 | | 72,573.65 |
| 05/12/2017 | [1] | MARY ANN SHAPPELL 1098 MAPLE STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 72,593.65 |
| 05/12/2017 | [1] | MICHAEL STOPPI | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 72,598.65 |
| 05/12/2017 | [1] | MARIE BEAUCHAMP 855 ALBERT DRIVE ORWIGSBURG, PA 17951 | ACCOUNTS RECEIVABLE | 1121-000 | 71.50 | | 72,670.15 |
| 05/12/2017 | [1] | BARBARA SHAPPELL 217 HAVEN STREET SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 142.10 | | 72,812.25 |
| | | | | Page Subtotals | 434.31 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 152)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 05/12/2017 | [1] | KELLI CHILDS<br>228 HAVEN STREET<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 82.83 | | 72,895.08 |
| 05/12/2017 | [1] | MICHELLE CORBY<br>1707 WEST MARKET STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 72,900.08 |
| 05/12/2017 | [1] | CHARLENE MILLER<br>23 HIDDEN ACRES DRIVE<br>PINE GROVE, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 72,925.08 |
| 05/12/2017 | [1] | JOAN WEBER<br>283 Moyers Station Rd<br>Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 71.50 | | 72,996.58 |
| 05/12/2017 | [1] | J L EVANS<br>26 HICKORY COURT<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 8.47 | | 73,005.05 |
| 05/12/2017 | [1] | TEOFIL POLITOWSKI<br>116 EAST CHESTNUT STREET<br>FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 73,010.05 |
| 05/12/2017 | [1] | GERALDINE YODER<br>116 LEWIS STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 59.68 | | 73,069.73 |
| | | | Page Subtotals | | 257.48 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 153)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/12/2017 | [1] | JACQUELINE LUPKIN<br>P.O. BOX 1143<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 19.00 | | 73,088.73 |
| 05/12/2017 | [1] | THOMAS M. JOULWAN<br>117 NORTH WARREN STREET<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 223.07 | | 73,311.80 |
| 05/12/2017 | [1] | SHARON STEDNITZ<br>567 FERNWOOD AVE<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 73,326.80 |
| 05/12/2017 | [1] | RAY BOLICH<br>846 BUNTING STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 29.05 | | 73,355.85 |
| 05/16/2017 | 51024 | CARD SERVICES<br>PO BOX 13337<br>PHILADELPHIA, PA 19101-3337 | FILING/SERVICE FEE (MOTION TO APPROVE STIPULATED ORDER - BB&T BANK) | 2990-000 | | 211.90 | 73,143.95 |
| 05/16/2017 | 51025 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 5/6/17 (INVOICE NO. G309; McGinty, Dahm, Williamson, PA Sales Tax) | 2990-000 | | 4,336.71 | 68,807.24 |
| 05/16/2017 | 51026 | COMCAST<br>PO BOX 3001<br>SOUTHEASTERN, PA 19398-3001 | COMCAST CURRENT CHARGES (ACCOUNT NO. 8993 11 252 0172227) | 2990-000 | | 145.75 | 68,661.49 |
| | | | Page Subtotals | | 286.12 | 4,694.36 | |

UST Form 101-7-TDR (10/1/2010) (Page 154)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**

For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 05/16/2017 | 51027 | COMCAST<br>PO BOX 3001<br>SOUTHEASTERN, PA 19398-3001 | COMCAST CURRENT CHARGES (ACCOUNT NO. 8993 11 252 0151882) | 2990-000 | | 1,614.62 | 67,046.87 |
| 05/17/2017 | [13] | HOUSER AUCTIONEERS<br>106 Ridge Cup Rd<br>New Ringgold, PA 17960 | SALE OF REAL PROPERTY PER COURT ORDER DATED 04-28-17 | 1129-000 | 8,000.00 | | 75,046.87 |
| 05/17/2017 | 51028 | HOUSER AUCTIONEERS | AUCTIONEER FEES FOR SALE OF 2005 DODGE RAM TRUCK (PER COURT ORDER DATED 4/28/17) | | | 1,025.00 | 74,021.87 |
| | | | (800.00) | 3610-000 | | | |
| | | | (225.00) | 3620-000 | | | |
| *05/17/2017 | 51029 | ADMINISTRATIVE | UPS OVERNIGHT MAILING (INVOICE NO. FE5895197; SHIPPER NO. FE5895; CONTROL ID 9T52) | 2990-003 | | 35.91 | 73,985.96 |
| *05/17/2017 | | ADMINISTRATIVE | UPS OVERNIGHT MAILING (INVOICE NO. FE5895197; SHIPPER NO. FE5895; CONTROL ID 9T52) | 2990-003 | | (35.91) | 74,021.87 |
| 05/17/2017 | 51030 | UPS<br>PO BOX 7247-0244<br>PHILADELPHIA, PA 19170-0001 | UPS OVERNIGHT MAILING (INVOICE NO. FE5895197; SHIPPER NO. FE5895; CONTROL ID 9T52) | 2990-000 | | 35.91 | 73,985.96 |
| 05/18/2017 | [1] | UNITED HEALTHCARE COMMUNITY PLAN<br>P.O. BOX 7550<br>PHOENIX, AZ 85011 | ACCOUNTS RECEIVABLE | 1121-000 | 29.38 | | 74,015.34 |
| | | | Page Subtotals | | 8,029.38 | 2,675.53 | |

UST Form 101-7-TDR (10/1/2010) (Page 155)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | Uniform Trans. Code | 5 Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 05/18/2017 | [1] | NATIONAL AUTOMATIC SPRINKLER INDUSTRY WELFARE FUND 8000 CORPORATE LANDOVER, MD 20785 | ACCOUNTS RECEIVABLE | 1121-000 | 0.48 | | 74,015.82 |
| 05/18/2017 | [1] | JUDY SHEELER 413 PINE CREEK BARNESVILLE, PA 18214 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 74,025.82 |
| 05/18/2017 | [1] | UNITED HEALTHCARE COMMUNITY PLAN P.O. BOX 7550 PHOENIX, AZ 85011 | ACCOUNTS RECEIVABLE | 1121-000 | 32.14 | | 74,057.96 |
| 05/18/2017 | [1] | COMPASSUS CREEKSIDE CROSSING 10 CADILLAC DR, STE 400 BRENTWOOD, TN 37027 | ACCOUNTS RECEIVABLE | 1121-000 | 1,635.00 | | 75,692.96 |
| 05/18/2017 | [1] | JANICE DELEON 930 ALBERT AVE ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 45.00 | | 75,737.96 |
| 05/18/2017 | [1] | MAMIE RESNICK 365 FRONT STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 24.03 | | 75,761.99 |
| 05/18/2017 | [1] | MARIE MORGAN 512 PEACOCK STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 54.43 | | 75,816.42 |

Page Subtotals 1,801.08 0.00

UST Form 101-7-TDR (10/1/2010) (Page 156)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/18/2017 | [1] | BARBARA FOLWEILER<br>628  CLAIRMONT AVE<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 17.76 | | 75,834.18 |
| 05/18/2017 | [1] | CAROL MCSHAW<br>164 STRAWBERRY LANE<br>RINGTOWN, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 75,839.18 |
| 05/18/2017 | [1] | NERETTA BROBST<br>160 Red Horse Rd<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.15 | | 75,849.33 |
| 05/18/2017 | [1] | HELENE CALABRESE<br>308 WOODLAND ROAD<br>BROCKTON, PA 17925 | ACCOUNTS RECEIVABLE | 1121-000 | 55.34 | | 75,904.67 |
| 05/18/2017 | [1] | WILLIAM LAUDEMAN<br>236 S Jardin St<br>Shenandoah, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 121.88 | | 76,026.55 |
| 05/18/2017 | [1] | KRISTINE PAVALKO<br>224 Frisbee Rd<br>Orwigsburg, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 90.00 | | 76,116.55 |
| 05/18/2017 | [1] | COMMONWEALTH OF PA<br>MEDICAL ASSISTANCE | ACCOUNTS RECEIVABLE | 1121-000 | 3.37 | | 76,119.92 |
| 05/18/2017 | [1] | SUSAN RYON<br>510 RIDGE ROAD<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 111.18 | | 76,231.10 |
| | | | Page Subtotals | | 414.68 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 157)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/18/2017 | [1] | ELAINE SCHWENK 547 WOODLANE DRIVE AUBURN, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 76,336.44 |
| 05/18/2017 | [1] | DAVID BIGG 291 CHESTNUT DRIVE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 55.00 | | 76,391.44 |
| 05/18/2017 | [1] | HELEN FISHER 11 WOOD LANE SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 29.48 | | 76,420.92 |
| 05/18/2017 | [1] | JERRY MOYER 76 Schuylkill Mountain Rd Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 76,526.26 |
| 05/18/2017 | [1] | DANETTE GOSHERT 119 Schuylkill St Cressona, PA 17929 | ACCOUNTS RECEIVABLE | 1121-000 | 7.71 | | 76,533.97 |
| 05/18/2017 | [1] | JAMES BARRETT 1417 MARKET STREET ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 76,558.97 |
| 05/18/2017 | [1] | JEFFREY KRAMER 1466 Summer Hill Rd Auburn, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 15.17 | | 76,574.14 |
| | | | Page Subtotals | | 343.04 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 158)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/18/2017 | [1] | ANNETTE  TINA NALE<br>133 RESERVIOR ROAD<br>RINGTOWN, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 76,624.14 |
| 05/18/2017 | [1] | MARYBETH SALATA<br>105 JEFFERSON STREET<br>SCHULYKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 76,674.14 |
| 05/18/2017 | [1] | CHRISTIE JO SALEM<br>133 NORTH THIRD STREET<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 76,699.14 |
| 05/18/2017 | [1] | BERNARD KOVICH<br>350 NEW CASTLE STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 76,724.14 |
| 05/18/2017 | [1] | MARTIN MALIS<br>13 CHARLES STREET<br>CRESSONA, PA 17929 | ACCOUNTS RECEIVABLE | 1121-000 | 94.18 | | 76,818.32 |
| 05/18/2017 | [17] | IANNELLA AND MUMMOLO<br>55 COURT STREET<br>BOSTON, MA 02108 | MEDICAL RECORDS FOR GIONGE STANLEY | 1290-000 | 29.09 | | 76,847.41 |
| 05/22/2017 | 51031 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 5/13/17 (INVOICE NO. G317; McGinty, Homa, Dahm, Williamson, PA Sales Tax) | 2990-000 | | 4,336.71 | 72,510.70 |
| 05/22/2017 | 51032 | DIRECT ENERGY BUSINESS | ENERGY BILL - INVOICE NO. 170750030399241 (ACCT. NO. 1085131) | 2990-000 | | 3,848.46 | 68,662.24 |
| | | | Page Subtotals | | 273.27 | 8,185.17 | |

UST Form 101-7-TDR (10/1/2010) (Page 159)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/22/2017 | 51033 | PPL ELECTRIC UTILITIES | ELECTRIC BILL (ACCT. NO. 17713-2007) | 2990-000 | | 257.91 | 68,404.33 |
| 05/22/2017 | 51034 | PPL ELECTRIC UTILITIES | ELECTRIC BILL (ACCT. NO. 21174-01002) | 2990-000 | | 14.33 | 68,390.00 |
| 05/23/2017 | [1] | JOHN MCGOVERN 1350 WEST NORWEIGAN STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 28.00 | | 68,418.00 |
| 05/23/2017 | [1] | ALBERTA PUKAVAGE P.O. BOX 235 RINGTOWN, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 68,443.00 |
| 05/23/2017 | [1] | BARBARA LEBO 131 WEST MAIN STREET TREMONT, PA 17981 | ACCOUNTS RECEIVABLE | 1121-000 | 154.29 | | 68,597.29 |
| 05/23/2017 | [1] | ELLEN LEFFLER 126 Albert Blvd Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 27.30 | | 68,624.59 |
| 05/23/2017 | [1] | LELAND LUNDERVOLD 105 ASPEN DRIVE AUBURN, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 68.00 | | 68,692.59 |
| 05/23/2017 | [1] | NANCY WEIGAND 324 NORTH 18TH STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 68,797.93 |
| | | | Page Subtotals | | 407.93 | 272.24 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1<br><br>Transaction<br>Date | 2<br><br>Check or<br>[Refer#] | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Trans.<br>Code | 5<br><br>Deposits($) | 6<br><br>Disbursements($) | 7<br><br>Account/ CD<br>Balance($) |
|---|---|---|---|---|---|---|---|
| 05/23/2017 | [1] | ROBIN LYNCH<br>208 DOCK STREET<br>APT # 9<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 68,822.93 |
| 05/23/2017 | [1] | ROBERT RZEPPLINSKI<br>80 WESTON PLACE<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 68,872.93 |
| 05/23/2017 | [1] | DWAIN BARLOW | ACCOUNTS RECEIVABLE | 1121-000 | 27.30 | | 68,900.23 |
| 05/23/2017 | [1] | GEORGE TICE<br>680 Cressona Rd<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 81.60 | | 68,981.83 |
| 05/23/2017 | [1] | HOLLY FRANTZ<br>1105 WILLOW DRIVE<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 68,991.83 |
| 05/23/2017 | [1] | IRENE CONWAY<br>860 Cressona Rd<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 105.54 | | 69,097.37 |
| 05/23/2017 | [1] | ARLEEN DISARRO<br>307 LYTLE STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 24.61 | | 69,121.98 |
| | | | Page Subtotals | | 324.05 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 161)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | 5 Uniform Trans. Code | Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 05/23/2017 | [1] | KATHLEEN JUDD 149 S Nice St Frackville, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 18.93 | | 69,140.91 |
| 05/23/2017 | [1] | ROBERT SOPHY 1134 EAGLE ROAD POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 69,190.91 |
| 05/23/2017 | [1] | ROBERT ALLISON 114 AVENUE C SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 9.30 | | 69,200.21 |
| 05/23/2017 | [1] | MARY LEIBENSPERGER 225 NORTH WAYNE STREET ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 113.02 | | 69,313.23 |
| 05/23/2017 | 51035 | BUSINESS CARD SERVICES | COURT CALL (ID NO. 8314731) | 2990-000 | | 51.00 | 69,262.23 |
| 05/24/2017 | 51036 | UPS PO BOX 7247-0244 PHILADELPHIA, PA 19170-0001 | UPS OVERNIGHT MAILING (INVOICE NO. FE5895207; SHIPPER NO. FE5895; CONTROL ID 0K76) | 2990-000 | | 35.74 | 69,226.49 |
| 05/25/2017 | 51037 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 5/20/17 (INVOICE NO. G322; McGinty, Homa, Dahm, Williamson, PA Sales Tax) | 2990-000 | | 4,319.12 | 64,907.37 |

Page Subtotals: 191.25 | 4,405.86

UST Form 101-7-TDR (10/1/2010) (Page 162)

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**

For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/30/2017 | [17] | JAMES ELISON<br>1475 EDGEWOOD DRIVE<br>APT 1G<br>LIMA, OH 45805 | MEDICAL RECORDS FOR JAMES ELISON | 1290-000 | 15.00 | | 64,922.37 |
| 05/30/2017 | [17] | METZGER WICKERSHAM<br>P.O. BOX 69200<br>HARRISBURG, PA 17106 | MEDICAL RECORDS FOR TORRES NILSA | 1290-000 | 78.88 | | 65,001.25 |
| 05/30/2017 | [17] | LEVENTHAL SUTTON & GORNSTEIN<br>3800 Horizon Blvd<br>SUITE 101<br>Feasterville Trevose, PA 19053 | MEDICAL RECORDS FOR PATRICIA GALLUCCI | 1290-000 | 28.67 | | 65,029.92 |
| 06/01/2017 | [1] | BANKERS LIFE AND CASUALTY CO<br>11825 N Pennsylvania St<br>Carmel, IN 46032 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 65,031.61 |
| 06/01/2017 | [1] | LILLIAN DOUBLESTEIN<br>1726 WEST END AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 87.57 | | 65,119.18 |
| 06/01/2017 | [1] | JEFFERY VOLUTZA<br>25 N. NICHOLAS STREE<br>APT 105<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 65,139.18 |
| 06/01/2017 | [1] | SADIE WETZEL<br>358 FRONT STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 65,159.18 |
| | | | Page Subtotals | | 251.81 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 163)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/01/2017 | [1] | GARY PARKHURST<br>209 ARLENE STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 35.00 | | 65,194.18 |
| 06/01/2017 | [1] | WILMA UHLER<br>100 SOUTH SEVENTH STREET<br>APT 213<br>TOWER CITY, PA 17980 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 65,224.18 |
| 06/01/2017 | [1] | MARY BICKELMAN<br>35 LOW ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 65,244.18 |
| 06/01/2017 | [1] | JOAN KLINE<br>614 WEST BACON STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 14.16 | | 65,258.34 |
| 06/01/2017 | [1] | JOSEPH SOUCHAK<br>1 BULLOCK STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 75.00 | | 65,333.34 |
| 06/01/2017 | [1] | SANDRA RENNINGER<br>33 RIVER STREET<br>CRESSONA, PA 17929 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 65,338.34 |
| 06/01/2017 | [1] | AMY MILLER<br>312 Sweet Arrow Lake Rd<br>Pine Grove, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 65,358.34 |

Page Subtotals: 199.16    0.00

UST Form 101-7-TDR (10/1/2010) (Page 164)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/01/2017 | [1] | ROBERT RYAN 203 SCHUYLKILL AVE SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 73.00 | | 65,431.34 |
| 06/01/2017 | [1] | MARY COLEMAN 520 Morea Rd Mahanoy City, PA 17948 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 65,436.34 |
| 06/01/2017 | [1] | ELIZABETH LENOSKY 135 MAIN STREET P.O. BOX 4084 SELTZER, PA 17974 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 65,461.34 |
| 06/01/2017 | [1] | CAROL ANN FARABAUGH 327 PAWNEE DRIVE AUBURN, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 14.96 | | 65,476.30 |
| 06/01/2017 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 53.00 | | 65,529.30 |
| 06/01/2017 | [1] | FRANK GOGNO | ACCOUNTS RECEIVABLE | 1121-000 | 71.50 | | 65,600.80 |
| 06/01/2017 | [1] | GEORGENE STUDLACK 39 KING STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 65,706.14 |
| 06/01/2017 | [1] | GAIL CHAKLOS 76 ROSE AVE PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 65,731.14 |
| | | | Page Subtotals | | 372.80 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 165)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/01/2017 | [1] | KASS RUBRIGHT<br>142 JAMES STREET<br>KASKA, PA 17959 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 65,751.14 |
| 06/01/2017 | [1] | LISA DRANGINIS<br>139 COAL STREET<br>CUMBOLA, PA 17930 | ACCOUNTS RECEIVABLE | 1121-000 | 53.16 | | 65,804.30 |
| 06/01/2017 | [1] | JEANNE ANGELO<br>301 ARLENE STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 8.49 | | 65,812.79 |
| 06/01/2017 | [1] | SHIRLEY DONTON<br>400 Laurel Blvd<br>APT 902<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 39.03 | | 65,851.82 |
| 06/01/2017 | [1] | DOLORES MORGAN<br>400 ORCHARD AVE<br>SCHULKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 65,861.82 |
| 06/01/2017 | [1] | ROSEANNE MALINOSKI<br>308 WEST CHERRY STREE<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 13.92 | | 65,875.74 |
| 06/01/2017 | [1] | JOHN KEATING<br>1701 Mahantongo St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 7.82 | | 65,883.56 |
| | | | Page Subtotals | | 152.42 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 166)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: **17-00641** | Trustee Name: **William G. Schwab** |
| Case Name: **Pottsville Internists Associates, Inc.** | Bank Name: **Texas Capital Bank** |
| | Account Number/CD#: ********1797 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*9850** | Blanket bond (per case limit): **10,000,000.00** |
| For Period Ending: **6/21/2019** | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/01/2017 | [1] | GARY MILLER<br>1558 CENTER TURNPIKE<br>PRWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 65,933.56 |
| 06/01/2017 | [1] | SUSAN FISHER<br>14 VERNON AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 92.00 | | 66,025.56 |
| 06/01/2017 | [1] | GEORGE WOLFF<br>9 S FRONT STREET<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 66,065.56 |
| 06/01/2017 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 59.25 | | 66,124.81 |
| 06/01/2017 | [1] | RIDGEVIEW OPERATIONS, LLC<br>14 WALL STREET STE 5B<br>NEW YORK, NY 10005 | ACCOUNTS RECEIVABLE | 1121-000 | 85.80 | | 66,210.61 |
| 06/01/2017 | [1] | CAPITAL BLUE | ACCOUNTS RECEIVABLE | 1121-000 | 43.37 | | 66,253.98 |
| 06/01/2017 | [1] | THERESA NEBISTINSKY<br>703 WEST RACE STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 105.00 | | 66,358.98 |
| 06/01/2017 | [1] | CATHERINE SNOPEK<br>101 NORTH 12TH STREET<br>APT 509<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 35.37 | | 66,394.35 |
| | | | Page Subtotals | | 510.79 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 167)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/01/2017 | [1] | DORIS ZVORSKY<br>325 LAUREL ROAD<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 66,444.35 |
| 06/01/2017 | [1] | NANCY KLICK<br>1296 Doe Dr<br>P.O. BOX 193<br>SUMMIT STATION, PA 17979 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 66,449.35 |
| 06/01/2017 | [1] | NATALIE GLUNZ<br>1401 LONG RUN ROAD<br>FRIEDENSBURG, PA 17933 | ACCOUNTS RECEIVABLE | 1121-000 | 120.19 | | 66,569.54 |
| 06/01/2017 | [1] | BRIGID KOURY<br>1124 WEST MARKET STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 53.28 | | 66,622.82 |
| 06/01/2017 | [1] | MILDRED KARMOSKY<br>209 VALLEY STREET<br>BROCKTON, PA 17925 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 66,642.82 |
| 06/01/2017 | [1] | DANIEL RUSSELL<br>6 MOONLIGHT DRIVE<br>HAMBURG, PA 19526 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 66,647.82 |
| 06/01/2017 | [1] | DONNA KALOVCAK<br>63 SOUTH MAPLE AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 66,672.82 |

Page Subtotals     278.47     0.00

UST Form 101-7-TDR (10/1/2010) (Page 168)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/01/2017 | [1] | LOIS BECKER<br>418 EAST UNION STREET<br>SCHULYKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 19.95 | | 66,692.77 |
| 06/01/2017 | [1] | EDWARD CUNNINGHAM<br>819 WEST CENTER STREET<br>APT 301<br>ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 35.00 | | 66,727.77 |
| 06/01/2017 | [1] | STACEY MINNICH<br>209 N Keystone St<br>Muir, PA 17957 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 66,777.77 |
| 06/01/2017 | [1] | MARY BETH HOUTZ<br>726 DEIBERTS VALLEY ROAD<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 100.00 | | 66,877.77 |
| 06/01/2017 | [1] | JEFFREY KOSTYAL<br>160 BULLSHEAD ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 66,897.77 |
| 06/01/2017 | [1] | MARILYN VALOSIN<br>505 NORTH WARREN STREET<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 66,922.77 |
| 06/01/2017 | [1] | ESTATE OF JOSEPH J. MURPHY<br>816 Centre St<br>Ashland, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 40.07 | | 66,962.84 |
| | | | Page Subtotals | | 290.02 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 169)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | 5 Uniform Trans. Code | Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 06/01/2017 | [1] | UNITED CONCORDIA LIFE AND HEALTH INSURANCE CO | REFUND-EMPLOYEE DENTAL INSURANCE | 1121-000 | 40.53 | | 67,003.37 |
| 06/01/2017 | [17] | HANDLER HENNING & ROSENBERG,LLC 1300 Linglestown Rd SUITE 2 Harrisburg, PA 17110 | MEDICAL RECORDS FRO RICHARD OSTACHUK | 1290-000 | 126.04 | | 67,129.41 |
| 06/01/2017 | [17] | LENAHAN & DEMPSEY 116 NORTH WASHINGTON AVE SCRANTON, PA 18501 | MEDICAL RECORDS FOR JESSICA QUERCIA | 1290-000 | 360.76 | | 67,490.17 |
| 06/01/2017 | [18] | VALLEY KIDNEY SPECIALIST,P.C. 1230 SOUTH CEDAR CREST BLVD SUITE 301 ALLENTOWN, PA 18103 | SALE OF PERSONAL PROPERTY- SOLD PRIOR OF BANKRUPTCY | 1229-000 | 1,152.00 | | 68,642.17 |
| 06/01/2017 | | RDC CUSTOMER DEPOSIT | CHECK DEPOSITED INTO WRONG ACCOUNT (ADJUSTMENT CREDITED BY BANK - MISAPPLY ERROR 6/1/17) | 1229-000 | 709.00 | | 69,351.17 |
| 06/02/2017 | 51038 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 5/20/17 (INVOICE NO. G328; McGinty, Homa, Dahm, Williamson, PA Sales Tax) | 2990-000 | | 4,336.71 | 65,014.46 |
| 06/02/2017 | 51039 | US POSTMASTER LEHIGHTON, PA 18235 | POSTAGE (MEDICAL RECORDS - PAPER FILE & CD TO JAMES ELISON) | 2990-000 | | 10.55 | 65,003.91 |

Page Subtotals 2,388.33 4,347.26

UST Form 101-7-TDR (10/1/2010) (Page 170)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641

Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850

For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit): 10,000,000.00

Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/02/2017 | 51040 | COMCAST<br>PO BOX 3001<br>SOUTHEASTERN, PA 19398-3001 | COMCAST (ACCT. NO. 8993 11 252 0172227) | 2990-000 | | 301.00 | 64,702.91 |
| 06/05/2017 | [1] | DOLORES HILLEGEER<br>1 GREENVIEW LANE<br>WILLIAMSON, NY 14589 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 64,742.91 |
| 06/05/2017 | [1] | RAYMOND SMITH<br>1328 W Montgomery St<br>Coal Township, PA 17866 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 64,757.91 |
| 06/05/2017 | [1] | P. K. SALES<br>101 Mahantongo St<br>APT 609<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 45.24 | | 64,803.15 |
| 06/05/2017 | [1] | LINDA MINNICH<br>111 S. WOLFE STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 114.00 | | 64,917.15 |
| 06/05/2017 | [1] | JOHN CORBACIO<br>264 FOREST ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 34.96 | | 64,952.11 |
| 06/05/2017 | [1] | JOYCE HAFER<br>25 LOG LANE<br>SCHUYLKILL HAVEN , PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 40.35 | | 64,992.46 |
| | | | Page Subtotals | | 289.55 | 301.00 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/05/2017 | [1] | KATHERINE MACNUTT<br>209 S Tulpehocken St<br>SUITE 3<br>Pine Grove, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 10.24 | | 65,002.70 |
| 06/05/2017 | [1] | JASON CONWAY<br>202 NORTH CENTRE STREET<br>APT 4<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 47.02 | | 65,049.72 |
| 06/05/2017 | [1] | SANDRA BERGER<br>207 AVENUE A<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 133.11 | | 65,182.83 |
| 06/05/2017 | [1] | AMERICAN FIDELITY HSA<br>P.O. BOX 258886<br>OKLAHOMA CITY, OK 73125 | ACCOUNTS RECEIVABLE-RENEE DE ANGELO | 1121-000 | 15.00 | | 65,197.83 |
| 06/05/2017 | [1] | DANA NON UNION RETIREE VEBA TRUST<br>1800 Walt Whitman Rd<br>Melville, NY 11747 | ACCOUNTS RECEIVABLE | 1121-000 | 26.79 | | 65,224.62 |
| 06/05/2017 | [1] | THOMAS SHAPPELL<br>305 Spruce St<br>P.O. BOX 247<br>MAR LIN, PA 17951 | ACCOUNTS RECEIVABLE | 1121-000 | 79.01 | | 65,303.63 |
| 06/05/2017 | [1] | JOYCE BURKE<br>525 W Mount Vernon St<br>Shenandoah, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 65,343.63 |
| | | | Page Subtotals | | 351.17 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 172)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/05/2017 | [1] | RANDALL W. DAVEY P.O. BOX 304 SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 55.00 | | 65,398.63 |
| 06/05/2017 | [1] | MARY ANN ANGELO 301 SUNBURY STRET APT 2-A MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 65,423.63 |
| 06/05/2017 | [1] | HEALTH NET FEDERAL SERVICES, LLC P.O. BOX 2890 RANCHO CORDOVA, CA 95741 | ACCOUNTS RECEIVABLE | 1121-000 | 113.68 | | 65,537.31 |
| 06/05/2017 | [1] | T. MARY RINALDO 115 SOUTH 21ST STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 65,547.31 |
| 06/05/2017 | [17] | KRASNO, KRASNO & ONWUDINJO 400 N. SECOND STREET POTTSVILLE, PA 17901 | MEDICAL RECORDS FOR JAMES JOYCE | 1290-000 | 51.57 | | 65,598.88 |
| 06/05/2017 | [1] | ROSE NORDALL 422 Birds Hill Rd Pine Grove, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 65,628.88 |
| 06/05/2017 | [1] | HAROLD KNOLL 2200  FIRST AVE ROOM 248 POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 65,643.88 |
| | | | Page Subtotals | | 300.25 | 0.00 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/05/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 103.83 | 65,540.05 |
| 06/05/2017 | | ONLINE DEBIT MEMO | ADJUSTMENT TO FUNDS DEPOSITED INTO WRONG ACCOUNT ON 6/1/17 (MISAPPLY ERROR) | 1229-000 | (709.00) | | 64,831.05 |
| 06/06/2017 | 51041 | REPUBLICAN HERALD | ADVERTISING FEE (INVOICE NO. 571354; ACCT. NO. 571354) | 2990-000 | | 1,245.00 | 63,586.05 |
| 06/07/2017 | 51042 | STAPLES | SUPPLIES (MEDICAL RECORDS)(ACCT. NO. 6035 5178 5003 9719) | 2990-000 | | 673.26 | 62,912.79 |
| 06/07/2017 | 51043 | US POSTMASTER LEHIGHTON, PA 18235 | POSTAGE (MEDICAL RECORDS REQUESTS W INVOICES)(3x @ .46) | 2990-000 | | 1.38 | 62,911.41 |
| 06/08/2017 | 51044 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 6/3/17 (INVOICE NO. G335; McGinty, Homa, Dahm, Williamson, PA Sales Tax) | 2990-000 | | 4,336.71 | 58,574.70 |
| 06/09/2017 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 45.24 | | 58,619.94 |
| 06/09/2017 | [1] | CAPITAL BLUE | ACCOUNTS RECEIVABLE | 1121-000 | 5,196.42 | | 63,816.36 |
| 06/09/2017 | [1] | BENEFITWALLET 307 International Cir SUITE 200 HUNT VALLEY, MD 21030 | ACCOUNTS RECEIVABLE | 1121-000 | 138.40 | | 63,954.76 |
| | | | Page Subtotals | | 4,671.06 | 6,360.18 | |

UST Form 101-7-TDR (10/1/2010) (Page 174)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/09/2017 | [1] | INTEGRATED MEDICAL SOLUTIONS, LLC<br>1485 HERITAGE PARKWAY<br>MANSFIELD, TX 76063 | ACCOUNTS RECEIVABLE | 1121-000 | 48.15 | | 64,002.91 |
| 06/09/2017 | [1] | CHRISTINE LAWSON<br>32 FRITZ AVE<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 64,012.91 |
| 06/09/2017 | [1] | INTERNATIONAL UNION OF OPERATING ENGINEERS WELFARE FUND | ACCOUNTS RECEIVABLE | 1121-000 | 17.93 | | 64,030.84 |
| 06/09/2017 | [1] | JEAN KORN<br>1195 Wynonah Dr<br>Auburn, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 41.37 | | 64,072.21 |
| 06/09/2017 | [1] | BARBARA ZATKO<br>73 HILL TERRACE DRIVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 64,112.21 |
| 06/09/2017 | [1] | STEPHANIE CAULFIELD<br>118 EAST CHESTNUT STREET<br>FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 64,122.21 |
| 06/09/2017 | [1] | LORRAINE FARRELL<br>363 VALLEY STREET<br>NEW PHILADELPHIA, PA 17959 | ACCOUNTS RECEIVABLE | 1121-000 | 142.10 | | 64,264.31 |
| 06/09/2017 | [1] | WILLIAM POWANDA<br>418 Pottsville St<br>Minersville, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 204.56 | | 64,468.87 |
| | | | Page Subtotals | | 514.11 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 175)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/09/2017 | [1] | JAMES MCLAUGHLIN 124 EAST UNION STREET SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 71.50 | | 64,540.37 |
| 06/09/2017 | [1] | DAWN JEFFERSON 6201 NORTH 10TH STREET APT 428 PHILADELPHIA, PA 19141 | ACCOUNTS RECEIVABLE | 1121-000 | 5.08 | | 64,545.45 |
| 06/09/2017 | [1] | SADIE WETZEL 358 FRONT STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 64,565.45 |
| 06/09/2017 | [1] | JAMES MARSHALL 233 GROVE STREET ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVALL | 1121-000 | 19.55 | | 64,585.00 |
| 06/09/2017 | [1] | MARY BURNS 518 WEST RACE STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 64,605.00 |
| 06/09/2017 | [1] | ELIZABETH BRUCE 321 POTTSVILLE STRETE MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 19.10 | | 64,624.10 |
| 06/09/2017 | [17] | TERRI BLUM 101 Pottsville St Cressona, PA 17929 | MEDICAL RECORDS- FOR TERRY BLUM | 1290-000 | 5.00 | | 64,629.10 |
| | | | Page Subtotals | | 160.23 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 176)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/09/2017 | [17] | MICHELE BENINCASA-SILBER 34 W Peace Valley Rd Chalfont, PA 18914 | MEDICAL RECORDS FOR MICHELE | 1290-000 | 12.20 | | 64,641.30 |
| 06/12/2017 | [17] | LEVENTHAL SUTTON & GORNSTEIN 3800 Horizon Blvd SUITE 101 Feasterville Trevose, PA 19053 | MEDICAL RECORDS FOR ROBERT KLIPOLA | 1290-000 | 30.81 | | 64,672.11 |
| 06/13/2017 | 51045 | US POSTMASTER LEHIGHTON, PA 18235 | POSTAGE (MEDICAL RECORDS - MICHELE M. BENINCASA-SIBER) | 2990-000 | | 7.20 | 64,664.91 |
| 06/13/2017 | 51046 | COMCAST PO BOX 3001 SOUTHEASTERN, PA 19398-3001 | COMCAST (ACCT. 8993 11 252 0151882) | 2990-000 | | 0.91 | 64,664.00 |
| 06/13/2017 | 51047 | COMCAST-ADM | COMCAST INVOICE NO. 53669879 (ACCT. NO. 903111610) | 2990-000 | | 1,774.53 | 62,889.47 |
| 06/13/2017 | | BB&T ACCT REC BANK ACCT | Collected Account Receiveable Applied by BB&T against security interest | | | | 62,889.47 |
| | [1] | | ACH Accts Rec - BB&T  59,582.80 | 1121-000 | | | |
| | [5] | | Bank Acct-Fully Secured  37,083.07 | 1149-000 | | | |
| | | | Sec Loan Distrbition  (96,665.87) | 4210-000 | | | |

Page Subtotals  43.01  1,782.64

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1<br>Transaction<br>Date | 2<br>Check or<br>[Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Trans.<br>Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD<br>Balance($) |
|---|---|---|---|---|---|---|---|
| 06/15/2017 | 51048 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 6/10/17<br>(INVOICE NO. G342; McGinty, Homa, Dahm,<br>Williamson, PA Sales Tax) | 2990-000 | | 4,125.70 | 58,763.77 |
| 06/19/2017 | [1] | GERALDINE YODER<br>116 LEWIS STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 17.91 | | 58,781.68 |
| 06/19/2017 | [1] | MARY POTHERING | ACCOUNTS RECEIVABLE | 1121-000 | 121.28 | | 58,902.96 |
| 06/19/2017 | [1] | GLORIA KROBERT<br>PO Box 34<br>TOWER CITY, PA 17980 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 58,917.96 |
| 06/19/2017 | [1] | KAREN CORRELL<br>230 NEW PHILADELPHIA ROAD<br>KASKA, PA 17959 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 58,942.96 |
| 06/19/2017 | [1] | KELLY ANN MORAN<br>550 FOREST LANE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 31.56 | | 58,974.52 |
| 06/19/2017 | [1] | ROBERT DELPH<br>307 NORTH GEORGE STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 58,989.52 |
| 06/19/2017 | [1] | DEBORAH MELENDEZ<br>34 Schuylkill Rd<br>New Ringgold, PA 17960 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 59,009.52 |
| | | | Page Subtotals | | 245.75 | 4,125.70 | |

UST Form 101-7-TDR (10/1/2010) (Page 178)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/19/2017 | [1] | DANIELLE ERNST<br>129 NORTH MAIN STREET<br>APT 5<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 59,049.52 |
| 06/19/2017 | [1] | RONALD BOYER<br>255 PARKWAY<br>APT 201<br>SHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 64.16 | | 59,113.68 |
| 06/19/2017 | [1] | MARK JAMES GAUNTLETT<br>367 FRONT STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 18.95 | | 59,132.63 |
| 06/19/2017 | [1] | CHARLES EVANS<br>1138 SENECA STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 142.50 | | 59,275.13 |
| 06/19/2017 | [1] | CAROLYN KOBACK<br>30 Codorus Rd<br>Barnesville, PA 18214 | ACCOUNTS RECEIVABLE | 1121-000 | 56.59 | | 59,331.72 |
| 06/19/2017 | [1] | JOSEPHINE O'BRIEN<br>304 SOUTH FIFTH STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 59,361.72 |
| 06/19/2017 | [1] | VERNON MILLER<br>P.O. BOX 206<br>TAMAQUA, PA 18252 | ACCOUNTS RECEIVABLE | 1121-000 | 32.55 | | 59,394.27 |
| | | | Page Subtotals | | 384.75 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 179)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/19/2017 | [1] | KRISTIN PFLUGER<br>44 GARVEY DRIVE<br>PINE GROVE, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 59,419.27 |
| 06/19/2017 | [1] | JESSICA BOYER<br>22 2ND AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 23.31 | | 59,442.58 |
| 06/19/2017 | [1] | CAROL REINEKE<br>211 SOUTH FRONT STREET<br>SCHUYLKILL HAVEN , PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 29.21 | | 59,471.79 |
| 06/19/2017 | [1] | K.KOCHE<br>126 Mount Olive Blvd<br>Shenandoah, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 59,476.79 |
| 06/19/2017 | [1] | CAPITAL BLUE | ACCOUNTS RECEIVABLE | 1121-000 | 110.53 | | 59,587.32 |
| 06/19/2017 | [1] | COMMONWELATH OF PA<br>MEDICAL ASSISTANCE | ACCOUNTS RECEIVABLE | 1121-000 | 1,248.59 | | 60,835.91 |
| 06/19/2017 | [1] | MAC RISK MANAGEMENT<br>P.O. BOX 200001<br>WOODSTOCK, GA 30159 | ACCOUNTS RECEIVABLE | 1121-000 | 7.53 | | 60,843.44 |
| 06/20/2017 | 51049 | ATTN: LEKESHA JOHNSON, BUSINESS SERVICE ASSISTANT<br>BB&T ASSET RESOLUTION GROUP | REMAINDER OF ACCOUNT RECEIVABLES TO-DATE (PER COURT ORDER DATED 6/14/17) | 4210-000 | | 5,741.70 | 55,101.74 |
| | | | Page Subtotals | | 1,449.17 | 5,741.70 | |

UST Form 101-7-TDR (10/1/2010) (Page 180)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/21/2017 | 51050 | TRUSTEE INSURANCE AGENCY 2813 WEST MAIN KALAMAZOO, MI 49006 | INSURANCE PREMIUM (INVOICE NO. 1545; 106 S. CLAUDE A. BLVD., POTTSVILLE) | 2990-000 | | 507.50 | 54,594.24 |
| 06/22/2017 | [19] | GIVEN IMAGING, INC. 3555 Koger Blvd STE 200 Duluth, GA 30096 | REFUND- IMAGING | 1121-000 | 5,000.00 | | 59,594.24 |
| 06/22/2017 | 51051 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 6/10/17 (INVOICE NO. G348; McGinty, Homa, Dahm, Williamson, PA Sales Tax) | 2990-000 | | 4,143.28 | 55,450.96 |
| 06/26/2017 | [1] | JASMINE MILSTEAD 436 NORTH LOCUST STREET MOUNT CARMEL, PA 17851 | ACCOUNTS RECEIVABLE | 1121-000 | 45.50 | | 55,496.46 |
| 06/26/2017 | [1] | JEFFERY VOLUTZA 25 N. NICHOLAS STREE APT 105 SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 55,516.46 |
| 06/26/2017 | [1] | GERALDINE HOMA 1034 ELM STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 55,526.46 |
| 06/26/2017 | [1] | JUDY SHEELER 413 PINE CREEK BARNESVILLE, PA 18214 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 55,536.46 |

| | | | | Page Subtotals | 5,085.50 | 4,650.78 | |

UST Form 101-7-TDR (10/1/2010) (Page 181)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/26/2017 | [1] | BENEFITWALLET<br>307 International Cir<br>SUITE 200<br>HUNT VALLEY, MD 21030 | ACCOUNTS RECEIVABLE | 1121-000 | 94.77 | | 55,631.23 |
| 06/26/2017 | [1] | BENEFITWALLET<br>307 International Cir<br>SUITE 200<br>HUNT VALLEY, MD 21030 | ACCOUNTS RECEIVABLE | 1121-000 | 94.77 | | 55,726.00 |
| 06/26/2017 | [1] | MAC RISK MANAGEMENT<br>P.O. BOX 200001<br>WOODSTOCK, GA 30159 | ACCOUNTS RECEIVABLE | 1121-000 | 81.85 | | 55,807.85 |
| 06/26/2017 | [1] | COMMONWEALTH OF PA<br>MEDICAL ASSISTANCE | ACCOUNTS RECEIVABLE | 1121-000 | 1,271.55 | | 57,079.40 |
| 06/26/2017 | [1] | RODNEY MILLER<br>2532 PARK CIRCLE<br>SLATINGTON, PA 18080 | ACCOUNTS RECEIVABLE | 1121-000 | 41.50 | | 57,120.90 |
| 06/26/2017 | [1] | ARTHUR HECKMAN<br>66 BACK ROAD<br>BARNESVILLE, PA 18214 | ACCOUNTS RECEIVABLE | 1121-000 | 160.00 | | 57,280.90 |
| 06/26/2017 | [1] | CHARLENE FREEZE<br>114 PIKE STREET<br>PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 57,305.90 |
| | | | | Page Subtotals | 1,769.44 | 0.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  **17-00641**
Case Name:  **Pottsville Internists Associates, Inc.**

Taxpayer ID No:  **\*\*-\*\*\*9850**
For Period Ending:  **6/21/2019**

Trustee Name:  **William G. Schwab**
Bank Name:  **Texas Capital Bank**
Account Number/CD#:  **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit):  **10,000,000.00**
Separate bond (if applicable):  **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/26/2017 | [1] | BARBARA LUKACH 32 Clay STREET NEW PHILADELPHIA, PA 17959 | ACCOUNTS RECEIVABLE | 1121-000 | 22.58 | | 57,328.48 |
| 06/26/2017 | [1] | JOHN INGALZO 19 W Pine Meadow Dr Pine Grove, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 20.89 | | 57,349.37 |
| 06/26/2017 | [1] | CAROL ROMANELLI P.O. BOX 424 FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 57,359.37 |
| 06/26/2017 | [1] | MARY ANN ANGELO 301 SUNBURY STRET APT 2-A MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 57,384.37 |
| 06/26/2017 | [1] | CHARLES NOLL 1543 NORWEGIAN STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 57,409.37 |
| 06/26/2017 | [1] | CARMEN MURHON 1516  NORTH NORWEGIAN STREET POTTSVILLE, PA 17902 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 57,429.37 |
| 06/26/2017 | [1] | CHARLES NOLL 1543 NORWEGIAN STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 57,454.37 |

Page Subtotals    148.47    0.00

UST Form 101-7-TDR (10/1/2010) (Page 183)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641

Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850

For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/26/2017 | [1] | MARGARET SITES<br>208 ROLLING VIEW DRIVE<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 200.00 | | 57,654.37 |
| 06/26/2017 | [1] | BRUCE LONG<br>255 PARKWAY<br>APT 509<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 12.77 | | 57,667.14 |
| 06/26/2017 | [1] | JOHN PURCELL<br>25 N Nicholas St<br>APT 305<br>Saint Clair, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 57,677.14 |
| 06/26/2017 | [1] | RUTH KOCH<br>895 Pole Rd<br>Ringtown, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 57,687.14 |
| 06/26/2017 | [1] | GARY MILLER<br>1558 CENTER TURNPIKE<br>PRWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 100.00 | | 57,787.14 |
| 06/26/2017 | [1] | INTEGRATED MEDICAL SOLUTIONS, LLC<br>1485 HERITAGE PARKWAY<br>MANSFIELD, TX 76063 | ACCOUNTS RECEIVABLE | 1121-000 | 102.79 | | 57,889.93 |
| 06/26/2017 | [1] | MCNRC, LP<br>1388 STATE ROUTE 487<br>BLOOMSBURG, PA 17815 | ACCOUNTS RECEIVABLE | 1121-000 | 198.46 | | 58,088.39 |
| | | | | Page Subtotals | 634.02 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 184)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/26/2017 | [1] | JAMES BARRETT<br>1417 MARKET STREET<br>ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 58,118.39 |
| 06/26/2017 | [1] | SADIE WETZEL<br>358 FRONT STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 58,138.39 |
| 06/26/2017 | [1] | NANCY LECHLEITNER<br>320 Mauch Chunk St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 58,163.39 |
| 06/26/2017 | [1] | ISABEL STONE<br>508 Moyers Station Rd<br>Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 107.00 | | 58,270.39 |
| 06/26/2017 | [1] | SUSAN SCHRODING<br>219 VALLEY STREET<br>NEW PHILADELPHIA, PA 17959 | ACCOUNTS RECEIVABLE | 1121-000 | 28.60 | | 58,298.99 |
| 06/26/2017 | [1] | CHRISTIE JO SALEM<br>133 NORTH THIRD STREET<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 58,323.99 |
| 06/26/2017 | [1] | JESSICA LEONARD<br>505 FOREST LANE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 58,333.99 |
| | | | Page Subtotals | | 245.60 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 185)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/26/2017 | [1] | DEBORAH TYSON 813 GRANT STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 58,383.99 |
| 06/26/2017 | [17] | JULIA WEIGAND 21 MAPLE AVE BARNESVILLE, PA 18214 | MEDICAL RECORDS | 1290-000 | 5.00 | | 58,388.99 |
| 06/27/2017 | 51052 | US POSTMASTER LEHIGHTON, PA 18235 | POSTAGE (MEDICAL RECORDS - Julia Weigand, Nilsa Torres, Patricia Gallucci Bradford, Terri Blum) | 2990-000 | | 4.97 | 58,384.02 |
| 06/28/2017 | 51053 | COMPASSUS | RETURN OF FUNDS RECEIVED IN ERROR (DEPOSIT NOS. 981, 854 & 346) | 1121-000 | (4,635.00) | | 53,749.02 |
| 06/29/2017 | 51054 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 6/24/17 (INVOICE NO. G353; McGinty, Homa, Dahm, Williamson, PA Sales Tax) | 2990-000 | | 3,879.52 | 49,869.50 |
| 07/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 93.19 | 49,776.31 |
| 07/05/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 5.00 | 49,771.31 |
| 07/05/2017 | [1] | CHARGEBACK ITEM FROM BANK | CHARGEBACK ITEM (Deposit No. 1148 - 6/26/17) | 1121-000 | (41.50) | | 49,729.81 |
| | | | Page Subtotals | | (4,621.50) | 3,982.68 | |

UST Form 101-7-TDR (10/1/2010) (Page 186)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641

Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850

For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/06/2017 | [16] | TRAVELERS PROPERTY CASUALTY PA | REFUND- PROPERTY INSURANCE | 1249-000 | 2,507.00 | | 52,236.81 |
| 07/06/2017 | [1] | COMPASSUS CREEKSIDE CROSSING 10 CADILLAC DR, STE 400 BRENTWOOD, TN 37027 | ACCOUNTS RECEIVABLE | 1121-000 | 1,365.00 | | 53,601.81 |
| 07/06/2017 | [1] | CONNECT YOUR CARE, LLC 307 International Cir SUITE 200 HUNT VALLEY, MD 21030 | ACCOUNTS RECEIVABLE | 1121-000 | 247.17 | | 53,848.98 |
| 07/06/2017 | [1] | THE ADVOCACY ALLIANCE PO Box 1368 SCRANTON, PA 18501 | ACCOUNTS RECEIVABLE | 1121-000 | 5.03 | | 53,854.01 |
| 07/06/2017 | [1] | BROOKE KALBACH 12 EAST WILLIAMS STREET SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 97.00 | | 53,951.01 |
| 07/06/2017 | [1] | FRANK ROMANELLI 500 WESTWOOD LANE FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 100.94 | | 54,051.95 |
| 07/06/2017 | [1] | ROBIN LYNCH 208 DOCK STREET APT # 9 SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 54,076.95 |
| | | | Page Subtotals | | 4,347.14 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 187)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/06/2017 | [1] | GARY REAGER<br>25 LONGVIEW DRIVE<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 22.19 | | 54,099.14 |
| 07/06/2017 | [1] | ROSE MARIE TURNITZA<br>614 SCHUYLKILL AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 51.22 | | 54,150.36 |
| 07/06/2017 | [1] | ALBERTA PUKAVAGE<br>P.O. BOX 235<br>RINGTOWN, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 54,175.36 |
| 07/06/2017 | [1] | ROBIN BARTON<br>1966 W Norwegian St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 54,225.36 |
| 07/06/2017 | [1] | LOUISE RIEGEL<br>371 Sweet Arrow Lake Rd<br>Pine Grove, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 54,245.36 |
| 07/06/2017 | [1] | EMIL FERYO<br>17B COTTAGE HILL WEST<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 122.08 | | 54,367.44 |
| 07/06/2017 | [1] | CAROL MCSHAW<br>164 STRAWBERRY LANE<br>RINGTOWN, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 54,377.44 |
| | | | Page Subtotals | | 300.49 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 188)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 17-00641 | |
| Case Name: | Pottsville Internists Associates, Inc. | |
| Taxpayer ID No: | **-***9850 | |
| For Period Ending: | 6/21/2019 | |

| | |
|---|---|
| Trustee Name: | **William G. Schwab** |
| Bank Name: | **Texas Capital Bank** |
| Account Number/CD#: | ********1797 Checking Account** |
| Blanket bond (per case limit): | **10,000,000.00** |
| Separate bond (if applicable): | **0.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/06/2017 | [1] | DEBORAH FILLIAC<br>31 CAROLINE AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 6.60 | | 54,384.04 |
| 07/06/2017 | [1] | WILMA UHLER<br>100 SOUTH SEVENTH STREET<br>APT 213<br>TOWER CITY, PA 17980 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 54,414.04 |
| 07/06/2017 | [1] | HARRY RUSSELL<br>777 WATER STREET<br>APT 410<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 54,419.04 |
| 07/06/2017 | [1] | CHARLES NARADKO<br>240 3RD STREET<br>PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 11.39 | | 54,430.43 |
| 07/06/2017 | [1] | MARGARET RENCH<br>523 WEST OAK STREET<br>FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 55.10 | | 54,485.53 |
| 07/06/2017 | [1] | AMY MILLER<br>312 Sweet Arrow Lake Rd<br>Pine Grove, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 54,505.53 |
| 07/06/2017 | [1] | STEPHANIE LONG<br>223 TUNNEL STREET<br>WILLIAMSTOWN, PA 17098 | ACCOUNTS RECEIVABLE | 1121-000 | 13.16 | | 54,518.69 |
| | | | Page Subtotals | | 141.25 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 189)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**

For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/06/2017 | [1] | BRANDON HOLLYWOOD 1207 WEST MARKET STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 37.67 | | 54,556.36 |
| 07/06/2017 | [1] | RIDGEVIEW OPERATIONS, LLC 14 WALL STREET STE 5B NEW YORK, NY 10005 | ACCOUNTS RECEIVABLE | 1121-000 | 87.14 | | 54,643.50 |
| 07/06/2017 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 8.07 | | 54,651.57 |
| 07/06/2017 | [1] | COMMONWEALTH OF PA MEDICAL ASSISTANCE | ACCOUNTS RECEIVABLE | 1121-000 | 697.05 | | 55,348.62 |
| 07/06/2017 | 51055 | STAPLES | SUPPLIES (MAILING MEDICAL RECORDS)(ACCT. NO. 6035 5178 5003 9719) | 2990-000 | | 70.99 | 55,277.63 |
| 07/06/2017 | 51056 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 7/1/17 (INVOICE NO. G358; McGinty, Homa, Dahm, Williamson, PA Sales Tax) | 2990-000 | | 4,336.71 | 50,940.92 |
| 07/11/2017 | [1] | POTTSVILLE INTERNISTS ASSOC 106 S Claude a Lord Blvd Pottsville, PA 17901 | ACCOUNTS RECEIVABLE W INTEREST | 1121-000 | 1,059.46 | | 52,000.38 |
| 07/11/2017 | [1] | CAPITAL BLUE | ACCOUNTS RECEIVABLE | 1121-000 | 83.73 | | 52,084.11 |
| 07/11/2017 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 137.50 | | 52,221.61 |
| | | | Page Subtotals | | 2,110.62 | 4,407.70 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:   17-00641

Case Name:   Pottsville Internists Associates, Inc.

Taxpayer ID No:   **-***9850

For Period Ending:   6/21/2019

Trustee Name:   **William G. Schwab**

Bank Name:   **Texas Capital Bank**

Account Number/CD#:   ********1797 Checking Account**

Blanket bond (per case limit):   **10,000,000.00**

Separate bond (if applicable):   **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/11/2017 | [1] | CAPITAL BLUE | ACCOUNTS RECEIVABLE | 1121-000 | 4,932.69 | | 57,154.30 |
| 07/11/2017 | [1] | COMMONWEALTH OF PA MEDICAL ASSISTANCE | ACCOUNTS RECEIVABLE | 1121-000 | 169.89 | | 57,324.19 |
| 07/11/2017 | [1] | CHRISTINE LAWSON 32 FRITZ AVE SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 57,334.19 |
| 07/11/2017 | [1] | MICHAEL STOPPI | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 57,339.19 |
| 07/11/2017 | [1] | RAILROAD MAINTENANCE & INDUSTRIAL HEALTH & WELFARE FUND 2725 WEST MONROE STREET SPRINGFIELD, IL 62704 | ACCOUNTS RECEIVABLE | 1121-000 | 2.38 | | 57,341.57 |
| 07/11/2017 | [1] | ROBERT BERGER 1749 WEST END AVE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 68.30 | | 57,409.87 |
| 07/11/2017 | [1] | ELIZABETH LENOSKY 135 MAIN STREET P.O. BOX 4084 SELTZER, PA 17974 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 57,434.87 |
| 07/11/2017 | [1] | SADIE WETZEL 358 FRONT STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 57,474.87 |
| | | | Page Subtotals | | 5,253.26 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 191)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 07/11/2017 | [1] | ROBERT SOPHY<br>1134 EAGLE ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 57,499.87 |
| 07/11/2017 | [1] | MARY BETH HOUTZ<br>726 DEIBERTS VALLEY ROAD<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 100.00 | | 57,599.87 |
| 07/11/2017 | [1] | ROOFERS LOCAL 30<br>COMBINED HEALTH & WELFARE FUND | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 57,601.56 |
| 07/11/2017 | [1] | KAREN HUFF<br>1802 Crazy Horse Dr<br>Auburn, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 76.58 | | 57,678.14 |
| 07/11/2017 | [1] | EDWARD CUNNINGHAM<br>819 WEST CENTER STREET<br>APT 301<br>ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 35.00 | | 57,713.14 |
| 07/11/2017 | [1] | JEFFREY CLARK<br>2027 LONG RUN ROAD<br>SCHULKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 7.84 | | 57,720.98 |
| 07/11/2017 | [1] | ALLEN NOLL<br>1499 RED DAL ROAD<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 10.19 | | 57,731.17 |
| | | | Page Subtotals | | 256.30 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 192)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/11/2017 | [1] | DOREEN ENGLE 26 Molino Rd Orwigsburg, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 19.51 | | 57,750.68 |
| 07/11/2017 | [1] | RUPALBEN DESAI 15 MANOR ROAD SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 7.35 | | 57,758.03 |
| 07/11/2017 | [1] | DOUGLAS A. BROUGHTON 4 YORK ROAD POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 6.74 | | 57,764.77 |
| 07/11/2017 | [1] | EVELYN KOPINETZ 356 HIGH ROAD POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 57,779.77 |
| 07/11/2017 | [1] | DORIS ZVORSKY 325 LAUREL ROAD ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 45.00 | | 57,824.77 |
| 07/11/2017 | [1] | ELSIE HELOSKIE 25 CENTRE LANE ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 46.94 | | 57,871.71 |
| 07/11/2017 | [1] | ELAINE COLUCCI 422 FRIEDEN MANOR SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 20.67 | | 57,892.38 |
| | | | Page Subtotals | | 161.21 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 193)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | Uniform Trans. Code | 5 Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 07/11/2017 | [1] | GALE MILLER 204 E Lehigh St Summit Hill, PA 18250 | ACCOUNTS RECEIVABLE | 1121-000 | 50.12 | | 57,942.50 |
| 07/11/2017 | [1] | GREGORY A. YUTKO 266 SUMMER VALLEY ROAD ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 57,962.50 |
| 07/11/2017 | [1] | EDWARD TOKASH 702 Post Row Saint Clair, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 23.14 | | 57,985.64 |
| 07/11/2017 | [1] | DOROTHY MOORE 640 HOPE AVE ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 71.50 | | 58,057.14 |
| 07/12/2017 | | Texas Capital Bank | Credit Memo from Bank - Refund of Service Fee Charged for Returned Check - Not Sufficient Funds (Rodney MIller - Deposit No. 1148) | 2600-000 | | (5.00) | 58,062.14 |
| 07/12/2017 | 51057 | US POSTAL SERVICE | 6 MONTH P.O. BOX RENEWAL (POST OFFICE BOX #269, POTTSVILLE, PA) | 2990-000 | | 274.00 | 57,788.14 |
| 07/12/2017 | 51058 | COMCAST PO BOX 3001 SOUTHEASTERN, PA 19398-3001 | COMCAST (ACCT. 8993 11 252 0151882) | 2990-000 | | 525.55 | 57,262.59 |
| 07/12/2017 | 51059 | COMCAST-ADM | COMCAST (ACCT. NO. 903111610) | 2990-000 | | 586.01 | 56,676.58 |
| | | | Page Subtotals | | 164.76 | 1,380.56 | |

UST Form 101-7-TDR (10/1/2010) (Page 194)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641

Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850

For Period Ending: 6/21/2019

Trustee Name: William G. Schwab

Bank Name: Texas Capital Bank

Account Number/CD#: ******1797 Checking Account

Blanket bond (per case limit): 10,000,000.00

Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/13/2017 | 51060 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 7/8/17 (INVOICE NO. G364; McGinty, Homa, Dahm, Williamson, PA Sales Tax) | 2990-000 | | 4,054.76 | 52,621.82 |
| 07/17/2017 | 51061 | CARD SERVICES | FILING FEES (COMPLAINT V. MUNIR; COMPLAINT V. AKHTAR) | 2990-000 | | 700.00 | 51,921.82 |
| 07/18/2017 | 51062 | US POSTMASTER LEHIGHTON, PA 18235 | POSTAGE (1 Roll of Stamps - (401(k)) | 2990-000 | | 49.00 | 51,872.82 |
| 07/18/2017 | 51063 | US POSTMASTER LEHIGHTON, PA 18235 | POSTAGE (Service of Order Setting Response Deadline & Hearing Date and the Filed Motion to Sell Property Free & Clear with All Exhibits Upon List of Respondents) | 2990-000 | | 21.28 | 51,851.54 |
| 07/19/2017 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 53.00 | | 51,904.54 |
| 07/19/2017 | [1] | TERRIE KLINGER 58 COAL STREET PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 94.77 | | 51,999.31 |
| 07/19/2017 | [1] | UNITED HEALTH CARE SVS INC. P.O. BOX 1459 MINNEAPOLIS, MN 55440 | ACCOUNTS RECEIVABLE | 1121-000 | 210.00 | | 52,209.31 |
| 07/19/2017 | [1] | MARGARET LATSHAW P.O. BOX 156 NEW RINGGOLD, PA 17960 | ACCOUNTS RECEIVABLE | 1121-000 | 14.30 | | 52,223.61 |
| | | | Page Subtotals | | 372.07 | 4,825.04 | |

UST Form 101-7-TDR (10/1/2010) (Page 195)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/19/2017 | [1] | STEPHANIE CAULFIELD<br>118 EAST CHESTNUT STREET<br>FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 52,233.61 |
| 07/19/2017 | [1] | SHIRLEY HOPKINS<br>P.O. BOX 21<br>SUMMIT STATION, PA 17979 | ACCOUNTS RECEIVABLE | 1121-000 | 17.91 | | 52,251.52 |
| 07/19/2017 | [1] | JAMES THOMPSON<br>521 LAUREL TERRACE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 52,271.52 |
| 07/19/2017 | [1] | MARK VOYDIK<br>293 FRIEDEN MANOR<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 52,301.52 |
| 07/19/2017 | [1] | JANET PROSPER<br>101 Broad Ave<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 52,351.52 |
| 07/19/2017 | [1] | NANCY LECHLEITNER<br>320 Mauch Chunk St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 52,376.52 |
| 07/19/2017 | [1] | JULIANN SMITH<br>256 E Savory St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 121.15 | | 52,497.67 |
| | | | Page Subtotals | | 274.06 | 0.00 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/19/2017 | [1] | ROBERT YEAGER<br>1411 BUNTING STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 52,507.67 |
| 07/19/2017 | [1] | RALPH SCHNEK<br>700 W. ARCH STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 52,512.67 |
| 07/19/2017 | [1] | JOHN QUINN<br>356 EAST BACON STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 52,522.67 |
| 07/19/2017 | [1] | ROBERT FAUST<br>BOX 132<br>AUBURN, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 68.30 | | 52,590.97 |
| 07/19/2017 | [1] | DANIEL GANGLOFF | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 52,600.97 |
| 07/19/2017 | [1] | JUDY FREDERICKS MORAN<br>406 Baber St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 89.54 | | 52,690.51 |
| 07/19/2017 | [1] | PATRICIA HUGHES<br>7 CATHEDRAL AVE<br>GARDEN CITY, NY 11530 | ACCOUNTS RECEIVABLE | 1121-000 | 1.78 | | 52,692.29 |
| 07/19/2017 | [1] | PATRICK WHITAKER<br>522 Morea Rd<br>Mahanoy City, PA 17948 | ACCOUNTS RECEIVABLE | 1121-000 | 27.00 | | 52,719.29 |
| | | | Page Subtotals | | 221.62 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 197)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/19/2017 | [1] | BARBARA ZATKO<br>73 HILL TERRACE DRIVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 52,749.29 |
| 07/19/2017 | [1] | JOHN MILLER<br>407 DOCK STREET<br>APT A<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 38.77 | | 52,788.06 |
| 07/19/2017 | [1] | BARBARA BRIGHT<br>120 MAIN STREET<br>GILBERTON, PA 17934 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 52,813.06 |
| 07/19/2017 | [1] | COMMONWEALTH OF PA<br>MEDICAL ASSISTANCE | ACCOUNTS RECEIVABLE | 1121-000 | 81.27 | | 52,894.33 |
| 07/19/2017 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 52,924.33 |
| 07/19/2017 | [1] | UNION TROWEL TRADES BENEFITS<br>P.O. BOX 1058<br>TROY, MI 48099 | ACCOUNTS RECEIVABLE | 1121-000 | 9.12 | | 52,933.45 |
| 07/19/2017 | [1] | DENISE WAGNER<br>18 PLUM CREEK ROAD<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 115.00 | | 53,048.45 |
| 07/19/2017 | [1] | CAPITAL BLUE | ACCOUNTS RECEIVABLE | 1121-000 | 11.33 | | 53,059.78 |
| | | | Page Subtotals | | 340.49 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 198)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/20/2017 | 51064 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 7/15/17 (INVOICE NO. G371; McGinty, Homa, Dahm, Cassell, Williamson, PA Sales Tax) | 2990-000 | | 4,597.77 | 48,462.01 |
| 07/20/2017 | 51065 | ATTN: LEKESHA JOHNSON, BUSINESS SERVICE ASSISTANT BB&T ASSET RESOLUTION GROUP | 2nd PORTION OF REMAINDER OF ACCOUNT RECEIVABLES TO-DATE (PER COURT ORDER DATED 6/14/17) | 4210-000 | | 8,484.58 | 39,977.43 |
| 07/24/2017 | 51066 | BUSINESS CARD SERVICES | FILING FEES (MOTION TO SELL PERSONAL PROPERTY FREE & CLEAR) | 2990-000 | | 181.00 | 39,796.43 |
| 07/28/2017 | 51067 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 7/22/17 (INVOICE NO. G377; McGinty, Homa, Dahm, Cassell, Williamson, PA Sales Tax) | 2990-000 | | 4,407.50 | 35,388.93 |
| 07/28/2017 | 51068 | US POSTMASTER LEHIGHTON, PA 18235 | POSTAGE (Miscellaneous Mailings and Services of Court Documents) | 2990-000 | | 17.55 | 35,371.38 |
| 08/02/2017 | [1] | E.SHIRLEY RIEGEL 174 Reedsville Rd Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 35,396.38 |
| 08/02/2017 | [1] | ALBERTA PUKAVAGE P.O. BOX 235 RINGTOWN, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 35,421.38 |
| 08/02/2017 | [1] | POTTSVILLE INTERNISTS ASSOC 106 S Claude a Lord Blvd Pottsville, PA 17901 | PETTY CASH | 1121-000 | 106.00 | | 35,527.38 |

| | | | | Page Subtotals | 156.00 | 17,688.40 | |

UST Form 101-7-TDR (10/1/2010) (Page 199)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | Uniform Trans. Code | 5 Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 08/02/2017 | [1] | MARILYN VALOSIN 505 NORTH WARREN STREET ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 35,552.38 |
| 08/02/2017 | [1] | DEBRA HRICHAK 210 NORTH STREET MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 44.47 | | 35,596.85 |
| 08/02/2017 | [1] | JACQUELINE BERGER, ADMIN 1751 MADISON AVE BETHLEHEM, PA 18017 | ACCOUNTS RECEIVABLE | 1121-000 | 19.75 | | 35,616.60 |
| 08/02/2017 | [1] | TRICARE BOX 7889 MADISON, WI 53707 | ACCOUNTS RECEIVABLE | 1121-000 | 122.27 | | 35,738.87 |
| 08/02/2017 | [1] | CRYSTAL HINNERS, ADMIN 201 CHERRY STREET SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 12.66 | | 35,751.53 |
| 08/02/2017 | [1] | TONYA YOB 875 SUNBURY ROAD P.O. BOX 395 MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 35,776.53 |
| 08/02/2017 | [1] | WILMA UHLER 100 SOUTH SEVENTH STREET APT 213 TOWER CITY, PA 17980 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 35,801.53 |
| | | | Page Subtotals | | 274.15 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 200)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/02/2017 | [1] | RANDY FEHR<br>702 VILLAGE ROAD<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 105.00 | | 35,906.53 |
| 08/02/2017 | [1] | JESSICA LEONARD<br>505 FOREST LANE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 35,926.53 |
| 08/02/2017 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 35.86 | | 35,962.39 |
| 08/02/2017 | [1] | JOSEPH NEBISTINSKY<br>221 EAST WILSON STREET<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 39.54 | | 36,001.93 |
| 08/02/2017 | [1] | NATIONAL AUTOMATIC SPRINKLER INDUSTRY WELFARE FUND<br>8000 CORPORATE<br>LANDOVER, MD 20785 | ACCOUNTS RECEIVABLE | 1121-000 | 15.80 | | 36,017.73 |
| 08/02/2017 | [1] | CHRISTINE DAVIS<br>17 LOWER STREET<br>MAHANOY CITY, PA 17948 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 36,057.73 |
| 08/02/2017 | [1] | CHARLES NOLL<br>1543 NORWEGIAN STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 36,082.73 |
| | | | Page Subtotals | | 281.20 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 201)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/02/2017 | [1] | CHARLES NOLL<br>1543 NORWEGIAN STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 36,107.73 |
| 08/02/2017 | [1] | CARMEN MURHON<br>1516  NORTH NORWEGIAN STREET<br>POTTSVILLE, PA 17902 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 36,127.73 |
| 08/02/2017 | [1] | MARY FELSOCI<br>1023 CENTER STREET<br>HOMETOWN, PA 18252 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 36,177.73 |
| 08/02/2017 | [1] | KRISTIAN HENNICK<br>631 SECOND STREET<br>PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 36,182.73 |
| 08/02/2017 | [1] | JOHN PURCELL<br>25 N Nicholas St<br>APT 305<br>Saint Clair, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 36,192.73 |
| 08/02/2017 | [1] | DEBORAH MELENDEZ<br>34 Schuylkill Rd<br>New Ringgold, PA 17960 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 36,212.73 |
| 08/02/2017 | [1] | CHRISTIE JO SALEM<br>133 NORTH THIRD STREET<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 36,237.73 |
| | | | Page Subtotals | | 155.00 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 202)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/02/2017 | [1] | UNITED HEALTHCARE COMMUNITY PLAN P.O. BOX 7550 PHOENIX, AZ 85011 | ACCOUNTS RECEIVABLE | 1121-000 | 14.06 | | 36,251.79 |
| *08/02/2017 | [1] | COMPASSUS CREEKSIDE CROSSING 10 CADILLAC DR, STE 400 BRENTWOOD, TN 37027 | ACCOUNTS RECEIVABLE | 1121-003 | 1,500.00 | | 37,751.79 |
| 08/02/2017 | [1] | UNITED HEALTHCARE COMMUNITY PLAN P.O. BOX 7550 PHOENIX, AZ 85011 | ACCOUNTS RECEIVABLE | 1121-000 | 11.45 | | 37,763.24 |
| 08/02/2017 | [1] | UNITED HEALTHCARE COMMUNITY PLAN P.O. BOX 7550 PHOENIX, AZ 85011 | ACCOUNTS RECEIVABLE | 1121-000 | 29.38 | | 37,792.62 |
| 08/02/2017 | [1] | DOROTHY WOLFE 7815 ORANGE WOOD LAKES NEW PORT RICHEY, FL 34653 | ACCOUNTS RECEIVABLE | 1121-000 | 26.53 | | 37,819.15 |
| 08/02/2017 | [1] | JUDY SHEELER 413 PINE CREEK BARNESVILLE, PA 18214 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 37,829.15 |
| 08/02/2017 | [1] | MARY BURNS 518 WEST RACE STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 37,849.15 |
| | | | | Page Subtotals | 1,611.42 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 203)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | Uniform Trans. Code | 5 Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 08/02/2017 | [1] | MARC RENN 79 Tamanend Rd Quakake, PA 18245 | ACCOUNTS RECEIVABLE | 1121-000 | 73.00 | | 37,922.15 |
| 08/02/2017 | [1] | CAROL MCSHAW 164 STRAWBERRY LANE RINGTOWN, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 37,927.15 |
| 08/02/2017 | [1] | BROOKE KALBACH 12 EAST WILLIAMS STREET SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 37,937.15 |
| 08/02/2017 | [1] | CHARLES HULL 631 EDWARDS AVE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 42.92 | | 37,980.07 |
| 08/02/2017 | [1] | CAROL MUELLER 952 Pottsville St Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 83.90 | | 38,063.97 |
| 08/02/2017 | [1] | ROSEANN KENNEY 911 Sillyman St Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 177.64 | | 38,241.61 |
| 08/02/2017 | [1] | LOUISE RIEGEL 371 Sweet Arrow Lake Rd Pine Grove, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 33.63 | | 38,275.24 |
| | | | Page Subtotals | | 426.09 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 204)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | Uniform Trans. Code | 5 Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 08/02/2017 | [1] | JAMES REESE 1132 S. ROUTE 183 SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 7.42 | | 38,282.66 |
| 08/02/2017 | [1] | CYNTHIA MULDOON 1121 EAST CENTRE STRET MAHANOY CITY, PA 17948 | MEDICAL RECORDS | 1121-000 | 12.80 | | 38,295.46 |
| 08/02/2017 | [17] | CHERYL GROSS 8519 Joshire Pl CENTERVILLE, OH 45458 | MEDICAL RECORDS | 1290-000 | 5.00 | | 38,300.46 |
| 08/02/2017 | [21] | GENWORTH FINANCIAL, INC P.O. BOX 4199 PORTLAND, OR 97208 | UNSCHEDULED CLASS ACTION SETTLEMENT | 1249-000 | 28.93 | | 38,329.39 |
| 08/02/2017 | [21] | GENWORTH FINANCIAL, INC P.O. BOX 4199 PORTLAND, OR 97208 | UNSCHEDULED CLASS ACTION SETTLEMENT | 1249-000 | 57.86 | | 38,387.25 |
| 08/02/2017 | 51069 | COMCAST PO BOX 3001 SOUTHEASTERN, PA 19398-3001 | COMCAST (ACCT. 8993 11 252 0151882) | 2990-000 | | 525.55 | 37,861.70 |
| 08/02/2017 | 51070 | COMCAST PO BOX 3001 SOUTHEASTERN, PA 19398-3001 | COMCAST (ACCT. NO. 8993 11 252 0172227) | 2990-000 | | 145.75 | 37,715.95 |
| | | | Page Subtotals | | 112.01 | 671.30 | |

UST Form 101-7-TDR (10/1/2010) (Page 205)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/03/2017 | 51071 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 7/29/17 (INVOICE NO. G383; McGinty, Homa, Dahm, Cassell, Williamson, PA Sales Tax) | 2990-000 | | 4,279.61 | 33,436.34 |
| 08/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 78.67 | 33,357.67 |
| 08/04/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 5.00 | 33,352.67 |
| 08/07/2017 | 51072 | STAPLES | SUPPLIES (CD-R's & ENVELOPES)(ACCT. NO. 6035 5178 5003 9719) | 2990-000 | | 317.84 | 33,034.83 |
| *08/07/2017 | [1] | COMPASSUS CREEKSIDE CROSSING 10 CADILLAC DR, STE 400 BRENTWOOD, TN 37027 | ACCOUNTS RECEIVABLE | 1121-003 | (1,500.00) | | 31,534.83 |
| 08/08/2017 | [1] | CAPITAL BLUE | ACCOUNTS RECEIVABLE | 1121-003 | 4,820.80 | | 36,355.63 |
| 08/08/2017 | [1] | FRANCIS O'CONNELL 1422 CENTER STREET ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 77.66 | | 36,433.29 |

Page Subtotals 3,398.46 4,681.12

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: ********1797 Checking Account**

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/08/2017 | [1] | CHARLENE FREEZE<br>114 PIKE STREET<br>PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 36,453.29 |
| 08/08/2017 | [1] | CHRISTINE LAWSON<br>32 FRITZ AVE<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 36,463.29 |
| 08/08/2017 | [1] | AETNA<br>151 FARMINGTON AVE<br>HARTFORD, CT 06156 | ACCOUNTS RECEIVABLE | 1121-000 | 18,250.00 | | 54,713.29 |
| 08/08/2017 | [1] | MICHAEL FEGLEY<br>234 SOUTH LIBERTY STREET<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 54,723.29 |
| 08/08/2017 | [1] | JEFFERY VOLUTZA<br>25 N. NICHOLAS STREE<br>APT 105<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 54,743.29 |
| 08/08/2017 | [1] | PEGGY GARLAND<br>2303 PANTHER VALLEY ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 72.06 | | 54,815.35 |
| 08/08/2017 | [1] | EDWARD CUNNINGHAM<br>819 WEST CENTER STREET<br>APT 301<br>ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 35.00 | | 54,850.35 |
| | | | Page Subtotals | | 18,417.06 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 207)

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641

Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850

For Period Ending: 6/21/2019

Trustee Name: William G. Schwab

Bank Name: Texas Capital Bank

Account Number/CD#: ******1797 Checking Account

Blanket bond (per case limit): 10,000,000.00

Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/08/2017 | [1] | JOHN MALONY<br>30 S Bower St<br>Shenandoah, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 7.00 | | 54,857.35 |
| 08/08/2017 | [1] | JOANNE JONES<br>603 FAIRVIEW STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 60.60 | | 54,917.95 |
| 08/08/2017 | [1] | ROBERT SOPHY<br>1134 EAGLE ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 54,942.95 |
| 08/08/2017 | [1] | KEVIN FESSLER<br>420 PLEASANT STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 50.32 | | 54,993.27 |
| 08/08/2017 | [1] | JAMES THOMPSON<br>521 LAUREL TERRACE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 55,018.27 |
| 08/08/2017 | [1] | MARK FOX<br>62 KELSEY DRIVE<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 9.41 | | 55,027.68 |
| 08/09/2017 | 51073 | COMPASSUS<br>1001 James Drive<br>Suite B34<br>Leesport, PA 19533 | RETURN OF FUNDS RECEIVED IN ERROR (DEPOSIT NO. 1280) | 1121-000 | (1,470.00) | | 53,557.68 |

Page Subtotals (1,292.67) 0.00

UST Form 101-7-TDR (10/1/2010) (Page 208)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/10/2017 | 51074 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 8/5/17 (INVOICE NO. G390; McGinty, Homa, Dahm, Cassell, Williamson, PA Sales Tax) | 2990-000 | | 4,579.05 | 48,978.63 |
| 08/14/2017 | [1] | NATIONAL AUTOMATIC SPRINKLER INDUSTRY WELFARE FUND 8000 CORPORATE LANDOVER, MD 20785 | ACCOUNTS RECEIVABLE | 1121-000 | 9.03 | | 48,987.66 |
| 08/14/2017 | [1] | MARK FRANTZ 62 NORTH CENTER STREET FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 49,017.66 |
| 08/14/2017 | [1] | JUDITH DELINKO 875 NORTH WASHINGTON STREET ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 8.20 | | 49,025.86 |
| 08/14/2017 | [1] | KAREN CORRELL 230 NEW PHILADELPHIA ROAD KASKA, PA 17959 | ACCOUNTS RECEIVABLE | 1121-000 | 27.63 | | 49,053.49 |
| 08/14/2017 | [1] | ANNA MAE VIDZICKI 106 S Claude a Lord Blvd Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 53.16 | | 49,106.65 |
| 08/14/2017 | [1] | KAREN MILLER 21 WOOD LANE SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 150.00 | | 49,256.65 |
| | | | Page Subtotals | | 278.02 | 4,579.05 | |

UST Form 101-7-TDR (10/1/2010) (Page 209)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/14/2017 | [1] | ROSE NORDALL<br>422 Birds Hill Rd<br>Pine Grove, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 49,286.65 |
| 08/14/2017 | [1] | CHARLENE MILLER<br>23 HIDDEN ACRES DRIVE<br>PINE GROVE, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 49,311.65 |
| 08/14/2017 | [1] | SADIE WETZEL<br>358 FRONT STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 49,351.65 |
| 08/14/2017 | [1] | JOHN JOHNSON<br>3045 CHESTNUT STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 6.11 | | 49,357.76 |
| 08/14/2017 | [1] | MARY ANN ANGELO<br>301 SUNBURY STRET<br>APT 2-A<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 49,382.76 |
| 08/14/2017 | [1] | PAUL ROBERTS<br>12 CRYSTAL VIEW LANE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 138.05 | | 49,520.81 |
| 08/14/2017 | [1] | JUDY MULDOWNEY<br>905 NORTH THIRD STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 49,540.81 |

Page Subtotals     284.16     0.00

UST Form 101-7-TDR (10/1/2010) (Page 210)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/14/2017 | [1] | ELIZABETH LENOSKY<br>135 MAIN STREET<br>P.O. BOX 4084<br>SELTZER, PA 17974 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 49,565.81 |
| 08/14/2017 | [1] | CHARLES THOMAS<br>113 MAIN STREET<br>MARY D, PA 17952 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 49,605.81 |
| 08/14/2017 | [1] | MICHELE STEPHENS<br>1673 LONG RUN ROAD<br>B 3<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 10.53 | | 49,616.34 |
| 08/14/2017 | [1] | LOIS HALL<br>11 QUEEN STREET<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 49,646.34 |
| 08/14/2017 | [17] | KRASNO, KRASNO & ONWUDINJO<br>400 N. SECOND STREET<br>POTTSVILLE, PA 17901 | MEDICAL RECORDS (MARYANN DIXON) | 1290-000 | 27.92 | | 49,674.26 |
| 08/15/2017 | 51075 | COMCAST<br>PO BOX 37601<br>PHILADELPHIA, PA 19101-0601 | COMCAST (ACCT. NO. 903111610)(INVOICE NO. 55502040) | 2990-000 | | 586.49 | 49,087.77 |
| 08/16/2017 | 51076 | CARD SERVICES<br>PO BOX 13337<br>PHILADELPHIA, PA 19101-3337 | MISC. SERVICING FEES | 2990-000 | | 140.90 | 48,946.87 |
| | | | Page Subtotals | | 133.45 | 727.39 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  17-00641
Case Name:  Pottsville Internists Associates, Inc.

Taxpayer ID No:  **-***9850
For Period Ending:  6/21/2019

Trustee Name:  William G. Schwab
Bank Name:  Texas Capital Bank
Account Number/CD#:  ******1797 Checking Account
Blanket bond (per case limit):  10,000,000.00
Separate bond (if applicable):  0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/18/2017 | [1] | MADELINE MCGEE 518 SOUTH CENTRE STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 1.51 | | 48,948.38 |
| 08/18/2017 | [1] | CAROL MCSHAW 164 STRAWBERRY LANE RINGTOWN, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 48,958.38 |
| 08/18/2017 | [1] | SANDRA JOHNSON 306 Heritage Hts Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 48,960.07 |
| 08/18/2017 | [1] | PATRICK MOYER 127 SOUTH CENTER STREET FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 0.75 | | 48,960.82 |
| 08/18/2017 | [1] | CHARLES BARTHOLMEW 1826 SECOND AVE POTTSVILE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 2.25 | | 48,963.07 |
| 08/18/2017 | [1] | WILLIAM HANDGES 215 WEST ARCH STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 2.30 | | 48,965.37 |
| 08/18/2017 | [1] | MICHELLE KALYAN 1760 RUNNING DEER ROAD AUBURN, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 48,970.37 |
| | | | Page Subtotals | | 23.50 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 212)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/18/2017 | [1] | LOIS LAUDEMAN 207 NORTH FRONT STREET MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 48,972.06 |
| 08/18/2017 | [1] | KRISTA BEVAN 1250 WEST SPRUCE STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 48,975.06 |
| 08/18/2017 | [1] | VINCENT MURPHY 132 SPRINGWOOD AVE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 1.50 | | 48,976.56 |
| 08/18/2017 | [1] | JOANNE WELKER 2201 WALNUT STREET ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 48,979.56 |
| 08/18/2017 | [1] | ROBERT WOLFE 203 BROAD STREET ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 48,982.56 |
| 08/18/2017 | [1] | PAUL LESHER 113 RIDGE ROAD PITMAN, PA 17964 | ACCOUNTS RECEIVABLE | 1121-000 | 4.05 | | 48,986.61 |
| 08/18/2017 | [1] | ERMA PHILLIPS 9 PHILLIPS ROAD SHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 48,989.61 |
| | | | | Page Subtotals | 19.24 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 213)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/18/2017 | [1] | DONNA BERKHEISER<br>1102 FAIRMONT AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.30 | | 48,992.91 |
| 08/18/2017 | [1] | TERRY KILLIAN<br>879 GARFIELD AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 4.99 | | 48,997.90 |
| 08/18/2017 | [1] | SUYAPA ANTUNEZPUERTO<br>404 WEST ATLANTIC STREET<br>SHENANDOAH, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 49,047.90 |
| 08/18/2017 | [1] | BONNIE LECHER<br>111 EAST PATTERSON STREET<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 3.29 | | 49,051.19 |
| 08/18/2017 | [1] | LINDA WYTOVICH<br>1501 HOWARD AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 2.11 | | 49,053.30 |
| 08/18/2017 | [1] | DOROTHY HARVILICZ<br>2 PEACOCK STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 49,056.30 |
| 08/18/2017 | [1] | FRANCIS MUSEOUSKY<br>107 Mahantongo Dr<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 49,059.30 |
| | | | Page Subtotals | | 69.69 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 214)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/18/2017 | [1] | MARGARET BERNETSKIE<br>123 HICKORY DRIVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.60 | | 49,062.90 |
| 08/18/2017 | [1] | WILLIAM ABRACHINSKY<br>1033 WEST CENTRE STREET<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 1.50 | | 49,064.40 |
| 08/18/2017 | [1] | CHERYL LECHER<br>2100 W Norwegian St<br>APT 3J<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 2.30 | | 49,066.70 |
| 08/18/2017 | [1] | WILLIAM ZIMMERMAN<br>26 EAST OAK STREET<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 49,068.39 |
| 08/18/2017 | [1] | DOLORES KULPCAVAGE<br>263 HIGH ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.06 | | 49,071.45 |
| 08/18/2017 | [1] | JOANN SHADE<br>1003 CREEK ROAD<br>VALLEY VIEW, PA 17983 | ACCOUNTS RECEIVABLE | 1121-000 | 0.41 | | 49,071.86 |
| 08/18/2017 | [1] | LOREEN MILLER<br>1718 BRECKENRIDGE ROAD<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 4.18 | | 49,076.04 |
| | | | | Page Subtotals | 16.74 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 215)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/18/2017 | [1] | JOHN THOMAS 39 NORTH PRICE STREET SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 49,077.73 |
| 08/18/2017 | [1] | LOREEN MILLER 1718 BRECKENRIDGE ROAD ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 3.17 | | 49,080.90 |
| 08/18/2017 | [1] | PATRICIA SHIVELY 106 CENTER AVE SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 1.68 | | 49,082.58 |
| 08/18/2017 | [1] | CHRISTOPHER BRAUER 113 WOODVIEW DRIVE ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 4.60 | | 49,087.18 |
| 08/18/2017 | [1] | PENNY TROUTMAN 78 SMITH ROAD PITMAN, PA 17964 | ACCOUNTS RECEIVABLE | 1121-000 | 1.50 | | 49,088.68 |
| 08/18/2017 | [1] | BRUCE KOPPENHAVER 2707 WEST MAIN STREET SPRING GLEN, PA 17978 | ACCOUNTS RECEIVABLE | 1121-000 | 3.60 | | 49,092.28 |
| 08/18/2017 | [1] | GERALD MURACZEWSKI 1 NEWTON ROAD SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 49,093.97 |
| | | | Page Subtotals | | 17.93 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 216)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/18/2017 | [1] | DALE LOVE<br>73 MOLLEYSTOWNE ROAD<br>PINE GROVE, PA | ACCOUNTS RECEIVABLE | 1121-000 | 2.25 | | 49,096.22 |
| 08/18/2017 | [1] | VICTOR ST. DENIS<br>101 NORTH 12TH STREET<br>APT 204<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 49,097.91 |
| 08/18/2017 | [1] | KIM LEVAN<br>10 BLOSSOM LANE<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 4.18 | | 49,102.09 |
| 08/18/2017 | [1] | ROBERT HASARA | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 49,103.78 |
| 08/18/2017 | [1] | JENNIFER BRUEN<br>109 SOUTH WOLFE STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 2.30 | | 49,106.08 |
| 08/18/2017 | [1] | ALICIA KOWKER<br>339 S Line St<br>Frackville, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 3.51 | | 49,109.59 |
| 08/18/2017 | [1] | MARY PROSPER<br>30 MOUNTAIN DRIVE<br>P.O. BOX 883<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.02 | | 49,112.61 |

|  | Page Subtotals | 18.64 | 0.00 | |
|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) (Page 217)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/18/2017 | [1] | MARGARET YARASHUS 408 SOUTH 2ND STREET SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 1.59 | | 49,114.20 |
| 08/18/2017 | [1] | MARY PUDDU 19 Sajer Rd Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.30 | | 49,117.50 |
| 08/18/2017 | [1] | PEGGY HAMM 1279 SOUTH ROUTE 183 SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 49,120.50 |
| 08/18/2017 | [1] | JOHN DEANGELO 101 EAST CHESTNUT STREET APT 310 FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 49,122.19 |
| 08/18/2017 | [1] | M.C. ARBUSHITES | ACCOUNTS RECEIVABLE | 1121-000 | 4.84 | | 49,127.03 |
| 08/18/2017 | [1] | KAREN BILLMAN 250 MAIN STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.60 | | 49,130.63 |
| 08/18/2017 | [1] | SALLY ANN NOVACK 54 4TH STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.30 | | 49,133.93 |
| | | | Page Subtotals | | 21.32 | 0.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 08/18/2017 | [1] | KAREN LIEBNER<br>119 PIKE STREET<br>PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 2.30 | | 49,136.23 |
| 08/18/2017 | [1] | ESTATE OF NANCY FLAMMER<br>42 MOUNTAIN VALLEY ROAD<br>BETHEL, PA 19507 | ACCOUNTS RECEIVABLE | 1121-000 | 17.29 | | 49,153.52 |
| 08/18/2017 | [1] | SALLY ANN SPOTTS<br>80 Albert Blvd<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 1.07 | | 49,154.59 |
| 08/18/2017 | [1] | ANNE NONYARA<br>1452 SUNBURY ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 49,156.28 |
| 08/18/2017 | [1] | ANNA MARIE GOETZ<br>307 EAST WILSON STREET<br>1ST FLOOR<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 4.05 | | 49,160.33 |
| 08/18/2017 | [1] | JOSEPH OZOR<br>325 NORTH CENTER STREET<br>FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 3.38 | | 49,163.71 |
| 08/18/2017 | [1] | PATRICIA WARTELLA<br>716 PINEWOOD CIRCLE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.30 | | 49,167.01 |
| | | | Page Subtotals | | 33.08 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 219)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | Uniform Trans. Code | 5 Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 08/18/2017 | [1] | J. WILLIAM JONES 712 NORTH 2ND STREET MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 0.32 | | 49,167.33 |
| 08/18/2017 | [1] | RICHARD BILNSKI P.O. BOX 117 PINE GROVE, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 3.82 | | 49,171.15 |
| 08/18/2017 | [1] | UNITED HEALTHCARE COMMUNITY PLAN P.O. BOX 7550 PHOENIX, AZ 85011 | ACCOUNTS RECEIVABLE | 1121-000 | 14.06 | | 49,185.21 |
| 08/18/2017 | [1] | UNITED HEALTHCARE COMMUNITY PLAN P.O. BOX 7550 PHOENIX, AZ 85011 | ACCOUNTS RECEIVABLE | 1121-000 | 7.03 | | 49,192.24 |
| 08/18/2017 | [1] | BARBARA ZATKO 73 HILL TERRACE DRIVE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.17 | | 49,217.41 |
| 08/18/2017 | [1] | JUDY SHEELER 413 PINE CREEK BARNESVILLE, PA 18214 | ACCOUNTS RECEIVABLE | 1121-000 | 12.03 | | 49,229.44 |
| 08/18/2017 | [1] | UNITED HEALTHCARE COMMUNITY PLAN P.O. BOX 7550 PHOENIX, AZ 85011 | ACCOUNTS RECEIVABLE | 1121-000 | 31.99 | | 49,261.43 |
| | | | Page Subtotals | | 94.42 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 220)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**

For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 08/18/2017 | [1] | ANTOINETTE PURCELL<br>144 HIGH ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 22.75 | | 49,284.18 |
| 08/18/2017 | [1] | KATHLEEN HAUGHNEY<br>2157 WOODGLEN ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 49,334.18 |
| 08/18/2017 | [1] | ALVIN WILE<br>23 TIMBERLINE DRIVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 49,364.18 |
| 08/18/2017 | [1] | DEBRA OSATCHUCK<br>988 DEIBERTS VALLEY ROAD<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 7.20 | | 49,371.38 |
| 08/18/2017 | [1] | ANDREA HAHNER<br>223 MARKET SQUARE<br>APT B 23<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 29.29 | | 49,400.67 |
| 08/18/2017 | [1] | ELIZABETH EICH<br>12 TALL OAKS DRIVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 49,430.67 |
| 08/18/2017 | [1] | LAVINA DEAN<br>1337 VALLEY ROAD<br>TAMAQUA, PA 18252 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 49,445.67 |
| | | | Page Subtotals | | 184.24 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 221)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/18/2017 | [1] | JOHN BARNES 376 EAST BACON STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 100.00 | | 49,545.67 |
| 08/22/2017 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 3,250.00 | | 52,795.67 |
| 08/22/2017 | 51077 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 8/12/17 (INVOICE NO. G398; McGinty, Homa, Dahm, Cassell, Williamson, PA Sales Tax) | 2990-000 | | 4,161.88 | 48,633.79 |
| 08/22/2017 | 51078 | BB&T 9 N Centre St Pottsville, PA 17901 | PAYMENT OF SECURED CLAIM NO. 9B | 4210-000 | | 34,400.00 | 14,233.79 |
| 08/23/2017 | | Schuylkill Health System Medical Group Inc 701 E Norwegian St Pottsville, PA 17901 | Cash Component of Purchase Price for the Sale of Substantially All of the Assets of PIA to LVPG-S | | 43,000.00 | | 57,233.79 |
| | [18] | | 69,500.00 | 1229-000 | | | |
| | | | Moving of Medical Records (7,500.00) | 2990-000 | | | |
| | | | Storage of Medical Records (19,000.00) | 2990-000 | | | |
| 08/25/2017 | 51079 | KURTZMAN STEADY, LLC 401 S. 2ND ST., SUITE 301 PHILADELPHIA, PA 19147 | INTERIM COMPENSATION TO SPECIAL COUNSEL (April 7, 217 through July 26, 2017) (PER COURT ORDER DATED 8/23/17) | 3210-600 | | 1,224.00 | 56,009.79 |
| | | | Page Subtotals | | 46,350.00 | 39,785.88 | |

UST Form 101-7-TDR (10/1/2010) (Page 222)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/25/2017 | 51080 | KURTZMAN STEADY, LLC<br>401 S. 2ND ST., SUITE 301<br>PHILADELPHIA, PA 19147 | OUT-OF-POCKET EXPENSES TO SPECIAL COUNSEL (April 7, 217 through July 26, 2017) (PER COURT ORDER DATED 8/23/17) | 3220-610 | | 26.30 | 55,983.49 |
| 08/28/2017 | [1] | JOHN DUDLEY<br>23 EAST WILLIAM STREET<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 2.12 | | 55,985.61 |
| 08/28/2017 | [1] | MICHAEL SAMOLEWICZ<br>438 INDIAN RUN ROAD<br>NEW RINGGOLD, PA 17960 | ACCOUNTS RECEIVABLE | 1121-000 | 4.50 | | 55,990.11 |
| 08/28/2017 | [1] | ROBERT ZARETSKIE<br>305 WEST CHERRY STREET<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 55,993.11 |
| 08/28/2017 | [1] | PAMELA DONOVAN<br>4301 BROOKSIDE CT<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 0.33 | | 55,993.44 |
| 08/28/2017 | [1] | MARK STRIPE<br>2327 Little Sorrel Ct<br>Vienna, VA 22180 | ACCOUNTS RECEIVABLE | 1121-000 | 2.25 | | 55,995.69 |
| 08/28/2017 | [1] | DANIEL RUDY<br>201 EAST BROAD STREET<br>APT 6E<br>TAMAQUA, PA 18252 | ACCOUNTS RECEIVABLE | 1121-000 | 2.94 | | 55,998.63 |

Page Subtotals: 15.14    26.30

UST Form 101-7-TDR (10/1/2010) (Page 223)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641

Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850

For Period Ending: 6/21/2019

Trustee Name: William G. Schwab

Bank Name: Texas Capital Bank

Account Number/CD#: ******1797 Checking Account

Blanket bond (per case limit): 10,000,000.00

Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/28/2017 | [1] | JEAN STOFFEY<br>619 EAST BROAD STREET<br>TAMAQUA, PA 18252 | ACCOUNTS RECEIVABLE | 1121-000 | 1.64 | | 56,000.27 |
| 08/28/2017 | [1] | ROBERT MCLAUGHLIN<br>58 ST. ANN ST.<br>P.O. BOX 255<br>BARNESVILLE, PA 18214 | ACCOUNTS RECEIVABLE | 1121-000 | 4.13 | | 56,004.40 |
| 08/28/2017 | [1] | DELTA HOYSOCK<br>25 MAPLE AVE<br>P.O. BOX 84<br>MAR LIN, PA 17951 | ACCOUNTS RECEIVABLE | 1121-000 | 3.82 | | 56,008.22 |
| 08/28/2017 | [1] | DONALD NEVENGLOSKY<br>4 Lee Ron Ln<br>Tamaqua, PA 18252 | ACCOUNTS RECEIVABLE | 1121-000 | 2.12 | | 56,010.34 |
| 08/28/2017 | [1] | DENNIS DEVINE<br>4 WOODLAND DRIVE<br>CONYGHAM, PA 18219 | ACCOUNTS RECEIVABLE | 1121-000 | 1.93 | | 56,012.27 |
| 08/28/2017 | [1] | PAUL SEIDERS<br>5 DOGWOOD ROAD<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 3.92 | | 56,016.19 |
| 08/28/2017 | [1] | ANTHONY MILESHOSKY<br>204 OAK STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 56,017.88 |
| | | | Page Subtotals | | 19.25 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 224)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/28/2017 | [1] | MONICA KOSTERY 1698 1ST AVE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.27 | | 56,021.15 |
| 08/28/2017 | [1] | KATHRYN KRAMER 72 OVERLOOK DRIVE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 0.30 | | 56,021.45 |
| 08/28/2017 | [1] | GRACE FEES 25 N Nicholas St Saint Clair, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 0.48 | | 56,021.93 |
| 08/28/2017 | [1] | VINCENT ALBO P.O. BOX 4132 SELTZER, PA 17974 | ACCOUNTS RECEIVABLE | 1121-000 | 2.99 | | 56,024.92 |
| 08/28/2017 | [1] | CLARA GAUGHAN 35 PAUL STREET ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 2.95 | | 56,027.87 |
| 08/28/2017 | [1] | JOHN URENKO 255 LOUISA AVE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.60 | | 56,031.47 |
| 08/28/2017 | [1] | BRENDA KARKANICA 148 WEST RAILROAD STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 56,033.16 |
| | | | Page Subtotals | | 15.28 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 225)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/28/2017 | [1] | LINETTE HUNYARA<br>709 MAPLE STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 3.30 | | 56,036.46 |
| 08/28/2017 | [1] | CARLENE BURLEY<br>111 EAST MAINE STREET<br>GIRARDVILLE, PA 17935 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 56,039.46 |
| 08/28/2017 | [1] | MELINDA NEVILS<br>159 Pottsville St<br>Cressona, PA 17929 | ACCOUNTS RECEIVABLE | 1121-000 | 3.96 | | 56,043.42 |
| 08/28/2017 | [1] | B. FLEMING<br>1003 BERTRAM CT.<br>AUGUSTA, GA 30909 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 56,045.11 |
| 08/28/2017 | [1] | BRIAN CHIMAHUSKY<br>1066 MAPLE AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.60 | | 56,048.71 |
| 08/28/2017 | [1] | DAVID RIEGER<br>401 STONEY MTN. ROAD<br>AUBURN, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 2.25 | | 56,050.96 |
| 08/28/2017 | [1] | TARA MAHONEY<br>1 NORTH 22ND STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.30 | | 56,054.26 |
| | | | Page Subtotals | | 21.10 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 226)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/28/2017 | [1] | DOLORES DELIN<br>203 PHEASANT RUN ROAD<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 0.15 | | 56,054.41 |
| 08/28/2017 | [1] | ASHLEY HEFFNER<br>981 SOUTH RT 183<br>SUMMIT STATION, PA 17979 | ACCOUNTS RECEIVABLE | 1121-000 | 4.88 | | 56,059.29 |
| 08/28/2017 | [1] | MICHELLE LESCAVAGE<br>452 NEW CASTLE STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 3.60 | | 56,062.89 |
| 08/28/2017 | [1] | TERRY BRENNAN<br>1107 W Norwegian St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.96 | | 56,066.85 |
| 08/28/2017 | [1] | DAVID WOLFE<br>1747 SUMMERHILL ROAD<br>AUBURN, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 2.25 | | 56,069.10 |
| 08/28/2017 | [1] | MICHAEL FREDERICK<br>106 Schuylkill St<br>Cressona, PA 17929 | ACCOUNTS RECEIVABLE | 1121-000 | 1.76 | | 56,070.86 |
| 08/28/2017 | [1] | SANDRA MULDOWNEY<br>230 WALLACE STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.60 | | 56,074.46 |

Page Subtotals 20.20 0.00

UST Form 101-7-TDR (10/1/2010) (Page 227)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/28/2017 | [1] | DEBORAH FORMICA<br>126 ANGEL DRIVE<br>NEW RINGGOLD, PA 17960 | ACCOUNTS RECEIVABLE | 1121-000 | 4.60 | | 56,079.06 |
| 08/28/2017 | [1] | JEAN BLOSS<br>210 EAST LLOYD STREET<br>SHENANDOAH, PA 17076 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 56,080.75 |
| 08/28/2017 | [1] | KENNETH UMBENHAUER<br>605 W Norwegian St<br>APT 2<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 56,082.44 |
| 08/28/2017 | [1] | TRACY BARRY<br>1344 WEST MAPLE STREET<br>P.O. BOX 618<br>VALLEY VIEW, PA 17983 | ACCOUNTS RECEIVABLE | 1121-000 | 2.25 | | 56,084.69 |
| 08/28/2017 | [1] | KENNETH MATZ<br>19 MAIN STREET MT. CARBON<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 56,087.69 |
| 08/28/2017 | [1] | JOSEPH MAGER<br>200 PINE STREET<br>PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 56,089.38 |
| 08/28/2017 | [1] | DOLORES GELBUTIS<br>16 WEST BACON STREET<br>PALO ALTO, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 2.30 | | 56,091.68 |
| | | | | Page Subtotals | 17.22 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 228)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  **17-00641**

Case Name:  **Pottsville Internists Associates, Inc.**

Taxpayer ID No:  **\*\*-\*\*\*9850**

For Period Ending:  **6/21/2019**

Trustee Name:  **William G. Schwab**

Bank Name:  **Texas Capital Bank**

Account Number/CD#:  **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit):  **10,000,000.00**

Separate bond (if applicable):  **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/28/2017 | [1] | DALE REIGLE<br>745 Stallion Dr<br>Auburn, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 3.30 | | 56,094.98 |
| 08/29/2017 | [16] | THE MEDICAL PROTECTIVE CO<br>5814 REED ROAD<br>P.O. BOX 15021<br>FORT WAYNE, IN 46885 | REFUND - INSURANCE- ASSET # 16 | 1249-000 | 7,666.00 | | 63,760.98 |
| 08/29/2017 | 51081 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 8/19/17 (INVOICE NO. G406; McGinty, Homa, Dahm, Cassell, Williamson, PA Sales Tax) | 2990-000 | | 4,403.52 | 59,357.46 |
| 08/29/2017 | 51082 | BUSINESS CARD SERVICES | FILING FEES (COMPLAINT V. NOVITAS) | 2990-000 | | 350.00 | 59,007.46 |
| 08/30/2017 | [17] | MCS GROUP, INC<br>1601 MARKET STREET<br>SUITE 800<br>PHILADELPHIA, PA 19103 | MEDICAL RECORDS FOR JOHN NUSH | 1290-000 | 76.32 | | 59,083.78 |
| 08/30/2017 | [1] | ANGELIQUE MAHMOD<br>214 WEST CENTRE STREET<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 3.60 | | 59,087.38 |
| 08/30/2017 | [1] | SCOTT PANZER<br>419  A LASELLE ST<br>BERWICK, PA 18603 | ACCOUNTS RECEIVABLE | 1121-000 | 4.50 | | 59,091.88 |
| | | | Page Subtotals | | 7,753.72 | 4,753.52 | |

UST Form 101-7-TDR (10/1/2010) (Page 229)

**Exhibit 9**

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 08/30/2017 | [1] | MARY ANN KELLY-MERENDA<br>22 SOUTH STREET<br>TAMAQUA, PA 18252 | ACCOUNTS RECEIVABLE | 1121-000 | 1.06 | | 59,092.94 |
| 08/30/2017 | [1] | KATIE ROMANO | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 59,095.94 |
| 08/30/2017 | [1] | ANNA DONORIS<br>313 NEW CASTLE STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 59,097.63 |
| 08/30/2017 | [1] | ROSEMARY WOLFGANG<br>1154 EAST MAIN STREET<br>HEGINS, PA 17938 | ACCOUNTS RECEIVABLE | 1121-000 | 3.34 | | 59,100.97 |
| 08/30/2017 | [1] | SUELLEN BURKHARDT<br>160 NORTH LAUREL STREET<br>HAZLETON, PA 18210 | ACCOUNTS RECEIVABLE | 1121-000 | 3.30 | | 59,104.27 |
| 08/30/2017 | [1] | LEON LENICK<br>1043 LONG RUN ROAD<br>PINE GROVE, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 59,105.96 |
| 08/30/2017 | [1] | LORRAINE SCINTO<br>147 W Savory St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 0.98 | | 59,106.94 |
| 08/30/2017 | [1] | RACHAEL BOSACK<br>15 NW Lawn Rd<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 2.75 | | 59,109.69 |

Page Subtotals 17.81 0.00

UST Form 101-7-TDR (10/1/2010) (Page 230)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/30/2017 | [1] | CHARLES LUCAS<br>10 MAIN STREET<br>ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 59,111.38 |
| 08/30/2017 | [1] | RYAN ANDERSON<br>7 FAIRWAY DRIVE<br>ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 3.54 | | 59,114.92 |
| 08/30/2017 | [1] | EUGENE WERLEY<br>2353 Stallion Dr<br>Auburn, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 2.25 | | 59,117.17 |
| 08/30/2017 | [1] | ELIZABETH SIMINTUS<br>7 BLUE LANE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.27 | | 59,120.44 |
| 08/30/2017 | [1] | MICHAEL BELOVESICK<br>90 ALBERT BLVD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 2.30 | | 59,122.74 |
| 08/30/2017 | [1] | DOMINIC CARTELLA<br>636 WEST PENN STREET<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 0.60 | | 59,123.34 |
| 08/30/2017 | [1] | NANCY MALTAIS | ACCOUNTS RECEIVABLE | 1121-000 | 2.25 | | 59,125.59 |
| 08/30/2017 | [1] | GAIL CHAKLOS<br>76 ROSE AVE<br>PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 59,128.59 |
| | | | Page Subtotals | | 18.90 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 231)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/30/2017 | [1] | JEFFERY VOLUTZA<br>25 N. NICHOLAS STREE<br>APT 105<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 59,148.59 |
| 08/30/2017 | [1] | ANTHONY KOCHOL<br>383 SOUTH CENTER STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 59,150.28 |
| 08/30/2017 | [1] | CHARLES BREISCH<br>455 NICHOLS STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 1.50 | | 59,151.78 |
| 08/30/2017 | [1] | SAMANTHA LUSCAVAGE<br>425 MAIN STREET<br>P.O. BOX 4164<br>SELTZER, PA 17974 | ACCOUNTS RECEIVABLE | 1121-000 | 3.80 | | 59,155.58 |
| 08/30/2017 | [1] | KAREN ALBAN<br>2063 KING AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.91 | | 59,159.49 |
| 08/30/2017 | [1] | ROBERT PARTHE<br>98 MARCELLA ROAD<br>MARY D, PA 17952 | ACCOUNTS RECEIVABLE | 1121-000 | 1.77 | | 59,161.26 |
| 08/30/2017 | [1] | WANDA HARRIS<br>15 Road View Ln<br>Pine Grove, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 1.50 | | 59,162.76 |
| | | | Page Subtotals | | 34.17 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 232)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/30/2017 | [1] | OLIVE HOY<br>216 W Independence St<br>APT 202<br>Orwigsburg, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 4.80 | | 59,167.56 |
| 08/30/2017 | [1] | CONSTANCE TETER<br>1693 LITTLE MOUNTAIN ROAD<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 4.99 | | 59,172.55 |
| 08/30/2017 | [1] | DALE WAGNER<br>P.O. BOX 343<br>134 MARKET STREET<br>AUBURN, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 1.54 | | 59,174.09 |
| 08/30/2017 | [1] | BRITTANY NOECKER<br>86 Browns Church Rd<br>Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 3.27 | | 59,177.36 |
| 08/30/2017 | [1] | LORA MCDONALD<br>39 GREY HAWK DRIVE<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 3.30 | | 59,180.66 |
| 08/30/2017 | [1] | THOMAS BARR<br>619 LYTLE STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 3.27 | | 59,183.93 |
| 08/30/2017 | [1] | JOHN LURWICK<br>215 PIKE STREET<br>PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 1.54 | | 59,185.47 |
| | | | | Page Subtotals | 22.71 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 233)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/30/2017 | [1] | JOHN GURECKI<br>29 Pine Swamp Rd<br>Ringtown, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 2.30 | | 59,187.77 |
| 08/30/2017 | [1] | ANNA HORVATH<br>404 WEST WASHINGTON STREET<br>FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 59,192.77 |
| 08/30/2017 | [1] | SANDRA BAVER<br>21 APPLEWOOD CIRCLE<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 2.00 | | 59,194.77 |
| 08/30/2017 | [1] | HENRY BUZZA<br>515 EAST UNION STREET<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 59,197.77 |
| 08/30/2017 | [1] | STEPHANIE CAULFIELD<br>118 EAST CHESTNUT STREET<br>FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 59,207.77 |
| 08/30/2017 | [1] | ROBIN LYNCH<br>208 DOCK STREET<br>APT # 9<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 59,232.77 |
| 08/30/2017 | [1] | JOHN CONSUGAR<br>2048 WEST MARKET STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.30 | | 59,236.07 |
| | | | Page Subtotals | | 50.60 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 234)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/30/2017 | [1] | THOMAS JAMES<br>154 NORTH CENTER STREET<br>FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 59,237.76 |
| 08/30/2017 | [1] | SUSAN FISHER<br>P.O. BOX 62<br>FRIEDENSBURG, PA 17933 | ACCOUNTS RECEIVABLE | 1121-000 | 3.78 | | 59,241.54 |
| 08/30/2017 | [1] | BARBARA WIRTH<br>1992 Moccasin Dr<br>Auburn, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 59,271.54 |
| 08/30/2017 | [1] | SUSAN MCGOVERN<br>1119 Pottsville St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.30 | | 59,274.84 |
| 08/30/2017 | [1] | AUSTIN MYERS<br>421 New Schaefferstown Rd<br>Bernville, PA 19506 | ACCOUNTS RECEIVABLE | 1121-000 | 130.00 | | 59,404.84 |
| 08/30/2017 | [1] | JOHANNE MARTZ<br>125 ROCKLAND DRIVE<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 59,406.53 |
| 08/30/2017 | [1] | WILLIAM VERBOSH<br>1353 BUNTING STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.27 | | 59,409.80 |
| | | | Page Subtotals | | 173.73 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 235)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 08/30/2017 | [1] | MARY SANTAI<br>202 MAPLE AVE<br>MAR LIN, PA 17951 | ACCOUNTS RECEIVABLE | 1121-000 | 1.08 | | 59,410.88 |
| 08/30/2017 | [1] | DEBRA WALTERS<br>126 OAK HILL STREET<br>P.O. BOX 4172<br>SELTZER, PA 17974 | ACCOUNTS RECEIVABLE | 1121-000 | 3.38 | | 59,414.26 |
| 08/30/2017 | [1] | JOSEPH KOSTURA<br>240 Teaberry Hill Rd<br>Minersville, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 2.00 | | 59,416.26 |
| 08/30/2017 | [1] | CYNTHIA TRUESDALE<br>233 LAUREL COURT<br>PINE GROVE, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 59,417.95 |
| 08/30/2017 | [1] | CHARLES TRAPANI<br>1737 WEST END AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 2.12 | | 59,420.07 |
| 08/30/2017 | [1] | FRANCIS FRANKENSTEIN<br>745 EASTON ROAD<br>APT 2<br>HELLERTOWN, PA 18055 | ACCOUNTS RECEIVABLE | 1121-000 | 3.80 | | 59,423.87 |
| 08/30/2017 | [1] | BETTY MOYER<br>109 WASHINGTON STREET<br>P.O. BOX 23<br>MIDDLEPORT, PA 17953 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 59,426.87 |

|  |  |  | Page Subtotals | | 17.07 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 236)

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/30/2017 | [1] | ANGIE DEANGELO 611 WALBERT STREET ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 59,429.87 |
| 08/30/2017 | [1] | WANDA MAURER 1639 EAST MOUNTAIN ROAD HEGINS, PA 17938 | ACCOUNTS RECEIVABLE | 1121-000 | 2.25 | | 59,432.12 |
| 08/30/2017 | [1] | SUSAN KANEZO 45 Moorenoll St Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 1.41 | | 59,433.53 |
| 08/30/2017 | [1] | ANN LEE SCHLEGEL 629 LEONARD STREET SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 0.96 | | 59,434.49 |
| 08/30/2017 | [1] | VERA WITCONIS 77 ORCHARD ROAD BARNESVILLE, PA 18214 | ACCOUNTS RECEIVABLE | 1121-000 | 0.70 | | 59,435.19 |
| 08/30/2017 | [1] | WALTER WEBER 1423 SENECA STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 1.41 | | 59,436.60 |
| 08/30/2017 | [1] | JOHN MASKERINES 225 TIMBER ROAD POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 2.44 | | 59,439.04 |
| | | | Page Subtotals | | 12.17 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 237)

**Exhibit 9**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**

For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 08/30/2017 | [1] | JODI HUMMEL<br>1283 SCHUYLKILL MT. RD<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 1.54 | | 59,440.58 |
| 08/30/2017 | [1] | DENNIS MALEY<br>121 NORTH HARDING AVE<br>MORRISVILLE, PA | ACCOUNTS RECEIVABLE | 1121-000 | 2.25 | | 59,442.83 |
| 08/30/2017 | [1] | KIMBERLY GRECO<br>321 EAST MAIN STREET<br>GIRARDVILLE, PA 17935 | ACCOUNTS RECEIVABLE | 1121-000 | 1.41 | | 59,444.24 |
| 08/30/2017 | [1] | KATHRYN HARVEY<br>285 EAST SECOND MTN. RD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 1.50 | | 59,445.74 |
| 08/30/2017 | [1] | ROBERT WEITZ<br>205 NORTH CENTER STREET<br>FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 3.60 | | 59,449.34 |
| 08/30/2017 | [1] | CHARLES ORTH<br>801 WALNUT STREET<br>ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 2.21 | | 59,451.55 |
| 08/30/2017 | [1] | DEBORAH DASCH<br>29 HICKORY STREET<br>P.O. BOX 70<br>FRIEDENSBURG, PA 17933 | ACCOUNTS RECEIVABLE | 1121-000 | 3.30 | | 59,454.85 |
| | | | Page Subtotals | | 15.81 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 238)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/30/2017 | 51083 | UPS<br>PO BOX 7247-0244<br>PHILADELPHIA, PA 19170-0001 | UPS OVERNIGHT MAILING (INVOICE NO. FE5895347; SHIPPER NO. FE5895; CONTROL ID 840W) | 2990-000 | | 56.86 | 59,397.99 |
| 08/30/2017 | 51084 | COMCAST<br>PO BOX 37601<br>PHILADELPHIA, PA 19101-0601 | COMCAST (ACCT. NO. 8993112520172227) | 2990-000 | | 145.75 | 59,252.24 |
| 08/31/2017 | 51085 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 8/26/17 (INVOICE NO. G412; McGinty, Homa, Dahm, Cassell, Williamson, PA Sales Tax) | 2990-000 | | 4,525.46 | 54,726.78 |
| 09/01/2017 | [1] | HIGHMARK | ACCOUNTS RECEIVABLE | 1121-000 | 290.00 | | 55,016.78 |
| 09/01/2017 | [1] | JAMES KRAUSE<br>242 Mohave Dr<br>Auburn, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 1.26 | | 55,018.04 |
| 09/01/2017 | [1] | JACQUELYN MARTIN<br>5334 FOUR POINT ROAD<br>BETHEL, PA 19507 | ACCOUNTS RECEIVABLE | 1121-000 | 3.30 | | 55,021.34 |
| 09/01/2017 | [1] | JEREMY SEIDERS<br>622 EDWARD AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 2.30 | | 55,023.64 |
| 09/01/2017 | [1] | LORRAINE MACUNAS<br>1248 MOUNT HOPE AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.82 | | 55,027.46 |
| | | | Page Subtotals | | 300.68 | 4,728.07 | |

UST Form 101-7-TDR (10/1/2010) (Page 239)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: ********1797 Checking Account**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/01/2017 | [1] | PAMELA MALLICK<br>201 E Broad St<br>APT 3J<br>TAMAQUA, PA 18252 | ACCOUNTS RECEIVABLE | 1121-000 | 0.38 | | 55,027.84 |
| 09/01/2017 | [1] | BRENDA PHILLIPS<br>219 SOUTH THIRD STREET<br>P.O. BOX 385<br>AUBURN, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 2.25 | | 55,030.09 |
| 09/01/2017 | [1] | MICHQUELENA POTLUNAS<br>25 WARWICK COURT<br>READING, PA 19606 | ACCOUNTS RECEIVABLE | 1121-000 | 3.30 | | 55,033.39 |
| 09/01/2017 | [1] | PATRICIA KAUFFMAN<br>1111 WEST MARKET STREET<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 3.82 | | 55,037.21 |
| 09/01/2017 | [1] | ROSE MARY PACE<br>1353 BUNTING STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 1.50 | | 55,038.71 |
| 09/01/2017 | [1] | ALICE KRAMER<br>101 Mahantongo St<br>APT 204<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 2.99 | | 55,041.70 |
| 09/01/2017 | [1] | MARY JANE HOLLYWOOD<br>321 VALLEY STREET<br>PORT CARBON , PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 1.97 | | 55,043.67 |
| | | | Page Subtotals | | 16.21 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 240)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | Uniform Trans. Code | 5 Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 09/01/2017 | [1] | CHARLES BARNES 136 CREST STREET BARNESVILLE, PA 18214 | ACCOUNTS RECEIVABLE | 1121-000 | 2.48 | | 55,046.15 |
| 09/01/2017 | [1] | IRIS WELLER MARGARET AVE P.O. BOX 162 ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 55,049.15 |
| 09/01/2017 | [1] | GREGORY YUTKO 266 SUMMER VALLEY ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 27.63 | | 55,076.78 |
| 09/01/2017 | [1] | JOSEPHINE DRAZENARCH 20 NORTH FRONT STREET MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 3.82 | | 55,080.60 |
| 09/01/2017 | [1] | JULIA O'CONNOR 304 SOUTH FIFTH STREET MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 29.14 | | 55,109.74 |
| 09/01/2017 | [1] | EUGENE LONG 15 SUFFOLK MAHANOY CITY, PA 17948 | ACCOUNTS RECEIVABLE | 1121-000 | 2.82 | | 55,112.56 |
| 09/01/2017 | [1] | THERESA KNIPE P.O. BOX 16 SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 3.30 | | 55,115.86 |
| | | | Page Subtotals | | 72.19 | 0.00 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/01/2017 | [1] | JOAN RENNICK<br>39 SOUTH MORRIS STREET<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 3.62 | | 55,119.48 |
| 09/01/2017 | [1] | DAVID LINKCHORST<br>802 Barnesville Dr<br>Barnesville, PA 18214 | ACCOUNTS RECEIVABLE | 1121-000 | 3.82 | | 55,123.30 |
| 09/01/2017 | [1] | COLETTE MARKIEWICZ<br>1414 EAST CENTRE STREET<br>MAHANOY CITY, PA 179438 | ACCOUNTS RECEIVABLE | 1121-000 | 3.30 | | 55,126.60 |
| 09/01/2017 | [1] | J.K. STRAUSSER<br>229 1ST STREET<br>PORT CARBON , PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 55,129.60 |
| 09/01/2017 | [1] | J.K. STRAUSSER<br>229 1ST STREET<br>PORT CARBON , PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 55,132.60 |
| 09/01/2017 | [1] | KAZIMIERA HORNBERGER<br>200 E Mahanoy St<br>Mahanoy City, PA 17948 | ACCOUNTS RECEIVABLE | 1121-000 | 3.82 | | 55,136.42 |
| 09/01/2017 | [1] | JAMES BARRETT<br>1417 MARKET STREET<br>ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 55,161.42 |
| | | | Page Subtotals | | 45.56 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 242)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/01/2017 | [1] | WILLIAM WASSER<br>221 E Mahanoy St<br>P.O. BOX 275<br>Mahanoy City, PA 17948 | ACCOUNTS RECEIVABLE | 1121-000 | 2.25 | | 55,163.67 |
| 09/01/2017 | [1] | KATHIE WARD<br>2002 ELM STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 55,168.67 |
| 09/01/2017 | [1] | ROBERT LOHIN<br>202 ARLENE STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 3.60 | | 55,172.27 |
| 09/01/2017 | [1] | TAMMY GERBER<br>2154 MAIN STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.30 | | 55,175.57 |
| 09/01/2017 | [1] | TAMMY GERBER<br>2154 MAIN STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.80 | | 55,179.37 |
| 09/01/2017 | [1] | EDWIN BOWE<br>91 Pottsville St<br>Cressona, PA 17929 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 55,182.37 |
| 09/01/2017 | [1] | CHERYL WYCHUNAS<br>301 WEST ARCH STREET<br>P.O. BOX 1296<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 55,184.06 |
| | | | Page Subtotals | | 22.64 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 243)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  **17-00641**
Case Name:  **Pottsville Internists Associates, Inc.**

Taxpayer ID No:  **\*\*-\*\*\*9850**
For Period Ending:  **6/21/2019**

Trustee Name:  **William G. Schwab**
Bank Name:  **Texas Capital Bank**
Account Number/CD#:  **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit):  **10,000,000.00**
Separate bond (if applicable):  **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/01/2017 | [1] | JOHN PURCELL<br>25 N Nicholas St<br>APT 305<br>Saint Clair, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 55,194.06 |
| 09/01/2017 | [1] | JENNY SCHAFER<br>58 4TH AVENUE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 2.30 | | 55,196.36 |
| 09/01/2017 | [1] | CHRISTOPHER KUTRUFF<br>478 MOORE STREET<br>MILLERSBURG, PA 17061 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 55,199.36 |
| 09/01/2017 | [1] | DANIEL EISENHAUER<br>1820 LONG RUN ROAD<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 55,201.05 |
| 09/01/2017 | [1] | ANTHONY PACE<br>527 WEST CHESTNUT STREET<br>FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 55,204.05 |
| 09/01/2017 | [1] | DORIS LETTICH<br>109 WEST MAPLE STREET<br>VALLEY VIEW, PA 17983 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 55,205.74 |
| 09/01/2017 | [1] | MARK VERNON<br>312 LAUREL STREET<br>MINESVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 55,208.74 |
| | | | Page Subtotals | | 24.68 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 244)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/01/2017 | [1] | SCOTT GAPINSKI<br>211 SUNBURY STREET<br>APT 1<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 3.30 | | 55,212.04 |
| 09/01/2017 | [1] | RICHARD GLINCOSKY<br>68 AVENUE D<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 3.60 | | 55,215.64 |
| 09/01/2017 | [1] | ANN MARIE WEICIKOSKY<br>P.O. BOX 98<br>MIDDLEPORT, PA 17953 | ACCOUNTS RECEIVABLE | 1121-000 | 3.28 | | 55,218.92 |
| 09/01/2017 | [1] | CHRISTIE JO SALEM<br>133 NORTH THIRD STREET<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 55,243.92 |
| 09/01/2017 | [1] | DEBORAH MELENDEZ<br>34 Schuylkill Rd<br>New Ringgold, PA 17960 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 55,263.92 |
| 09/01/2017 | [1] | LOIS HEWES<br>224 SOUTH 3RD STREET<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 2.30 | | 55,266.22 |
| 09/01/2017 | [17] | LEONARD SCHUMACK<br>277 VIRGINIA AVE<br>SHENANDOAH, PA 17976 | MEDICAL RECORDS | 1290-000 | 13.00 | | 55,279.22 |
| | | | Page Subtotals | | 70.48 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 245)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/05/2017 | [1] | KIM FETTEROLF<br>162 Brier City Rd<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.38 | | 55,282.60 |
| 09/05/2017 | [1] | KATHLEEN TONE<br>823 W Norwegian St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 1.50 | | 55,284.10 |
| 09/05/2017 | [1] | JAMES DIX<br>106 PINE RIDGE DRIVE<br>PONE GROVE, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 4.18 | | 55,288.28 |
| 09/05/2017 | [1] | JAMES DIX<br>106 PINE RIDGE DRIVE<br>PONE GROVE, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 4.18 | | 55,292.46 |
| 09/05/2017 | [1] | MALCOLM EUBERT<br>14 GRACE AVE<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 3.30 | | 55,295.76 |
| 09/05/2017 | [1] | CLYDE WRIGHT<br>124 LONG AVE<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 2.12 | | 55,297.88 |
| 09/05/2017 | [1] | KEEN HERMANY<br>266 Frieden Mnr<br>Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 3.38 | | 55,301.26 |
| | | | Page Subtotals | | 22.04 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 246)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/05/2017 | [1] | CHARLOTTE BABCOCK 612 E Norwegian St Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 4.18 | | 55,305.44 |
| 09/05/2017 | [1] | NANCY LECHLEITNER 320 Mauch Chunk St Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 55,330.44 |
| 09/05/2017 | [1] | PATRICIA ROEDER 125 NORTH WEST STREET SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 3.60 | | 55,334.04 |
| 09/05/2017 | [1] | ALFRED DEVITO 130 SOUTH 2ND STREET FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 55,335.73 |
| 09/05/2017 | [1] | SUSAN TRESHOCK 90 RAVEN RUN ROAD LOST CREEK, PA 17946 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 55,337.42 |
| 09/05/2017 | [1] | LUANNE ZAHORCHAK 598 CALIFORNIA AVE SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 2.50 | | 55,339.92 |
| 09/05/2017 | [1] | SANDRA SCHLEMMER 330 WEST CENTRE STREET SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 1.18 | | 55,341.10 |
| | | | Page Subtotals | | 39.84 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 247)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  17-00641

Case Name:  Pottsville Internists Associates, Inc.

Taxpayer ID No:  **-***9850

For Period Ending:  6/21/2019

Trustee Name:  **William G. Schwab**

Bank Name:  **Texas Capital Bank**

Account Number/CD#:  **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit):  10,000,000.00

Separate bond (if applicable):  0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/05/2017 | [1] | CAROL MAJIKAS<br>1238 Pottsville St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 4.62 | | 55,345.72 |
| 09/05/2017 | [1] | FRANCIS TRYNOSKY<br>248 SOUTH MIDDLE STREET<br>FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 55,347.41 |
| 09/05/2017 | [1] | DEBRA SCHANE<br>175 MARKET STREET<br>CUMBOLA, PA 17930 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 55,349.10 |
| 09/05/2017 | [1] | CHARLES SENKUS<br>55 EAST WASHINGTON STREET<br>PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 0.59 | | 55,349.69 |
| 09/05/2017 | [1] | E. HAINES<br>208 WEST OAK STREET<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 55,351.38 |
| 09/05/2017 | [1] | THEODORE PALKO<br>13 SHADE STREET<br>MIDDLEPORT, PA 17953 | ACCOUNTS RECEIVABLE | 1121-000 | 4.60 | | 55,355.98 |
| 09/05/2017 | [1] | MELVA GINGRICH<br>13 MEADOW BROOK DRIVE<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 4.50 | | 55,360.48 |
| 09/05/2017 | [1] | BRIAN FRITZ | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 55,363.48 |
| | | | Page Subtotals | | 22.38 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 248)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/05/2017 | [1] | MICHAEL SHPAKOVSKY 122 NORTH 7TH STREET FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 55,366.48 |
| 09/05/2017 | [1] | MARY FLANAGAN 320 COAL STREET PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 0.96 | | 55,367.44 |
| 09/05/2017 | [1] | THOMAS HAUSMAN 319 WEST WALNUT STREET VALLEY VIEW, PA 17983 | ACCOUNTS RECEIVABLE | 1121-000 | 4.55 | | 55,371.99 |
| 09/05/2017 | [1] | SUSAN HENNINGER 1801 MARKET STREET ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 1.50 | | 55,373.49 |
| 09/05/2017 | [1] | SUSAN SERFASS 248 WEST BROAD STREET TAMAQUA, PA 18252 | ACCOUNTS RECEIVABLE | 1121-000 | 1.53 | | 55,375.02 |
| 09/05/2017 | [1] | SANDRA SEIDERS 10 MAPLE STREET CRESSONA, PA 17929 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 55,378.02 |
| 09/05/2017 | [1] | DANA MOYER 251 CHESTNUT STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.30 | | 55,381.32 |
| | | | Page Subtotals | | 17.84 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 249)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**

For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/05/2017 | [1] | ROBERT JONES<br>119 Suedberg Rd<br>Pine Grove, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 55,383.01 |
| 09/05/2017 | [1] | MARY MEKAILEK<br>48 N Spencer St<br>Frackville, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 1.68 | | 55,384.69 |
| 09/05/2017 | [1] | VIRGINIA FRANKENSTEIN<br>101 NORTH THIRD STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 2.47 | | 55,387.16 |
| 09/05/2017 | [1] | GEORGINE PIZZICO<br>85 SUNDAY DRIVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 55,390.16 |
| 09/05/2017 | [1] | DARLENE SINGLETON<br>14 Pottsville St<br>Port Carbon, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 3.30 | | 55,393.46 |
| 09/05/2017 | [1] | BARBARA BRIGHT<br>120 MAIN STREET<br>GILBERTON, PA 17934 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 55,418.46 |
| 09/05/2017 | [1] | J. THEODORE WOLPERT<br>1514 HOWARD AVE<br>APT C<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 55,420.15 |
| | | | Page Subtotals | | 38.83 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 250)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/05/2017 | [1] | LAURIE RUCH 99 NORTH TREMONT STREET TREMONT , PA 17981 | ACCOUNTS RECEIVABLE | 1121-000 | 158.51 | | 55,578.66 |
| 09/05/2017 | [1] | GERALDINE SALATA 147 S Nicholas St Saint Clair, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 4.64 | | 55,583.30 |
| 09/05/2017 | [1] | TINA DREY 255 PARKWAY APT 208 SCHUYKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 1.64 | | 55,584.94 |
| 09/05/2017 | [1] | CHRISTINE CZACHOR 512 WEST CARROLL STREET SAINT CLAIR , PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 1.50 | | 55,586.44 |
| 09/05/2017 | [1] | TERRY FRONK 111 Grand St DANVILLE, PA 17821 | ACCOUNTS RECEIVABLE | 1121-000 | 1.50 | | 55,587.94 |
| 09/05/2017 | [1] | ROBERT LONGBERGER 22 AVENUE A SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 4.50 | | 55,592.44 |
| 09/05/2017 | [1] | PAUL SCHNOKE 19 CENTER AVE SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 3.60 | | 55,596.04 |
| | | | Page Subtotals | | 175.89 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 251)

**Exhibit 9**

Case No:  **17-00641**
Case Name:  **Pottsville Internists Associates, Inc.**

Taxpayer ID No:  **\*\*-\*\*\*9850**
For Period Ending:  **6/21/2019**

Trustee Name:  **William G. Schwab**
Bank Name:  **Texas Capital Bank**
Account Number/CD#:  **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit):  **10,000,000.00**
Separate bond (if applicable):  **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/05/2017 | | ADJUSTMENT IN | ADJUSTMENT IN (DEPOSITED INTO WRONG BANK ACCOUNT) | 1280-000 | 465.00 | | 56,061.04 |
| 09/05/2017 | | ADJUSTMENT IN | ADJUSTMENT IN (DEPOSITED INTO WRONG BANK ACCOUNT) | 1280-000 | 4,614.69 | | 60,675.73 |
| 09/05/2017 | | ADJUSTMENT IN | ADJUSTMENT IN (DEPOSITED INTO WRONG BANK ACCOUNT) | 1280-000 | 5,500.97 | | 66,176.70 |
| 09/05/2017 | | ADJUSTMENT IN | ADJUSTMENT IN (DEPOSITED INTO WRONG BANK ACCOUNT) | 1280-000 | 317.15 | | 66,493.85 |
| 09/05/2017 | | ADJUSTMENT IN | ADJUSTMENT IN (DEPOSITED INTO WRONG BANK ACCOUNT) | 1280-000 | 420.00 | | 66,913.85 |
| 09/05/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 78.94 | 66,834.91 |
| 09/06/2017 | 51086 | APARTMENTS & ACQUISITIONS LP | ADJUSTMENT - FUNDS DEPOSITED INTO WRONG BANK ACCOUNT (Deposited into PIA Acct. - Should be A&A Acct.) (Apartments & Acquisitions Funds from Proceeds - Sale of 135 S. Franklin St.,, Shamokin 917-919 & 921-923 Center St., Ashland, & 27 N. Nice St., Frackville) | 1280-000 | (11,317.81) | | 55,517.10 |
| 09/07/2017 | 51087 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 9/2/17 (INVOICE NO. G420; McGinty, Homa, Dahm, Cassell, Williamson, PA Sales Tax) | 2990-000 | | 4,177.83 | 51,339.27 |
| | | | Page Subtotals | | 0.00 | 4,256.77 | |

UST Form 101-7-TDR (10/1/2010) (Page 252)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/08/2017 | [17] | VIOLA LUCAS 36 CHURCH ROAD POTTSVILLE, PA 17901 | MEDICAL RECORDS | 1290-000 | 12.20 | | 51,351.47 |
| 09/08/2017 | [17] | JOAN WIYDA 197 LLEWELLYN ROAD POTTSVILLE, PA 17901 | MEDICAL RECORDS | 1290-000 | 7.66 | | 51,359.13 |
| 09/08/2017 | [17] | TERE BATES 2787 SYCAMORE ROAD QUINCY, FL 32351 | MEDICAL RECORDS | 1290-000 | 12.00 | | 51,371.13 |
| 09/08/2017 | [1] | ELAINE CLARKSON 252 HIGH ROAD POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.30 | | 51,374.43 |
| 09/08/2017 | [1] | WASSIL DI CASIMIRRO 454 ROOSEVELT DRIVE MAHANOY CITY, PA 17948 | ACCOUNTS RECEIVABLE | 1121-000 | 4.22 | | 51,378.65 |
| 09/08/2017 | [1] | SADIE WETZEL 358 FRONT STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 51,418.65 |
| 09/08/2017 | [1] | MARIAN FRANK 1007 NEWBOLD STREET P.O. BOX 3 TUSCARORA, PA 17982 | ACCOUNTS RECEIVABLE | 1121-000 | 2.00 | | 51,420.65 |
| | | | Page Subtotals | | 81.38 | 0.00 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/08/2017 | [1] | MICHELE AYELLO<br>1154 Running Deer Dr<br>Auburn, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 5.60 | | 51,426.25 |
| 09/08/2017 | [1] | LORI CECIL<br>1823 WEST PARKWAY DRIVE<br>APT A<br>PIQUA, OH 45356 | ACCOUNTS RECEIVABLE | 1121-000 | 1.15 | | 51,427.40 |
| 09/08/2017 | [1] | DAVID BRENNAN<br>824 BUNTING STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 42.88 | | 51,470.28 |
| 09/08/2017 | [1] | LARRY KLINGER<br>27 AIRPORT ROAD<br>PINE GROVE, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 51,471.97 |
| 09/08/2017 | [1] | JAMES BLACKWELL<br>501 SOUTH LINE STREERT<br>FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 2.11 | | 51,474.08 |
| 09/08/2017 | [1] | BEVERLY KOSTISHAK<br>401 SOUTH SECOND STREET<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 4.72 | | 51,478.80 |
| 09/08/2017 | [1] | GWEN SPOTTS<br>1330 SHADY LANE<br>TAMAQUA, PA 18252 | ACCOUNTS RECEIVABLE | 1121-000 | 1.50 | | 51,480.30 |
| | | | Page Subtotals | | 59.65 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 254)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | Uniform Trans. Code | 5 Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 09/08/2017 | [1] | ALLISON VALENTINE 418 STONEY RUN ROAD POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 2.25 | | 51,482.55 |
| 09/08/2017 | [1] | BONNIE DAVIS 607 WEST RACE STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 2.99 | | 51,485.54 |
| 09/08/2017 | [1] | TERRY PUGH 223 EAST WILSON STREET APT 1 SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 51,487.23 |
| 09/08/2017 | [1] | NANCY FELLOWS 166 SOUTH 24TH STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 0.46 | | 51,487.69 |
| 09/08/2017 | [1] | CHRISTINE LAWSON 32 FRITZ AVE SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 51,497.69 |
| 09/08/2017 | [1] | CAPITAL BLUE | ACCOUNTS RECEIVABLE | 1121-000 | 58.62 | | 51,556.31 |
| 09/08/2017 | [1] | JOHN PAUL 970 FOUNTAIN STREET ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 51,558.00 |
| | | | Page Subtotals | | 77.70 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 255)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/08/2017 | [1] | LILLIAN GATTONE<br>3734 Oakwood Trl<br>Allentown, PA 18103 | ACCOUNTS RECEIVABLE | 1121-000 | 64.72 | | 51,622.72 |
| 09/08/2017 | [1] | ACCESS SERVICE INC<br>500 Office Center Dr<br>STE 100<br>Fort Washington, PA 19034 | ACCOUNTS RECEIVABLE | 1121-000 | 0.65 | | 51,623.37 |
| 09/08/2017 | [1] | CRYSTAL OCHS<br>366 WEST ROSE STREET<br>TREMONT, PA 17981 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 51,626.37 |
| 09/08/2017 | [1] | MARILYN VALOSIN<br>505 NORTH WARREN STREET<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 51,651.37 |
| 09/08/2017 | [1] | LAURIE WARD<br>2201 W Norwegian St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 2.05 | | 51,653.42 |
| 09/08/2017 | [1] | GLENDA REICHERT<br>50 PEBBLE LANE<br>PINE GROVE, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 1.50 | | 51,654.92 |
| 09/08/2017 | [1] | TARA JO EVITTS<br>214 N Margaretta St<br>Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 25.41 | | 51,680.33 |
| | | | Page Subtotals | | 122.33 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 256)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/08/2017 | [1] | KEVIN MCELVANEY<br>121 WOODVIEW DRIVE<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 3.60 | | 51,683.93 |
| 09/08/2017 | [1] | KENNETH BRENNAN<br>28 CHESTNUT STREET<br>CRESSONA, PA 17929 | ACCOUNTS RECEIVABLE | 1121-000 | 2.30 | | 51,686.23 |
| 09/08/2017 | [1] | WAYNE MORRIS<br>220 DEERFIELD DRIVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 51,701.23 |
| 09/08/2017 | [1] | BARBARA BRIGHT<br>120 MAIN STREET<br>GILBERTON, PA 17934 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 51,726.23 |
| 09/08/2017 | [1] | DONNA MELOCHICK<br>2 WOODBRIDGE ROAD<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 51,727.92 |
| 09/08/2017 | [1] | ROSE NORDALL<br>422 Birds Hill Rd<br>Pine Grove, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 51,752.92 |
| 09/08/2017 | [1] | MICHELE GIPE<br>111 EAST LIBERTY STEET<br>P.O. BOX 192<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 3.60 | | 51,756.52 |

Page Subtotals 76.19 0.00

UST Form 101-7-TDR (10/1/2010) (Page 257)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/08/2017 | [1] | KAREN PASONE<br>101 EAST CHESTNUT STREET<br>APT 106<br>FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 1.00 | | 51,757.52 |
| 09/08/2017 | [1] | CHERYL KERNS<br>46 SOUTH MORRIS STREET<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 3.30 | | 51,760.82 |
| 09/08/2017 | [1] | KATHY COOPER<br>89 Molleystown Rd<br>Pine Grove, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 2.78 | | 51,763.60 |
| 09/08/2017 | [1] | ANN MARIE YACOBACCI<br>1333 WEST MARKET STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.30 | | 51,766.90 |
| 09/08/2017 | [1] | LISA FULLER<br>1745 WEST MAIN STREET<br>VALLEY VIEW, PA 17983 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 51,769.90 |
| 09/08/2017 | [1] | EDWARD CUNNINGHAM<br>819 WEST CENTER STREET<br>APT 301<br>ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 35.00 | | 51,804.90 |
| 09/08/2017 | [1] | COLLEEN MILLER<br>33 Lower Beechwood Ave<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 2.06 | | 51,806.96 |
| | | | | Page Subtotals | 50.44 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 258)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/08/2017 | [1] | CAROLYN KUTZ<br>943 SUMMERHILL ROAD<br>AUBURN, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 51,809.96 |
| 09/08/2017 | [1] | VELVET WEDDE<br>803 WEST MAIN STREET<br>VALLEY VIEW, PA 17983 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 51,811.65 |
| 09/08/2017 | [1] | MICHELE PLESNARSKI<br>555 NORTH 3RD STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 2.25 | | 51,813.90 |
| 09/08/2017 | [1] | DAVID DIAMOND<br>1CHRIS AMBER DRIVE<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 2.99 | | 51,816.89 |
| 09/08/2017 | [1] | BETTY HENRY<br>16 C FRIEDEN MANOR<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 51,818.58 |
| 09/08/2017 | [1] | MARY BURNS<br>518 WEST RACE STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 51,838.58 |
| 09/08/2017 | [1] | KIMBERLY CUMMINGS<br>875 SUMMER VALLEY ROAD<br>NEW RINGGOLD, PA 17960 | ACCOUNTS RECEIVABLE | 1121-000 | 2.25 | | 51,840.83 |
| | | | Page Subtotals | | 33.87 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 259)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 09/08/2017 | [1] | JOSEPH BRISH<br>313 NORTH COAL STREET<br>PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 1.50 | | 51,842.33 |
| 09/08/2017 | [1] | CHRISTOPHER THOMAS<br>1495 FAIR ROAD<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 2.65 | | 51,844.98 |
| 09/08/2017 | [1] | JEAN HECKMAN<br>267 LEHIGH STREET<br>CUMBOLA, PA 17930 | ACCOUNTS RECEIVABLE | 1121-000 | 4.64 | | 51,849.62 |
| 09/08/2017 | [1] | PATRICIA FEDEROVICH<br>100 Schaeffer Hill Rd<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 2.40 | | 51,852.02 |
| 09/08/2017 | [1] | GROUP HEALTH INCORPORATED<br>P.O. BOX 2814<br>NEW YORK, PA 10116 | ACCOUNTS RECEIVABLE | 1121-000 | 12.00 | | 51,864.02 |
| 09/08/2017 | [1] | ROBERT ENGLEMAN<br>58 York Farm Rd<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 182.84 | | 52,046.86 |
| 09/08/2017 | [1] | DAVID SOUCHAK<br>1030 MAPLE STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 4.50 | | 52,051.36 |
| | | | Page Subtotals | | 210.53 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 260)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: ********1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform Trans. Code | Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 09/08/2017 | [1] | PATRICIA KURDINSKY<br>414 WEST CENTRE STREET<br>MAHANOY CITY, PA 17948 | ACCOUNTS RECEIVABLE | 1121-000 | 3.38 | | 52,054.74 |
| 09/08/2017 | [1] | JANICE CANTWELL<br>319 WEST OAK STREET<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 3.40 | | 52,058.14 |
| 09/08/2017 | [1] | KATHRYN BREININGER<br>34 REAR EAST LIBERTY STREET<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 3.60 | | 52,061.74 |
| 09/08/2017 | 51088 | COMCAST<br>PO BOX 3001<br>SOUTHEASTERN, PA 19398-3001 | COMCAST (ACCT. 8993 11 252 0151882) | 2990-000 | | 525.55 | 51,536.19 |
| *09/08/2017 | 51089 | STAPLES | SUPPLIES (CD/DVD's & ENVELOPES & TOILETRY SUPPLIES)(ACCT. NO. 6035 5178 5003 9719) | 2990-003 | | 317.84 | 51,218.35 |
| *09/08/2017 | | STAPLES | SUPPLIES (CD/DVD's & ENVELOPES & TOILETRY SUPPLIES)(ACCT. NO. 6035 5178 5003 9719) | 2990-003 | | (317.84) | 51,536.19 |
| 09/08/2017 | 51090 | STAPLES | SUPPLIES (CD/DVD's & ENVELOPES & TOILETRY SUPPLIES)(ACCT. NO. 6035 5178 5003 9719) | 2990-000 | | 354.78 | 51,181.41 |
| 09/08/2017 | 51091 | BK ATTORNEY SERVICES, LLC<br>PO BOX 4590<br>1917 W. A STREET<br>PASCO, WA 99302-4590 | SERVICE OF MEDICAL RECORDS | 2200-000 | | 31,190.24 | 19,991.17 |
| | | | Page Subtotals | | 10.38 | 32,070.57 | |

UST Form 101-7-TDR (10/1/2010) (Page 261)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: \*\*-\*\*\*9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/13/2017 | [1] | WELLS FARGO BANK | ACCOUNTS RECEIVABLE | 1121-000 | 3,000.00 | | 22,991.17 |
| 09/13/2017 | 51092 | US POSTMASTER LEHIGHTON, PA 18235 | POSTAGE (MEDICAL RECORDS - Viola Lucas, Terie Bates, Joan Wiyda, Leondard G. Schumack, John Nush, Maryann Dixon, Andrew Weiner, & Renee Maryniuk) | 2990-000 | | 31.52 | 22,959.65 |
| 09/18/2017 | 51093 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 9/9/17 (INVOICE NO.G428; McGinty, Homa, Dahm, Cassell, Williamson, PA Sales Tax) | 2990-000 | | 4,536.38 | 18,423.27 |
| 09/19/2017 | [1] | C. LLOYD 247 NORTH 2ND STREET GIRARDVILLE, PA 17935 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 18,424.96 |
| 09/19/2017 | [1] | PATRICIA KNIPE 623 BIG MINE RUN ROAD ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 3.18 | | 18,428.14 |
| 09/19/2017 | [1] | KATHY SCHAEFFER 401 S Saint Peter St Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 1.50 | | 18,429.64 |
| 09/19/2017 | [1] | MONTENE MOYER 112 Schuylkill St Cressona, PA 17929 | ACCOUNTS RECEIVABLE | 1121-000 | 1.50 | | 18,431.14 |
| | | | | Page Subtotals | 3,007.87 | 4,567.90 | |

UST Form 101-7-TDR (10/1/2010) (Page 262)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/19/2017 | [1] | JAMES NOVATKA<br>210 EAST PENN STREET<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 18,451.14 |
| 09/19/2017 | [1] | ALBERTA PUKAVAGE<br>P.O. BOX 235<br>RINGTOWN, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 18,476.14 |
| 09/19/2017 | [1] | JESSICA LEONARD<br>505 FOREST LANE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 18,496.14 |
| 09/19/2017 | [1] | NATIONAL AUTOMATIC SPRINKLER<br>INDUSTRY WELFARE FUND<br>8000 CORPORATE<br>LANDOVER, MD 20785 | ACCOUNTS RECEIVABLE | 1121-000 | 15.80 | | 18,511.94 |
| 09/19/2017 | [1] | LOUISE BALICKI<br>1416 SENECA STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 18,526.94 |
| 09/19/2017 | [1] | HEATHER GEIST<br>1607 CREEK ROAD<br>PITMAN , PA 17964 | ACCOUNTS RECEIVABLE | 1121-000 | 17.48 | | 18,544.42 |
| 09/19/2017 | [1] | H. KESTEN<br>400 Laurel Blvd<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 1.60 | | 18,546.02 |

Page Subtotals 114.88 0.00

UST Form 101-7-TDR (10/1/2010) (Page 263)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1<br>Transaction<br>Date | 2<br>Check or<br>[Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Trans.<br>Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD<br>Balance($) |
|---|---|---|---|---|---|---|---|
| 09/19/2017 | [1] | MICHAEL STOPPI | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 18,551.02 |
| 09/19/2017 | [1] | EDNA AUFFINGER<br>214 FARNHAM AVE<br>APT 1<br>LODI, NJ 07644 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 18,561.02 |
| 09/19/2017 | [1] | SHIRLEY MCFARLAND<br>225 PIKE STREET<br>PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 18,562.71 |
| 09/19/2017 | [1] | MARY METZGER<br>19 Bernhard Rd<br>Barnesville, PA 18214 | ACCOUNTS RECEIVABLE | 1121-000 | 0.33 | | 18,563.04 |
| 09/19/2017 | [1] | ROBERT YEAGER<br>1411 BUNTING STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 18,573.04 |
| 09/19/2017 | [1] | ROBERT KEITER<br>1608 Walnut Bottom Rd<br>Newville, PA 17241 | ACCOUNTS RECEIVABLE | 1121-000 | 1.82 | | 18,574.86 |
| 09/19/2017 | [1] | LOUISA MALEY<br>22 COAL STREET<br>PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 18,577.86 |
| 09/19/2017 | [1] | MARGARET PURCELL | ACCOUNTS RECEIVABLE | 1121-000 | 4.18 | | 18,582.04 |
| | | | Page Subtotals | | 36.02 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 264)

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/19/2017 | [1] | BRENDA STECKLEY<br>807 Suedberg Rd<br>Pine Grove, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 18,583.73 |
| 09/19/2017 | [1] | THE ADVOCACY ALLIANCE<br>PO Box 1368<br>SCRANTON, PA 18501 | ACCOUNTS RECEIVABLE | 1121-000 | 0.94 | | 18,584.67 |
| 09/19/2017 | [1] | BOROUGH OF MINERSVILLE<br>TWO EAST SUNBURY STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 3.30 | | 18,587.97 |
| 09/19/2017 | [1] | MARY FOLWEILER<br>228 SOUTH SECOND STREET<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 18,607.97 |
| 09/19/2017 | [1] | WILLIAM ZETH<br>1468 BUNTING STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.40 | | 18,611.37 |
| 09/19/2017 | [1] | RANDAL JERONIS<br>1613 CHERRY STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 28.45 | | 18,639.82 |
| 09/19/2017 | [1] | REBEKAH TOLAR<br>1599 LIGHT FOOT DRIVE<br>AUBURN, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 1.01 | | 18,640.83 |
| | | | Page Subtotals | | 58.79 | 0.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:   17-00641
Case Name:   Pottsville Internists Associates, Inc.

Taxpayer ID No:   **-***9850
For Period Ending:   6/21/2019

Trustee Name:   **William G. Schwab**
Bank Name:   **Texas Capital Bank**
Account Number/CD#:   **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit):   **10,000,000.00**
Separate bond (if applicable):   **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/19/2017 | [1] | GEORGE BOXTER<br>443 CHURCH STREET<br>BARNESVILLE, PA 18214 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 18,642.52 |
| 09/19/2017 | [1] | MARGUERITE FASNACHT<br>300 LEWIS STREET<br>APT 607<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 18,644.21 |
| 09/19/2017 | [1] | ROBERT SOPHY<br>1134 EAGLE ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 18,669.21 |
| 09/19/2017 | [1] | CARMEN MURHON<br>1516  NORTH NORWEGIAN STREET<br>POTTSVILLE, PA 17902 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 18,689.21 |
| 09/19/2017 | [1] | HEIDI MAIDENFORD<br>117 Natures Rd<br>Pine Grove, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 1.98 | | 18,691.19 |
| 09/19/2017 | [1] | MICHELLE SIMINITUS<br>110 BLACK DIAMOND ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 1.50 | | 18,692.69 |
| 09/19/2017 | [1] | MARY ANN ANGELO<br>301 SUNBURY STRET<br>APT 2-A<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 18,717.69 |
| | | | Page Subtotals | | 76.86 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 266)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 09/19/2017 | [1] | FAYE KETNER<br>611 ORCHARD AVE<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 18,720.69 |
| 09/19/2017 | [1] | STEPHANIE CAULFIELD<br>118 EAST CHESTNUT STREET<br>FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 18,730.69 |
| 09/19/2017 | [1] | JOSEPH CAREYVA<br>25 GREEN MOUNTAIN ROAD<br>RONGTOWN, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 18,732.38 |
| 09/19/2017 | [1] | CHARLES THOMAS<br>113 MAIN STREET<br>MARY D, PA 17952 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 18,762.38 |
| 09/19/2017 | [1] | THOMAS WINGLE<br>404 ST. JOHNS STREET<br>1ST FLOOR<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 18,764.07 |
| 09/19/2017 | [1] | DOLORES BRADY<br>41 S Nicholas St<br>Saint Clair, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 3.95 | | 18,768.02 |
| 09/19/2017 | [1] | AUSTIN BOLICH<br>406 CHESTNUT STREET<br>MAR LIN, PA 17951 | ACCOUNTS RECEIVABLE | 1121-000 | 16.77 | | 18,784.79 |

Page Subtotals: 67.10 | 0.00

UST Form 101-7-TDR (10/1/2010) (Page 267)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 09/19/2017 | 51094 | BB&T | PAYMENT OF SECURED CLAIM NO. 9B | 4210-000 | | 7,102.58 | 11,682.21 |
| 09/21/2017 | 51095 | CARD SERVICES<br>PO BOX 13337<br>PHILADELPHIA, PA 19101-3337 | MISC. FILING & SERVICING FEES | 2990-000 | | 546.02 | 11,136.19 |
| 09/21/2017 | 51096 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 9/16/17 (INVOICE NO.G436; McGinty, Homa, Dahm, Hartz, Zulick, Bainbridge, Williamson, PA Sales Tax) | 2990-000 | | 5,505.41 | 5,630.78 |
| 09/21/2017 | 51097 | TRUSTEE INSURANCE AGENCY<br>2813 WEST MAIN<br>KALAMAZOO, MI 49006 | INSURANCE PREMIUM (INVOICE NO. 1637; 106 S. CLAUDE A. BLVD., POTTSVILLE) | 2990-000 | | 507.50 | 5,123.28 |
| 09/25/2017 | [1] | JEAN PAULUKONIS<br>123 EAST MAIN STREET<br>GIRARDVILLE, PA 17953 | ACCOUNTS RECEIVABLE | 1121-000 | 6.87 | | 5,130.15 |
| 09/25/2017 | [1] | MARY LOU BUCHINSKY<br>215 PENNSYLVANIA AVE<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 5,150.15 |
| 09/25/2017 | [1] | MARK FRANTZ<br>62 NORTH CENTER STREET<br>FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 5,180.15 |
| 09/25/2017 | [1] | CHARLES OTTERBEIN<br>263 FOREST ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 2.99 | | 5,183.14 |
| | | | Page Subtotals | | 59.86 | 13,661.51 | |

UST Form 101-7-TDR (10/1/2010) (Page 268)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/25/2017 | [1] | KATHRYN MALEY<br>1773 Running Deer Dr<br>Auburn, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 3.00 | | 5,186.14 |
| 09/25/2017 | [1] | NANCY LECHLEITNER<br>320 Mauch Chunk St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 5,211.14 |
| 09/25/2017 | [1] | MARGARET ROBISON<br>58 Wiggan St<br>New Philadelphia, PA 17959 | ACCOUNTS RECEIVABLE | 1121-000 | 0.94 | | 5,212.08 |
| 09/25/2017 | [1] | WILLIAM WALLITSCH<br>8482 Starling Rd<br>Breinigsville, PA 18031 | ACCOUNTS RECEIVABLE | 1121-000 | 1.16 | | 5,213.24 |
| 09/25/2017 | [1] | ELIZABETH LENOSKY<br>135 MAIN STREET<br>P.O. BOX 4084<br>SELTZER, PA 17974 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 5,238.24 |
| 09/25/2017 | [1] | UNITED HEALTHCARE COMMUNITY PLAN<br>P.O. BOX 7550<br>PHOENIX, AZ 85011 | ACCOUNTS RECEIVABLE | 1121-000 | 14.06 | | 5,252.30 |
| 09/25/2017 | [1] | UNITED HEALTHCARE COMMUNITY PLAN<br>P.O. BOX 7550<br>PHOENIX, AZ 85011 | ACCOUNTS RECEIVABLE | 1121-000 | 35.15 | | 5,287.45 |
| | | | Page Subtotals | | 104.31 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 269)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  17-00641

Case Name:  Pottsville Internists Associates, Inc.

Taxpayer ID No:  **-***9850

For Period Ending:  6/21/2019

Trustee Name:  William G. Schwab

Bank Name:  Texas Capital Bank

Account Number/CD#:  ******1797 Checking Account

Blanket bond (per case limit):  10,000,000.00

Separate bond (if applicable):  0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/25/2017 | [1] | UNITED HEALTHCARE COMMUNITY PLAN P.O. BOX 7550 PHOENIX, AZ 85011 | ACCOUNTS RECEIVABLE | 1121-000 | 8.48 | | 5,295.93 |
| 09/25/2017 | [1] | TERRI WILLARD 313 SECOND STREET PINE GROVE, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 94.77 | | 5,390.70 |
| 09/25/2017 | [1] | LAUREN BOORUJY 1204 Mahantongo St Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 0.94 | | 5,391.64 |
| 09/25/2017 | [1] | CAROL MCSHAW 164 STRAWBERRY LANE RINGTOWN, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 5,401.64 |
| 09/25/2017 | [1] | RONALD DAVENPORT 139 SOUTH MILL STREET SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 1.51 | | 5,403.15 |
| 09/25/2017 | [1] | JEFFERY VOLUTZA 25 N. NICHOLAS STREE APT 105 SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 5,423.15 |
| 09/25/2017 | [1] | DAVID FLAIL 429 WEST JOHN STREET FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 5,424.84 |
| | | | Page Subtotals | | 137.39 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 270)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | Uniform Trans. Code | 5 Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 09/25/2017 | [1] | CHARLES J. WYLAM 221 SOUTH MORRIS STREET SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 63.25 | | 5,488.09 |
| 09/25/2017 | [1] | MARIE SURFIELD 212 CHESTNUT STREET MARLIN, PA 17951 | ACCOUNTS RECEIVABLE | 1121-000 | 0.89 | | 5,488.98 |
| 09/25/2017 | [1] | MARIE SURFIELD 212 CHESTNUT STREET MARLIN, PA 17951 | ACCOUNTS RECEIVABLE | 1121-000 | 0.03 | | 5,489.01 |
| 09/25/2017 | [1] | MARIE SURFIELD 212 CHESTNUT STREET MARLIN, PA 17951 | ACCOUNTS RECEIVABLE | 1121-000 | 2.79 | | 5,491.80 |
| 09/25/2017 | [1] | MARIE SURFIELD 212 CHESTNUT STREET MARLIN, PA 17951 | ACCOUNTS RECEIVABLE | 1121-000 | 2.99 | | 5,494.79 |
| 09/25/2017 | [1] | MARIE SURFIELD 212 CHESTNUT STREET MARLIN, PA 17951 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 5,504.79 |
| 09/25/2017 | [1] | KATIE CARR 439 SUNBURY STREET MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 2.30 | | 5,507.09 |
| | | | Page Subtotals | | 82.25 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 271)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  **17-00641**
Case Name:  **Pottsville Internists Associates, Inc.**

Taxpayer ID No:  **\*\*-\*\*\*9850**
For Period Ending:  **6/21/2019**

Trustee Name:  **William G. Schwab**
Bank Name:  **Texas Capital Bank**
Account Number/CD#:  **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit):  **10,000,000.00**
Separate bond (if applicable):  **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/25/2017 | [1] | SHANNON MUELLER<br>9 Krause St<br>Bay Shore, NY 11706 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 5,508.78 |
| 09/25/2017 | [1] | ROBIN LYNCH<br>208 DOCK STREET<br>APT # 9<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 5,533.78 |
| 09/25/2017 | [17] | SHIRLEY NASADOS<br>404 E Wiconisco Ave<br>Tower City, PA 17980 | MEDICAL RECORDS | 1290-000 | 12.20 | | 5,545.98 |
| 09/25/2017 | [23] | POTTSVILLE INTERNISTS ASSOC<br>106 S Claude a Lord Blvd<br>Pottsville, PA 17901 | 401(K) OVER-PAYMENT (UNSCHEDULED) | 1229-000 | 27,089.68 | | 32,635.66 |
| 09/25/2017 | 51098 | COMCAST<br>PO BOX 37601<br>PHILADELPHIA, PA 19101-0601 | COMCAST (ACCT. NO. 903111610)(INVOICE NO. 56443922) | 2990-000 | | 586.49 | 32,049.17 |
| 09/26/2017 | 51099 | BB&T | PAYMENT OF SECURED CLAIM NO. 9B | 4210-000 | | 20,087.45 | 11,961.72 |
| 09/27/2017 | 51100 | COMCAST<br>PO BOX 37601<br>PHILADELPHIA, PA 19101-0601 | COMCAST (ACCT. NO. 8993112520172227) | 2990-000 | | 145.75 | 11,815.97 |
| | | | Page Subtotals | | 27,128.57 | 20,819.69 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/27/2017 | 51101 | UPS<br>PO BOX 7247-0244<br>PHILADELPHIA, PA 19170-0001 | UPS OVERNIGHT MAILING (INVOICE NO. FE5895387; SHIPPER NO. FE5895; CONTROL ID 0U07) | 2990-000 | | 32.49 | 11,783.48 |
| 09/28/2017 | 51102 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 9/16/17 (INVOICE NO.G444; Williamson, Homa, Dahm, Cassell, Hartz, Zulick, Bainbridge, PA Sales Tax) | 2990-000 | | 3,476.46 | 8,307.02 |
| 09/28/2017 | 51103 | US POSTMASTER<br>LEHIGHTON, PA 18235 | POSTAGE (MEDICAL RECORDS, NOTICES & MISCELLANEOUS MATTERS) | 2990-000 | | 119.72 | 8,187.30 |
| 10/04/2017 | 51104 | UPS<br>PO BOX 7247-0244<br>PHILADELPHIA, PA 19170-0001 | UPS OVERNIGHT MAILING (INVOICE NO. FE5895397; SHIPPER NO. FE5895; CONTROL ID 287Z) | 2990-000 | | 53.14 | 8,134.16 |
| 10/04/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 58.58 | 8,075.58 |
| 10/05/2017 | 51105 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 9/30/17 (INVOICE NO.G452; McGinty, Homa, Dahm, Cassell, Hartz, Zulick, Bainbridge, PA Sales Tax) | 2990-000 | | 5,788.81 | 2,286.77 |
| 10/06/2017 | [24] | CAROL MILLER SCHAEFFER, M.D.<br>23 WOODLAWN DRIVE<br>SCHUYLKILL HAVEN, PA 17972 | DR.LITIGATION- SETTLEMENT PROCEEDS FOR CLAIM # 24 | 1249-000 | 42,000.00 | | 44,286.77 |
| | | | Page Subtotals | | 42,000.00 | 9,529.20 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/06/2017 | [24] | MANISH MISHRA,M.D.<br>4306 BROOKSIDE CT<br>ORWIGSBURG, PA 17961 | DR.LITIGATION- SETTLEMENT PROCEEDS FOR CLAIM # 24 | 1249-000 | 42,000.00 | | 86,286.77 |
| 10/06/2017 | [24] | AMRIT NARULA, M.D.<br>3014 RIDGE VIEW DRIVE<br>ORWIGSBURG, PA 17961 | DR.LITIGATION- SETTLEMENT PROCEEDS FOR CLAIM # 24 | 1249-000 | 55,000.00 | | 141,286.77 |
| 10/06/2017 | [24] | TARIQ HAFIZ, M.D.<br>4561 WOODBRUSH HAY<br>ALLENTOWN, PA 18104 | DR.LITIGATION- SETTLEMENT PROCEEDS FOR CLAIM # 24 | 1249-000 | 55,000.00 | | 196,286.77 |
| 10/06/2017 | [24] | ALBERT EVANS, MD.<br>63 AVENUE<br>SCHUYLKILL HAVEN, , PA 17972 | DR.LITIGATION- SETTLEMENT PROCEEDS FOR CLAIM # 24 | 1249-000 | 42,000.00 | | 238,286.77 |
| 10/06/2017 | [24] | GEORGE HEFFNER, MD.<br>1017 RIDGE VIEW ROAD<br>ORWIGSBURG, PA 17961 | DR.LITIGATION- SETTLEMENT PROCEEDS FOR CLAIM # 24 | 1249-000 | 55,000.00 | | 293,286.77 |
| 10/06/2017 | [17] | R.J. MARZELLA ESQUIRE<br>3513 NORTH FRONT STREET<br>HARRISBURG, PA 171110 | MEDICAL RECORDS FRO ANDREW WARNER, ESTATE | 1290-000 | 122.16 | | 293,408.93 |
| 10/06/2017 | [17] | THE MAZZA LAW GROUP<br>2790 W. COLLEGE AVE<br>SUITE 800<br>STATE COLLEGE, PA 16801 | MEDICAL RECORDS FOR JAMIE REED | 1290-000 | 27.92 | | 293,436.85 |

Page Subtotals     249,150.08     0.00

UST Form 101-7-TDR (10/1/2010) (Page 274)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/06/2017 | [1] | HIGHMARK SENIOR HEALTH CO | ACCOUNTS RECEIVABLE | 1121-000 | 166.35 | | 293,603.20 |
| 10/06/2017 | [1] | JOHN JOHNSON 3045 CHESTNUT STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 8.28 | | 293,611.48 |
| 10/06/2017 | [1] | AMERIHEALTH CARITAS NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 108.84 | | 293,720.32 |
| 10/06/2017 | [1] | AMERIHEALTH CARITAS NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 104.92 | | 293,825.24 |
| 10/06/2017 | [1] | AMERIHEALTH CARITAS NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 35.00 | | 293,860.24 |
| 10/06/2017 | [1] | AMERIHEALTH CARITAS NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 35.00 | | 293,895.24 |
| 10/06/2017 | [1] | AMERIHEALTH CARITAS NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 54.22 | | 293,949.46 |
| 10/06/2017 | [1] | AMERIHEALTH CARITAS NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 96.27 | | 294,045.73 |
| 10/06/2017 | [1] | AMERIHEALTH CARITAS NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 35.00 | | 294,080.73 |
| 10/06/2017 | [1] | AMERIHEALTH CARITAS NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 294,110.73 |
| | | | | Page Subtotals | 673.88 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 275)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/06/2017 | [1] | AMERIHEALTH CARITAS NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 35.00 | | 294,145.73 |
| 10/06/2017 | [1] | AMERIHEALTH CARITAS NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 7.50 | | 294,153.23 |
| 10/06/2017 | [1] | ANNA ROKOSKY 715 FOREST LANE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.30 | | 294,156.53 |
| 10/06/2017 | [1] | ROGER KRAMMES 23 GROVE STREET CRESSONA, PA 17929 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 294,181.53 |
| 10/06/2017 | [1] | DONNA KRAMMES 23 GROVE STREET CRESSONA, PA 17929 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 294,206.53 |
| 10/06/2017 | [1] | CHRISTINE LAWSON 32 FRITZ AVE SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 294,216.53 |
| 10/06/2017 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 40.18 | | 294,256.71 |
| 10/06/2017 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 250.76 | | 294,507.47 |
| | | | | Page Subtotals | 396.74 | 0.00 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/06/2017 | [1] | EDWARD CUNNINGHAM<br>819 WEST CENTER STREET<br>APT 301<br>ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 35.00 | | 294,542.47 |
| 10/06/2017 | [1] | MICHAEL BROWN<br>289 PLEASANT VALLEY RD<br>PINE GROVE, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 14.68 | | 294,557.15 |
| 10/06/2017 | [1] | KAREN CORRELL<br>230 NEW PHILADELPHIA ROAD<br>KASKA, PA 17959 | ACCOUNTS RECEIVABLE | 1121-000 | 27.63 | | 294,584.78 |
| 10/06/2017 | [1] | ROBERT SOPHY<br>1134 EAGLE ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 294,609.78 |
| 10/06/2017 | [1] | CHARLENE FREEZE<br>114 PIKE STREET<br>PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 294,634.78 |
| 10/06/2017 | [1] | CHARLES NOLL<br>1543 NORWEGIAN STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 294,659.78 |
| 10/06/2017 | [1] | CHARLES NOLL<br>1543 NORWEGIAN STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 294,684.78 |

Page Subtotals     177.31     0.00

UST Form 101-7-TDR (10/1/2010) (Page 277)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:   17-00641
Case Name:   Pottsville Internists Associates, Inc.

Taxpayer ID No:   **-***9850
For Period Ending:   6/21/2019

Trustee Name:   **William G. Schwab**
Bank Name:   **Texas Capital Bank**
Account Number/CD#:   ********1797 Checking Account**
Blanket bond (per case limit):   **10,000,000.00**
Separate bond (if applicable):   **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/06/2017 | [1] | E. SHIRLEY RIEGEL<br>174 Reedsville Rd<br>Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 294,704.78 |
| 10/06/2017 | [1] | MICHELLE KALYAN<br>1760 RUNNING DEER ROAD<br>AUBURN, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 294,709.78 |
| 10/06/2017 | [1] | ROBIN BARTON<br>1966 W Norwegian St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 294,759.78 |
| 10/06/2017 | [1] | JOANNE JONES<br>603 FAIRVIEW STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 148.60 | | 294,908.38 |
| 10/06/2017 | [1] | JOHN DAVISON<br>808 VILLAGE ROAD<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 294,918.38 |
| 10/06/2017 | [24] | KAMLA MISHRA, M.D.<br>1150 SUNSET DRIVE<br>ORWIGSBURG, PA 17961 | DR.LITIGATION- SETTLEMENT PROCEEDS FOR CLAIM # 24 | 1249-000 | 42,000.00 | | 336,918.38 |
| 10/06/2017 | [17] | SEEGER WEISS LLP LAW FIRM<br>550 BROAD STREET, 9TH FLOOR<br>NEWARK, NJ 07102 | MEDICAL RECORDS FOR GEORGE RINDA | 1290-000 | 146.45 | | 337,064.83 |
| | | | Page Subtotals | | 42,380.05 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 278)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641

Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850

For Period Ending: 6/21/2019

Trustee Name: William G. Schwab

Bank Name: Texas Capital Bank

Account Number/CD#: ******1797 Checking Account

Blanket bond (per case limit): 10,000,000.00

Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/06/2017 | [17] | ANNE FISHER<br>4506 BROOKSIDE CT<br>ORWIGSBURG, PA 17961 | MEDICAL RECORDS | 1290-000 | 13.50 | | 337,078.33 |
| 10/06/2017 | [17] | RALPH CLARK<br>365 Phineyville Rd<br>Ringtown, PA 17967 | MEDICAL RECORDS | 1290-000 | 5.00 | | 337,083.33 |
| 10/06/2017 | [17] | ROSE PRICE<br>56 NORTH 2ND STREET<br>FRACKVILLE, PA 17931 | MEDICAL RECORDS | 1290-000 | 13.50 | | 337,096.83 |
| 10/06/2017 | [17] | THERESA HOLMES<br>2211 W Fairview St<br>Allentown, PA 18104 | MEDICAL RECORDS | 1290-000 | 5.00 | | 337,101.83 |
| 10/06/2017 | [17] | EILEEN ROWLAND<br>515 W Mahanoy AVE<br>GIRARDSVILLE, PA 17935 | MEDICAL RECORDS | 1290-000 | 14.85 | | 337,116.68 |
| 10/09/2017 | 51106 | COMCAST<br>PO BOX 3001<br>SOUTHEASTERN, PA 19398-3001 | COMCAST PAYMENT (ACCT. 8993 11 252 0151882) | 2990-000 | | 513.83 | 336,602.85 |
| 10/09/2017 | 51107 | US POSTMASTER<br>LEHIGHTON, PA 18235 | POSTAGE (MEDICAL RECORDS - O'Brien; Rinda; Holmes; Fisher; Clark; Rowland) | 2990-000 | | 41.27 | 336,561.58 |
| 10/09/2017 | 51108 | STAPLES | SUPPLIES (CD/DVD's & ENVELOPES)(ORDER #9404293905; O9194007Y09A0T2TH)(ACCT. NO. 6035 5178 5003 9719) | 2990-000 | | 317.84 | 336,243.74 |
| | | | Page Subtotals | | 51.85 | 872.94 | |

UST Form 101-7-TDR (10/1/2010) (Page 279)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/10/2017 | [24] | GUBBI RANGANATH, M.D. 1179 TANGLEWOOD ROAD ORWIGSBURG, PA 17961 | DR.LITIGATION- SETTLEMENT PROCEEDS FOR CLAIM # 24 | 1249-000 | 42,000.00 | | 378,243.74 |
| 10/12/2017 | 51109 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 9/30/17 (INVOICE NO.G460; Williamson, McGinty, Homa, Dahm, Cassell, Hartz, Zulick, Bainbridge, PA Sales Tax) | 2990-000 | | 4,126.15 | 374,117.59 |
| *10/12/2017 | 51110 | COMCAST PO Box 37601 Philadelphia, PA 19101-0601 | COMCAST (INVOICE NO. 57402071) (ACCT. NO. 903111610) | 2990-003 | | 586.01 | 373,531.58 |
| *10/13/2017 | | COMCAST PO Box 37601 Philadelphia, PA 19101-0601 | COMCAST (INVOICE NO. 57402071) (ACCT. NO. 903111610) | 2990-003 | | (586.01) | 374,117.59 |
| 10/13/2017 | [17] | VENUS BINDIE 644 WEST PENN STREET SHENANDOAH, PA 17976 | MEDICAL RECORDS | 1290-000 | 5.00 | | 374,122.59 |
| 10/13/2017 | [17] | NEUFELD SCHECK & BRUSTIN, LLP 99 HUDSON STREET NEW YORK, NY 100013 | MEDICAL RECORDS FOR ANN HATCHETT | 1290-000 | 51.39 | | 374,173.98 |
| 10/13/2017 | [1] | LOUISE SCHICKRAM 27 TURKEY LANE AUBURN, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 374,175.67 |

| | | | | Page Subtotals | 42,058.08 | 4,126.15 | |

UST Form 101-7-TDR (10/1/2010) (Page 280)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  **17-00641**
Case Name:  **Pottsville Internists Associates, Inc.**

Taxpayer ID No:  **\*\*-\*\*\*9850**
For Period Ending:  **6/21/2019**

Trustee Name:  **William G. Schwab**
Bank Name:  **Texas Capital Bank**
Account Number/CD#:  **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit):  **10,000,000.00**
Separate bond (if applicable):  **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/13/2017 | [1] | BARBARA BRIGHT 120 MAIN STREET GILBERTON, PA 17934 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 374,200.67 |
| 10/13/2017 | [1] | CAPITAL BLUE | ACCOUNTS RECEIVABLE | 1121-000 | 15.23 | | 374,215.90 |
| 10/13/2017 | [1] | KATHLEEN ULRICH 170 WESTON PLACE SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 374,230.90 |
| 10/13/2017 | [1] | MARY ANN ANGELO 301 SUNBURY STRET APT 2-A MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 374,255.90 |
| 10/13/2017 | [1] | EDNA AUFFINGER 214 FARNHAM AVE APT 1 LODI, NJ 07644 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 374,265.90 |
| 10/13/2017 | [1] | ROSE NORDALL 422 Birds Hill Rd Pine Grove, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 374,290.90 |
| 10/13/2017 | [1] | JAMES BARRETT 1417 MARKET STREET ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 374,315.90 |

Page Subtotals     140.23     0.00

UST Form 101-7-TDR (10/1/2010) (Page 281)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/13/2017 | [1] | SADIE WETZEL<br>358 FRONT STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 374,355.90 |
| 10/13/2017 | [1] | MARY BETH HOUTZ<br>726 DEIBERTS VALLEY ROAD<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 100.00 | | 374,455.90 |
| 10/13/2017 | [1] | UNITED HEALTHCARE COMMUNITY PLAN<br>P.O. BOX 7550<br>PHOENIX, AZ 85011 | ACCOUNTS RECEIVABLE | 1121-000 | 8.95 | | 374,464.85 |
| 10/13/2017 | [1] | UNITED HEALTHCARE COMMUNITY PLAN<br>P.O. BOX 7550<br>PHOENIX, AZ 85011 | ACCOUNTS RECEIVABLE | 1121-000 | 29.38 | | 374,494.23 |
| 10/13/2017 | [17] | BONNIE MARCOSKY | MEDICAL RECORDS | 1290-000 | 5.00 | | 374,499.23 |
| 10/13/2017 | [17] | PAUL DELFIN<br>7 CRAIG DRIVE<br>READING, PA 19606 | MEDICAL RECORDS | 1290-000 | 5.00 | | 374,504.23 |
| 10/13/2017 | [17] | CHARLES ZERBY<br>301 N Keystone St<br>Muir, PA 17957 | MEDICAL RECORDS | 1290-000 | 11.65 | | 374,515.88 |
| 10/13/2017 | [17] | PATRICIA YURKOVICH<br>507 FIFTH STREET<br>NORTH CHARLEROI, PA 15022 | MEDICAL RECORDS | 1290-000 | 5.00 | | 374,520.88 |
| | | | Page Subtotals | | 204.98 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 282)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/13/2017 | 51111 | COMCAST<br>PO Box 37601<br>Philadelphia, PA 19101-0601 | COMCAST (INVOICE NO. 57402071) (ACCT. NO. 903111610) | 2990-000 | | 587.79 | 373,933.09 |
| 10/17/2017 | [1] | BB&T ACCT REC BANK ACCT | ADJUSTMENTS - DIRECT DEPOSITS INTO BANK ACCOUNT (RESTRICTED ACCOUNT) | 1121-000 | 3,000.00 | | 376,933.09 |
| 10/17/2017 | | BB&T ACCT REC BANK ACCT | BANK WITHDRAWAL DIRECTLY FROM RESTRICTED ACCT. | 4210-000 | | 3,000.00 | 373,933.09 |
| 10/18/2017 | [1] | BB&T ACCT REC BANK ACCT | ADJUSTMENT - DIRECT DEPOSIT INTO BANK ACCOUNT (ELECTRONIC TRANSACTION) | 1121-000 | 1,560.57 | | 375,493.66 |
| 10/18/2017 | | BB&T<br>9 N Centre St<br>Pottsville, PA 17901 | BANK WITHDRAWAL DIRECTLY FROM ACCT. (ELECTRONIC W/D) | 4210-000 | | 1,560.57 | 373,933.09 |
| 10/19/2017 | [17] | GERMAN, GALLAGHER & MURTAGH<br>200 SOUTH BROAD STREET<br>SUITE 500<br>PHILADELPHIA, PA 19102 | MEDICAL RECORDS FOR GARY BUSH | 1290-000 | 119.41 | | 374,052.50 |
| 10/19/2017 | 51112 | US POSTMASTER<br>LEHIGHTON, PA 18235 | POSTAGE - MISC. MAILINGS/SERVICES/MEDICAL RECORDS | 2990-000 | | 21.10 | 374,031.40 |
| 10/19/2017 | 51113 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 10/14/17 (INVOICE NO.G469; Williamson, McGinty, Homa, Dahm, Hartz, Zulick, Bainbridge, PA Sales Tax) | 2990-000 | | 4,573.90 | 369,457.50 |

Page Subtotals     4,679.98     9,743.36

UST Form 101-7-TDR (10/1/2010) (Page 283)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform Trans. Code | Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 10/20/2017 | [17] | LORAINE BROWN<br>3 Fidler Ct<br>Pine Grove, PA 17963 | MEDICAL RECORDS | 1290-000 | 13.50 | | 369,471.00 |
| 10/20/2017 | [17] | PATRICIA MOODY<br>865 EAST MAIN STREET<br>APT G<br>BIRDSBORO, PA 19508 | MEDICAL RECORDS | 1290-000 | 11.65 | | 369,482.65 |
| 10/20/2017 | [17] | KRISTINE POPE<br>2240 Mahantongo St<br>Pottsville, PA 17901 | MEDICAL RECORDS | 1290-000 | 5.00 | | 369,487.65 |
| 10/20/2017 | [17] | PATRICIA BUBNIS<br>212 EAST OAK STREET<br>SHENANDOAH, PA 17976 | MEDICAL RECORDS | 1290-000 | 5.00 | | 369,492.65 |
| 10/20/2017 | [17] | KIM MARIE WEISS<br>419 DEER ROAD<br>FAWN GROVE, PA 17321 | MEDICAL RECORDS | 1290-000 | 12.80 | | 369,505.45 |
| 10/20/2017 | [17] | ELAINE CLARKSON<br>252 HIGH ROAD<br>POTTSVILLE, PA 17901 | MEDICAL RECORDS | 1290-000 | 13.50 | | 369,518.95 |
| 10/20/2017 | [17] | KATHERINE L. NIVEN & ASSOC<br>1909 F. FRONT STREET<br>2ND FLOOR, SUITE 1<br>HARRISBURG, PA 17102 | MEDICAL RECORDS FOR REBECCA MILLER | 1290-000 | 29.53 | | 369,548.48 |
| | | | Page Subtotals | | 90.98 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 284)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/20/2017 | [1] | JANET PROSPER<br>101 Broad Ave<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 369,573.48 |
| 10/20/2017 | [1] | NAVEEN SHARMA<br>4 COLONIAL DRIVE<br>FAIRPORT, NY 14450 | ACCOUNTS RECEIVABLE | 1121-000 | 175.10 | | 369,748.58 |
| 10/20/2017 | [1] | JEFFERY VOLUTZA<br>25 N. NICHOLAS STREE<br>APT 105<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 369,768.58 |
| 10/20/2017 | [1] | KRYSTIN DODGE<br>254 Tall Palms Way<br>Little River, SC 29566 | ACCOUNTS RECEIVABLE | 1121-000 | 3.71 | | 369,772.29 |
| 10/20/2017 | [1] | DRISCOLL KARATE INSTITUTE<br>21 NORTH CENTRE STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 2.30 | | 369,774.59 |
| 10/20/2017 | [1] | CATHERINE THOMAS<br>113 N Main St<br>MARY D, PA 17952 | ACCOUNTS RECEIVABLE | 1121-000 | 35.34 | | 369,809.93 |
| 10/20/2017 | [1] | CYNTHIA DAVIS<br>15 EAST HANCOCK STREET<br>ST. CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 1.47 | | 369,811.40 |

Page Subtotals      262.92      0.00

UST Form 101-7-TDR (10/1/2010) (Page 285)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/20/2017 | [1] | STEPHANIE CAULFIELD 118 EAST CHESTNUT STREET FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 369,821.40 |
| 10/20/2017 | [1] | GURCHARN MANGAT 1016 HILLTOP COURT LEESPORT, PA 19533 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 369,861.40 |
| 10/20/2017 | [1] | MARY BURNS 518 WEST RACE STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 369,881.40 |
| 10/20/2017 | [1] | UNITED HEALTHCARE COMMUNITY PLAN P.O. BOX 7550 PHOENIX, AZ 85011 | ACCOUNTS RECEIVABLE | 1121-000 | 30.97 | | 369,912.37 |
| 10/20/2017 | [1] | UNITED HEALTHCARE COMMUNITY PLAN P.O. BOX 7550 PHOENIX, AZ 85011 | ACCOUNTS RECEIVABLE | 1121-000 | 7.03 | | 369,919.40 |
| 10/20/2017 | [1] | UNITED HEALTHCARE COMMUNITY PLAN P.O. BOX 7550 PHOENIX, AZ 85011 | ACCOUNTS RECEIVABLE | 1121-000 | 35.15 | | 369,954.55 |
| 10/20/2017 | [1] | JAMES THOMPSON 521 LAUREL TERRACE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 130.07 | | 370,084.62 |
| | | | Page Subtotals | | 273.22 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 286)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/20/2017 | [1] | MARILYN VALOSIN<br>505 NORTH WARREN STREET<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 370,109.62 |
| 10/20/2017 | [1] | CHRISTIE JO SALEM<br>133 NORTH THIRD STREET<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 370,134.62 |
| 10/20/2017 | [1] | CARMEN MURHON<br>1516  NORTH NORWEGIAN STREET<br>POTTSVILLE, PA 17902 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 370,144.62 |
| 10/20/2017 | [1] | MEGAN NEITHERCOTT<br>1233 SPRING GARDEN STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 370,174.62 |
| 10/23/2017 | 51114 | BUSINESS CARD SERVICES | COURT CALL (ID NO. 8632642) | 2990-000 | | 51.00 | 370,123.62 |
| 10/24/2017 | [17] | NANCY WEITZ<br>205 N. CENTER STREET<br>FRACKVILLE, PA 17931 | MEDICAL RECORDS | 1290-000 | 5.00 | | 370,128.62 |
| 10/24/2017 | [17] | ROBERT KOPPENHAVER<br>2743 WEST MAIN STREET<br>SPRING GLEN, PA 17978 | MEDICAL RECORDS | 1290-000 | 12.20 | | 370,140.82 |
| 10/26/2017 | 51115 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 10/21/17 (INVOICE NO.G476; Williamson, Homa, Dahm, Hartz, Zulick, Bainbridge, PA Sales Tax) | 2990-000 | | 4,017.11 | 366,123.71 |
| | | | Page Subtotals | | 107.20 | 4,068.11 | |

UST Form 101-7-TDR (10/1/2010) (Page 287)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/26/2017 | 51116 | BB&T | PAYMENT OF SECURED CLAIM NO. 9B | 4210-000 | | 4,146.93 | 361,976.78 |
| 10/30/2017 | 51117 | COMCAST PO BOX 37601 PHILADELPHIA, PA 19101-0601 | COMCAST (ACCT. NO. 8993112520172227) | 2990-000 | | 145.75 | 361,831.03 |
| 11/01/2017 | [17] | VALERIA SAJONE 935 WEST COAL STREET SHENANDOAH, PA 17976 | MEDICAL RECORDS | 1290-000 | 11.65 | | 361,842.68 |
| 11/01/2017 | [17] | RICHARD WILHIDE 460 Wynonah Dr Auburn, PA 17922 | MEDICAL RECORDS | 1290-000 | 5.00 | | 361,847.68 |
| 11/01/2017 | [17] | AUDREY LANTZ 48 EVERGREEN DRIVE NEW RINGGOLD, PA 17960 | MEDICAL RECORDS | 1290-000 | 5.00 | | 361,852.68 |
| 11/01/2017 | 51118 | UPS PO BOX 7247-0244 PHILADELPHIA, PA 19170-0001 | UPS OVERNIGHT MAILING (INVOICE NO. FE5895437; SHIPPER NO. FE5895; CONTROL ID 9R62) | 2990-000 | | 32.03 | 361,820.65 |
| 11/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 435.27 | 361,385.38 |
| | | | Page Subtotals | | 21.65 | 4,759.98 | |

UST Form 101-7-TDR (10/1/2010) (Page 288)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/06/2017 | 51119 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 10/28/17 (INVOICE NO.G482; Williamson, Homa, Dahm, Hartz, Zulick, Bainbridge, PA Sales Tax) | 2990-000 | | 3,712.32 | 357,673.06 |
| 11/07/2017 | [17] | SHANNON MOZDY 227 S. MAIN STREET SHENANDOAH, PA 17976 | MEDICAL RECORDS | 1290-000 | 5.00 | | 357,678.06 |
| 11/07/2017 | [17] | JUDY REBUCK 401 WASHINGTON STREET POTTSVILLE, PA 17901 | MEDICAL RECORDS | 1290-000 | 5.00 | | 357,683.06 |
| 11/07/2017 | [17] | DORIS HARIG 34 Moyers Station Rd Schuylkill Haven, PA 17972 | MEDICAL RECORDS | 1290-000 | 5.00 | | 357,688.06 |
| 11/07/2017 | [17] | MICHAEL KUPCHINSKY 1740 PEHLHAM DRIVE YORK, PA 17406 | MEDICAL RECORDS | 1290-000 | 5.00 | | 357,693.06 |
| 11/07/2017 | [17] | FRANK MCKENZIE 423 WEST PINE STREET FRACKVILLE, PA 17931 | MEDICAL RECORDS | 1290-000 | 7.24 | | 357,700.30 |
| 11/07/2017 | [17] | WENDY SCHIMPF 114 CRYSTAL RIDGE ROAD KUTZTOWN, PA 19530 | MEDICAL RECORDS | 1290-000 | 13.50 | | 357,713.80 |
| | | | Page Subtotals | | 40.74 | 3,712.32 | |

UST Form 101-7-TDR (10/1/2010) (Page 289)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: ********1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/07/2017 | [17] | DONALD GOODMAN<br>510 W Norwegian St<br>APT 404<br>Pottsville, PA 17901 | MEDICAL RECORDS | 1290-000 | 15.40 | | 357,729.20 |
| 11/07/2017 | [1] | PREMERA BLUE CROSS<br>P.O. BOX 91059<br>SEATTLE, WA 98111 | ACCOUNTS RECEIVABLE | 1121-000 | 21.07 | | 357,750.27 |
| 11/07/2017 | [1] | HEALTH PARTNERS PLANS<br>901 MARKET STREET<br>SUITE 500<br>PHILADELPHIA, PA 19107 | ACCOUNTS RECEIVABLE | 1121-000 | 42.88 | | 357,793.15 |
| 11/07/2017 | [1] | PROGRESSIVE<br>ASHLAND, OH | ACCOUNTS RECEIVABLE | 1121-000 | 8.25 | | 357,801.40 |
| 11/07/2017 | [1] | MICHAEL UDIT<br>45 N Nicholas St<br>Saint Clair, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 100.92 | | 357,902.32 |
| 11/07/2017 | [1] | UPMC INSURANCE SERVICES<br>600 GRANT STREET<br>PITTSBUGH, PA 15219 | ACCOUNTS RECEIVABLE | 1121-000 | 0.20 | | 357,902.52 |
| 11/07/2017 | [1] | GENESIS ADMINISTRATIVE<br>SERVICES, LLC<br>101 EAST STATE<br>KENNETT SQUARE, PA 19348 | ACCOUNTS RECEIVABLE | 1121-000 | 12.49 | | 357,915.01 |
| | | | Page Subtotals | | 201.21 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 290)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/07/2017 | [1] | CHARLENE FREEZE<br>114 PIKE STREET<br>PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 357,940.01 |
| 11/07/2017 | [1] | ROBIN BARTON<br>1966 W Norwegian St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 357,980.01 |
| 11/07/2017 | [1] | ROBERT GARLAND<br>541 E Norwegian St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 33.14 | | 358,013.15 |
| 11/07/2017 | [1] | JOHN JOHNSON<br>3045 CHESTNUT STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 8.28 | | 358,021.43 |
| 11/07/2017 | [1] | ALBERTA PUKAVAGE<br>P.O. BOX 235<br>RINGTOWN, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 358,046.43 |
| 11/07/2017 | [1] | NANCY STAUFFER<br>1018 Catawissa Creek Rd<br>Zion Grove, PA 17985 | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 358,048.12 |
| 11/07/2017 | [1] | EDWARD CUNNINGHAM<br>819 WEST CENTER STREET<br>APT 301<br>ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 35.00 | | 358,083.12 |
| | | | Page Subtotals | | 168.11 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 291)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/07/2017 | [1] | MICHELLE KALYAN<br>1760 RUNNING DEER ROAD<br>AUBURN, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 358,088.12 |
| 11/07/2017 | [1] | ANNE KAYES<br>531 WEST CENTRE STREET<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 358,108.12 |
| 11/07/2017 | [1] | CONSTANCE BROPHY<br>335 CHERRY STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 2.30 | | 358,110.42 |
| 11/07/2017 | [1] | ELIZABETH LENOSKY<br>135 MAIN STREET<br>P.O. BOX 4084<br>SELTZER, PA 17974 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 358,135.42 |
| 11/07/2017 | [1] | JACQUELINE MCDONALD<br>103 MARKET STREET<br>PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 27.99 | | 358,163.41 |
| 11/07/2017 | [1] | J. STELMA<br>118 N. HICKORY STREET<br>MT. CARMEL, PA 17851 | ACCOUNTS RECEIVABLE | 1121-000 | 100.00 | | 358,263.41 |
| 11/07/2017 | [1] | HELENA BAVER<br>85 HICKORY DRIVE<br>AUBURN, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 358,283.41 |
| | | | | Page Subtotals | 200.29 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 292)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/07/2017 | [1] | KAREN HORNING 606 STONEY RUN ROAD POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 3.29 | | 358,286.70 |
| 11/07/2017 | [1] | JOSEPHINE BAGLEY 45 A SHEITHAUER ROAD POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 30.40 | | 358,317.10 |
| 11/07/2017 | [1] | WILLIAM EBERT 54 N 2ND STREET APT C SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 1.50 | | 358,318.60 |
| 11/07/2017 | 51120 | STAPLES | SUPPLIES (CD/DVD's & ENVELOPES & TOILETRY)(ORDER #'s: 9404323275, 9404328820; & 9404360533)(ACCT. NO. 6035 5178 5003 9719) | 2990-000 | | 808.67 | 357,509.93 |
| 11/07/2017 | 51121 | COMCAST PO BOX 3001 SOUTHEASTERN, PA 19398-3001 | COMCAST PAYMENT (ACCT. 8993 11 252 0151882) | 2990-000 | | 514.15 | 356,995.78 |
| 11/09/2017 | 51122 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 10/28/17 (INVOICE NO. G491; Williamson, Homa, Dahm, Hartz, Zulick, McGinty, PA Sales Tax) | 2990-000 | | 3,983.03 | 353,012.75 |
| 11/13/2017 | [1] | FRANCIS HEBOR 143 REBECCA DRIVE PITTSBURGH, PA 15237 | ACCOUNTS RECEIVABLE | 1121-000 | 4.07 | | 353,016.82 |
| | | | Page Subtotals | | 39.26 | 5,305.85 | |

UST Form 101-7-TDR (10/1/2010) (Page 293)

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**

For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/13/2017 | [1] | CHARLES NOLL<br>1543 NORWEGIAN STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 353,041.82 |
| 11/13/2017 | [1] | MARY ANN ANGELO<br>301 SUNBURY STRET<br>APT 2-A<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 353,066.82 |
| 11/13/2017 | [1] | CHARLES NOLL<br>1543 NORWEGIAN STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 353,091.82 |
| 11/13/2017 | [1] | MELANIE BOWERS<br>2101 VILLAGE ROAD<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 353,101.82 |
| 11/13/2017 | [1] | JOSEPH POST<br>443 NORTH STRETE<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 353,106.82 |
| 11/13/2017 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 67.75 | | 353,174.57 |
| 11/13/2017 | [1] | CAPITAL BLUE | ACCOUNTS RECEIVABLE | 1121-000 | 31.73 | | 353,206.30 |

Page Subtotals     189.48     0.00

UST Form 101-7-TDR (10/1/2010) (Page 294)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/13/2017 | [1] | LEONARD PRYZBYLIK 2051 MAIN STREET #103 MAHANOY PLANE, PA 17949 | ACCOUNTS RECEIVABLE | 1121-000 | 52.50 | | 353,258.80 |
| 11/13/2017 | [1] | ALLEN JOHNS 429 NORTH STREET MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 353,298.80 |
| 11/13/2017 | [1] | WAYNE SEIBERT 84 OAK ROAD PINE GROVE, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 55.85 | | 353,354.65 |
| 11/13/2017 | [1] | CYNTHIA HOLLEY 1938 HIGH PARK MANOR POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 85.34 | | 353,439.99 |
| 11/13/2017 | [1] | SARAH MARCONIS 1915 Mahantongo St Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 353,459.99 |
| 11/13/2017 | [1] | JOHN PASIERB 611 STONEY RUN ROAD POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 11.17 | | 353,471.16 |
| 11/13/2017 | [1] | J. STELMA 118 N. HICKORY STREET MT. CARMEL, PA 17851 | ACCOUNTS RECEIVABLE | 1121-000 | 100.00 | | 353,571.16 |

Page Subtotals: 364.86    0.00

UST Form 101-7-TDR (10/1/2010) (Page 295)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 11/13/2017 | [1] | MEGAN FREED<br>183 SAINT CLAIR AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 17.53 | | 353,588.69 |
| 11/13/2017 | [1] | DONNA SHERAKAS<br>420 RESERVOIR ROAD<br>RINGTOWN, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 353,608.69 |
| 11/13/2017 | [1] | ANNA MAE VIDZICKI<br>51 MACLOMB STREET<br>NEW PHILADELPHIA, PA 17959 | ACCOUNTS RECEIVABLE | 1121-000 | 16.83 | | 353,625.52 |
| 11/13/2017 | [1] | ANNA MAE VIDZICKI<br>51 MACLOMB STREET<br>NEW PHILADELPHIA, PA 17959 | ACCOUNTS RECEIVABLE | 1121-000 | 36.53 | | 353,662.05 |
| 11/13/2017 | [1] | FRED MASKERINES<br>491 PEACOCK STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 190.81 | | 353,852.86 |
| 11/13/2017 | [1] | SADIE WETZEL<br>358 FRONT STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 353,872.86 |
| 11/13/2017 | [1] | a<br>32 FRITZ AVE<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 353,882.86 |
| | | | Page Subtotals | | 311.70 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 296)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | **17-00641** |
| Case Name: | **Pottsville Internists Associates, Inc.** |
| Taxpayer ID No: | **\*\*-\*\*\*9850** |
| For Period Ending: | **6/21/2019** |

| | |
|---|---|
| Trustee Name: | **William G. Schwab** |
| Bank Name: | **Texas Capital Bank** |
| Account Number/CD#: | **\*\*\*\*\*\*1797 Checking Account** |
| Blanket bond (per case limit): | **10,000,000.00** |
| Separate bond (if applicable): | **0.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/13/2017 | [1] | JAMES BARRETT<br>1417 MARKET STREET<br>ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 353,907.86 |
| 11/13/2017 | [1] | MARISA SOPHY<br>1134 EAGLE HILL ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 353,932.86 |
| 11/13/2017 | [1] | CHRISTIE JO SALEM<br>133 NORTH THIRD STREET<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 353,957.86 |
| 11/13/2017 | [1] | MARILYN VALOSIN<br>505 NORTH WARREN STREET<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 353,982.86 |
| 11/13/2017 | [1] | DIANNE DARCAS<br>24 PHRONA ROAD<br>PINE GROVE, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 41.78 | | 354,024.64 |
| 11/13/2017 | [17] | ANN MARIE WEICIKOSKY<br>P.O. BOX 98<br>MIDDLEPORT, PA 17953 | MEDICAL RECORDS | 1290-000 | 5.00 | | 354,029.64 |
| 11/13/2017 | [17] | JODY MACK<br>20 SUNSHINE LANE<br>VALLEY VIEW, PA 17983 | MEDICAL RECORDS | 1290-000 | 15.00 | | 354,044.64 |
| | | | Page Subtotals | | 161.78 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 297)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/13/2017 | [17] | JUANITA SAGUSKY 259 Dad Burnhams Rd Schuylkill Haven, PA 17972 | MEDICAL RECORDS | 1290-000 | 12.20 | | 354,056.84 |
| 11/13/2017 | [17] | HEATHER PATRICK 797 VALLEY ROAD TAMAQUA, PA 18252 | MEDICAL RECORDS | 1290-000 | 7.66 | | 354,064.50 |
| 11/13/2017 | [17] | STEPHEN KRIBBS 479 MARTHA DRIVE MEADVILLE, PA 16335 | MEDICAL RECORDS | 1290-000 | 24.20 | | 354,088.70 |
| 11/13/2017 | [17] | COLLEEN VAN HORN 84 Domestic Way Martinsburg, WV 25401 | MEDICAL RECORDS | 1290-000 | 13.50 | | 354,102.20 |
| 11/13/2017 | [17] | SOPHIE LOSKILL 3 Fairway Village Ln Isle of Palms, SC 29451 | MEDICAL RECORDS | 1290-000 | 16.05 | | 354,118.25 |
| 11/13/2017 | [17] | FRANK ROGERS 19178 MALLARD DR FORT MILL, SC 29707 | MEDICAL RECORDS | 1290-000 | 31.10 | | 354,149.35 |
| 11/13/2017 | [17] | MARTHA SHAY 1956 THIRD STREET POTTSVILLE, PA 17901 | MEDICAL RECORDS | 1290-000 | 11.65 | | 354,161.00 |

Page Subtotals: 116.36 0.00

UST Form 101-7-TDR (10/1/2010) (Page 298)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641

Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850

For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/13/2017 | [17] | LEONARD BEENICK 40 SOUTH 4TH STREET RINGTOWN, PA 17967 | MEDICAL RECORDS | 1290-000 | 12.20 | | 354,173.20 |
| 11/13/2017 | [17] | LYNN ZELLER 991 WEST BROAD STREET WILLIAMSTOWN, PA 17098 | MEDICAL RECORDS | 1290-000 | 11.65 | | 354,184.85 |
| 11/13/2017 | [17] | LUCILLE BLICKLEY 255 PARKWAY APT 504 SCHUYLKILL HAVEN, PA 17972 | MEDICAL RECORDS | 1290-000 | 10.00 | | 354,194.85 |
| 11/13/2017 | [17] | LAWRENCE MARTIN 8 MOUNTAIN ROAD POTTSVILLE, PA 17901 | MEDICAL RECORDS | 1290-000 | 5.00 | | 354,199.85 |
| 11/15/2017 | 51123 | US POSTMASTER LEHIGHTON, PA 18235 | POSTAGE (Re-Mailing of Medical Record Requests & Release Forms; Mailing Medical Records for: Audrey Lantz, Richard Wilhide, Valarie Sajone, Patricia Moody, Patricia Bubnis, Kim Weiss, Kristina Pope, Elaine Clarkson, Andre Hattachet, Rebecca Miller, Jamie Reed, Gary Bush, Robert Koppenhaver, Nancy Weitz, Shannon Mozdy, Judy Rebuck, Doris Harig, Helen Kupchinsky, Donald Goodman, Frank McKensie, Wendy Schimpf) | 2990-000 | | 215.10 | 353,984.75 |
| 11/16/2017 | 51124 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 11/11/17 (INVOICE NO. G493; Williamson, Homa, Dahm, Hartz, Zulick, Bainbridge, PA Sales Tax) | 2990-000 | | 3,596.63 | 350,388.12 |
| | | | Page Subtotals | | 38.85 | 3,811.73 | |

UST Form 101-7-TDR (10/1/2010) (Page 299)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/16/2017 | 51125 | CARD SERVICES PO BOX 13337 PHILADELPHIA, PA 19101-3337 | MISC. FILING FEES (Complaint v. Valley Kidney Specialists - Dr. Shah & Dr. Roa) | 2990-000 | | 350.00 | 350,038.12 |
| 11/20/2017 | [1] | NILSA TORRES 312 S Ferguson St Shenandoah, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 350,048.12 |
| 11/20/2017 | [1] | JEFFERY VOLUTZA 25 N. NICHOLAS STREE APT 105 SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 350,068.12 |
| 11/20/2017 | [1] | MAMIE RESNICK 365 FRONT STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 350,088.12 |
| 11/20/2017 | [1] | JACKIE ROSE 510 PINE STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 35.27 | | 350,123.39 |
| 11/20/2017 | [1] | GARY HUMMEL 1353 SENECA  STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 1.68 | | 350,125.07 |
| 11/20/2017 | [1] | NANCY FRANTZ 31 HILL ROAD POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 350,145.07 |

Page Subtotals 106.95 350.00

UST Form 101-7-TDR (10/1/2010) (Page 300)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/20/2017 | [1] | BARBARA BRIGHT 120 MAIN STREET GILBERTON, PA 17934 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 350,170.07 |
| 11/20/2017 | [1] | ARLENE FEHR 624 STONEY RUN ROAD POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 350,180.07 |
| 11/20/2017 | [1] | ROBERT YEAGER 1411 BUNTING STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 350,190.07 |
| 11/20/2017 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 32.56 | | 350,222.63 |
| 11/20/2017 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 49.50 | | 350,272.13 |
| 11/20/2017 | [1] | VINCENT WYCHUNAS 1835 ELK AVE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 105.50 | | 350,377.63 |
| 11/20/2017 | [1] | SADIE WETZEL 358 FRONT STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 350,397.63 |
| 11/20/2017 | [1] | HELEN ROBERTS 414 NORTH DELAWARE AVE MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 43.35 | | 350,440.98 |
| | | | Page Subtotals | | 295.91 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 301)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | 5 Uniform Trans. Code | Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 11/20/2017 | [1] | MARY BURNS 518 WEST RACE STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 350,460.98 |
| 11/21/2017 | [17] | JO PRICE 17813 Kingfisher Ridge Dr Lago Vista, TX 78645 | MEDICAL RECORDS | 1290-000 | 23.20 | | 350,484.18 |
| 11/21/2017 | [17] | RANDALL ADAMS 134 NORTH 8TH STREET SHAMOKIN, PA 17872 | MEDICAL RECORDS | 1290-000 | 7.45 | | 350,491.63 |
| 11/21/2017 | 51126 | BB&T | PAYMENT OF SECURED CLAIM NO. 9B | 4210-000 | | 2,120.23 | 348,371.40 |
| 11/21/2017 | 51127 | SHRED-IT USA 28883 NETWORK PLACE CHICAGO, IL 60673-1288 | SHREDDING SERVICES (INVOICE NO. 8123556977; CUSTOMER NO. 15930150) | 2990-000 | | 2,358.40 | 346,013.00 |
| 11/28/2017 | [17] | BRADLEY COGAN 4 Pirate Pl Berlin, MD 21811 | MEDICAL RECORDS | 1290-000 | 5.00 | | 346,018.00 |
| 11/28/2017 | [17] | ROBERTA ZITKUS 215 W Mifflin St Orwigsburg, PA 17961 | MEDICAL RECORDS | 1290-000 | 12.80 | | 346,030.80 |
| 11/28/2017 | [17] | JOAN REIDLER P.O. BOX 285 GORDON, PA 17936 | MEDICAL RECORDS | 1290-000 | 12.20 | | 346,043.00 |
| | | | Page Subtotals | | 80.65 | 4,478.63 | |

UST Form 101-7-TDR (10/1/2010) (Page 302)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | 5 Uniform Trans. Code | Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 11/28/2017 | [17] | MARGARET ANN TOBIAS 621 E Norwegian St Pottsville, PA 17901 | MEDICAL RECORDS | 1290-000 | 13.50 | | 346,056.50 |
| 11/28/2017 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 92.00 | | 346,148.50 |
| 11/28/2017 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 164.68 | | 346,313.18 |
| 11/28/2017 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 53.47 | | 346,366.65 |
| 11/28/2017 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 989.97 | | 347,356.62 |
| 11/28/2017 | [1] | CAPITAL BLUE | ACCOUNTS RECEIVABLE | 1121-000 | 17.91 | | 347,374.53 |
| 11/28/2017 | [1] | BRIDGET MCDONALD 336 EAST MAIN STREET GIRARDVILLE, PA 17935 | ACCOUNTS RECEIVABLE | 1121-000 | 92.00 | | 347,466.53 |
| 11/28/2017 | [1] | STEPHANIE CAULFIELD 118 EAST CHESTNUT STREET FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 347,491.53 |
| 11/28/2017 | [1] | JOSEPH KULIKOSKY 121 N Greenview Rd Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 15.60 | | 347,507.13 |

Page Subtotals: 1,464.13    0.00

UST Form 101-7-TDR (10/1/2010) (Page 303)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/28/2017 | [1] | EDWARD CUNNINGHAM<br>819 WEST CENTER STREET<br>APT 301<br>ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 35.00 | | 347,542.13 |
| 11/28/2017 | [1] | JEAN QUINN<br>356 EAST BACON STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 347,552.13 |
| 11/28/2017 | [1] | ALBERTA PUKAVAGE<br>P.O. BOX 235<br>RINGTOWN, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 347,577.13 |
| 11/28/2017 | [1] | ROBIN LYNCH<br>208 DOCK STREET<br>APT # 9<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 347,602.13 |
| 11/28/2017 | [1] | KAREN FALKOWSKI<br>537 BUNTING STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 347,652.13 |
| 11/28/2017 | [1] | NANCY LECHLEITNER<br>320 Mauch Chunk St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 347,677.13 |
| 11/28/2017 | [1] | E.SHIRLEY RIEGEL<br>174 Reedsville Rd<br>Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 20.48 | | 347,697.61 |
| | | | Page Subtotals | | 190.48 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 304)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/28/2017 | [1] | CHARLENE FREEZE<br>114 PIKE STREET<br>PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 347,722.61 |
| 11/28/2017 | [1] | MUTUAL OF OMAHA INSURANCE CO<br>MUTUAL OF OMAHA PLAZA<br>OMAHA, NE 68175 | ACCOUNTS RECEIVABLE | 1121-000 | 11.72 | | 347,734.33 |
| 11/28/2017 | [1] | MINNIE ENLOE<br>128 W Ogden St<br>Girardville, PA 17935 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 347,739.33 |
| 11/28/2017 | [1] | KIM MARIE WEISS<br>419 DEER ROAD<br>FAWN GROVE, PA 17321 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 347,749.33 |
| 11/28/2017 | [1] | ELIZABETH LENOSKY<br>135 MAIN STREET<br>P.O. BOX 4084<br>SELTZER, PA 17974 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 347,774.33 |
| 11/28/2017 | [1] | DEBBIE RYAN<br>402 HAZLE STREET<br>TAMAQUA, PA 18252 | ACCOUNTS RECEIVABLE | 1121-000 | 23.27 | | 347,797.60 |
| 11/28/2017 | [1] | DONNA HASTY<br>303 ROOSEVELT DRIVE<br>NEW BOSTON, PA 17948 | ACCOUNTS RECEIVABLE | 1121-000 | 165.00 | | 347,962.60 |
| | | | Page Subtotals | | 264.99 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 305)

**Exhibit 9**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**

For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 11/28/2017 | [1] | STEPHEN FRANTZ<br>90 S Tulpehocken St<br>Pine Grove, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 0.77 | | 347,963.37 |
| 11/28/2017 | [24] | RIFFAT AKHTAR<br>1768 TANGLEWOOD ROAD<br>ORWIGSBURG, PA 17961 | DR. LITIGATION- SETTLEMENT PROCEEDS FOR CLAIM # 24 | 1249-000 | 7,500.00 | | 355,463.37 |
| 11/28/2017 | 51128 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 11/18/17 (INVOICE NO. G500; Williamson, Homa, Dahm, Hartz, Zulick, Bainbridge, PA Sales Tax) | 2990-000 | | 3,617.62 | 351,845.75 |
| 11/28/2017 | 51129 | COMCAST<br>PO BOX 3001<br>SOUTHEASTERN, PA 19398-3001 | COMCAST PAYMENT (ACCT. 8993 11 252 0172227) | 2990-000 | | 145.75 | 351,700.00 |
| 11/28/2017 | | BB&T ACCT REC BANK ACCT | Secured A/R Direct Withdrawal | | | | 351,700.00 |
| | [1] | | | 1121-000 | 4,767.06 | | |
| | | | | 4210-000 | (4,767.06) | | |
| 11/29/2017 | 51130 | UPS<br>PO BOX 7247-0244<br>PHILADELPHIA, PA 19170-0001 | UPS OVERNIGHT MAILING (INVOICE NO. FE5895477; SHIPPER NO. FE5895; CONTROL ID D093`) | 2990-000 | | 32.26 | 351,667.74 |
| 11/30/2017 | 51131 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 11/25/17 (INVOICE NO. G507; Williamson, Homa, Dahm, Hartz, Zulick, Bainbridge, PA Sales Tax) | 2990-000 | | 3,035.80 | 348,631.94 |

Page Subtotals 7,500.77 6,831.43

UST Form 101-7-TDR (10/1/2010) (Page 306)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  **17-00641**
Case Name:  **Pottsville Internists Associates, Inc.**

Taxpayer ID No:  **\*\*-\*\*\*9850**
For Period Ending:  **6/21/2019**

Trustee Name:  **William G. Schwab**
Bank Name:  **Texas Capital Bank**
Account Number/CD#:  **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit):  **10,000,000.00**
Separate bond (if applicable):  **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/04/2017 | [17] | ATTY EDWARD BRENNAN<br>306 Mahantongo St<br>Pottsville, PA 17901 | MEDICAL RECORDS FOR MARTHA J. RODGERS | 1290-000 | 109.69 | | 348,741.63 |
| 12/04/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 497.74 | 348,243.89 |
| 12/05/2017 | [1] | DAVID POTHERING | ACCOUNTS RECEIVABLE | 1121-000 | 148.00 | | 348,391.89 |
| 12/05/2017 | [1] | JENNIFER BAINBRIDGE<br>221 SOUTH LIBERTY STREET<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 10.60 | | 348,402.49 |
| 12/05/2017 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 1,319.84 | | 349,722.33 |
| 12/05/2017 | [1] | CARMEN MURHON<br>1516  NORTH NORWEGIAN STREET<br>POTTSVILLE, PA 17902 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 349,732.33 |
| 12/05/2017 | [17] | THEODORE GREEN | MEDICAL RECORDS | 1290-000 | 5.00 | | 349,737.33 |
| 12/05/2017 | [17] | KATHLEEN KRAMER<br>13 PRINCESS ANN LANE<br>SELBYVILLE, DE 19975 | MEDICAL RECORDS | 1290-000 | 12.80 | | 349,750.13 |

Page Subtotals  1,615.93  497.74

UST Form 101-7-TDR (10/1/2010) (Page 307)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/05/2017 | 51132 | COMCAST<br>PO BOX 3001<br>SOUTHEASTERN, PA 19398-3001 | COMCAST PAYMENT (ACCT. 8993 11 252 0151882) | 2990-000 | | 514.16 | 349,235.97 |
| 12/05/2017 | 51133 | US POSTMASTER<br>LEHIGHTON, PA 18235 | POSTAGE (Mailing of Medical Records & Re-Mailing of Letters & Notices - Juanita Sagusky, Martha Shay, Frank & Rosalie Rogers, Ann & Frank Kribbs, Sophie Loskill, Lynn Zeller, Leonard Beenick, Colleen VanHorn, Heather Patrick, Larry Martin, John & Lucille Blickley, Kenneth Mack, Ann Marie Weicikosky, Jo Price, Randall Adams, Bradley Cogan, Margertn Tobias, Joan Reidler, Roberta Zitkus) | 2990-000 | | 118.48 | 349,117.49 |
| 12/06/2017 | [17] | SOCIAL SECURITY<br>COMMONWEALTH OF PA | MEDICAL RECORDS FOR FRANCES NAZAR | 1290-000 | 27.92 | | 349,145.41 |
| 12/07/2017 | 51134 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 12//17 (INVOICE NO. G5; Williamson, McGinty, Homa, Dahm, Hartz, Zulick, Bainbridge, PA Sales Tax) | 2990-000 | | 5,907.73 | 343,237.68 |
| 12/07/2017 | 51135 | STAPLES | SUPPLIES (CD/DVD's & ENVELOPES & PAPER)(ORDER #'s: 9404371584; 9404394851; 9404394851)(ACCT. NO. 6035 5178 5003 9719) | 2990-000 | | 786.16 | 342,451.52 |
| 12/12/2017 | [1] | COMPASSUS<br>CREEKSIDE CROSSING<br>10 CADILLAC DR, STE 400<br>BRENTWOOD, TN 37027 | ACCOUNTS RECEIVABLE | 1121-000 | 3,000.00 | | 345,451.52 |
| 12/12/2017 | [1] | HIGHMARK | ACCOUNTS RECEIVABLE | 1121-000 | 3.60 | | 345,455.12 |
| | | | Page Subtotals | | 3,031.52 | 7,326.53 | |

UST Form 101-7-TDR (10/1/2010) (Page 308)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 17-00641 | |
| **Case Name:** Pottsville Internists Associates, Inc. | |
| **Taxpayer ID No:** **-***9850 | |
| **For Period Ending:** 6/21/2019 | |

| | |
|---|---|
| **Trustee Name:** William G. Schwab | |
| **Bank Name:** Texas Capital Bank | |
| **Account Number/CD#:** ******1797 Checking Account | |
| **Blanket bond (per case limit):** 10,000,000.00 | |
| **Separate bond (if applicable):** 0.00 | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/12/2017 | [1] | MARY BETH HOUTZ<br>726 DEIBERTS VALLEY ROAD<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 59.80 | | 345,514.92 |
| 12/12/2017 | [1] | MICHAEL STOPPI | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 345,519.92 |
| 12/12/2017 | [1] | DAVID MCDONALD<br>1221 OAK TERRACE LANE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 2.88 | | 345,522.80 |
| 12/12/2017 | [1] | MARY ANN ANGELO<br>301 SUNBURY STRET<br>APT 2-A<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 345,532.80 |
| 12/12/2017 | [1] | EUGENE MARKLE<br>20 EAST NOBLE AVE<br>SHOEMAKERSVILLE, PA 19555 | ACCOUNTS RECEIVABLE | 1121-000 | 1.53 | | 345,534.33 |
| 12/12/2017 | [1] | JANICE MADRIGAL<br>400 MINER STREET<br>TREMONT, PA 17981 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 345,574.33 |
| 12/12/2017 | [1] | MICHELLE KALYAN<br>1760 RUNNING DEER ROAD<br>AUBURN, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 345,579.33 |
| | | | Page Subtotals | | 124.21 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 309)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/12/2017 | [1] | VINCENT SHAY<br>63 FRONT STREET<br>CRESSONA, PA 17929 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 345,619.33 |
| 12/12/2017 | [1] | VIRGINIA FRANKENSTEIN<br>101 NORTH THIRD STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 142.30 | | 345,761.63 |
| *12/13/2017 | [17] | KAREN CHIMAHUSKY<br>723 LYTLE STREET<br>MINERSVILLE, PA 17954 | MEDICAL RECORDS | 1290-003 | 5.00 | | 345,766.63 |
| *12/13/2017 | [17] | KAREN CHIMAHUSKY<br>723 LYTLE STREET<br>MINERSVILLE, PA 17954 | MEDICAL RECORDS | 1290-003 | (5.00) | | 345,761.63 |
| *12/13/2017 | [17] | ROSALIE KERSCHNER<br>BOX 84<br>NEW RINGGOLD, PA 17960 | MEDICAL RECORDS | 1290-003 | 5.00 | | 345,766.63 |
| *12/13/2017 | [17] | ROSALIE KERSCHNER<br>BOX 84<br>NEW RINGGOLD, PA 17960 | MEDICAL RECORDS | 1290-003 | (5.00) | | 345,761.63 |
| *12/13/2017 | [17] | JAMES WALTER<br>12110 CYPRESS DRIVE<br>FORT MYERS, FL 33908 | MEDICAL RECORDS | 1290-003 | 5.00 | | 345,766.63 |
| | | | Page Subtotals | | 187.30 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 310)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform Trans. Code | Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| *12/13/2017 | [17] | JAMES WALTER<br>12110 CYPRESS DRIVE<br>FORT MYERS, FL 33908 | MEDICAL RECORDS | 1290-003 | (5.00) | | 345,761.63 |
| 12/13/2017 | [17] | KAREN CHIMAHUSKY<br>723 LYTLE STREET<br>MINERSVILLE, PA 17954 | MEDICAL RECORDS | 1290-000 | 5.00 | | 345,766.63 |
| 12/13/2017 | [17] | ROSALIE KERSCHNER<br>BOX 84<br>NEW RINGGOLD, PA 17960 | MEDICAL RECORDS | 1290-000 | 5.00 | | 345,771.63 |
| 12/13/2017 | [17] | JAMES WALTER<br>12110 CYPRESS DRIVE<br>FORT MYERS, FL 33908 | MEDICAL RECORDS | 1290-000 | 5.00 | | 345,776.63 |
| 12/13/2017 | 51136 | COMCAST<br>PO Box 37601<br>Philadelphia, PA 19101-0601 | COMCAST (INVOICE NO. 59370011) (ACCT. NO. 903111610) | 2990-000 | | 1,175.58 | 344,601.05 |
| 12/14/2017 | 51137 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 12/9/17 (INVOICE NO. G523; Williamson, McGinty, Homa, Dahm, Hartz, Zulick, Bainbridge, PA Sales Tax) | 2990-000 | | 6,066.23 | 338,534.82 |
| 12/14/2017 | 51138 | CARD SERVICES<br>PO BOX 13337<br>PHILADELPHIA, PA 19101-3337 | MISC. FILING & SERVICING FEES (Notice for the Motion to Approve Settlement Agreement of Chapter 5 Claims) | 2990-000 | | 221.72 | 338,313.10 |
| | | | Page Subtotals | | 10.00 | 7,463.53 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/18/2017 | [17] | ERIE INSURANCE EXCHANGE<br>100 Erie Insurance Pl<br>Erie, PA 16530 | MEDICAL RECORDS FOR KORRIE MCANNEY | 1290-000 | 123.73 | | 338,436.83 |
| 12/19/2017 | [1] | CHARLES NOLL<br>1543 NORWEGIAN STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 338,461.83 |
| 12/19/2017 | [1] | ELIZABETH EICH<br>12 TALL OAKS DRIVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 338,491.83 |
| 12/19/2017 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 556.60 | | 339,048.43 |
| 12/19/2017 | [1] | DAVID ROMAN<br>133 N Nice St<br>Frackville, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 76.40 | | 339,124.83 |
| 12/19/2017 | [1] | CHARLES NOLL<br>1543 NORWEGIAN STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 339,149.83 |
| 12/19/2017 | [1] | COMPASSUS<br>CREEKSIDE CROSSING<br>10 CADILLAC DR, STE 400<br>BRENTWOOD, TN 37027 | ACCOUNTS RECEIVABLE | 1121-000 | 1,500.00 | | 340,649.83 |
| | | | Page Subtotals | | 2,336.73 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 312)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/19/2017 | [1] | DARLENE PURCELL<br>22 SHAFFERS HILL ROAD<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 340,654.83 |
| 12/19/2017 | [1] | ANNA MAE TRAY<br>905 W MARKET STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 340,679.83 |
| 12/19/2017 | [1] | ROBIN LYNCH<br>208 DOCK STREET<br>APT # 9<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 340,704.83 |
| 12/19/2017 | [1] | JOSEPH DOWD<br>417 E Mahanoy St<br>Mahanoy City, PA 17948 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 340,744.83 |
| 12/19/2017 | [1] | RICHARD BARBETTA<br>1109 Sweet Arrow Lake Rd<br>Pine Grove, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 45.24 | | 340,790.07 |
| 12/19/2017 | [1] | CHRISTIE JO SALEM<br>133 NORTH THIRD STREET<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 340,815.07 |
| 12/19/2017 | [1] | JANET PROSPER<br>101 Broad Ave<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 340,840.07 |

Page Subtotals    190.24    0.00

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 12/19/2017 | [1] | BARBARA BRIGHT<br>120 MAIN STREET<br>GILBERTON, PA 17934 | ACCOUNTS RECEIVABLE | 1121-000 | 25.15 | | 340,865.22 |
| 12/19/2017 | [1] | JEFFERY VOLUTZA<br>25 N. NICHOLAS STREE<br>APT 105<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 340,885.22 |
| 12/20/2017 | 51139 | US POSTMASTER<br>LEHIGHTON, PA 18235 | POSTAGE (Miscellaneous Filing/Service Fees and Mailing of Medical Records & Re-Mailing of Letters & Notices) | 2990-000 | | 65.12 | 340,820.10 |
| 12/21/2017 | [17] | JAMES SIMATOS<br>905 Pottsville St<br>Pottsville, PA 17901 | MEDICAL RECORDS | 1290-000 | 13.08 | | 340,833.18 |
| 12/21/2017 | [17] | ELIZABETH KUFRO<br>107 SOUTH CENTER STREET<br>FRACKVILLE, PA 17931 | MEDICAL RECORDS | 1290-000 | 13.50 | | 340,846.68 |
| 12/21/2017 | [17] | SYLVIA EDLING<br>121 Fidler Ave<br>Schuylkill Haven, PA 17972 | MEDICAL RECORDS | 1290-000 | 10.00 | | 340,856.68 |
| 12/21/2017 | [17] | PETER LABARBERA<br>231 EAST MAIN STREET<br>MYERSTOWN, PA 17067 | MEDICAL RECORDS | 1290-000 | 5.00 | | 340,861.68 |
| | | | Page Subtotals | | 86.73 | 65.12 | |

UST Form 101-7-TDR (10/1/2010) (Page 314)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/21/2017 | [17] | WAYNE HAAS<br>607 Wynonah Dr<br>Auburn, PA 17922 | MEDICAL RECORDS | 1290-000 | 23.60 | | 340,885.28 |
| 12/21/2017 | [17] | KATHLEEN BURDA<br>70 New Hill Rd<br>Pottsville, PA 17901 | MEDICAL RECORDS | 1290-000 | 5.00 | | 340,890.28 |
| 12/22/2017 | 51140 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 12/16/17 (INVOICE NO. G530; Williamson, McGinty, Homa, Dahm, Hartz, Zulick, Bainbridge, PA Sales Tax) | 2990-000 | | 5,779.58 | 335,110.70 |
| 12/22/2017 | 51141 | TRUSTEE INSURANCE AGENCY<br>2813 WEST MAIN<br>KALAMAZOO, MI 49006 | INSURANCE PREMIUM (INVOICE NO. 1718; 106 S. CLAUDE A. BLVD., POTTSVILLE) | 2990-000 | | 507.50 | 334,603.20 |
| 12/27/2017 | 51142 | BUSINESS CARD SERVICES | CONFERENCING CALL FEE (08882890593) | 2990-000 | | 162.90 | 334,440.30 |
| 12/28/2017 | 51143 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 12/23/17 (INVOICE NO. G538; Williamson, McGinty, Homa, Dahm, Hartz, Zulick, Bainbridge, PA Sales Tax) | 2990-000 | | 5,819.49 | 328,620.81 |
| 12/28/2017 | 51144 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Bond Premium | 2300-000 | | 254.38 | 328,366.43 |

| | | | | Page Subtotals | 28.60 | 12,523.85 | |

UST Form 101-7-TDR (10/1/2010) (Page 315)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641

Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850

For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: ********1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/02/2018 | [17] | WILLIAM DANIS<br>P.O. BOX 18<br>304 PROSPECT AVE<br>AVIS, PA 17721 | MEDICAL RECORDS | 1290-000 | 25.00 | | 328,391.43 |
| 01/02/2018 | [17] | FRANCES MAURER<br>464 YORKSHIRE DRIVE<br>SEVERNA PARK, MD 21146 | MEDICAL RECORDS | 1290-000 | 12.20 | | 328,403.63 |
| 01/02/2018 | [17] | GAIL LABARBERA<br>231 EAST MAIN AVE<br>MYERSTOWN, PA 17067 | MEDICAL RECORDS | 1290-000 | 12.80 | | 328,416.43 |
| 01/02/2018 | [17] | JOANN STRAUSS<br>108 WOODLAND DRIVE<br>POTTSVILLE, PA 17901 | MEDICAL RECORDS | 1290-000 | 12.73 | | 328,429.16 |
| 01/02/2018 | [17] | TRACY MIKA<br>1726 BRECKENRIDGE ROAD<br>ORWIGSBURG, PA 17961 | MEDICAL RECORDS | 1290-000 | 11.65 | | 328,440.81 |
| 01/02/2018 | [17] | JACQUELINE ALOIS<br>36 PARK STREET<br>SCHUYLKILL HAVEN, PA 17972 | MEDICAL RECORDS | 1290-000 | 5.00 | | 328,445.81 |
| 01/02/2018 | [17] | TALITHA LEMKE<br>420 MOUNTAIN ROAD<br>PINE GROVE, PA 17963 | MEDICAL RECORDS | 1290-000 | 5.00 | | 328,450.81 |
| | | | Page Subtotals | | 84.38 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 316)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 17-00641 | |
| **Case Name:** Pottsville Internists Associates, Inc. | |
| **Taxpayer ID No:** **-***9850 | |
| **For Period Ending:** 6/21/2019 | |

| | |
|---|---|
| **Trustee Name:** William G. Schwab | |
| **Bank Name:** Texas Capital Bank | |
| **Account Number/CD#:** ******1797 Checking Account | |
| **Blanket bond (per case limit):** 10,000,000.00 | |
| **Separate bond (if applicable):** 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/02/2018 | [17] | GEORGE KOURY<br>231 EAST MAIN STREET<br>MANSFIELD, PA 16933 | MEDICAL RECORDS | 1290-000 | 5.00 | | 328,455.81 |
| 01/02/2018 | [17] | CIPRIANI & WERNER, P.C.<br>650 WASHINGTON ROAD<br>SUITE 700<br>PITTSBURGH, PA 15228 | MEDICAL RECORDS FOR MICHAEL ADAMS | 1290-000 | 99.97 | | 328,555.78 |
| 01/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 483.25 | 328,072.53 |
| 01/04/2018 | 51145 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 12/30/17 (INVOICE NO. G545; Williamson, McGinty, Homa, Dahm, Zulick, Bainbridge, PA Sales Tax) | 2990-000 | | 5,338.97 | 322,733.56 |
| 01/04/2018 | 51146 | US POSTMASTER<br>LEHIGHTON, PA 18235 | POSTAGE (Mailing of Medical Records & Re-Mailing of Letters & Notices to Former Patients) | 2990-000 | | 67.25 | 322,666.31 |
| 01/08/2018 | [26] | LEHIGH VALLEY HOSPITAL<br>700 E Norwegian St<br>Pottsville, PA 17901 | REIMBURSEMENT OF COMCAST PAYMENTS | 1290-000 | 10,865.29 | | 333,531.60 |
| 01/08/2018 | [17] | MCS GROUP, INC<br>1601 MARKET STREET<br>SUITE 800<br>PHILADELPHIA, PA 19103 | MEDICAL RECORDS FOR LAVERNE HOLOHAN | 1290-000 | 252.61 | | 333,784.21 |
| | | | Page Subtotals | | 11,222.87 | 5,889.47 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/08/2018 | [1] | ANNE BIZUP<br>975 SUMMER VALLEY ROAD<br>NEW RINGGOLD, PA 17960 | ACCOUNTS RECEIVABLE | 1121-000 | 23.60 | | 333,807.81 |
| 01/08/2018 | [1] | AMERIHEALTH CARITAS<br>NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 298.05 | | 334,105.86 |
| 01/08/2018 | [1] | MELANIE THOMPSON<br>33 PEAR STREET<br>P.O. BOX 97<br>LLEWELLYN, PA 17944 | ACCOUNTS RECEIVABLE | 1121-000 | 200.02 | | 334,305.88 |
| 01/08/2018 | [1] | ELIZABETH LENOSKY<br>135 MAIN STREET<br>P.O. BOX 4084<br>SELTZER, PA 17974 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 334,330.88 |
| 01/08/2018 | [1] | CAROL MCSHAW<br>164 STRAWBERRY LANE<br>RINGTOWN, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 334,340.88 |
| 01/08/2018 | [1] | JAMES BARRETT<br>1417 MARKET STREET<br>ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 334,365.88 |
| 01/08/2018 | [1] | JOHN STELINA<br>118 WEST HICKORY STREET<br>MOUNT CARMEL, PA 17851 | ACCOUNTS RECEIVABLE | 1121-000 | 54.00 | | 334,419.88 |

Page Subtotals: 635.67 | 0.00

UST Form 101-7-TDR (10/1/2010) (Page 318)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/08/2018 | [1] | MICHAEL STOPPI | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 334,424.88 |
| 01/08/2018 | [1] | MARK FRANTZ<br>62 NORTH CENTER STREET<br>FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 334,454.88 |
| 01/08/2018 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 89.54 | | 334,544.42 |
| 01/08/2018 | [1] | MICHELLE KALYAN<br>1760 RUNNING DEER ROAD<br>AUBURN, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 334,549.42 |
| 01/08/2018 | [1] | ROBERT SOPHY<br>1134 EAGLE ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 334,574.42 |
| 01/08/2018 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 483.94 | | 335,058.36 |
| 01/08/2018 | [1] | CHARLENE FREEZE<br>114 PIKE STREET<br>PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 335,083.36 |
| 01/08/2018 | [1] | ALBERTA PUKAVAGE<br>P.O. BOX 235<br>RINGTOWN, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 335,108.36 |
| | | | Page Subtotals | | 688.48 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 319)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | Uniform Trans. Code | 5 Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 01/08/2018 | [1] | EDWARD CUNNINGHAM 819 WEST CENTER STREET APT 301 ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 35.00 | | 335,143.36 |
| 01/08/2018 | [1] | WILLIAM HEFFNER 1000 W. RACE STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 102.00 | | 335,245.36 |
| 01/08/2018 | [1] | STACEY MINNICH 209 N Keystone St Muir, PA 17957 | ACCOUNTS RECEIVABLE | 1121-000 | 77.76 | | 335,323.12 |
| 01/08/2018 | [17] | KAYE HANSEN 14701 Bartram Park Blvd 904 Jacksonville, FL 32258 | MEDICAL RECORDS | 1290-000 | 5.00 | | 335,328.12 |
| 01/08/2018 | [17] | LINDA GALLO 523 Birds Hill Rd Pine Grove, PA 17963 | MEDICAL RECORDS | 1290-000 | 5.00 | | 335,333.12 |
| 01/08/2018 | [17] | MARLENE POWELL 197 Fedor Rd Hunlock Creek, PA 18621 | MEDICAL RECORDS | 1290-000 | 5.00 | | 335,338.12 |
| 01/08/2018 | [1] | STEPHANIE CAULFIELD 118 EAST CHESTNUT STREET FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 335,363.12 |

Page Subtotals: 254.76    0.00

UST Form 101-7-TDR (10/1/2010) (Page 320)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641

Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850

For Period Ending: 6/21/2019

Trustee Name: William G. Schwab

Bank Name: Texas Capital Bank

Account Number/CD#: ******1797 Checking Account

Blanket bond (per case limit): 10,000,000.00

Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/08/2018 | 51147 | STAPLES | SUPPLIES (CDR's, CDDVD's, Quilted Northern Toiletry)(INVOICE #'s: 1957237741; 1957237911)(ACCT. NO. 6035 5178 5003 9719) | 2990-000 | | 614.97 | 334,748.15 |
| 01/11/2018 | 51148 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 1/6/18 (INVOICE NO. G552; Williamson, McGinty, Homa, Dahm, Hartz, Bainbridge, PA Sales Tax) | 2990-000 | | 5,303.81 | 329,444.34 |
| 01/12/2018 | [17] | NANCY MCDONALD 559 Beeber Dr Muncy, PA 17756 | MEDICAL RECORDS | 1290-000 | 7.45 | | 329,451.79 |
| 01/12/2018 | [17] | VASILIOS KONTOGIANNIS | MEDICAL RECORDS | 1290-000 | 32.06 | | 329,483.85 |
| 01/12/2018 | [17] | HELEN PAIGE 31974 MOUNT HERMON ROAD SALISBURY, MD 21804 | MEDICAL RECORDS | 1290-000 | 10.00 | | 329,493.85 |
| 01/12/2018 | [17] | JESSICA ADAMS-PETERS 911 NORTH THIRD STREET POTTSVILLE, PA 17901 | MEDICAL RECORDS | 1290-000 | 5.00 | | 329,498.85 |
| 01/12/2018 | [1] | DONNA SELTZER 246 NORTH 12TH STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 256.00 | | 329,754.85 |

| | | | | Page Subtotals | 310.51 | 5,918.78 | |

UST Form 101-7-TDR (10/1/2010) (Page 321)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/12/2018 | [17] | JEFFERY VOLUTZA<br>25 N. NICHOLAS STREE<br>APT 105<br>SAINT CLAIR, PA 17970 | MEDICAL RECORDS | 1290-000 | 5.00 | | 329,759.85 |
| 01/12/2018 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 1.69 | | 329,761.54 |
| 01/12/2018 | [1] | NANCY LECHLEITNER<br>320 Mauch Chunk St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 329,786.54 |
| 01/12/2018 | [1] | CHARLES NOLL<br>1543 NORWEGIAN STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 329,811.54 |
| 01/12/2018 | [1] | ESTATE OF CHARLES WYLAM<br>221 S. MORRIS STREET<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 63.25 | | 329,874.79 |
| 01/12/2018 | [1] | CHARLES NOLL<br>1543 NORWEGIAN STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 329,899.79 |
| 01/12/2018 | [1] | WILLIAM STOCK<br>138 N. MILL STREET<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 31.00 | | 329,930.79 |

Page Subtotals    175.94    0.00

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/12/2018 | [1] | ROSE SNOWELL<br>207 NORTH GEORGE STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 18.65 | | 329,949.44 |
| 01/12/2018 | [1] | SADIE WETZEL<br>358 FRONT STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 329,969.44 |
| 01/12/2018 | [1] | JOHN KLITSCH<br>215 TWIN STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 329,979.44 |
| 01/12/2018 | [1] | CHRISTINE LAWSON<br>32 FRITZ AVE<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 329,989.44 |
| 01/12/2018 | [1] | AMBER HUNTER<br>401 WEST LAUREL STREET<br>TREMONT, PA 17981 | ACCOUNTS RECEIVABLE | 1121-000 | 119.76 | | 330,109.20 |
| 01/12/2018 | [1] | JESSICA LEONARD<br>505 FOREST LANE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 330,129.20 |
| 01/12/2018 | [1] | KATHLEEN HAUGHNEY<br>2157 WOODGLEN ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 100.09 | | 330,229.29 |
| 01/12/2018 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 10.15 | | 330,239.44 |
| | | | | Page Subtotals | 308.65 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 323)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/12/2018 | [1] | GEISINGER HEALTH PLAN DANVILLE, PA 17822 | ACCOUNTS RECEIVABLE | 1121-000 | 0.08 | | 330,239.52 |
| 01/12/2018 | [1] | CAPITAL BLUE | ACCOUNTS RECEIVABLE | 1121-000 | 5.13 | | 330,244.65 |
| 01/12/2018 | [1] | J. NATISHAK | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 330,254.65 |
| 01/12/2018 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 281.47 | | 330,536.12 |
| 01/12/2018 | [1] | MARY BURNS 518 WEST RACE STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 330,576.12 |
| 01/12/2018 | [1] | CASSANDRA HOWELL 334 CLARK STREET P.O. BOX 533 TAMAQUA, PA 18252 | ACCOUNTS RECEIVABLE | 1121-000 | 59.39 | | 330,635.51 |
| 01/15/2018 | 51149 | COMCAST PO Box 37601 Philadelphia, PA 19101-0601 | COMCAST (INVOICE NO. 60380415) (ACCT. NO. 903111610) | 2990-000 | | 587.97 | 330,047.54 |
| 01/15/2018 | 51150 | COMCAST PO BOX 3001 SOUTHEASTERN, PA 19398-3001 | COMCAST PAYMENT (ACCT. 8993 11 252 0172227) | 2990-000 | | 145.75 | 329,901.79 |
| | | | Page Subtotals | | 396.07 | 733.72 | |

UST Form 101-7-TDR (10/1/2010) (Page 324)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | 5 Uniform Trans. Code | Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 01/15/2018 | 51151 | COMCAST PO BOX 3001 SOUTHEASTERN, PA 19398-3001 | COMCAST PAYMENT (ACCT. 8993 11 252 0151882) | 2990-000 | | 483.41 | 329,418.38 |
| *01/15/2018 | 51152 | BB&T | PARTIAL PAYMENT OF SECURED CLAIM NO. 9B | 4210-003 | | 7,620.76 | 321,797.62 |
| *01/15/2018 | | BB&T | PARTIAL PAYMENT OF SECURED CLAIM NO. 9B | 4210-003 | | (7,620.76) | 329,418.38 |
| *01/15/2018 | 51153 | BB&T | PARTIAL PAYMENT OF SECURED CLAIM NO. 9B | 4210-003 | | 7,620.76 | 321,797.62 |
| *01/15/2018 | | BB&T | PARTIAL PAYMENT OF SECURED CLAIM NO. 9B | 4210-003 | | (7,620.76) | 329,418.38 |
| 01/15/2018 | 51154 | BB&T | PARTIAL PAYMENT OF SECURED CLAIM NO. 9B | 4210-000 | | 7,620.76 | 321,797.62 |
| 01/15/2018 | [1] | AMBER HUNTER 401 WEST LAUREL STREET TREMONT, PA 17981 | ADJUSTMENT TO DEPOSIT NO. 2040 (Logged in $1.00 too much) | 1121-000 | (1.00) | | 321,796.62 |
| 01/17/2018 | [9] | WELLS FARGO BANK | CLOSE OUT BANK ACCOUNT # 2000080931809 | 1129-000 | 27.93 | | 321,824.55 |
| 01/18/2018 | 51155 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 1/13/18 (INVOICE NO. G560; Williamson, McGinty, Homa, Dahm, Hartz, PA Sales Tax) | 2990-000 | | 5,117.54 | 316,707.01 |
| 01/18/2018 | 51156 | US POSTMASTER LEHIGHTON, PA 18235 | POSTAGE (Mailing of Medical Records & Re-Mailing of Letters & Notices to Former Patients) | 2990-000 | | 23.90 | 316,683.11 |

Page Subtotals: 26.93 | 13,245.61

UST Form 101-7-TDR (10/1/2010) (Page 325)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/19/2018 | [17] | JACOB SCHEAFFER<br>45 WALNUT STREET<br>P.O. BOX 84<br>MIDDLEPORT, PA 17953 | MEDICAL RECORDS | 1290-000 | 5.00 | | 316,688.11 |
| 01/19/2018 | [17] | KATHRYN PAYNE<br>200 WEST MAIN STREET<br>#2<br>TREMONT, PA 17981 | MEDICAL RECORDS | 1290-000 | 5.00 | | 316,693.11 |
| 01/19/2018 | [17] | MARGARET PURCELL | MEDICAL RECORDS | 1290-000 | 5.00 | | 316,698.11 |
| 01/19/2018 | [17] | RACHEL HARRIS<br>201 Edgevale Rd<br>APT 1B<br>Baltimore, MD 21210 | MEDICAL RECORDS | 1290-000 | 5.00 | | 316,703.11 |
| 01/19/2018 | [17] | PATTI MCDEMUS<br>480 SCHUYLKILL MT. ROAD<br>SCHUYLKILL HAVEN, PA 17972 | MEDICAL RECORDS | 1290-000 | 10.00 | | 316,713.11 |
| 01/19/2018 | [17] | MARGUERITE ZANUS<br>1538 FIRST STREET<br>APT 308<br>DANVILLE, PA 17821 | MEDICAL RECORDS | 1290-000 | 5.00 | | 316,718.11 |
| 01/19/2018 | [17] | ELAINE PETTIS<br>28 Stonecreek Ct<br>Ephrata, PA 17522 | MEDICAL RECORDS | 1290-000 | 12.80 | | 316,730.91 |
| | | | Page Subtotals | | 47.80 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 326)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/19/2018 | [17] | CAROL ANDERSEN<br>8333 Charlise Rd<br>Richmond, VA 23235 | MEDICAL RECORDS | 1290-000 | 5.00 | | 316,735.91 |
| 01/19/2018 | [17] | DOROTHY VALENT<br>88 HILL TERRACE DRIVE<br>POTTSVILLE, PA 17901 | MEDICAL RECORDS | 1290-000 | 12.80 | | 316,748.71 |
| 01/19/2018 | [1] | DARLENE PURCELL<br>22 SHAFFERS HILL ROAD<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 316,753.71 |
| 01/19/2018 | [1] | MICHELLE KALYAN<br>1760 RUNNING DEER ROAD<br>AUBURN, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 7.50 | | 316,761.21 |
| 01/19/2018 | [1] | MARY DEMBINSKY<br>400 Beurys Rd<br>Ashland, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 76.76 | | 316,837.97 |
| 01/19/2018 | [1] | NANCY PYTOK<br>344 WEST STREET<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 316,857.97 |
| 01/19/2018 | [1] | JOAN KUTZ<br>8 Kutz Rd<br>Pine Grove, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 88.82 | | 316,946.79 |
| | | | Page Subtotals | | 215.88 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 327)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/19/2018 | [1] | THOMAS SANTAI 202 MAPLE AVE MAR LIN, PA 17951 | ACCOUNTS RECEIVABLE | 1121-000 | 84.29 | | 317,031.08 |
| 01/19/2018 | [1] | GENEVIEVE CHUPAK 20 TRENTON MAHANOY CITY, PA 17948 | ACCOUNTS RECEIVABLE | 1121-000 | 19.55 | | 317,050.63 |
| 01/19/2018 | [1] | VAL MENTZER 213 CHESTNUT STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 317,065.63 |
| 01/19/2018 | [1] | JEFFERY VOLUTZA 25 N. NICHOLAS STREE APT 105 SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 317,085.63 |
| 01/19/2018 | [1] | ROBERT SOPHY 1134 EAGLE ROAD POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 317,110.63 |
| 01/24/2018 | 51157 | KURTZMAN STEADY, LLC 401 S. 2ND ST., SUITE 301 PHILADELPHIA, PA 19147 | SECOND INTERIM COMPENSATION TO SPECIAL COUNSEL (July 27, 2017 through November 30, 2017) (PER COURT ORDER DATED 1/23/18) | 3210-600 | | 4,680.00 | 312,430.63 |
| 01/24/2018 | 51158 | KURTZMAN STEADY, LLC 401 S. 2ND ST., SUITE 301 PHILADELPHIA, PA 19147 | OUT-OF-POCKET EXPENSES TO SPECIAL COUNSEL (July 27, 2017 through November 30, 2017) (PER COURT ORDER DATED 1/23/18) | 3220-610 | | 26.30 | 312,404.33 |
| | | | Page Subtotals | | 163.84 | 4,706.30 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/24/2018 | 51159 | UPS<br>PO BOX 7247-0244<br>PHILADELPHIA, PA 19170-0001 | UPS OVERNIGHT MAILING (INVOICE NO. FE5895038; SHIPPER NO. FE5895; CONTROL ID M252) | 2990-000 | | 34.32 | 312,370.01 |
| 01/25/2018 | 51160 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 1/20/18 (INVOICE NO. G567; Williamson, McGinty, Homa, Dahm, Hartz, PA Sales Tax) | 2990-000 | | 5,054.53 | 307,315.48 |
| 01/26/2018 | [1] | DENISE KRAMER | ACCOUNTS RECEIVABLE | 1121-000 | 199.91 | | 307,515.39 |
| 01/26/2018 | [17] | MICHELLE ANN ROSENBERGER<br>1271 YARMOUTH LANE<br>NEW CUMBERLAND, PA 17070 | MEDICALRECORDS | 1290-000 | 12.20 | | 307,527.59 |
| 01/26/2018 | [17] | BARBARA SALVADORE<br>10 WEST CENTRE STREET<br>MAHANOY CITY , PA 17948 | MEDICAL RECORDS | 1290-000 | 8.29 | | 307,535.88 |
| 01/26/2018 | [17] | DORIS NISSLY<br>275 FRIEDEN MONOR<br>SCHUYLKILL HAVEN, PA 17972 | MEDICAL RECORDS | 1290-000 | 5.00 | | 307,540.88 |
| 01/26/2018 | [17] | ELLEN MARIE POSTUPACK<br>215 W Mahanoy St<br>Mahanoy City, PA 17948 | MEDICAL RECORDS | 1290-000 | 5.00 | | 307,545.88 |
| 01/26/2018 | [1] | CLAIR YEASTED<br>609 BOONE STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 58.21 | | 307,604.09 |

Page Subtotals: 288.61 | 5,088.85

UST Form 101-7-TDR (10/1/2010) (Page 329)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/26/2018 | [1] | ELIZABETH SCHAAR 173 STATE ROAD BARNESVILLE, PA 18214 | ACCOUNTS RECEIVABLE | 1121-000 | 29.92 | | 307,634.01 |
| 01/26/2018 | [1] | BRENDA DENNING 159 WALNUT STREET MARY D, PA 17952 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 307,654.01 |
| 01/26/2018 | [1] | EDWARD WELSH 512 FAIRVIEW STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 28.42 | | 307,682.43 |
| 01/26/2018 | [1] | VIRGINIA BRYK 122 MAIN BLVD RINGTOWN, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 71.50 | | 307,753.93 |
| 01/26/2018 | [1] | CAPITAL BLUE | ACCOUNTS RECEIVABLE | 1121-000 | 38.45 | | 307,792.38 |
| 01/26/2018 | [1] | CHARLENE FREEZE 114 PIKE STREET PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 307,817.38 |
| 01/26/2018 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 67.00 | | 307,884.38 |
| 01/26/2018 | [1] | MICHAEL HOMOVICH 123 BROAD STREET SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 21.07 | | 307,905.45 |
| | | | Page Subtotals | | 301.36 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 330)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/26/2018 | [1] | MONETTE TREON<br>523 MAY DRIVE<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 133.11 | | 308,038.56 |
| 01/26/2018 | [1] | CHRISTIE JO SALEM<br>133 NORTH THIRD STREET<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 308,063.56 |
| 01/26/2018 | [1] | JOHN PASIERB<br>611 STONEY RUN ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 308,073.56 |
| 01/26/2018 | [1] | CECILIA HOCK<br>616 EDWARD AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 68.74 | | 308,142.30 |
| 01/26/2018 | [1] | CARMEN MURHON<br>1516  NORTH NORWEGIAN STREET<br>POTTSVILLE, PA 17902 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 308,152.30 |
| 01/26/2018 | [1] | ANN MONAHAN<br>1734 WEST MARKET STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 40.34 | | 308,192.64 |
| 01/26/2018 | [1] | ROBIN LYNCH<br>208 DOCK STREET<br>APT # 9<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 308,217.64 |
| | | | Page Subtotals | | 312.19 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 331)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  **17-00641**
Case Name:  **Pottsville Internists Associates, Inc.**

Taxpayer ID No:  **\*\*-\*\*\*9850**
For Period Ending:  **6/21/2019**

Trustee Name:  **William G. Schwab**
Bank Name:  **Texas Capital Bank**
Account Number/CD#:  **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit):  **10,000,000.00**
Separate bond (if applicable):  **0.00**

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | 5 Uniform Trans. Code | Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 01/26/2018 | [1] | ANNA M. MALOCU 601 WEST PENN STREET SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 47.20 | | 308,264.84 |
| 01/26/2018 | [1] | STEPHANIE CAULFIELD 118 EAST CHESTNUT STREET FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 308,289.84 |
| 01/26/2018 | [1] | ERNEST DESROSIERS 2200 1ST AVE APT 222 POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 80.05 | | 308,369.89 |
| 01/26/2018 | [1] | GEISINGER HEALTH PLAN DANVILLE, PA 17822 | ACCOUNTS RECEIVABLE | 1121-000 | 0.06 | | 308,369.95 |
| 01/26/2018 | [1] | FERNE FURMAN 503 W Main St VALLEY VIEW, PA 17983 | ACCOUNTS RECEIVABLE | 1121-000 | 12.77 | | 308,382.72 |
| 01/26/2018 | [1] | JOSHUA NOECKER 145 CHESTNUT STREET SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 308,397.72 |
| 01/26/2018 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 82.00 | | 308,479.72 |
| 01/26/2018 | [1] | JOSEPH KULIKOSKY 121 N Greenview Rd Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 43.49 | | 308,523.21 |
| | | | Page Subtotals | | 305.57 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 332)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/26/2018 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 316.50 | | 308,839.71 |
| 01/26/2018 | [1] | MELANIE DRONICK 111 SOUTH THIRD STREET MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 142.10 | | 308,981.81 |
| 01/26/2018 | [1] | PEGGY GARLAND 2303 PANTHER VALLEY ROAD POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 141.00 | | 309,122.81 |
| 01/26/2018 | [1] | JOANNE FOX 435 Naffin Ave Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 309,228.15 |
| 01/26/2018 | [17] | JACQUELINE D. MOYLAN & DAVID J. MOYLAN, III 713 STALLION DRIVE AUBURN, PA 17922-9567 | MEDICAL RECORDS | 1290-000 | 12.20 | | 309,240.35 |
| 01/26/2018 | 51161 | COMCAST PO BOX 3001 SOUTHEASTERN, PA 19398-3001 | COMCAST PAYMENT (ACCT. 8993 11 252 0172227) | 2990-000 | | 301.50 | 308,938.85 |
| 01/31/2018 | 51162 | US POSTMASTER LEHIGHTON, PA 18235 | POSTAGE (Mailing of Tax Documents & Miscellaneous Matters) | 2990-000 | | 71.02 | 308,867.83 |
| 02/01/2018 | 51163 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 1/27/18 (INVOICE NO. G575; Williamson, McGinty, Homa, Dahm, Hartz, PA Sales Tax) | 2990-000 | | 5,197.21 | 303,670.62 |
| | | | Page Subtotals | | 717.14 | 5,569.73 | |

UST Form 101-7-TDR (10/1/2010) (Page 333)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/05/2018 | [1] | BARBARA BRIGHT<br>120 MAIN STREET<br>GILBERTON, PA 17934 | ACCOUNTS RECEIVABLE | 1121-000 | 48.00 | | 303,718.62 |
| 02/05/2018 | [1] | THOMAS MOLOCHNICK<br>26 LOW ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 23.22 | | 303,741.84 |
| 02/05/2018 | [1] | KATHLEEN FLEMING<br>147 S 24TH STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 71.50 | | 303,813.34 |
| 02/05/2018 | [1] | JAMES IMSCHWEILER<br>3085 VILLAGE ROAD<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 303,918.68 |
| 02/05/2018 | [1] | RONDA MILLER<br>156 AVENUE E<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 303,968.68 |
| 02/05/2018 | [1] | REV. PAUL ROPITSKY<br>24 Lia Rd<br>Frackville, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 95.84 | | 304,064.52 |
| 02/05/2018 | [1] | JOAN DALTON<br>777 WATER STREET<br>APT 506<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 304,169.86 |
| | | | Page Subtotals | | 499.24 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 334)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/05/2018 | [1] | AMY MILLER<br>312 Sweet Arrow Lake Rd<br>Pine Grove, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 304,179.86 |
| 02/05/2018 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 77.15 | | 304,257.01 |
| 02/05/2018 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 21.07 | | 304,278.08 |
| 02/05/2018 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 58.63 | | 304,336.71 |
| 02/05/2018 | [1] | KIM RUSSELL SEIBERT<br>131 CHERRY STREET<br>PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 168.00 | | 304,504.71 |
| 02/05/2018 | [1] | GUY FESSLER<br>775 SUMMERHILL ROAD<br>AUBURN, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 16.01 | | 304,520.72 |
| 02/05/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 462.12 | 304,058.60 |
| 02/06/2018 | 51164 | STAPLES | SUPPLIES (CDR's, CD/DVD's, CD BUBBLE MAILER)(INVOICE #'s: 1957237741; 1957237911)(ACCT. NO. 6035 5178 5003 9719) | 2990-000 | | 617.98 | 303,440.62 |

Page Subtotals     350.86     1,080.10

UST Form 101-7-TDR (10/1/2010) (Page 335)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/06/2018 | 51165 | COMCAST<br>PO BOX 3001<br>SOUTHEASTERN, PA 19398-3001 | COMCAST PAYMENT (ACCT. 8993 11 252 0151882) | 2990-000 | | 502.39 | 302,938.23 |
| 02/08/2018 | 51166 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 2/3/18 (INVOICE NO. G581; Williamson, McGinty, Homa, Dahm, Hartz, PA Sales Tax) | 2990-000 | | 5,234.06 | 297,704.17 |
| 02/09/2018 | [17] | O'DWYER & BERNSTIEN, LLP<br>52 DUANE STREET<br>FIFTH FLOOR<br>NEW YORK, NY 10007 | MEDICAL RECORDS FOR KULDEEP SINGH | 1290-000 | 105.37 | | 297,809.54 |
| 02/09/2018 | [17] | JOANNE PELLEGRINO<br>533 EAST LLOYD STREET<br>SHENANDOAH, PA 17976 | MEDICAL RECORDS | 1290-000 | 6.70 | | 297,816.24 |
| 02/09/2018 | [1] | GEISINGER HEALTH PLAN<br>DANVILLE, PA 17822 | ACCOUNTS RECEIVABLE | 1121-000 | 0.06 | | 297,816.30 |
| 02/09/2018 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 127.50 | | 297,943.80 |
| 02/09/2018 | [1] | THERESA ALEXANDER<br>616 GREENWOOD AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 29.62 | | 297,973.42 |
| 02/09/2018 | [1] | LUCY BARKET<br>1601 BIRCH ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 298,078.76 |
| | | | Page Subtotals | | 374.59 | 5,736.45 | |

Case No: 17-00641

Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850

For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: ********1797 Checking Account**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/09/2018 | [1] | ANNA DIKUN<br>2200 1ST AVE ROOM 312<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.34 | | 298,089.10 |
| 02/09/2018 | [1] | ROBERT BODARSKY<br>215 W ATLANTIC<br>SHEANANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 101.43 | | 298,190.53 |
| 02/09/2018 | [1] | MARY ANN ANGELO<br>301 SUNBURY STRET<br>APT 2-A<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 8.92 | | 298,199.45 |
| 02/09/2018 | [1] | JOHN PREHL<br>64 WINDSOR LANE<br>BENSALEM, PA 19020 | ACCOUNTS RECEIVABLE | 1121-000 | 186.00 | | 298,385.45 |
| 02/09/2018 | [1] | ALBERTA PUKAVAGE<br>P.O. BOX 235<br>RINGTOWN, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 298,410.45 |
| 02/09/2018 | [1] | DELORES SHOLLENBERGER<br>1380 SENECA STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 142.10 | | 298,552.55 |
| 02/09/2018 | [1] | CHRISTINE LAWSON<br>32 FRITZ AVE<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 298,562.55 |
| | | | Page Subtotals | | 483.79 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 337)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/09/2018 | [1] | HOWARD RUSSELL 1193 WYNONAH DRIVE AUBURN, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 19.55 | | 298,582.10 |
| 02/09/2018 | [1] | LAVERNE RHOADS ESTATE | ACCOUNTS RECEIVABLE | 1121-000 | 55.49 | | 298,637.59 |
| 02/09/2018 | 51167 | COMCAST PO Box 37601 Philadelphia, PA 19101-0601 | COMCAST (INVOICE NO. 61217853) (ACCT. NO. 903111610) | 2990-000 | | 587.97 | 298,049.62 |
| 02/15/2018 | [1] | MICHAEL BROWN 289 PLEASANT VALLEY RD PINE GROVE, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 298,099.62 |
| 02/15/2018 | [1] | LORI ANN UHOLIK 333 EAST LLOYD STREET SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 51.72 | | 298,151.34 |
| 02/15/2018 | [1] | G.L. ROEDER 1492 MOUNTAIN ROAD PINE GROVE, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 33.12 | | 298,184.46 |
| 02/15/2018 | [1] | DEBORAH WERTZ 100 S 7TH STREET APT 206 TOWER CITY, PA 17980 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 298,204.46 |
| | | | Page Subtotals | | 229.88 | 587.97 | |

UST Form 101-7-TDR (10/1/2010) (Page 338)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | Uniform Trans. Code | 5 Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 02/15/2018 | [1] | GRACE SCHUETTLER 2200 1ST AVE APT 304 POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 21.07 | | 298,225.53 |
| 02/15/2018 | [1] | SHANNON SACCO 501 FURNACE STREET SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 298,245.53 |
| 02/15/2018 | [1] | NICHOLE CUTTITTA 618 NORTH SECOND STREET MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 55.45 | | 298,300.98 |
| 02/15/2018 | [1] | DONNA SHERAKAS 420 RESERVOIR ROAD RINGTOWN, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 298,320.98 |
| 02/15/2018 | [1] | DIANE WARISCHALK 2158 WOODGLEN ROAD POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 298,345.98 |
| 02/15/2018 | [1] | GERALDINE WHITEASH 601 NORTH SECOND STREET MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 71.50 | | 298,417.48 |
| 02/15/2018 | [1] | ELIZABETH LENOSKY 135 MAIN STREET P.O. BOX 4084 SELTZER, PA 17974 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 298,442.48 |

Page Subtotals: 238.02    0.00

UST Form 101-7-TDR (10/1/2010) (Page 339)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/15/2018 | [1] | CHARLES NOLL 1543 NORWEGIAN STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 17.64 | | 298,460.12 |
| 02/15/2018 | [1] | CHARLES NOLL 1543 NORWEGIAN STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.50 | | 298,480.62 |
| 02/15/2018 | [1] | DAVID SMILLIE 3101 VILLAGE ROAD ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 597.58 | | 299,078.20 |
| 02/15/2018 | [17] | BRIDGET WISHNEFSKY 30 DEWITT STREET PITTSON, PA 18640 | MEDICAL RECORDS | 1290-000 | 5.00 | | 299,083.20 |
| 02/15/2018 | [17] | LORI HASKER 423 WEST PINE STREET FRACKVILLE, PA 17931 | MEDICAL RECORDS | 1290-000 | 5.00 | | 299,088.20 |
| 02/15/2018 | 51168 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 2/10/18 (INVOICE NO. G589; Williamson, McGinty, Homa, Dahm, Hartz, PA Sales Tax) | 2990-000 | | 5,084.78 | 294,003.42 |
| 02/19/2018 | | BB&T 9 N Centre St Pottsville, PA 17901 | ACCOUNTS RECEIVABLE<br><br>Direct Withdrawal by Secured Creditor 750.00 | 4210-000 | | | 294,003.42 |
| | | | Page Subtotals | | 645.72 | 5,084.78 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: **17-00641** | Trustee Name: **William G. Schwab** |
| Case Name: **Pottsville Internists Associates, Inc.** | Bank Name: **Texas Capital Bank** |
| | Account Number/CD#: ********1797 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*9850** | Blanket bond (per case limit): **10,000,000.00** |
| For Period Ending: **6/21/2019** | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | Direct Withdrawal by Secured Crerdiitor (750.00) | 4210-000 | | | |
| 02/20/2018 | [17] | METZGER WICKERSHAM P.O. BOX 69200 HARRISBURG, PA 17106 | MEDICAL RECORDS FOR KATHLEEN REPPERT | 1290-000 | 30.09 | | 294,033.51 |
| 02/20/2018 | 51169 | BB&T | PARTIAL PAYMENT OF SECURED CLAIM NO. 9B | 4210-000 | | 4,109.83 | 289,923.68 |
| 02/20/2018 | 51170 | CARD SERVICES PO BOX 13337 PHILADELPHIA, PA 19101-3337 | MISC. FILING & SERVICE FEES (Notice of 1st Interim Fee Application to Attorney for Trustee) | 2990-000 | | 53.94 | 289,869.74 |
| 02/22/2018 | 51171 | US POSTMASTER LEHIGHTON, PA 18235 | POSTAGE (Mailing of Tax Documents, Medical Records & Request Forms & Miscellaneous Matters) | 2990-000 | | 132.87 | 289,736.87 |
| 02/26/2018 | | adjustment - in | adjustment in - deposited into wrong account (bank correcting error 2/28/18) | 1280-000 | 675.00 | | 290,411.87 |
| 02/26/2018 | 51172 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 2/17/18 (INVOICE NO. G597; Williamson, McGinty, Homa, Dahm, Hartz, PA Sales Tax) | 2990-000 | | 5,316.86 | 285,095.01 |
| 02/28/2018 | | adjustment - out | adjustment out - deposited into wrong account (bank correcting error 2/28/18) | 1280-000 | (675.00) | | 284,420.01 |
| 03/01/2018 | [17] | ANNA SNOICH 20 S Emerick St Shenandoah, PA 17976 | MEDICAL RECORDS | 1290-000 | 12.20 | | 284,432.21 |
| | | | Page Subtotals | | 42.29 | 9,613.50 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 03/01/2018 | [17] | ROSEMARY MALOCU<br>609 W. WASHINGTON STREET<br>SHEANDOAH, PA 17976 | MEDICAL RECORDS | 1290-000 | 13.26 | | 284,445.47 |
| 03/01/2018 | [17] | ELIZABETH GLANZMANN<br>105 B TAYLOR AVE<br>WILDWOOD, NJ 08260 | MEDICAL RECORDS | 1290-000 | 12.25 | | 284,457.72 |
| 03/01/2018 | [1] | GRACE RICHMOND<br>10 WEST CENTER STREET<br>APT 1004<br>MAHANOY CITY, PA 17948 | ACCOUNTS RECEIVABLE | 1121-000 | 90.39 | | 284,548.11 |
| 03/01/2018 | [1] | HIGHMARK | ACCOUNTS RECEIVABLE | 1121-000 | 182.96 | | 284,731.07 |
| 03/01/2018 | [1] | SANDRA POLETTI<br>540 MAIN STREET<br>HEGINS, PA 17938 | ACCOUNTS RECEIVABLE | 1121-000 | 388.16 | | 285,119.23 |
| 03/01/2018 | [1] | ESTHER M. KERWICK, EST<br>988 SUNBURY ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 48.24 | | 285,167.47 |
| 03/01/2018 | [1] | ROBIN LYNCH<br>208 DOCK STREET<br>APT # 9<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 285,192.47 |
| | | | Page Subtotals | | 760.26 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 342)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**

For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/01/2018 | [1] | JOYCE MORAN 705 PINE HILL STREET MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 285,297.81 |
| 03/01/2018 | [1] | JOYCE MORAN 705 PINE HILL STREET MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 285,403.15 |
| 03/01/2018 | [1] | MICHELLE KALYAN 1760 RUNNING DEER ROAD AUBURN, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 285,408.15 |
| 03/01/2018 | [1] | ROBERT YEAGER 1411 BUNTING STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 285,418.15 |
| 03/01/2018 | [1] | AMERIHEALTH CARITAS NORTHEAST | ACCOUNTS RECEIVABLE | 1121-000 | 790.20 | | 286,208.35 |
| 03/01/2018 | [1] | STEPHANIE CAULFIELD 118 EAST CHESTNUT STREET FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 286,233.35 |
| 03/01/2018 | [1] | CHRISTIE JO SALEM 133 NORTH THIRD STREET SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 286,258.35 |
| 03/01/2018 | [1] | GERALDINE GLOW 310 WEST MAIN STREET RINGTOWN, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 104.36 | | 286,362.71 |
| | | | Page Subtotals | | 1,170.24 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 343)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/01/2018 | [1] | JESUS MEDINA<br>333 WEST CENTER STREET<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 286,377.71 |
| 03/01/2018 | [1] | NANCY LECHLEITNER<br>320 Mauch Chunk St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 286,402.71 |
| 03/01/2018 | [1] | ALBERTA PUKAVAGE<br>P.O. BOX 235<br>RINGTOWN, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 286,427.71 |
| 03/01/2018 | [1] | LEROY LONG<br>556 SOUTH 3RD STREET<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 286,467.71 |
| 03/01/2018 | [1] | ROBERT MASSARI<br>767 Minersville Llewellyn Hwy<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 40.62 | | 286,508.33 |
| 03/01/2018 | [1] | JESSICA LEONARD<br>505 FOREST LANE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 286,528.33 |
| 03/01/2018 | 51173 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 2/24/18 (INVOICE NO. G606; Williamson, McGinty, Homa, Dahm, Hartz, PA Sales Tax) | 2990-000 | | 5,251.87 | 281,276.46 |

Page Subtotals     165.62     5,251.87

UST Form 101-7-TDR (10/1/2010) (Page 344)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/01/2018 | 51174 | UPS<br>PO BOX 7247-0244<br>PHILADELPHIA, PA 19170-0001 | UPS OVERNIGHT MAILING (INVOICE NO. FE5895088; SHIPPER NO. FE5895; CONTROL ID 152Q) | 2990-000 | | 34.24 | 281,242.22 |
| 03/05/2018 | [17] | MEDICAL LEGAL REPRODUCTIONS<br>4940 Disston St<br>Philadelphia, PA 19135 | MEDICAL RECORDS FOR HEATHER MALEY | 1290-000 | 114.01 | | 281,356.23 |
| 03/05/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 423.47 | 280,932.76 |
| 03/06/2018 | [17] | RELEASE POINT<br>P.O. BOX 1390<br>ST. PETERS, MO 63376 | MEDICAL RECORDS- MATTHEW ONEILL | 1290-000 | 87.69 | | 281,020.45 |
| 03/08/2018 | [17] | NIVIA CRUZ<br>326 E Chelsea St<br>Deland, FL 32724 | MEDICAL RECORDS | 1290-000 | 5.00 | | 281,025.45 |
| 03/08/2018 | [17] | WILLIAM ZETH<br>1468 BUNTING STREET<br>POTTSVILLE, PA 17901 | MEDICAL RECORDS | 1290-000 | 5.00 | | 281,030.45 |
| 03/08/2018 | [17] | SHARON ZITKUS<br>22 MILL MTN ROAD<br>NEW RINGGOLD, PA 17960 | MEDICAL RECORDS | 1290-000 | 6.61 | | 281,037.06 |
| | | | Page Subtotals | | 218.31 | 457.71 | |

UST Form 101-7-TDR (10/1/2010) (Page 345)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/08/2018 | [17] | SHARON BRADLEY<br>723 PORT CARBON-ST CLAIR HWY<br>POTTSVILLE, PA 17901 | MEDICAL RECORDS | 1290-000 | 10.00 | | 281,047.06 |
| 03/08/2018 | [17] | IRENA CHAWLA<br>35 KASI CIRCLE<br>IVYLAND, PA 18974 | MEDICAL RECORDS | 1290-000 | 12.80 | | 281,059.86 |
| 03/08/2018 | [17] | NANCY WALLICK<br>1807 MACON ROAD<br>APT 1705<br>PERRY , GA 31069 | MEDICAL RECORDS | 1290-000 | 16.65 | | 281,076.51 |
| 03/08/2018 | [1] | CARMEN MURHON<br>1516  NORTH NORWEGIAN STREET<br>POTTSVILLE, PA 17902 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 281,086.51 |
| 03/08/2018 | [1] | MARION LINK<br>BOX 56<br>TUSCARORA, PA 17982 | ACCOUNTS RECEIVABLE | 1121-000 | 35.00 | | 281,121.51 |
| 03/08/2018 | [1] | CHRISTINE LAWSON<br>32 FRITZ AVE<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 281,131.51 |
| 03/08/2018 | [1] | JULIE LUCKENBILL<br>740 Seltzer Rd<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 42.14 | | 281,173.65 |
| | | | Page Subtotals | | 136.59 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 346)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/08/2018 | [1] | E. SHIRLEY RIEGEL 174 Reedsville Rd Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 281,193.65 |
| 03/08/2018 | [1] | MARILYN VALOSIN 505 NORTH WARREN STREET ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 56.35 | | 281,250.00 |
| 03/08/2018 | [1] | SADIE WETZEL 358 FRONT STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 281,270.00 |
| 03/08/2018 | [1] | ROSE NORDALL 422 Birds Hill Rd Pine Grove, PA 17963 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 281,295.00 |
| 03/08/2018 | [1] | LINDA SEVINSKY 2 WOOD AVE BARNESVILLE, PA 18214 | ACCOUNTS RECEIVABLE | 1121-000 | 15.60 | | 281,310.60 |
| 03/08/2018 | [1] | MARY BURNS 518 WEST RACE STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 281,330.60 |
| 03/08/2018 | [1] | THOMAS SANTAI 202 MAPLE AVE MAR LIN, PA 17951 | ACCOUNTS RECEIVABLE | 1121-000 | 60.78 | | 281,391.38 |
| | | | | Page Subtotals | 217.73 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 347)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/08/2018 | [1] | ROBERT SOPHY<br>1134 EAGLE ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 281,416.38 |
| 03/08/2018 | [1] | SHIRLEY HOFFMAN<br>7 AVENUE D<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 32.50 | | 281,448.88 |
| 03/08/2018 | [1] | EDWARD CUNNINGHAM<br>819 WEST CENTER STREET<br>APT 301<br>ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 35.00 | | 281,483.88 |
| 03/08/2018 | [1] | LEEANN STRENCOSKY<br>4106 BROOKSIDE COURT<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 18.50 | | 281,502.38 |
| 03/08/2018 | [1] | MARY FELSOCI<br>1023 CENTER STREET<br>HOMETOWN, PA 18252 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 281,552.38 |
| 03/08/2018 | [1] | CHARLENE FREEZE<br>114 OIKE STREET<br>PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 281,577.38 |
| 03/08/2018 | [1] | DIANINE OGRODNICK<br>100 SOUTH MAIN STREET<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 17.53 | | 281,594.91 |
| | | | Page Subtotals | | 203.53 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 348)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/08/2018 | [1] | ROSALIE KERSCHNER BOX 84 NEW RINGGOLD, PA 17960 | ACCOUNTS RECEIVABLE | 1121-000 | 24.38 | | 281,619.29 |
| 03/08/2018 | [1] | ELIZABETH LENOSKY 135 MAIN STREET P.O. BOX 4084 SELTZER, PA 17974 | ACCOUNTS RECEIVABLE | 1121-000 | 53.95 | | 281,673.24 |
| 03/08/2018 | [1] | JOHN RUSCAVAGE 1533 MOUNT HOPE AVE POTTSVILLE, PA 179901 | ACCOUNTS RECEIVABLE | 1121-000 | 13.50 | | 281,686.74 |
| 03/08/2018 | [1] | JANET PROSPER 101 Broad Ave SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 281,711.74 |
| 03/08/2018 | 51175 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 3/3/18 (INVOICE NO. G611; Williamson, McGinty, Homa, Dahm, Hartz, PA Sales Tax) | 2990-000 | | 5,193.24 | 276,518.50 |
| 03/09/2018 | [1] | adjustment - out | adjustment to deposit #2186 (Linda Sevinsky Accounts Receivable) ($0.60 too much logged into IQ7 account ledger) | 1121-000 | (0.60) | | 276,517.90 |
| 03/12/2018 | 51176 | William G. Schwab and Associates | FIRST INTERIM COMPENSATION TO ATTORNEY FOR THE TRUSTEE (PER COURT ORDER DATED 3/8/18) | 3110-000 | | 115,302.50 | 161,215.40 |

Page Subtotals: 116.23 | 120,495.74

UST Form 101-7-TDR (10/1/2010) (Page 349)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/12/2018 | 51177 | William G. Schwab and Associates 811-1 Blakeslee Blvd Drive East PO Box 56 Lehighton, PA 18235 | OUT-OF-POCKET EXPENSES TO ATTORNEY FOR THE TRUSTEE (FIRST INTERIM FEE APPLICATION)(PER COURT ORDER DATED 3/8/18 | 3120-000 | | 2,242.58 | 158,972.82 |
| 03/12/2018 | 51178 | COMCAST PO BOX 3001 SOUTHEASTERN, PA 19398-3001 | COMCAST PAYMENT (ACCT. 8993 11 252 0151882) | 2990-000 | | 502.39 | 158,470.43 |
| 03/12/2018 | 51179 | US POSTMASTER LEHIGHTON, PA 18235 | POSTAGE (Mailing of Letters to Former Patients & Medical Records Requested) | 2990-000 | | 83.98 | 158,386.45 |
| 03/14/2018 | [24] | LAW OFFICE OF STEPHEN T. CARPENITO 200 Mahantongo St SUITE 44 Pottsville, PA 17901 | SETTLEMENT OF DR. LITIGATION PER COURT ORDER DATED 03-08-18 (5:17-AP-00109) | 1249-000 | 17,575.00 | | 175,961.45 |
| 03/15/2018 | 51180 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 3/12/18 (INVOICE NO. G620; Williamson, McGinty, Homa, Dahm, Hartz, PA Sales Tax) | 2990-000 | | 5,149.17 | 170,812.28 |
| 03/16/2018 | [17] | CAROL CARTER 969 CENTRE STREET P.O. BOX 333 SHEPPTON, PA 18248 | MEDICAL RECORDS | 1290-000 | 6.61 | | 170,818.89 |
| 03/16/2018 | [17] | PATRICIA HORVATH 637 STONEY RUN ROAD POTTSVILLE, PA 17901 | MEDICAL RECORDS | 1290-000 | 19.85 | | 170,838.74 |

Page Subtotals: 17,601.46   7,978.12

UST Form 101-7-TDR (10/1/2010) (Page 350)

**Exhibit 9**

Case No:   **17-00641**

Case Name:   **Pottsville Internists Associates, Inc.**

Taxpayer ID No:   **\*\*-\*\*\*9850**

For Period Ending:   **6/21/2019**

Trustee Name:   **William G. Schwab**

Bank Name:   **Texas Capital Bank**

Account Number/CD#:   **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit):   **10,000,000.00**

Separate bond (if applicable):   **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/16/2018 | [17] | LUCILLE BLICKLEY<br>255 PARKWAY APT 504<br>SCHUYLKILL HAVEN, PA 17972 | MEDICAL RECORDS | 1290-000 | 4.50 | | 170,843.24 |
| 03/16/2018 | [17] | MARY SCHATZ<br>146 WILLOW STREET<br>P.O. BOX 193<br>DELANO, PA 18220 | MEDICAL RECORDS | 1290-000 | 6.61 | | 170,849.85 |
| 03/16/2018 | [1] | NANCY LECHLEITNER<br>320 Mauch Chunk St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 170,874.85 |
| 03/16/2018 | [1] | MALLORY HYLKA<br>20 EAST BACON STREET<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 170,884.85 |
| 03/16/2018 | [1] | M. MARGARET STOPPI<br>2148 Mahantongo St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 105.34 | | 170,990.19 |
| 03/16/2018 | [1] | KARLA VOSKUHL<br>35 S Nicholas St<br>Saint Clair, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 171,010.19 |
| 03/16/2018 | [1] | CHERYL ANN  IMSCHWEILER<br>3085 VILLAGE ROAD<br>ORWIGSBURG, PA 17961 | ACCOUNTS RECEIVABLE | 1121-000 | 43.86 | | 171,054.05 |
| | | | Page Subtotals | | 215.31 | 0.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | Uniform Trans. Code | 5 Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 03/16/2018 | [1] | CHRIS YODER 50 LONG LANE BARNESVILLE, PA 18214 | ACCOUNTS RECEIVABLE | 1121-000 | 40.00 | | 171,094.05 |
| 03/16/2018 | [1] | MAMIE RESNICK 365 FRONT STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 60.00 | | 171,154.05 |
| 03/16/2018 | [1] | ANTHONY BENEDICT 131 CRAMER CIRCLE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 142.10 | | 171,296.15 |
| 03/16/2018 | [1] | KRISTEN PERDEW 28 S 25TH STREET ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 11.71 | | 171,307.86 |
| 03/16/2018 | [1] | MICHAEL STOPPI | ACCOUNTS RECEIVABLE | 1121-000 | 31.61 | | 171,339.47 |
| 03/16/2018 | [1] | ANTHONY ZELINSKY 1113 WEST MARKET STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 340.32 | | 171,679.79 |
| 03/16/2018 | 51181 | COMCAST PO Box 37601 Philadelphia, PA 19101-0601 | COMCAST (INVOICE NO. 62266411) (ACCT. NO. 903111610) | 2990-000 | | 587.97 | 171,091.82 |
| *03/19/2018 | [1] | adjustment to deposit #2215 | adjustment to deposit no. 2215 (entered into IQ7 account ledger $100.00 too much) | 1121-003 | (100.00) | | 170,991.82 |

Page Subtotals: 525.74 | 587.97

UST Form 101-7-TDR (10/1/2010) (Page 352)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *03/19/2018 | [1] | adjustment to deposit #2215 | adjustment to deposit no. 2215 (entered into IQ7 account ledger $100.00 too much) | 1121-003 | 100.00 | | 171,091.82 |
| 03/19/2018 | [1] | adjustment to deposit #2215 | adjustment to deposit no. 2215 (entered into IQ7 account ledger) | 1121-000 | (306.00) | | 170,785.82 |
| 03/22/2018 | 51182 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 3/12/18 (INVOICE NO. G628; Williamson, McGinty, Homa, Dahm, Hartz, PA Sales Tax) | 2990-000 | | 5,310.06 | 165,475.76 |
| 03/26/2018 | [17] | CHRISTY KLATKA 17 ROSEMONT AVE BARNESVILLE, PA 18214 | MEDICAL RECORDS | 1290-000 | 6.61 | | 165,482.37 |
| 03/26/2018 | [17] | KELLY BRENNAN 1390 Pheasant Hill Rd Dauphin, PA 17018 | MEDICAL RECORDS FOR HELEN BRENNAN | 1290-000 | 6.61 | | 165,488.98 |
| 03/26/2018 | [17] | NORMAN BARKET 602 3RD STREET PORT CARBON, PA 17965 | MEDICAL RECORDS | 1290-000 | 6.61 | | 165,495.59 |
| 04/02/2018 | 51183 | TRUSTEE INSURANCE AGENCY 2813 WEST MAIN KALAMAZOO, MI 49006 | INSURANCE PREMIUM (INVOICE NO. 1782; 106 S. CLAUDE A. BLVD., POTTSVILLE) | 2990-000 | | 257.00 | 165,238.59 |
| 04/02/2018 | 51184 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 3/12/18 (INVOICE NO. G636; Williamson, McGinty, Homa, Dahm, Hartz, PA Sales Tax) | 2990-000 | | 5,228.94 | 160,009.65 |
| | | | Page Subtotals | | (186.17) | 10,796.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 353)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**

For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 300.00 | 159,709.65 |
| 04/04/2018 | [25] | YASHODA RAO 1791 TANGLEWOOD ROAD ORWIGSBURG, PA 17961 | SETTLEMENT ON DR. RAO PER COURT ORDER 03-13-18 | 1249-000 | 25,000.00 | | 184,709.65 |
| 04/06/2018 | [25] | VALLEY KIDNEY SPECIALIST,P.C. 1230 SOUTH CEDAR CREST BLVD SUITE 301 ALLENTOWN, PA 18103 | SETTLEMENT ON VALLEY KIDNEYS SPECIAL,P.C. PER COURT ORDER DATED 03-19-18 | 1249-000 | 40,000.00 | | 224,709.65 |
| 04/06/2018 | 51185 | US POSTMASTER LEHIGHTON, PA 18235 | POSTAGE (Mailing of Letters to Former Patients, Medical Records Requested & Miscellaneous Matters) | 2990-000 | | 79.76 | 224,629.89 |
| 04/06/2018 | 51186 | STAPLES Dept. 51-7850039719 PO Box 78004 Phoenix , AZ 85062-8004 | SUPPLIES (CD BUBBLE MAILER, TOILETRY)(INVOICE # 2050571981) | 2990-000 | | 44.79 | 224,585.10 |
| 04/06/2018 | 51187 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 3/31/18 (INVOICE NO. G641; Williamson, McGinty, Homa, Dahm, PA Sales Tax) | 2990-000 | | 4,878.23 | 219,706.87 |
| 04/09/2018 | [1] | CAROL MCSHAW 164 STRAWBERRY LANE RINGTOWN, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 219,716.87 |
| | | | Page Subtotals | | 65,010.00 | 5,302.78 | |

UST Form 101-7-TDR (10/1/2010) (Page 354)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | Uniform Trans. Code | 5 Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 04/09/2018 | [1] | TIFFANY YOUST 50 GRACE AVE SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 219,736.87 |
| 04/09/2018 | [1] | PATRICIA WAGNER 301 W Biddle St Ashland, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 97.90 | | 219,834.77 |
| 04/09/2018 | [1] | KATHY CORBY 114 AVE C SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 70.00 | | 219,904.77 |
| 04/09/2018 | [1] | JANET PROSPER 101 Broad Ave SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 89.58 | | 219,994.35 |
| 04/09/2018 | [1] | MARIE KORBOBO 148 CREEK DRIVE AUBURN, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 71.50 | | 220,065.85 |
| 04/09/2018 | [1] | MARGARET CARROLL 189 PENN STREET NORTHUMBERLAND, PA 17857 | ACCOUNTS RECEIVABLE | 1121-000 | 19.38 | | 220,085.23 |
| 04/09/2018 | [1] | MINNIE ENLOE 128 W Ogden St Girardville, PA 17935 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 220,090.23 |
| | | | Page Subtotals | | 373.36 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 355)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/09/2018 | [1] | CHRISTIE JO SALEM<br>133 NORTH THIRD STREET<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 220,115.23 |
| 04/09/2018 | [1] | DARLENE PURCELL<br>22 SHAFFERS HILL ROAD<br>MINERSVILLE, PA 17954 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 220,125.23 |
| 04/09/2018 | [1] | E.SHIRLEY RIEGEL<br>174 Reedsville Rd<br>Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 28.00 | | 220,153.23 |
| 04/09/2018 | [1] | CARMEN MURHON<br>1516  NORTH NORWEGIAN STREET<br>POTTSVILLE, PA 17902 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 220,163.23 |
| 04/09/2018 | [21] | JP MORGAN CHASE & CO<br>C/O KCC CLASS ACTION SERVICES<br>P.O. BOX 404001<br>LOUISVILLE, KY 40233 | UNSCHEDULED CLASS ACTION SUITE | 1249-000 | 91.20 | | 220,254.43 |
| 04/09/2018 | [17] | KRISTY PORAMBO<br>151 Rhedwood Ave<br>Sugarloaf, PA 18249 | MEDICAL RECORDS | 1290-000 | 6.61 | | 220,261.04 |
| 04/09/2018 | [17] | BARBARA DEWALD<br>1237 OAK ROAD<br>POTTSVILLE, PA 17901 | MEDICAL RECORDS | 1290-000 | 6.61 | | 220,267.65 |

Page Subtotals  177.42  0.00

UST Form 101-7-TDR (10/1/2010) (Page 356)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641

Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850

For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: ******1797 Checking Account

Blanket bond (per case limit): 10,000,000.00

Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/09/2018 | [17] | LINDA BROWN 5101 SCHWABEN CREEK ROAD LECK KILL, PA 17836 | MEDICAL RECORDS | 1290-000 | 9.71 | | 220,277.36 |
| 04/09/2018 | [17] | MARY ANN JALBERT 17616 Laoana Cir Eagle River, AK 99577 | MEDICAL RECORDS | 1290-000 | 13.86 | | 220,291.22 |
| 04/09/2018 | 51188 | MICHAEL MCGINTY 235 DEER FIELD DRIVE POTTSVILLE, PA 17901 | REIMBURSEMENT OF OUT-OF-POCKET EXPENSES (Seagate 1TB PorTAB) | 2990-000 | | 63.59 | 220,227.63 |
| 04/09/2018 | 51189 | COMCAST PO BOX 3001 SOUTHEASTERN, PA 19398-3001 | COMCAST PAYMENT (ACCT. 8993 11 252 0172227) | 2990-000 | | 145.75 | 220,081.88 |
| 04/12/2018 | [24] | VALLEY KIDNEY SPECIALIST,P.C. 1230 SOUTH CEDAR CREST BLVD SUITE 301 ALLENTOWN, PA 18103 | Dr. Syed G. Shah Settlement | 1249-000 | 30,000.00 | | 250,081.88 |
| 04/13/2018 | 51190 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 4/7/18 (INVOICE NO. G651; Williamson, McGinty, Homa, Dahm, Hartz, PA Sales Tax) | 2990-000 | | 5,292.47 | 244,789.41 |
| 04/16/2018 | [1] | EDWARD CUNNINGHAM 819 WEST CENTER STREET APT 301 ASHLAND, PA 17921 | Accounts Receivable | 1121-000 | 35.00 | | 244,824.41 |
| | | | Page Subtotals | | 30,058.57 | 5,501.81 | |

UST Form 101-7-TDR (10/1/2010) (Page 357)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | Uniform Trans. Code | 5 Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 04/16/2018 | [1] | ORPHA HARTER 1430 Spruce Street Ashland, PA 17921 | Accounts Receivable | 1121-000 | 15.86 | | 244,840.27 |
| 04/16/2018 | [1] | KAREN FARBER 115 N 5th Street Frackville, PA 17931 | Accounts Receivable | 1121-000 | 15.00 | | 244,855.27 |
| 04/16/2018 | [1] | PAUL D. FARBER 115 N 5th Street Frackville, PA 17931 | Accounts Receivable | 1121-000 | 15.00 | | 244,870.27 |
| 04/16/2018 | [1] | MARY S. FELSOCI 1023 Center Street Hometown, PA 18252 | Accounts Receivable | 1121-000 | 50.49 | | 244,920.76 |
| 04/16/2018 | [1] | JASON KAYLAN 1760 Running Deer Dr. Auburn, PA 17922 | Accounts Receivable | 1121-000 | 5.00 | | 244,925.76 |
| 04/16/2018 | [1] | JULIE LUCKENBILL 740 Seltzer Rd Pottsville, PA 17901 | Accounts Receivable | 1121-000 | 42.14 | | 244,967.90 |
| 04/16/2018 | [1] | ROSE NORDALL 422 Birds Hill Rd Pine Grove, PA 17963 | Accounts Receivable | 1121-000 | 54.85 | | 245,022.75 |
| | | | Page Subtotals | | 198.34 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 358)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform Trans. Code | Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 04/16/2018 | [1] | MARISA SOPHY<br>1134 EAGLE HILL ROAD<br>POTTSVILLE, PA 17901 | Accounts Receivable | 1121-000 | 25.00 | | 245,047.75 |
| 04/16/2018 | [1] | MARION LINK<br>BOX 56<br>TUSCARORA, PA 17982 | Accounts Receivable | 1121-000 | 36.50 | | 245,084.25 |
| 04/16/2018 | [1] | TINA NOLL<br>1543 West Norwegian Street<br>Pottsville, PA 17901 | Accounts Receivable | 1121-000 | 15.00 | | 245,099.25 |
| 04/16/2018 | [1] | CHARLES NOLL<br>1543 NORWEGIAN STREET<br>POTTSVILLE, PA 17901 | Accounts Receivable | 1121-000 | 15.00 | | 245,114.25 |
| 04/16/2018 | [1] | R. AHRENSFIELD<br>37 R. St. John Street<br>Schuylkill Haven , PA 17972 | Accounts Receivable | 1121-000 | 20.00 | | 245,134.25 |
| 04/16/2018 | [1] | CHRISTINE LAWSON<br>32 FRITZ AVE<br>SCHUYLKILL HAVEN, PA 17972 | Accounts Receivable | 1121-000 | 10.00 | | 245,144.25 |
| 04/16/2018 | [1] | RONALD NOEL<br>26 Bryn Mawr Ave<br>Pottsville, PA 17901 | Accounts Receivable | 1121-000 | 38.00 | | 245,182.25 |

Page Subtotals  159.50   0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/16/2018 | 51191 | COMCAST<br>PO Box 37601<br>Philadelphia, PA 19101-0601 | COMCAST (INVOICE NO. 63534605) (ACCT. NO. 903111610) | 2990-000 | | 586.29 | 244,595.96 |
| 04/18/2018 | [17] | William Abbott<br>Sci Forest Inmate Welfare Fund<br>153 Woodland Drive<br>Marienville, PA 16239 | Medical Records | 1290-000 | 7.31 | | 244,603.27 |
| 04/20/2018 | 51192 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 4/14/18 (INVOICE NO. G656; Williamson, McGinty, Homa, Dahm, Hartz, PA Sales Tax) | 2990-000 | | 5,264.41 | 239,338.86 |
| 04/23/2018 | [17] | Ellen M. Postupack<br>215 W. Mahanoy Sity<br>Mahanoy City, PA 17948 | Medical Records | 1290-000 | 8.31 | | 239,347.17 |
| 04/23/2018 | [17] | Jean Petrucka<br>15107 Ann's Choice Way<br>Warmister, PA 18974 | Medical Records | 1290-000 | 6.61 | | 239,353.78 |
| 04/23/2018 | [17] | Judy B. Rebuck<br>401 Washington Street<br>Pottsville, PA 17901, | Medical Records | 1290-000 | 4.29 | | 239,358.07 |
| 04/23/2018 | [1] | Dolores Noonan<br>101 E. Chestnut St. Apt 304<br>Frackville, PA 17931 | Accounts Receivable | 1121-000 | 10.00 | | 239,368.07 |

Page Subtotals     36.52     5,850.70

UST Form 101-7-TDR (10/1/2010) (Page 360)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  **17-00641**
Case Name:  **Pottsville Internists Associates, Inc.**

Taxpayer ID No:  **\*\*-\*\*\*9850**
For Period Ending:  **6/21/2019**

Trustee Name:  **William G. Schwab**
Bank Name:  **Texas Capital Bank**
Account Number/CD#:  **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit):  **10,000,000.00**
Separate bond (if applicable):  **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/23/2018 | [1] | ROBIN LYNCH<br>208 DOCK STREET<br>APT # 9<br>SCHUYLKILL HAVEN, PA 17972 | Accounts Receivable | 1121-000 | 25.00 | | 239,393.07 |
| 04/23/2018 | [1] | NANCY LECHLEITNER<br>320 Mauch Chunk St<br>Pottsville, PA 17901 | Accounts Receivable | 1121-000 | 25.00 | | 239,418.07 |
| 04/23/2018 | [1] | MICHAEL BROWN<br>289 PLEASANT VALLEY RD<br>PINE GROVE, PA 17963 | Accounts Receivable | 1121-000 | 50.00 | | 239,468.07 |
| 04/23/2018 | [1] | AMY MILLER<br>312 Sweet Arrow Lake Rd<br>Pine Grove, PA 17963 | Accounts Receivable | 1121-000 | 20.00 | | 239,488.07 |
| *04/23/2018 | [1] | James Wetzel<br>358 Front Street<br>Pottsville, PA 17901 | Accounts Receivable | 1121-003 | 5.00 | | 239,493.07 |
| *04/23/2018 | [1] | SADIE WETZEL<br>358 FRONT STREET<br>POTTSVILLE, PA 17901 | Accounts Receivable | 1121-003 | 5.00 | | 239,498.07 |
| 04/23/2018 | [1] | MARY BURNS<br>518 WEST RACE STREET<br>POTTSVILLE, PA 17901 | Accounts Receivable | 1121-000 | 20.00 | | 239,518.07 |

|  | | | Page Subtotals | | 150.00 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 361)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**

For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/23/2018 | [1] | Michelle Petri<br>634 E Mahanoy St<br>Mahanoy City, PA 17948 | Accounts Receivable | 1121-000 | 40.00 | | 239,558.07 |
| 04/23/2018 | [1] | DONNA SHERAKAS<br>420 RESERVOIR ROAD<br>RINGTOWN, PA 17967 | Accounts Receivable | 1121-000 | 40.00 | | 239,598.07 |
| 04/23/2018 | [1] | Taylor Reedy<br>238 N. 18th Street<br>Pottsville , PA 17901 | Accounts Receivable | 1121-000 | 37.34 | | 239,635.41 |
| 04/23/2018 | [1] | Suzanne Fehr<br>702 Village Road<br>Orwigsburg , PA 17961 | Accounts Receivable | 1121-000 | 200.00 | | 239,835.41 |
| 04/23/2018 | [1] | CAROL MCSHAW<br>164 STRAWBERRY LANE<br>RINGTOWN, PA 17967 | Accounts Receivable | 1121-000 | 21.40 | | 239,856.81 |
| 04/23/2018 | [1] | Thomas O'Donnell<br>22 Reedersville Road<br>Schuylkill Haven, PA 17972 | Accounts Receivable | 1121-000 | 41.00 | | 239,897.81 |
| 04/23/2018 | 51193 | US POSTMASTER<br>LEHIGHTON, PA 18235 | POSTAGE (Miscellaneous Mailings and Services) | 2990-000 | | 68.07 | 239,829.74 |
| 04/24/2018 | [1] | JAMES E. WETZEL<br>SADIE E. WETZEL | ACCOUNT RECEIVABLE | 1121-000 | 10.00 | | 239,839.74 |
| | | | Page Subtotals | | 389.74 | 68.07 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| *04/24/2018 | [1] | SADIE WETZEL<br>358 FRONT STREET<br>POTTSVILLE, PA 17901 | Accounts Receivable | 1121-003 | (5.00) | | 239,834.74 |
| *04/24/2018 | [1] | James Wetzel<br>358 Front Street<br>Pottsville, PA 17901 | Accounts Receivable | 1121-003 | (5.00) | | 239,829.74 |
| 04/26/2018 | 51194 | COMCAST<br>PO BOX 3001<br>SOUTHEASTERN, PA 19398-3001 | COMCAST PAYMENT (ACCT. 8993 11 252 0151882) | 2990-000 | | 502.39 | 239,327.35 |
| 04/26/2018 | 51195 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 4/14/18 (INVOICE NO. G667; Williamson, McGinty, Homa, Dahm, Hartz, PA Sales Tax) | 2990-000 | | 5,332.46 | 233,994.89 |
| 04/27/2018 | [1] | Lorraine Kantner<br>180 West Second Mt Road<br>Pottsville, PA 17901 | Accounts Receivable | 1121-000 | 139.50 | | 234,134.39 |
| 04/27/2018 | [1] | Lori Houtz<br>681 Forest Lane<br>Pottsville, PA 17901 | Accounts Receivable | 1121-000 | 25.00 | | 234,159.39 |
| 04/27/2018 | [1] | Martha Evans<br>335 Colliery Avenue<br>Tower City, PA 17980 | Accounts Receivable | 1121-000 | 15.00 | | 234,174.39 |
| | | | Page Subtotals | | 169.50 | 5,834.85 | |

UST Form 101-7-TDR (10/1/2010) (Page 363)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/27/2018 | [1] | EDWARD CUNNINGHAM<br>819 WEST CENTER STREET<br>APT 301<br>ASHLAND, PA 17921 | Accounts Receivable | 1121-000 | 35.00 | | 234,209.39 |
| 04/27/2018 | [1] | Michael Freeze<br>114 Pike Street<br>Port Carbon, PA 17965 | Accounts Receivable | 1121-000 | 25.00 | | 234,234.39 |
| 04/27/2018 | [1] | CHARLES NOLL<br>1543 NORWEGIAN STREET<br>POTTSVILLE, PA 17901 | Accounts Receivable | 1121-000 | 85.00 | | 234,319.39 |
| 05/02/2018 | [17] | JEANNE S. CARL | MEDICAL RECORDS | 1290-000 | 6.61 | | 234,326.00 |
| 05/02/2018 | [17] | LYNN KORN<br>427 WEST BIDDLE STREET<br>P.O. BOX 176<br>GORDON, PA 17936 | MEDICAL RECORDS | 1290-000 | 6.61 | | 234,332.61 |
| 05/02/2018 | [17] | EILEEN TURNBACH<br>41 Ashburg Dr<br>SUITE 13<br>Mechanicsburg, PA 17050 | MEDICAL RECORDS | 1290-000 | 6.61 | | 234,339.22 |
| 05/02/2018 | 51196 | BB&T | PARTIAL PAYMENT OF SECURED CLAIM NO. 9B (for the period 2/19/18 to 4/30/18) | 4210-000 | | 3,954.10 | 230,385.12 |

Page Subtotals: 164.83 | 3,954.10

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**

For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/02/2018 | 51197 | US POSTMASTER LEHIGHTON, PA 18235 | POSTAGE (Miscellaneous Mailings and Services) | 2990-000 | | 39.80 | 230,345.32 |
| 05/03/2018 | 51198 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 4/28/18 (INVOICE NO. G670; Williamson, McGinty, Homa, Dahm, Hartz, PA Sales Tax) | 2990-000 | | 5,354.86 | 224,990.46 |
| 05/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 321.57 | 224,668.89 |
| 05/04/2018 | [26] | LEHIGH VALLEY NETWORK 700 E Norwegian St Pottsville, PA 17901 | REIMBURSEMENT FOR COMCAST PAYMENTS | 1290-000 | 2,523.41 | | 227,192.30 |
| 05/10/2018 | 51199 | UPS PO BOX 7247-0244 PHILADELPHIA, PA 19170-0001 | UPS OVERNIGHT MAILING (INVOICE NO. FE5895188; SHIPPER NO. FE5895; CONTROL ID 68T1) | 2990-000 | | 34.57 | 227,157.73 |
| 05/10/2018 | 51200 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 5/5/18 (INVOICE NO. G674; McGinty, Homa, Dahm, PA Sales Tax) | 2990-000 | | 4,682.85 | 222,474.88 |
| 05/11/2018 | [17] | MEGAN BENSINGER 34 NE SHUESTRING LANE SCHUYLKILL HAVEN, PA 17972 | MEDICAL RECORDS | 1290-000 | 6.61 | | 222,481.49 |
| | | | Page Subtotals | | 2,530.02 | 10,433.65 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/11/2018 | [17] | ANN MARIE MILYO<br>2666 WHITMAN DRIVE<br>WILMINGTON, DE 19808 | MEDICAL RECORDS | 1290-000 | 6.61 | | 222,488.10 |
| 05/11/2018 | [17] | SANDRA DUBENDORF<br>16 HILLCREST AVE<br>SCHUYLKILL HAVEN, PA 17972 | MEDICAL RECORDS | 1290-000 | 6.61 | | 222,494.71 |
| 05/11/2018 | [17] | ESTATE OF ESTHER WOODS<br>CLAIR KARLICEK, ADM<br>P.O. BOX 421<br>CLIFTON PARK, NY 12065 | MEDICAL RECORDS | 1290-000 | 13.22 | | 222,507.93 |
| 05/11/2018 | [17] | WAYNE CHILDRESS<br>300 LEWIS STREET<br>APT 205<br>MINERSVILLE, PA 17954 | MEDICAL RECORDS | 1290-000 | 13.31 | | 222,521.24 |
| 05/11/2018 | [17] | BONNIE MARCOSKY | MEDICAL RECORDS | 1290-000 | 8.31 | | 222,529.55 |
| 05/11/2018 | [17] | MARIE TKACIK<br>2319 EVERGREEN AVE<br>WARRINGTOM, PA 18976 | MEDICAL RECORDS | 1290-000 | 15.11 | | 222,544.66 |
| 05/11/2018 | [17] | RECORDTRAK<br>651 ALLENDALE ROAD<br>P.O. BOX 61591<br>KING OF PRUSSIA, PA 19406 | MEDICAL RECORDS FOR PATRICK QUIRK | 1290-000 | 107.81 | | 222,652.47 |
| | | | Page Subtotals | | 170.98 | 0.00 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case No:** 17-00641
**Case Name:** Pottsville Internists Associates, Inc.

**Taxpayer ID No:** **-***9850
**For Period Ending:** 6/21/2019

**Trustee Name:** William G. Schwab
**Bank Name:** Texas Capital Bank
**Account Number/CD#:** ******1797 Checking Account
**Blanket bond (per case limit):** 10,000,000.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/11/2018 | [17] | FLORIO, PERRUCCI, STEINHARDT AND FADER, LLC 235 BROUBALOW WAY PHILLIPSBURG, NJ 08865 | MEDICAL RECORDS FOR CASEY STEFANICK | 1290-000 | 157.57 | | 222,810.04 |
| 05/11/2018 | [1] | ANNETTE TINA NALE 133 RESERVIOR ROAD RINGTOWN, PA 17967 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 222,830.04 |
| 05/11/2018 | [1] | MICHELLE KALYAN 1760 RUNNING DEER ROAD AUBURN, PA 17922 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 222,835.04 |
| 05/11/2018 | [1] | MONICA MASSARI 767 Minersville Llewellyn Hwy Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 124.89 | | 222,959.93 |
| 05/11/2018 | [1] | CHRISTINE LAWSON 32 FRITZ AVE SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 222,969.93 |
| 05/11/2018 | [1] | SADIE WETZEL 358 FRONT STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 222,979.93 |
| 05/11/2018 | [1] | CARMEN MURHON 1516 NORTH NORWEGIAN STREET POTTSVILLE, PA 17902 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 222,989.93 |
| | | | Page Subtotals | | 337.46 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 367)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641

Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850

For Period Ending: 6/21/2019

Trustee Name: William G. Schwab

Bank Name: Texas Capital Bank

Account Number/CD#: ******1797 Checking Account

Blanket bond (per case limit): 10,000,000.00

Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/11/2018 | [1] | MINNIE ERBE 128 WEST OGDEN STREET GIRARDVILLE, PA 17935 | ACCOUNTS RECEIVABLE | 1121-000 | 5.00 | | 222,994.93 |
| 05/11/2018 | [1] | MARY BURNS 518 WEST RACE STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 223,014.93 |
| 05/14/2018 | [17] | BETTY H. RUSSELL | MEDICAL RECORDS | 1290-000 | 9.08 | | 223,024.01 |
| *05/14/2018 | 51201 | BETTY H. RUSSELL | MEDICAL RECORDS | 1290-003 | (9.08) | | 223,014.93 |
| *05/14/2018 | [17] | BETTY H. RUSSELL | MEDICAL RECORDS | 1290-003 | 9.08 | | 223,024.01 |
| 05/14/2018 | 51202 | COMCAST PO BOX 3001 SOUTHEASTERN, PA 19398-3001 | COMCAST PAYMENT (ACCT. 8993 11 252 0151882) | 2990-000 | | 502.39 | 222,521.62 |
| 05/14/2018 | 51203 | COMCAST PO Box 37601 Philadelphia, PA 19101-0601 | COMCAST (INVOICE NO. 64437420) (ACCT. NO. 903111610) | 2990-000 | | 586.29 | 221,935.33 |
| 05/15/2018 | 51204 | BARCLAYS PO BOX 13337 PHILADELPHIA, PA 19101-3337 | MISCELLANEOUS FILING/SERVICING FEES (REIMBURSEMENT TO CREDIT CARD) | 2990-000 | | 186.18 | 221,749.15 |
| 05/16/2018 | 51205 | US POSTMASTER LEHIGHTON, PA 18235 | POSTAGE (Mailing of Medical Records to Former Patients) | 2990-000 | | 35.22 | 221,713.93 |
| | | | Page Subtotals | | 34.08 | 1,310.08 | |

UST Form 101-7-TDR (10/1/2010) (Page 368)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | 5 Uniform Trans. Code | Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 05/17/2018 | 51206 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 5/12/18 (INVOICE NO. G681; McGinty, Homa, Dahm, PA Sales Tax) | 2990-000 | | 4,682.85 | 217,031.08 |
| 05/17/2018 | 51207 | KURTZMAN STEADY, LLC 401 S. 2ND ST., SUITE 301 PHILADELPHIA, PA 19147 | FINAL COMPENSATION TO SPECIAL COUNSEL (December 1, 2017 through April 17, 2018) (PER COURT ORDER DATED 5/15/18) | 3210-600 | | 8,568.00 | 208,463.08 |
| 05/17/2018 | 51208 | KURTZMAN STEADY, LLC 401 S. 2ND ST., SUITE 301 PHILADELPHIA, PA 19147 | OUT-OF-POCKET EXPENSES TO SPECIAL COUNSEL (December 1, 2017 through April 17, 2018) (PER COURT ORDER DATED 5/15/18) | 3220-610 | | 104.15 | 208,358.93 |
| 05/24/2018 | 51209 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 5/19/18 (INVOICE NO. G687; McGinty, Homa, Dahm, PA Sales Tax) | 2990-000 | | 4,297.09 | 204,061.84 |
| 05/31/2018 | 51210 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 5/26/18 (INVOICE NO. G695; McGinty, Homa, PA Sales Tax) | 2990-000 | | 3,870.72 | 200,191.12 |
| 05/31/2018 | 51211 | FEGLEY & ASSOCIATES, P.C. 2250 HICKORY ROAD, SUITE 20 PLYMOUTH MEETING, PA 19462 | FIRST INTERIM COMPENSATION TO ACCOUNTANT (PER COURT ORDER DATED 5/30/18) | 3410-000 | | 3,723.75 | 196,467.37 |
| 06/04/2018 | [1] | JEFFERY VOLUTZA 25 N. NICHOLAS STREE APT 105 SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 54.33 | | 196,521.70 |

Page Subtotals 54.33 25,246.56

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/04/2018 | [1] | ROBERT SOPHY<br>1134 EAGLE ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 196,546.70 |
| 06/04/2018 | [1] | CHRISTIE JO SALEM<br>133 NORTH THIRD STREET<br>SAINT CLAIR, PA 17970 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 196,571.70 |
| 06/04/2018 | [1] | AETNA<br>151 FARMINGTON AVE<br>HARTFORD, CT 06156 | ACCOUNTS RECEIVABLE | 1121-000 | 100.00 | | 196,671.70 |
| 06/04/2018 | [1] | RAYDELLE COLLER<br>63 GRANT STREET<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 196,681.70 |
| 06/04/2018 | [1] | LINDA GOTTSCHALL<br>36 Gottschall Ln<br>Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 85.00 | | 196,766.70 |
| 06/04/2018 | [1] | AETNA<br>151 FARMINGTON AVE<br>HARTFORD, CT 06156 | ACCOUNTS RECEIVABLE | 1121-000 | 400.00 | | 197,166.70 |
| 06/04/2018 | [1] | ROBERT HOLZINGER<br>298 Schwenks Rd<br>Hegins, PA 17938 | ACCOUNTS RECEIVABLE | 1121-000 | 0.75 | | 197,167.45 |
| | | | Page Subtotals | | 645.75 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 370)

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641

Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850

For Period Ending: 6/21/2019

Trustee Name: William G. Schwab

Bank Name: Texas Capital Bank

Account Number/CD#: ******1797 Checking Account

Blanket bond (per case limit): 10,000,000.00

Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/04/2018 | [1] | EDWARD CUNNINGHAM<br>819 WEST CENTER STREET<br>APT 301<br>ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 35.00 | | 197,202.45 |
| 06/04/2018 | [1] | ROBIN LYNCH<br>208 DOCK STREET<br>APT # 9<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 197,227.45 |
| 06/04/2018 | [17] | MCS GROUP, INC<br>1601 MARKET STREET<br>SUITE 800<br>PHILADELPHIA, PA 19103 | MEDICAL RECORDS FOR THERESA CARROLL | 1290-000 | 166.57 | | 197,394.02 |
| 06/04/2018 | [17] | PAULA BENSINGER<br>237 WEBB STREET<br>HAMMOND, NJ 46320 | MEDICAL RECORDS | 1290-000 | 10.13 | | 197,404.15 |
| 06/04/2018 | [17] | SAMUEL FORAN<br>39429 TUSCANY COURT<br>NOVI, MI 48375 | MEDICAL RECORDS | 1290-000 | 8.87 | | 197,413.02 |
| 06/04/2018 | [17] | JESSE SHAY<br>2135 WEST MARKET STREET<br>POTTSVILLE, PA 17901 | MEDICAL RECORDS | 1290-000 | 9.29 | | 197,422.31 |
| 06/04/2018 | [17] | ELIZABETH LEWIS<br>1310 E CENTRE STREET<br>MAHANOY CITY, PA 17948 | MEDICAL RECORDS | 1290-000 | 10.13 | | 197,432.44 |

Page Subtotals 264.99 0.00

UST Form 101-7-TDR (10/1/2010) (Page 371)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/04/2018 | 51212 | COMCAST<br>PO BOX 3001<br>SOUTHEASTERN, PA 19398-3001 | COMCAST PAYMENT (ACCT. 8993 11 252 0172227) | 2990-000 | | 301.50 | 197,130.94 |
| 06/04/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 310.23 | 196,820.71 |
| 06/05/2018 | 51213 | US POSTMASTER<br>LEHIGHTON, PA 18235 | REIMBURSEMENT OF POSTAGE | 2990-000 | | 48.33 | 196,772.38 |
| 06/08/2018 | 51214 | REPUBLICAN HERALD | PUBLICATION FEE (NOTICE OF MEDICAL RECORDS TO FORMER PATIENTS) (REFERENCE NO. 82213547 QU335) | 2990-000 | | 712.00 | 196,060.38 |
| 06/08/2018 | 51215 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 6/2/18 (INVOICE NO. G703; McGinty, Homa, PA Sales Tax) | 2990-000 | | 3,870.72 | 192,189.66 |
| 06/14/2018 | 51216 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 6/9/18 (INVOICE NO. G709; McGinty, Homa, PA Sales Tax) | 2990-000 | | 3,870.72 | 188,318.94 |
| 06/18/2018 | [17] | FABIANI COHEN & HALL, LLP<br>570 LEXINGTON AVE<br>4TH FLOOR<br>NEW YORK, NY 10022 | MEDICAL RECORDS FOR KULDEEP SINGH | 1290-000 | 105.37 | | 188,424.31 |
| | | | Page Subtotals | | 105.37 | 9,113.50 | |

UST Form 101-7-TDR (10/1/2010) (Page 372)

**Exhibit 9**

Case No:   17-00641

Case Name:   Pottsville Internists Associates, Inc.

Taxpayer ID No:   **-***9850

For Period Ending:   6/21/2019

Trustee Name:   **William G. Schwab**

Bank Name:   **Texas Capital Bank**

Account Number/CD#:   ********1797 Checking Account**

Blanket bond (per case limit):   **10,000,000.00**

Separate bond (if applicable):   **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/18/2018 | [1] | DEBRA LEIB<br>P.O. BOX 23<br>325 MCKNIGHT STREET<br>GORDON, PA 17936 | ACCOUNTS RECEIVABLE | 1121-000 | 15.86 | | 188,440.17 |
| 06/18/2018 | [1] | CHARLENE FREEZE<br>114 PIKE STREET<br>PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1121-000 | 25.00 | | 188,465.17 |
| 06/18/2018 | [1] | DEBRA PUTT<br>73 N Berne St<br>Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 188,495.17 |
| 06/18/2018 | [1] | PAULA POGASH<br>161 HIGH ROAD<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 100.00 | | 188,595.17 |
| 06/18/2018 | [1] | JESSICA LEONARD<br>505 FOREST LANE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 10.00 | | 188,605.17 |
| 06/18/2018 | [1] | HEATHER LEWIS<br>211 PENN STREET<br>TOPTON, PA 19562 | ACCOUNTS RECEIVABLE | 1121-000 | 140.00 | | 188,745.17 |
| 06/19/2018 | 51217 | COMCAST<br>PO BOX 3001<br>SOUTHEASTERN, PA 19398-3001 | COMCAST PAYMENT (ACCT. 8993 11 252 0151882) | 2990-000 | | 511.89 | 188,233.28 |
| | | | Page Subtotals | | 320.86 | 511.89 | |

UST Form 101-7-TDR (10/1/2010) (Page 373)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**

For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 06/19/2018 | 51218 | COMCAST<br>PO Box 37601<br>Philadelphia, PA 19101-0601 | COMCAST (INVOICE NO. 64437420) (ACCT. NO. 903111610) | 2990-000 | | 586.29 | 187,646.99 |
| 06/21/2018 | 51219 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 6/16/18 (INVOICE NO. G717; McGinty, Homa, PA Sales Tax) | 2990-000 | | 3,870.72 | 183,776.27 |
| 06/21/2018 | 51220 | TRUSTEE INSURANCE AGENCY<br>2813 WEST MAIN<br>KALAMAZOO, MI 49006 | INSURANCE PREMIUM (INVOICE NO. 1855; 106 S. CLAUDE A. BLVD., POTTSVILLE) | 2990-000 | | 257.00 | 183,519.27 |
| 06/28/2018 | 51221 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 6/23/18 (INVOICE NO. G723; McGinty, Homa, PA Sales Tax) | 2990-000 | | 3,870.72 | 179,648.55 |
| 07/02/2018 | [17] | MCS GROUP, INC<br>1601 MARKET STREET<br>SUITE 800<br>PHILADELPHIA, PA 19103 | MEDICAL RECORDS FOR JESSICA QUERCIA | 1290-000 | 389.41 | | 180,037.96 |
| 07/02/2018 | 51222 | COMCAST<br>PO Box 3001<br>SOUTHEASTERN, PA 19398-3001 | COMCAST PAYMENT (ACCT. 8993 11 252 0172227) | 2990-000 | | 145.75 | 179,892.21 |
| 07/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 270.62 | 179,621.59 |
| | | | Page Subtotals | | 389.41 | 9,001.10 | |

UST Form 101-7-TDR (10/1/2010) (Page 374)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**

For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/11/2018 | 51223 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 7/2/18 (INVOICE NO. G730; McGinty, Homa, PA Sales Tax) | 2990-000 | | 3,870.72 | 175,750.87 |
| 07/11/2018 | 51224 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 7/7/18 (INVOICE NO. G737; McGinty, Homa, PA Sales Tax) | 2990-000 | | 3,870.72 | 171,880.15 |
| 07/12/2018 | [1] | AIG SECURITIES LITIGATION C/P RUST CONSULTING, INC P.O. BOX 8017 FARIBAULT, MN 55021 | ACCOUNTS RECEIVABLE | 1121-000 | 184.40 | | 172,064.55 |
| 07/12/2018 | [1] | EDWARD CUNNINGHAM 819 WEST CENTER STREET APT 301 ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 35.00 | | 172,099.55 |
| 07/12/2018 | 51225 | COMCAST PO BOX 3001 SOUTHEASTERN, PA 19398-3001 | COMCAST PAYMENT (ACCT. 8993 11 252 0151882) | 2990-000 | | 502.14 | 171,597.41 |
| 07/16/2018 | 51226 | US POSTMASTER LEHIGHTON, PA 18235 | REIMBURSEMENT OF POSTAGE/MISCELLANEOUS FILING FEES | 2990-000 | | 7.39 | 171,590.02 |
| 07/19/2018 | 51227 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 7/14/18 (INVOICE NO. G743; McGinty, Homa, PA Sales Tax) | 2990-000 | | 3,870.72 | 167,719.30 |
| | | | Page Subtotals | | 219.40 | 12,121.69 | |

UST Form 101-7-TDR (10/1/2010) (Page 375)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**

For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/24/2018 | [1] | James McGraw<br>1057 Peace Street<br>Hazleton, PA 18202 | ACCOUNTS RECEIVABLE | 1121-000 | 69.00 | | 167,788.30 |
| 07/24/2018 | [1] | Dean Ritchie Sr.<br>216 Center Ave<br>Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 68.18 | | 167,856.48 |
| 07/24/2018 | [1] | ROBERT RZEPPLINSKI<br>80 WESTON PLACE<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 167,906.48 |
| 07/24/2018 | 51228 | COMCAST<br>PO Box 37601<br>Philadelphia, PA 19101-0601 | COMCAST (INVOICE NO. 66926302) (ACCT. NO. 903111610) | 2990-000 | | 586.18 | 167,320.30 |
| 07/30/2018 | 51229 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 7/21/18 (INVOICE NO. G749; McGinty, Homa, PA Sales Tax) | 2990-000 | | 3,870.72 | 163,449.58 |
| 08/01/2018 | [1] | EDWARD CUNNINGHAM<br>819 WEST CENTER STREET<br>APT 301<br>ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 35.00 | | 163,484.58 |
| 08/01/2018 | [1] | E. SHIRLEY RIEGEL<br>174 Reedsville Rd<br>Schuylkill Haven, PA 17972 | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 163,499.58 |
| | | | Page Subtotals | | 237.18 | 4,456.90 | |

UST Form 101-7-TDR (10/1/2010) (Page 376)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/01/2018 | [1] | AETNA 151 FARMINGTON AVE HARTFORD, CT 06156 | ACCOUNTS RECEIVABLE | 1121-000 | 30.00 | | 163,529.58 |
| 08/02/2018 | 51230 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 7/28/18 (INVOICE NO. G755; McGinty, Homa, PA Sales Tax) | 2990-000 | | 3,870.72 | 159,658.86 |
| 08/02/2018 | 51231 | MS. MARILYN HOMA | REIMBURSEMENT OF OUT-OF-POCKET EXPENSES (POSTAGE) | 2990-000 | | 4.97 | 159,653.89 |
| 08/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 246.10 | 159,407.79 |
| 08/07/2018 | [1] | BB&T ACCT REC BANK ACCT | | 1121-000 | 584.92 | | 159,992.71 |
| 08/07/2018 | 51232 | BB&T | PARTIAL PAYMENT OF SECURED CLAIM NO. 9B (final payment) | 4210-000 | | 1,300.94 | 158,691.77 |
| 08/07/2018 | | BB&T 9 N Centre St Pottsville, PA 17901 | | 4210-000 | | 584.92 | 158,106.85 |
| 08/09/2018 | 51233 | JOB CONNECTION SERVICES, INC. PO BOX 98 PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 8/4/18 (INVOICE NO. G765; McGinty, Homa, PA Sales Tax) | 2990-000 | | 3,870.72 | 154,236.13 |

| | | | Page Subtotals | | 614.92 | 9,878.37 | |

UST Form 101-7-TDR (10/1/2010) (Page 377)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/15/2018 | 51234 | UPS<br>PO BOX 7247-0244<br>PHILADELPHIA, PA 19170-0001 | UPS OVERNIGHT MAILING (INVOICE NO. FE5895328; SHIPPER NO. FE5895; CONTROL ID: Q639) | 2990-000 | | 34.65 | 154,201.48 |
| 08/20/2018 | 51235 | JOB CONNECTION SERVICES, INC.<br>PO BOX 98<br>PALMERTON, PA 18071 | PAYROLL SERVICES FOR WEEK ENDING 8/11/18 (INVOICE NO. G773; McGinty, Homa, PA Sales Tax) | 2990-000 | | 3,870.72 | 150,330.76 |
| 08/20/2018 | 51236 | SHRED-IT USA<br>28883 NETWORK PLACE<br>CHICAGO, IL 60673-1288 | SHREDDING SERVICES (INVOICE NO. 8125387488)(CUSTOMER NO. 15930150) | 2990-000 | | 14,285.11 | 136,045.65 |
| 08/21/2018 | 51237 | BARCLAYS<br>PO BOX 13337<br>PHILADELPHIA, PA 19101-3337 | MISCELLANEOUS FILING/SERVICING FEES (REIMBURSEMENT TO CREDIT CARD) | 2990-000 | | 145.29 | 135,900.36 |
| 08/28/2018 | 51238 | US POSTMASTER<br>LEHIGHTON, PA 18235 | REIMBURSEMENT OF POSTAGE (MISCELLANEOUS FILING/SERVICE FEES) | 2990-000 | | 15.24 | 135,885.12 |
| 08/30/2018 | [31] | INTUIT<br>7535 Torrey Santa Fe Rd<br>San Diego, CA 92129 | REFUND ON SOFTWARE | 1229-000 | 295.84 | | 136,180.96 |
| 08/30/2018 | [1] | GAVIN ALLAN<br>320 NORTH 10TH STREET<br>POTTSVILLE, PA 17901 | ACCOUNT RECEIVABLE | 1121-000 | 16.41 | | 136,197.37 |
| 08/30/2018 | [1] | MARISSA MCGOVERN<br>131 SPRINGWOOD AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1121-000 | 95.00 | | 136,292.37 |
| | | | Page Subtotals | | 407.25 | 18,351.01 | |

UST Form 101-7-TDR (10/1/2010) (Page 378)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | 5 Uniform Trans. Code | Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 09/04/2018 | 51239 | PPL ELECTRIC UTILITIES | ELECTRIC BILL (ACCT. NO. 21174-01002) | 2990-000 | | 28.90 | 136,263.47 |
| 09/04/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 219.27 | 136,044.20 |
| 09/07/2018 | 51240 | FEGLEY & ASSOCIATES, P.C. 2250 HICKORY ROAD, SUITE 20 PLYMOUTH MEETING, PA 19462 | SECOND INTERIM COMPENSATION TO ACCOUNTANT (PER COURT ORDER DATED 8/28/18) | 3410-000 | | 2,487.50 | 133,556.70 |
| 09/10/2018 | [26] | LEHIGH VALLEY HEALTH NETWORK | REIMBURSEMENT FOR COMCAST | 1290-000 | 4,811.11 | | 138,367.81 |
| 09/10/2018 | [1] | EDWARD CUNNINGHAM 819 WEST CENTER STREET APT 301 ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 35.00 | | 138,402.81 |
| 09/11/2018 | [21] | STERICYCLE, STERI-SAFE LITIGATION C/O GCG P.O. BOX 10515 DUBLIN, OH 43017-1515 | CLASS ACTION SETTLEMENT | 1249-000 | 2,241.94 | | 140,644.75 |
| 09/11/2018 | [21] | STERICYCLE, STERI-SAFE LITIGATION C/O GCG P.O. BOX 10515 DUBLIN, OH 43017-1515 | CLASS ACTION SETTLEMENT | 1249-000 | 2,269.49 | | 142,914.24 |
| | | | Page Subtotals | | 9,357.54 | 2,735.67 | |

UST Form 101-7-TDR (10/1/2010) (Page 379)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1797 Checking Account
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/11/2018 | [21] | STERICYCLE, STERI-SAFE LITIGATION C/O GCG P.O. BOX 10515 DUBLIN, OH 43017-1515 | CLASS ACTION SETTLEMENT | 1249-000 | 2,973.97 | | 145,888.21 |
| 09/11/2018 | [21] | STERICYCLE, STERI-SAFE LITIGATION C/O GCG P.O. BOX 10515 DUBLIN, OH 43017-1515 | CLASS ACTION SETTLEMENT | 1249-000 | 9,194.30 | | 155,082.51 |
| *09/24/2018 | 51241 | TRUSTEE INSURANCE AGENCY 2813 WEST MAIN KALAMAZOO, MI 49006 | INSURANCE PREMIUM (INVOICE NO. 1933; 106 S. CLAUDE A. BLVD., POTTSVILLE) | 2990-004 | | 257.00 | 154,825.51 |
| *10/02/2018 | | TRUSTEE INSURANCE AGENCY 2813 WEST MAIN KALAMAZOO, MI 49006 | Stop Payment on Check 51241 | 2990-004 | | (257.00) | 155,082.51 |
| 10/04/2018 | [21] | PFIZER, INC. SECURITIES LITIGATION C/O GILARDI & CO., LLC P. O. BOX 404001 LOUISVILLE, KY 40233-4001 | CLASS ACTION-SETTLEMENT | 1249-000 | 45.31 | | 155,127.82 |
| 10/04/2018 | [21] | PFIZER, INC. SECURITIES LITIGATION C/O GILARDI & CO., LLC P. O. BOX 404001 LOUISVILLE, KY 40233-4001 | CLASS ACTION-SETTLEMENT | 1249-000 | 79.29 | | 155,207.11 |
| | | | | Page Subtotals | 12,292.87 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 380)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/04/2018 | [21] | PFIZER, INC. SECURITIES LITIGATION C/O GILARDI & CO., LLC P. O. BOX 404001 LOUISVILLE, KY 40233-4001 | CLASS ACTION- SETTLEMENT | 1249-000 | 237.86 | | 155,444.97 |
| 10/26/2018 | 51242 | US POSTMASTER LEHIGHTON, PA 18235 | REIMBURSEMENT OF POSTAGE (MISCELLANEOUS MAILINGS) | 2990-000 | | 5.86 | 155,439.11 |
| 11/05/2018 | [1] | EDWARD CUNNINGHAM 819 WEST CENTER STREET APT 301 ASHLAND, PA 17921 | ACCOUNTS RECEIVABLE | 1121-000 | 35.00 | | 155,474.11 |
| 11/05/2018 | [1] | a 100 N Academy Ave Danville, PA 17822 | ACCOUNTS RECEIVABLE | 1121-000 | 328.00 | | 155,802.11 |
| 12/03/2018 | [1] | VIBRA HEALTH PLAN P.O. BOX 853938 RICHARDSON, TX 75085 | ACCOUNTS RECEIVABLE | 1121-000 | 77.72 | | 155,879.83 |
| 12/10/2018 | [1] | AETNA 151 FARMINGTON AVE HARTFORD, CT 06156 | ACCOUNTS RECEIVABLE | 1121-000 | 125.00 | | 156,004.83 |
| 12/10/2018 | [1] | JUDY SHARTZER 251 CLAY STREET TAMAQUA, PA 18252 | ACCOUNTS RECEIVABLE | 1121-000 | 20.00 | | 156,024.83 |
| | | | Page Subtotals | | 823.58 | 5.86 | |

UST Form 101-7-TDR (10/1/2010) (Page 381)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/17/2018 | [17] | MCS GROUP, INC<br>1601 MARKET STREET<br>SUITE 800<br>PHILADELPHIA, PA 19103 | MEDICAL RECORDS FOR JOHN NUSH | 1290-000 | 76.32 | | 156,101.15 |
| 02/22/2019 | [21] | PFIZER, INC. SECURITIES LITIGATION<br>P. O. BOX  10305<br>DUBLIN, OH 43017-5905 | CLASS ACTION SUIT - Settlement | 1249-000 | 145.47 | | 156,246.62 |
| *03/22/2019 | 51243 | William G. Schwab, Trustee<br>Fees<br>811-1 Blakeslee Blvd Drive East<br>Lehighton, PA 18235 | | 2100-003 | | 51,586.06 | 104,660.56 |
| *03/22/2019 | | William G. Schwab, Trustee<br>Fees<br>811-1 Blakeslee Blvd Drive East<br>Lehighton, PA 18235 | | 2100-003 | | (51,586.06) | 156,246.62 |
| 03/22/2019 | 51244 | WILLIAM G. SCHWAB, EXPENSES | | 2200-000 | | 3,116.60 | 153,130.02 |
| 03/22/2019 | 51245 | CLERK'S OFFICE<br>274 MAX ROSENN US COURTHOUSE<br>197  SOUTH MAIN STREET<br>WILKES-BARRE, PA 18701 | | 2700-000 | | 1,050.00 | 152,080.02 |
| *03/22/2019 | 51246 | TRUSTEE INSURANCE AGENCY | | 2990-003 | | 257.00 | 151,823.02 |

Page Subtotals     221.79     4,423.60

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  **17-00641**

Case Name:  **Pottsville Internists Associates, Inc.**

Taxpayer ID No:  **\*\*-\*\*\*9850**

For Period Ending:  **6/21/2019**

Trustee Name:  **William G. Schwab**

Bank Name:  **Texas Capital Bank**

Account Number/CD#:  **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit):  **10,000,000.00**

Separate bond (if applicable):  **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/22/2019 | 51247 | William G. Schwab and Associates 811-1 Blakeslee Blvd Drive East PO Box 56 Lehighton, PA 18235 | | 3110-000 | | 5,569.00 | 146,254.02 |
| 03/22/2019 | 51248 | William G. Schwab and Associates-Fees | | 3120-000 | | 27.71 | 146,226.31 |
| *03/22/2019 | 51249 | Laurie Faust 655 Airport Rd Ashland, PA 17921 | Disb of 56.65% to Claim #00002 | 7100-003 | | 2,130.01 | 144,096.30 |
| *03/22/2019 | | Laurie Faust 655 Airport Rd Ashland, PA 17921 | Disb of 56.65% to Claim #00002 | 7100-003 | | (2,130.01) | 146,226.31 |
| *03/22/2019 | 51250 | GlaxoSmithKline Pharmaceuticals 5 Crescent Dr Philadelphia, PA 19112 | Disb of 56.65% to Claim #00003 | 7100-003 | | 5,443.56 | 140,782.75 |
| *03/22/2019 | | GlaxoSmithKline Pharmaceuticals 5 Crescent Dr Philadelphia, PA 19112 | Disb of 56.65% to Claim #00003 | 7100-003 | | (5,443.56) | 146,226.31 |
| *03/22/2019 | 51251 | Ward's Cleaning Service 622 Schuylkill Ave Pottsville, PA 17901 | Disb of 56.65% to Claim #00010 | 7100-003 | | 1,276.02 | 144,950.29 |

Page Subtotals  0.00  6,872.73

UST Form 101-7-TDR (10/1/2010) (Page 383)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *03/22/2019 | | Ward's Cleaning Service<br>622 Schuylkill Ave<br>Pottsville, PA 17901 | Disb of 56.65% to Claim #00010 | 7100-003 | | (1,276.02) | 146,226.31 |
| *03/22/2019 | 51252 | Bob's Auto Servicenter<br>110 E Washington St<br>Shenandoah, PA 17976 | Disb of 56.65% to Claim #00011 | 7100-003 | | 2,161.16 | 144,065.15 |
| *03/22/2019 | | Bob's Auto Servicenter<br>110 E Washington St<br>Shenandoah, PA 17976 | Disb of 56.65% to Claim #00011 | 7100-003 | | (2,161.16) | 146,226.31 |
| *03/22/2019 | 51253 | Penn Kashar<br>1349 W Market St<br>Pottsville, PA 17901 | Disb of 56.65% to Claim #00012 | 7100-003 | | 74.54 | 146,151.77 |
| *03/22/2019 | | Penn Kashar<br>1349 W Market St<br>Pottsville, PA 17901 | Disb of 56.65% to Claim #00012 | 7100-003 | | (74.54) | 146,226.31 |
| *03/22/2019 | 51254 | McKesson Specialty Care Dist.<br>401 Mason Rd<br>La Vergne, TN 37086 | Disb of 56.65% to Claim #00015 | 7100-003 | | 4,404.03 | 141,822.28 |
| *03/22/2019 | | McKesson Specialty Care Dist.<br>401 Mason Rd<br>La Vergne, TN 37086 | Disb of 56.65% to Claim #00015 | 7100-003 | | (4,404.03) | 146,226.31 |

Page Subtotals 0.00 (1,276.02)

UST Form 101-7-TDR (10/1/2010) (Page 384)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *03/22/2019 | 51255 | Denis M. Bane<br>450 Eisenhower Dr<br>Orwigsburg, PA 17961 | Disb of 56.65% to Claim #00016 | 7100-003 | | 9,895.27 | 136,331.04 |
| *03/22/2019 | | Denis M. Bane<br>450 Eisenhower Dr<br>Orwigsburg, PA 17961 | Disb of 56.65% to Claim #00016 | 7100-003 | | (9,895.27) | 146,226.31 |
| *03/22/2019 | 51256 | Maqsood A. Malik<br>3603 Aster St<br>Allentown, PA 18104 | Disb of 56.65% to Claim #00017 | 7100-003 | | 17,790.50 | 128,435.81 |
| *03/22/2019 | | Maqsood A. Malik<br>3603 Aster St<br>Allentown, PA 18104 | Disb of 56.65% to Claim #00017 | 7100-003 | | (17,790.50) | 146,226.31 |
| *03/22/2019 | 51257 | U.S. Bank, N.A. dba U.S. Bank Equipment Finance<br>1310 Madrid St<br>Marshall, MN 56258 | Disb of 56.65% to Claim #00020 | 7100-003 | | 7,884.13 | 138,342.18 |
| *03/22/2019 | | U.S. Bank, N.A. dba U.S. Bank Equipment Finance<br>1310 Madrid St<br>Marshall, MN 56258 | Disb of 56.65% to Claim #00020 | 7100-003 | | (7,884.13) | 146,226.31 |
| *03/22/2019 | 51258 | Ogden Directories Inc. d/b/a EZ to Use.com c/o Popper and Grafton<br>225 W 34th St Ste 1806<br>New York, NY 10122 | Disb of 56.65% to Claim #00021 | 7100-003 | | 3,738.84 | 142,487.47 |

Page Subtotals 0.00 3,738.84

UST Form 101-7-TDR (10/1/2010) (Page 385)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| *03/22/2019 | | Ogden Directories Inc. d/b/a EZ to Use.com c/o Popper and Grafton 225 W 34th St Ste 1806 New York, NY 10122 | Disb of 56.65% to Claim #00021 | 7100-003 | | (3,738.84) | 146,226.31 |
| *03/22/2019 | 51259 | Cardinal Health 108, LLC c/o Debra Willet, VP, Asso. Gen. Counsel 7000 Cardinal Pl Dublin, OH 43017 | Disb of 56.65% to Claim #00024 | 7100-003 | | 26,533.10 | 119,693.21 |
| *03/22/2019 | | Cardinal Health 108, LLC c/o Debra Willet, VP, Asso. Gen. Counsel 7000 Cardinal Pl Dublin, OH 43017 | Disb of 56.65% to Claim #00024 | 7100-003 | | (26,533.10) | 146,226.31 |
| *03/22/2019 | 51260 | Greenway Medical Technologies 121 Greenway Blvd Carrollton, GA 30117 | Disb of 56.65% to Claim #00027 | 7100-003 | | 9,569.25 | 136,657.06 |
| *03/22/2019 | | Greenway Medical Technologies 121 Greenway Blvd Carrollton, GA 30117 | Disb of 56.65% to Claim #00027 | 7100-003 | | (9,569.25) | 146,226.31 |
| *03/22/2019 | 51261 | Marshall, Bohorad, Thornburg, Price & Campion, PC 1940 West Norwegian Street PO Box 1280 Pottsville, PA 17901 | Disb of 56.65% to Claim #00030 | 7100-003 | | 3,739.84 | 142,486.47 |
| | | | Page Subtotals | | 0.00 | 1.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 386)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *03/22/2019 | | Marshall, Bohorad, Thornburg, Price & Campion, PC 1940 West Norwegian Street PO Box 1280 Pottsville, PA 17901 | Disb of 56.65% to Claim #00030 | 7100-003 | | (3,739.84) | 146,226.31 |
| 03/22/2019 | 51262 | William G. Schwab, Trustee Fees 811-1 Blakeslee Blvd Drive East Lehighton, PA 18235 | | 2100-000 | | 51,578.79 | 94,647.52 |
| *03/22/2019 | 51263 | Laurie Faust 655 Airport Rd Ashland, PA 17921 | Disb of 56.65% to Claim #00002 | 7100-003 | | 2,130.17 | 92,517.35 |
| *03/22/2019 | 51264 | GlaxoSmithKline Pharmaceuticals 5 Crescent Dr Philadelphia, PA 19112 | Disb of 56.65% to Claim #00003 | 7100-003 | | 5,443.98 | 87,073.37 |
| *03/22/2019 | 51265 | Ward's Cleaning Service 622 Schuylkill Ave Pottsville, PA 17901 | Disb of 56.65% to Claim #00010 | 7100-003 | | 1,276.12 | 85,797.25 |
| *03/22/2019 | 51266 | Bob's Auto Servicenter 110 E Washington St Shenandoah, PA 17976 | Disb of 56.65% to Claim #00011 | 7100-003 | | 2,161.33 | 83,635.92 |
| *03/22/2019 | 51267 | Penn Kashar 1349 W Market St Pottsville, PA 17901 | Disb of 56.65% to Claim #00012 | 7100-003 | | 74.55 | 83,561.37 |
| | | | Page Subtotals | | 0.00 | 58,925.10 | |

UST Form 101-7-TDR (10/1/2010) (Page 387)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *03/22/2019 | 51268 | McKesson Specialty Care Dist. 401 Mason Rd La Vergne, TN 37086 | Disb of 56.65% to Claim #00015 | 7100-003 | | 4,404.36 | 79,157.01 |
| *03/22/2019 | 51269 | Denis M. Bane 450 Eisenhower Dr Orwigsburg, PA 17961 | Disb of 56.65% to Claim #00016 | 7100-003 | | 9,896.03 | 69,260.98 |
| *03/22/2019 | 51270 | Maqsood A. Malik 3603 Aster St Allentown, PA 18104 | Disb of 56.65% to Claim #00017 | 7100-003 | | 17,791.86 | 51,469.12 |
| *03/22/2019 | 51271 | U.S. Bank, N.A. dba U.S. Bank Equipment Finance 1310 Madrid St Marshall, MN 56258 | Disb of 56.65% to Claim #00020 | 7100-003 | | 7,884.74 | 43,584.38 |
| *03/22/2019 | 51272 | Ogden Directories Inc. d/b/a EZ to Use.com c/o Popper and Grafton 225 W 34th St Ste 1806 New York, NY 10122 | Disb of 56.65% to Claim #00021 | 7100-003 | | 3,739.13 | 39,845.25 |
| *03/22/2019 | 51273 | Cardinal Health 108, LLC c/o Debra Willet, VP, Asso. Gen. Counsel 7000 Cardinal Pl Dublin, OH 43017 | Disb of 56.65% to Claim #00024 | 7100-003 | | 26,535.13 | 13,310.12 |
| *03/22/2019 | 51274 | Greenway Medical Technologies 121 Greenway Blvd Carrollton, GA 30117 | Disb of 56.65% to Claim #00027 | 7100-003 | | 9,569.99 | 3,740.13 |
| | | | Page Subtotals | | 0.00 | 79,821.24 | |

UST Form 101-7-TDR (10/1/2010) (Page 388)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**

For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *03/22/2019 | 51275 | Marshall, Bohorad, Thornburg, Price & Campion, PC 1940 West Norwegian Street PO Box 1280 Pottsville, PA 17901 | Disb of 56.65% to Claim #00030 | 7100-003 | | 3,740.13 | 0.00 |
| *03/25/2019 | | Marshall, Bohorad, Thornburg, Price & Campion, PC 1940 West Norwegian Street PO Box 1280 Pottsville, PA 17901 | Disb of 56.65% to Claim #00030 | 7100-003 | | (3,740.13) | 3,740.13 |
| *03/25/2019 | | Greenway Medical Technologies 121 Greenway Blvd Carrollton, GA 30117 | Disb of 56.65% to Claim #00027 | 7100-003 | | (9,569.99) | 13,310.12 |
| *03/25/2019 | | Cardinal Health 108, LLC c/o Debra Willet, VP, Asso. Gen. Counsel 7000 Cardinal Pl Dublin, OH 43017 | Disb of 56.65% to Claim #00024 | 7100-003 | | (26,535.13) | 39,845.25 |
| *03/25/2019 | | Ogden Directories Inc. d/b/a EZ to Use.com c/o Popper and Grafton 225 W 34th St Ste 1806 New York, NY 10122 | Disb of 56.65% to Claim #00021 | 7100-003 | | (3,739.13) | 43,584.38 |
| *03/25/2019 | | U.S. Bank, N.A. dba U.S. Bank Equipment Finance 1310 Madrid St Marshall, MN 56258 | Disb of 56.65% to Claim #00020 | 7100-003 | | (7,884.74) | 51,469.12 |

Page Subtotals      0.00      (47,728.99)

UST Form 101-7-TDR (10/1/2010) (Page 389)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *03/25/2019 | | Maqsood A. Malik<br>3603 Aster St<br>Allentown, PA 18104 | Disb of 56.65% to Claim #00017 | 7100-003 | | (17,791.86) | 69,260.98 |
| *03/25/2019 | | Denis M. Bane<br>450 Eisenhower Dr<br>Orwigsburg, PA 17961 | Disb of 56.65% to Claim #00016 | 7100-003 | | (9,896.03) | 79,157.01 |
| *03/25/2019 | | McKesson Specialty Care Dist.<br>401 Mason Rd<br>La Vergne, TN 37086 | Disb of 56.65% to Claim #00015 | 7100-003 | | (4,404.36) | 83,561.37 |
| *03/25/2019 | | Penn Kashar<br>1349 W Market St<br>Pottsville, PA 17901 | Disb of 56.65% to Claim #00012 | 7100-003 | | (74.55) | 83,635.92 |
| *03/25/2019 | | TRUSTEE INSURANCE AGENCY | | 2990-003 | | (257.00) | 83,892.92 |
| *03/25/2019 | | Bob's Auto Servicenter<br>110 E Washington St<br>Shenandoah, PA 17976 | Disb of 56.65% to Claim #00011 | 7100-003 | | (2,161.33) | 86,054.25 |
| *03/25/2019 | | Ward's Cleaning Service<br>622 Schuylkill Ave<br>Pottsville, PA 17901 | Disb of 56.65% to Claim #00010 | 7100-003 | | (1,276.12) | 87,330.37 |
| *03/25/2019 | | GlaxoSmithKline Pharmaceuticals<br>5 Crescent Dr<br>Philadelphia, PA 19112 | Disb of 56.65% to Claim #00003 | 7100-003 | | (5,443.98) | 92,774.35 |
| | | | Page Subtotals | | 0.00 | (41,305.23) | |

UST Form 101-7-TDR (10/1/2010) (Page 390)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**

For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *03/25/2019 | | Laurie Faust<br>655 Airport Rd<br>Ashland, PA 17921 | Disb of 56.65% to Claim #00002 | 7100-003 | | (2,130.17) | 94,904.52 |
| 03/25/2019 | [1] | HIGHMARK BLUE SHIELD | ACCOUNTS RECEIVABLE | 1121-000 | 75.04 | | 94,979.56 |
| 03/26/2019 | 51276 | TRUSTEE INSURANCE AGENCY | | 2990-000 | | 257.00 | 94,722.56 |
| 03/26/2019 | 51277 | Laurie Faust<br>655 Airport Rd<br>Ashland, PA 17921 | Disb of 56.70% to Claim #00002 | 7100-000 | | 2,131.86 | 92,590.70 |
| 03/26/2019 | 51278 | GlaxoSmithKline Pharmaceuticals<br>5 Crescent Dr<br>Philadelphia, PA 19112 | Disb of 56.70% to Claim #00003 | 7100-000 | | 5,448.30 | 87,142.40 |
| 03/26/2019 | 51279 | Ward's Cleaning Service<br>622 Schuylkill Ave<br>Pottsville, PA 17901 | Disb of 56.70% to Claim #00010 | 7100-000 | | 1,277.13 | 85,865.27 |
| 03/26/2019 | 51280 | Bob's Auto Servicenter<br>110 E Washington St<br>Shenandoah, PA 17976 | Disb of 56.70% to Claim #00011 | 7100-000 | | 2,163.04 | 83,702.23 |
| 03/26/2019 | 51281 | Penn Kashar<br>1349 W Market St<br>Pottsville, PA 17901 | Disb of 56.70% to Claim #00012 | 7100-000 | | 74.61 | 83,627.62 |
| | | | | Page Subtotals | 75.04 | 9,221.77 | |

UST Form 101-7-TDR (10/1/2010) (Page 391)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  17-00641

Case Name:  Pottsville Internists Associates, Inc.

Taxpayer ID No:  **-***9850

For Period Ending:  6/21/2019

Trustee Name:  **William G. Schwab**

Bank Name:  **Texas Capital Bank**

Account Number/CD#:  ******1797 Checking Account

Blanket bond (per case limit):  10,000,000.00

Separate bond (if applicable):  0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/26/2019 | 51282 | McKesson Specialty Care Dist. 401 Mason Rd La Vergne, TN 37086 | Disb of 56.70% to Claim #00015 | 7100-000 | | 4,407.86 | 79,219.76 |
| 03/26/2019 | 51283 | Denis M. Bane 450 Eisenhower Dr Orwigsburg, PA 17961 | Disb of 56.70% to Claim #00016 | 7100-000 | | 9,903.88 | 69,315.88 |
| *03/26/2019 | 51284 | Maqsood A. Malik 3603 Aster St Allentown, PA 18104 | Disb of 56.70% to Claim #00017 | 7100-004 | | 17,805.97 | 51,509.91 |
| 03/26/2019 | 51285 | U.S. Bank, N.A. dba U.S. Bank Equipment Finance 1310 Madrid St Marshall, MN 56258 | Disb of 56.70% to Claim #00020 | 7100-000 | | 7,890.99 | 43,618.92 |
| 03/26/2019 | 51286 | Ogden Directories Inc. d/b/a EZ to Use.com c/o Popper and Grafton 225 W 34th St Ste 1806 New York, NY 10122 | Disb of 56.70% to Claim #00021 | 7100-000 | | 3,742.09 | 39,876.83 |
| 03/26/2019 | 51287 | Cardinal Health 108, LLC c/o Debra Willet, VP, Asso. Gen. Counsel 7000 Cardinal Pl Dublin, OH 43017 | Disb of 56.70% to Claim #00024 | 7100-000 | | 26,556.17 | 13,320.66 |
| 03/26/2019 | 51288 | Greenway Medical Technologies 121 Greenway Blvd Carrollton, GA 30117 | Disb of 56.70% to Claim #00027 | 7100-000 | | 9,577.57 | 3,743.09 |

Page Subtotals    0.00    79,884.53

UST Form 101-7-TDR (10/1/2010) (Page 392)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1797 Checking Account**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/26/2019 | 51289 | Marshall, Bohorad, Thornburg, Price & Campion, PC 1940 West Norwegian Street PO Box 1280 Pottsville, PA 17901 | Disb of 56.70% to Claim #00030 | 7100-000 | | 3,743.09 | 0.00 |
| *04/25/2019 | | Maqsood A. Malik 3603 Aster St Allentown, PA 18104 | Stop Payment on Check 51284 | 7100-004 | | (17,805.97) | 17,805.97 |
| *04/26/2019 | 51290 | Maqsood A. Malik 3603 Aster St Allentown, PA 18104 | Disbursement of 56.70% to Claim #00017 | 7100-004 | | 17,805.97 | 0.00 |
| *05/14/2019 | | Maqsood A. Malik 3603 Aster St Allentown, PA 18104 | Stop Payment on Check 51290 | 7100-004 | | (17,805.97) | 17,805.97 |
| 05/15/2019 | 51291 | Maqsood A. Malik 3603 Aster St Allentown, PA 18104 | Disbursement of 56.70% to Claim #00017 | 7100-000 | | 17,805.97 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 3,743.09 |

| | | |
|---|---|---|
| **COLUMN TOTALS** | 844,501.20 | 844,501.20 |
| Less:Bank Transfer/CD's | 0.00 | 5,637.87 |
| **SUBTOTALS** | 844,501.20 | 838,863.33 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 844,501.20 | 838,863.33 |

UST Form 101-7-TDR (10/1/2010) (Page 393)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1813 401(K) Plan Funds**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/01/2017 | | Pottsville Internists Associates, Inc. | From #####1797 To #####1813 TRANSFER OF FUNDS FROM GENERAL CHECKING ACCT. TO 401(K) PLAN FUNDS ACCT. (ASSET NO. 14 - WELLS FARGO BANK - PROFIT SHARING ACCT.) | 9999-000 | 5,637.87 | | 5,637.87 |
| 06/05/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 1290-000 | | | 5,637.87 |
| *06/12/2017 | [17] | LEVENTHAL SUTTON & GORNSTEIN 3800 Horizon Blvd SUITE 101 Feasterville Trevose, PA 19053 | MEDICAL RECORDS FOR ROBERT KLIPOLA | 1290-000 | 30.81 | | 5,668.68 |
| 06/12/2017 | | Texas Capital Bank | SERVICE CHARGE REFUND | 1290-000 | | | 5,668.68 |
| *06/12/2017 | [17] | LEVENTHAL SUTTON & GORNSTEIN 3800 Horizon Blvd SUITE 101 Feasterville Trevose, PA 19053 | MEDICAL RECORDS FOR ROBERT KLIPOLA | 1290-000 | (30.81) | | 5,637.87 |
| 06/26/2017 | | COLUMBIA PROPERTY TRUST | 401 (K) ESCROW FUNDS (funds from Tariq Hafiz investment account) | 1290-000 | 150.80 | | 5,788.67 |
| 06/29/2017 | | INCOMING WIRE | 401(K) PLAN TERMINATION FUNDS | 1290-000 | 4,044,154.80 | | 4,049,943.47 |
| 06/29/2017 | | INCOMING WIRE TRANSFER | 401(k) PLAN TERMINATION FUNDS | 1290-000 | 311,055.02 | | 4,360,998.49 |
| | | | Page Subtotals | | 4,360,998.49 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 394)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1813 401(K) Plan Funds**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/30/2017 | | INCOMING WIRE TRANSFER | 401(K) FUNDS (CAROL MILLER SCHAEFFER) | 1290-000 | 453,846.70 | | 4,814,845.19 |
| 06/30/2017 | | INCOMING WIRE TRANSFER | 401(K) FUNDS (AMRIT P.S. NARULA) | 1290-000 | 35.06 | | 4,814,880.25 |
| 06/30/2017 | | INCOMING WIRE TRANSFER | 401(K) FUNDS (MANOJKUMAR PATEL) | 1290-000 | 22,673.10 | | 4,837,553.35 |
| 06/30/2017 | | INCOMING WIRE TRANSFER | 401(K) FUNDS (SUSAN KUEHN) | 1290-000 | 56,158.41 | | 4,893,711.76 |
| 07/03/2017 | | INCOMING WIRE TRANSFER | WIRED FUNDS (1413 FED # 001402 POTTSVILLE INTERNISTS ASSOCIATES) | 1290-000 | 4,391,003.90 | | 9,284,715.66 |
| 07/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 1290-000 | | | 9,284,715.66 |
| 07/05/2017 | | Texas Capital Bank | SVC CHG REFUND 070317 | 1290-000 | | | 9,284,715.66 |
| 07/10/2017 | 52001 | Flaster Greenberg, P.C. Commerce Center 1810 Chapel Ave. West Cherry Hill, NJ 08002 | Disb of 100.00% to Claim # | 1290-000 | (14,608.80) | | 9,270,106.86 |
| 07/10/2017 | 52002 | R.P. Mills Associates, Inc. 213 N Fountain St Allentown, PA 18102 | Disb of 100.00% to Claim # | 1290-000 | (15,420.00) | | 9,254,686.86 |
| | | | Page Subtotals | | 4,893,688.37 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 395)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 17-00641 | |
| **Case Name:** Pottsville Internists Associates, Inc. | |
| **Taxpayer ID No:** **-***9850 | |
| **For Period Ending:** 6/21/2019 | |

| | |
|---|---|
| **Trustee Name:** William G. Schwab | |
| **Bank Name:** Texas Capital Bank | |
| **Account Number/CD#:** ******1813 401(K) Plan Funds | |
| **Blanket bond (per case limit):** 10,000,000.00 | |
| **Separate bond (if applicable):** 0.00 | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/10/2017 | 52003 | William G. Schwab, Trustee Fees 811-1 Blakeslee Blvd Drive East Lehighton, PA 18235 | Disb of 100.00% to Claim # Fees for 401K | 1290-000 | (10,000.00) | | 9,244,686.86 |
| 07/10/2017 | 52004 | FMTC fbo Carol Schaeffer M.D. 23 Woodlawn Dr. Schuylkill Haven, PA 17972 | Disb of 100.00% to Claim #0044 fbo Carol Schaeffer M.D. | 1290-000 | (1,345,460.81) | | 7,899,226.05 |
| 07/10/2017 | 52005 | Edward Jones fbo Susan Kuehn 99 Church Road Hegins, PA 17938 | Disb of 100.00% to Claim #0085 fbo Susan Kuehn | 1290-000 | (86,832.80) | | 7,812,393.25 |
| 07/10/2017 | 52006 | Hidden River Credit Union fbo Stacy Schwartz 553 North 3rd Street Minersville, PA 17954 | Disb of 100.00% to Claim #0157 fbo Stacy Schwartz | 1290-000 | (32,299.42) | | 7,780,093.83 |
| 07/10/2017 | 52007 | Nationwide Financial fbo Jeanette Marteusz P. O. Box 306 Middleport, PA 17953 | Disb of 100.00% to Claim #0677 fbo Jeanette Marteusz | 1290-000 | (61,298.53) | | 7,718,795.30 |
| 07/10/2017 | 52008 | Morgan Stanley Smith Barney fbo Kimberly Hashin M.D. 63 Avenue E Schuylkill Haven, PA 17972 | Disb of 100.00% to Claim #0792 fbo Kimberly Hashin M.D. | 1290-000 | (1,101,714.33) | | 6,617,080.97 |
| | | | Page Subtotals | | (2,637,605.89) | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 396)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: **17-00641** | |
| Case Name: **Pottsville Internists Associates, Inc.** | |
| Taxpayer ID No: **\*\*-\*\*\*9850** | |
| For Period Ending: **6/21/2019** | |

| | |
|---|---|
| Trustee Name: **William G. Schwab** | |
| Bank Name: **Texas Capital Bank** | |
| Account Number/CD#: **\*\*\*\*\*\*1813 401(K) Plan Funds** | |
| Blanket bond (per case limit): **10,000,000.00** | |
| Separate bond (if applicable): **0.00** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/10/2017 | 52009 | Pershing, LLC<br>fbo Patricia Bardzak<br>103 Lewis Street<br>Brockton, PA 17925 | Disb of 100.00% to Claim #0916<br>fbo Patricia Bardzak | 1290-000 | (26,233.08) | | 6,590,847.89 |
| 07/10/2017 | 52010 | Nationwide Financial<br>fbo Lou A. Sterner<br>1673 Little Mountain Rd.<br>Orwigsburg, PA 17961 | Disb of 100.00% to Claim #1134<br>fbo Lou A. Sterner | 1290-000 | (77,732.23) | | 6,513,115.66 |
| 07/10/2017 | 52011 | Ascensus Trust<br>fbo Kamia Mishra<br>1150 Sunset Drive<br>Orwigsburg, PA 17961 | Disb of 100.00% to Claim #1149<br>fbo Kamia Mishra | 1290-000 | (647,104.96) | | 5,866,010.70 |
| 07/10/2017 | 52012 | Nationwide Funds<br>fbo Ronae Kane<br>1009 E. Norwegian St.<br>Pottsville, PA 17901 | Disb of 100.00% to Claim #1412<br>fbo Ronae Kane | 1290-000 | (413.18) | | 5,865,597.52 |
| 07/10/2017 | 52013 | M&T Bank<br>fbo Deborah E. Moyer<br>124 Long AVe.<br>Orwigsburg, PA 17961 | Disb of 100.00% to Claim #1518<br>fbo Deborah E. Moyer | 1290-000 | (138,367.91) | | 5,727,229.61 |
| 07/10/2017 | 52014 | Waddell & Reed<br>fbo Toni L. McElvaney<br>504 Hardwick Green<br>Pottsville, PA 17901 | Disb of 100.00% to Claim #1565<br>fbo Toni L. McElvaney | 1290-000 | (97,907.08) | | 5,629,322.53 |
| | | | Page Subtotals | | (987,758.44) | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 397)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-00641 |
|---|---|
| Case Name: | Pottsville Internists Associates, Inc. |

| Taxpayer ID No: | **-***9850 |
| For Period Ending: | 6/21/2019 |

| Trustee Name: | William G. Schwab |
|---|---|
| Bank Name: | Texas Capital Bank |
| Account Number/CD#: | ******1813 401(K) Plan Funds |
| Blanket bond (per case limit): | 10,000,000.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/10/2017 | 52015 | BBT<br>fbo Tara L. Bolinsky<br>1206 Spring St.<br>Ashland, PA 17921 | Disb of 100.00% to Claim #1772<br>fbo Tara L. Bolinsky | 1290-000 | (8,296.63) | | 5,621,025.90 |
| 07/10/2017 | 52016 | Ameriprise Financial<br>fbo Kaitlyn Strausser<br>42 Calasis Drive<br>Reading, PA 19605 | Disb of 100.00% to Claim #1945<br>fbo Kaitlyn Strausser | 1290-000 | (6,068.42) | | 5,614,957.48 |
| *07/10/2017 | 52017 | Wells Fargo IRA<br>fbo Stephanie Shehadi<br>741 Plummer Rd., Apt 112<br>Huntsville, AL 35806 | Disb of 100.00% to Claim #1982<br>fbo Stephanie Shehadi | 1290-004 | (450.75) | | 5,614,506.73 |
| 07/10/2017 | 52018 | Edward Jones<br>fbo Linda Boltz<br>213 E. Main St.<br>Tremont, PA 17981 | Disb of 100.00% to Claim #2334<br>fbo Linda Boltz | 1290-000 | (50,045.96) | | 5,564,460.77 |
| 07/10/2017 | 52019 | BB&T Investments<br>fbo Kristine Gemmell<br>343 S. Mill St.,<br>St. Clair, PA 17970 | Disb of 100.00% to Claim #2386<br>fbo Kristine Gemmell | 1290-000 | (18,346.50) | | 5,546,114.27 |
| | | | Page Subtotals | | (83,208.26) | 0.00 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1813 401(K) Plan Funds
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/10/2017 | 52020 | Oppenheimer Funds, Inc. fbo Melissa Emert 507 McKnight St. P.O. Box 228 Gordon, PA 17936 | Disb of 100.00% to Claim #2461 fbo Melissa Emert | 1290-000 | (20,678.03) | | 5,525,436.24 |
| 07/10/2017 | 52021 | National Financial Services fbo Stanley Grabowski 463 Sunbury St., Minerville, PA 19754 | Disb of 100.00% to Claim #2730 fbo Stanley Grabowski | 1290-000 | (62,939.82) | | 5,462,496.42 |
| 07/10/2017 | 52022 | MSSBC/F fbo Francine Williamson 23 St. Ann Street Barnesville, PA 18214 | Disb of 100.00% to Claim #2783 fbo Francine Williamson | 1290-000 | (17,639.00) | | 5,444,857.42 |
| 07/10/2017 | 52023 | Prudential Mutual Fund Services LLC fbo Suzanne Canfield 578 Airport Rd Ashland, PA 17921 | Disb of 100.00% to Claim #2918 fbo Suzanne Canfield | 1290-000 | (45,621.56) | | 5,399,235.86 |
| 07/10/2017 | 52024 | N.F.S. fbo Kristen M. Brassington Zero North Main St., Mahanoy City, PA 17948 | Disb of 100.00% to Claim #3062 fbo Kristen M. Brassington | 1290-000 | (23,121.13) | | 5,376,114.73 |
| | | | Page Subtotals | | (169,999.54) | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 399)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 17-00641 | |
| **Case Name:** Pottsville Internists Associates, Inc. | |
| **Taxpayer ID No:** **-***9850 | |
| **For Period Ending:** 6/21/2019 | |

| | |
|---|---|
| **Trustee Name:** William G. Schwab | |
| **Bank Name:** Texas Capital Bank | |
| **Account Number/CD#:** ******1813 401(K) Plan Funds | |
| **Blanket bond (per case limit):** 10,000,000.00 | |
| **Separate bond (if applicable):** 0.00 | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/10/2017 | 52025 | Transamerica<br>fbo Melissa Eckert<br>PO Box 393<br>Auburn, PA 17922 | Disb of 100.00% to Claim #3218<br>fbo Melissa Eckert | 1290-000 | (2,874.97) | | 5,373,239.76 |
| 07/10/2017 | 52026 | Vanguard Target Retirement 2030 IRA<br>fbo Cynthia McGrath<br>884 East Maple Avenue<br>Pottsville, PA 17901 | Disb of 100.00% to Claim #3535<br>fbo Cynthia McGrath | 1290-000 | (6,125.42) | | 5,367,114.34 |
| 07/10/2017 | 52027 | Nationwide Financial<br>fbo Keith Stemer<br>1673 Little Mountain Rd.<br>Orwigsburg, PA 17961 | Disb of 100.00% to Claim #3666<br>fbo Keith Stemer | 1290-000 | (53,430.29) | | 5,313,684.05 |
| 07/10/2017 | 52028 | Kristina Redanauer<br>260 Indiana Ave.<br>Shenandoah, PA 17976 | Disb of 100.00% to Claim #3790 | 1290-000 | (171.66) | | 5,313,512.39 |
| 07/10/2017 | 52029 | Edward Jones<br>fbo Debra Kaleta<br>197 Greco Lane<br>M. Carmel, PA 17851 | Disb of 100.00% to Claim #3799<br>fbo Debra Kaleta | 1290-000 | (47,680.29) | | 5,265,832.10 |
| 07/10/2017 | 52030 | Ascensus Trust<br>fbo Deborah Gittleman<br>620 Hope Avenue<br>Orwingsburg, PA 17961 | Disb of 100.00% to Claim #3936<br>fbo Deborah Gittleman | 1290-000 | (32,362.03) | | 5,233,470.07 |
| | | | Page Subtotals | | (142,644.66) | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 400)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1813 401(K) Plan Funds
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/10/2017 | 52031 | Santander Bank N.A. fbo Jennifer Dahm 222 West Bertsch Street Lansford, PA 18232 | Disb of 100.00% to Claim #4380 fbo Jennifer Dahm | 1290-000 | (1,120.30) | | 5,232,349.77 |
| 07/10/2017 | 52032 | Bernstein & Company, LLC fbo Riffat Akhtar M.D. 1768 Tanglewood Road Orwigsburg, PA 17961 | Disb of 100.00% to Claim #4489 fbo Riffat Akhtar, M.D. | 1290-000 | (196,681.51) | | 5,035,668.26 |
| 07/10/2017 | 52033 | Waddell & Reed fbo Elizabeth Scheeler 104 East Mahanoy Street Mahanoy City, PA 17948 | Disb of 100.00% to Claim #5090 fbo Elizabeth Scheeler | 1290-000 | (43,191.64) | | 4,992,476.62 |
| 07/10/2017 | 52034 | Ascensus Trust fbo Denise Miller 150 James Street Philadelphia, PA 17959 | Disb of 100.00% to Claim #5107 fbo Denise Miller | 1290-000 | (391.02) | | 4,992,085.60 |
| 07/10/2017 | 52035 | Nationwide Funds fbo Nicole Sonoski 212 South Mill St. St. Clair, PA 17970 | Disb of 100.00% to Claim #5140 fbo Nicole Sonoski | 1290-000 | (9,691.08) | | 4,982,394.52 |
| 07/10/2017 | 52036 | Riverview Bank fbo Kathleen A. Deatrich 9 West Bacon St. Pottsville, PA 17901 | Disb of 100.00% to Claim #5439 fbo Kathleen A. Deatrich | 1290-000 | (1,738.49) | | 4,980,656.03 |
| | | | Page Subtotals | | (252,814.04) | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 401)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**

For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1813 401(K) Plan Funds**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/10/2017 | 52037 | Fidelity Investments<br>fbo Gloriana Petritsch<br>984 Fountain Street<br>Ashland, PA 17921 | Disb of 100.00% to Claim #5632<br>fbo Gloriana Petritsch | 1290-000 | (39,738.33) | | 4,940,917.70 |
| 07/10/2017 | 52038 | MFS Heritage Trust<br>fbo Angela Berdanier<br>58 Caroline Ave.<br>Pottsville, PA 17901 | Disb of 100.00% to Claim #5694<br>fbo Angela Berdanier | 1290-000 | (65,447.70) | | 4,875,470.00 |
| 07/10/2017 | 52039 | Oppenheimer Funds<br>fbo Mary Smith<br>214 Mill Creek Ave<br>Pottsville, PA 17901 | Disb of 100.00% to Claim #5938<br>fbo Mary Smith | 1290-000 | (712.89) | | 4,874,757.11 |
| 07/10/2017 | 52040 | Vanguard Fiduciary Trust Company<br>Custodian of Dr. George W. Heffner Jr.<br>1017 Ridgeview Dr.<br>Orwigsburg, PA 17961 | Disb of 100.00% to Claim #6559<br>Custodian of Dr. George W. Heffner Jr. | 1290-000 | (1,090,168.34) | | 3,784,588.77 |
| 07/10/2017 | 52041 | Fidelity Management Trust Co IRA<br>fbo Manojkumar Patel<br>101 Fox Ridge Drive<br>Dublin, GA 31021 | Disb of 100.00% to Claim #6680<br>fbo Manojkumar Patel | 1290-000 | (32,762.97) | | 3,751,825.80 |
| 07/10/2017 | 52042 | Nationwide Funds<br>fbo Bridget Ward<br>1571 Fair Road<br>Schuylkill Haven, PA 17972 | Disb of 100.00% to Claim #6764<br>fbo Bridget Ward | 1290-000 | (30,794.32) | | 3,721,031.48 |
| | | | Page Subtotals | | (1,259,624.55) | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 402)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1813 401(K) Plan Funds**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/10/2017 | 52043 | Great West fbo Ann Ney 127 W. Laurel Street Tremont, PA 17981 | Disb of 100.00% to Claim #6905 fbo Ann Ney | 1290-000 | (17,278.69) | | 3,703,752.79 |
| 07/10/2017 | 52044 | New York Life fbo Donna Ludwig 749 Deep Creek Rd Ashland, PA 17921 | Disb of 100.00% to Claim #7029 fbo Donna Ludwig | 1290-000 | (67,451.15) | | 3,636,301.64 |
| 07/10/2017 | 52045 | John Hancock fbo Crystal Kessock 6 Water Company Road New Boston, PA 17948 | Disb of 100.00% to Claim #7424 fbo Crystal Kessock | 1290-000 | (22,381.69) | | 3,613,919.95 |
| 07/10/2017 | 52046 | Angela Heim 55 Hawk Mountain Rd Orwigsburg, PA 17961 | Disb of 100.00% to Claim #7790 | 1290-000 | (71.33) | | 3,613,848.62 |
| 07/10/2017 | 52047 | Nationwide Funds IRA Rollover fbo Susan Tellez 1417 Bunting St. Pottsville, PA 17901 | Disb of 100.00% to Claim #7889 fbo Susan Tellez | 1290-000 | (54,629.66) | | 3,559,218.96 |
| 07/10/2017 | 52048 | Santander Bank fbo Kathleen Gustas 1745 Third Ave Pottsville, PA 17901 | Disb of 100.00% to Claim #7917 fbo Kathleen Gustas | 1290-000 | (83,505.27) | | 3,475,713.69 |
| | | | | Page Subtotals | (245,317.79) | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 403)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1813 401(K) Plan Funds**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/10/2017 | 52049 | Fidelity Investments fbo Ann Weachock 235 High Road Pottsville, PA 17901 | Disb of 100.00% to Claim #7925 fbo Ann Weachock | 1290-000 | (41,006.02) | | 3,434,707.67 |
| 07/10/2017 | 52050 | Etrade Securities LLC fbo Traci Thomas 54 Lilly Lane Pottsville, PA 17901 | Disb of 100.00% to Claim #8221 fbo Traci Thomas | 1290-000 | (47,678.47) | | 3,387,029.20 |
| 07/10/2017 | 52051 | Amrit Narula M.D. 3014 Ridgeview Ave. Orwigsburg, PA 17961 | Disb of 100.00% to Claim #8390 | 1290-000 | (34.74) | | 3,386,994.46 |
| 07/10/2017 | 52052 | Nationwide Financial fbo Shannon Kline 236 S. Second Street St. Clari, PA 17970 | Disb of 100.00% to Claim #8402 fbo Shannon Kline | 1290-000 | (33,308.27) | | 3,353,686.19 |
| 07/10/2017 | 52053 | Megan Schultz 368 Jones Street, Apt 3 Minersville, PA 17954 | Disb of 100.00% to Claim #8485 | 1290-000 | (153.11) | | 3,353,533.08 |
| 07/10/2017 | 52054 | Vanguard fbo Marilyn Homa 20 Gallo Rd. Minersville, PA 17951 | Disb of 100.00% to Claim #8602 fbo Marilyn Homa | 1290-000 | (1,639.92) | | 3,351,893.16 |

Page Subtotals     (123,820.53)     0.00

UST Form 101-7-TDR (10/1/2010) (Page 404)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1813 401(K) Plan Funds**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/10/2017 | 52055 | FMTC<br>fbo Ann Malantic-Lin M.D.<br>276 Manbeck Road<br>Robesonia, PA 19551 | Disb of 100.00% to Claim #8663<br>fbo Ann Malantic-Lin M.D. | 1290-000 | (465,573.01) | | 2,886,320.15 |
| 07/10/2017 | 52056 | Vanguard Fiduciary Trust Company<br>fbo Roxanne Purcell<br>10 Driftwood Dr.<br>Pottsville, PA 17901 | Disb of 100.00% to Claim #8798<br>fbo Roxanne Purcell | 1290-000 | (63,214.49) | | 2,823,105.66 |
| 07/10/2017 | 52057 | Vanguard IRA<br>fbo Michael McGinty<br>235 Deerfield Drive<br>Pottsville, PA 17901 | Disb of 100.00% to Claim #8924<br>fbo Michael McGinty | 1290-000 | (7,240.96) | | 2,815,864.70 |
| 07/10/2017 | 52058 | Vanguard VFTC<br>fbo Patricia Ryan<br>59 West 2nd Mountain Road<br>Pottsville, PA 17901 | Disb of 100.00% to Claim #8926<br>fbo Patricia Ryan | 1290-000 | (132,877.09) | | 2,682,987.61 |
| 07/10/2017 | 52059 | Ascensus Trust<br>fbo Darlene Yoder<br>425 S. Goodspring Road<br>Hegins, PA 17938 | Disb of 100.00% to Claim #9064<br>fbo Darlene Yoder | 1290-000 | (48,501.67) | | 2,634,485.94 |
| 07/10/2017 | 52060 | Charles Schwab & Co. Inc.<br>fbo Barbara DiCello<br>515 Lake Front Drive<br>Orwigsburg, PA 17961 | Disb of 100.00% to Claim #9143<br>fbo Barbara DiCello | 1290-000 | (285,625.93) | | 2,348,860.01 |

Page Subtotals (1,003,033.15) 0.00

UST Form 101-7-TDR (10/1/2010) (Page 405)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  17-00641
Case Name:  Pottsville Internists Associates, Inc.

Taxpayer ID No:  **-***9850
For Period Ending:  6/21/2019

Trustee Name:  William G. Schwab
Bank Name:  Texas Capital Bank
Account Number/CD#:  ******1813 401(K) Plan Funds
Blanket bond (per case limit):  10,000,000.00
Separate bond (if applicable):  0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/10/2017 | 52061 | Fidelity Investments fbo Holly Horan 10 Fir Rd. Pottsville, PA 17901 | Disb of 100.00% to Claim #9208 fbo Marilyn Homa | 1290-000 | (114,228.87) | | 2,234,631.14 |
| 07/10/2017 | 52062 | Fidelity Deposit and Discount Bank fbo Dolores Bierman 46 Condor Lane Pottsville, PA 17901 | Disb of 100.00% to Claim #9428 fbo Dolores Bierman | 1290-000 | (328,977.18) | | 1,905,653.96 |
| 07/10/2017 | 52063 | Fidelity Investments fbo Kelly McAndrew 15 Terrance Drive Mountain Top, PA 18707 | Disb of 100.00% to Claim #9538 fbo Kelly McAndrew | 1290-000 | (3,781.68) | | 1,901,872.28 |
| 07/10/2017 | 52064 | Ascensus Trust fbo Manish Mishra M.D. 4306 Brookside Court Orwigsburg, PA 17961 | Disb of 100.00% to Claim #9619 fbo Manish Mishra M.D. | 1290-000 | (140,901.70) | | 1,760,970.58 |
| 07/10/2017 | 52065 | State Farm Mutual Funds IRA fbo Danielle Doyle 839 N. Centre Street Pottsville, PA 17901 | Disb of 100.00% to Claim #9642 fbo Danielle Doyle | 1290-000 | (12,592.68) | | 1,748,377.90 |
| 07/10/2017 | 52066 | M&T Bank fbo Myra D'Angelo 502 West Arch St Frackville, PA 17931 | Disb of 100.00% to Claim #9938 fbo Myra D'Angelo | 1290-000 | (39,040.44) | | 1,709,337.46 |
| | | | Page Subtotals | | (639,522.55) | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 406)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1813 401(K) Plan Funds**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/10/2017 | 52067 | Ameriprise Trust Company<br>fbo Darcy J. Brommer<br>59 Lake Terrance Drive<br>Pine Grove, PA 17963 | Disb of 100.00% to Claim #9942<br>fbo Darcy J. Brommer | 1290-000 | (26,769.45) | | 1,682,568.01 |
| 07/10/2017 | 52068 | Bankers Life<br>fbo Rachel Stahl<br>324 E. Union Street<br>Tamaqua, PA 18252 | Disb of 100.00% to Claim #9965<br>fbo Rachel Stahl | 1290-000 | (39,629.74) | | 1,642,938.27 |
| 07/10/2017 | 52069 | Sanford Bernstein<br>fbo Tariq Hafiz M.D.<br>2401 Village Rd<br>Orwigsburg, PA 17961 | Disb of 100.00% to Claim #9966<br>fbo Tariq Hafiz M.D. | 1290-000 | (1,156,159.68) | | 486,778.59 |
| 07/10/2017 | 52070 | Morgan Stanley<br>fbo Alice Smith<br>807 Pinewood Dr.<br>Pottsville, PA 17901 | Disb of 100.00% to Claim #9992<br>fbo Alice Smith | 1290-000 | (109,876.00) | | 376,902.59 |
| 07/10/2017 | 52071 | Stacy Schwartz<br>553 North 3rd Street<br>Minersville, PA 17954 | Gross: $10,766.47 Fed: $2,153.29 | 1290-000 | (8,613.18) | | 368,289.41 |
| 07/10/2017 | 52072 | Ellen Moore<br>506 W. Race St.<br>Pottsville, PA 17901 | Gross: $174,499.90 Fed: $34,899.98 | 1290-000 | (139,599.92) | | 228,689.49 |
| | | | Page Subtotals | | (1,480,647.97) | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 407)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1813 401(K) Plan Funds**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/10/2017 | 52073 | Cassandra Shipe 328 Bridge St. Tremont, PA 17981 | Gross: $24,202.38 Fed: $5,360.25 | 1290-000 | (18,842.13) | | 209,847.36 |
| 07/10/2017 | 52074 | Tanya Meridionale 15 S Nice St Frackville, PA 17931 | Gross: $2,153.44 Fed: $861.38 | 1290-000 | (1,292.06) | | 208,555.30 |
| 07/10/2017 | 52075 | Camille Destefano 419 Coal Street Minersville, PA 17954 | Gross: $7,626.57 Fed: $1,525.31 | 1290-000 | (6,101.26) | | 202,454.04 |
| 07/10/2017 | 52076 | Jennifer Myers 19044 Venture Drive Lago Vista, TX 78645 | Gross: $2,495.44 Fed: $499.09 | 1290-000 | (1,996.35) | | 200,457.69 |
| 07/10/2017 | 52077 | Allison Bolinsky 1200 W. Oak St. Frackville, PA 17931 | Gross: $2,892.68 Fed: $578.54 | 1290-000 | (2,314.14) | | 198,143.55 |
| 07/10/2017 | 52078 | Carolyn Marsh 309 St. John St. Schuylkill Haven, PA 17972 | Gross: $1,720.11 Fed: $344.02 | 1290-000 | (1,376.09) | | 196,767.46 |
| 07/10/2017 | 52079 | Brittany Ritter 557 Suedberg Rd Pine Grove, PA 17963 | Gross: $1,760.71 Fed: $352.14 | 1290-000 | (1,408.57) | | 195,358.89 |
| | | | | Page Subtotals | (33,330.60) | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 408)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1813 401(K) Plan Funds**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/10/2017 | 52080 | Gretchen Stevenson 440 Spring Garden Street Pottsville, PA 17901 | Gross: $2,015.01 Fed: $403.00 | 1290-000 | (1,612.01) | | 193,746.88 |
| 07/10/2017 | 52081 | Robert Meridionale 15 S Nice St Frackville, PA 17931 | Gross: $40,156.43 Fed: $16,062.57 | 1290-000 | (24,093.86) | | 169,653.02 |
| 07/10/2017 | 52082 | Tammy Kaiser 404 W Market St. Orwigsburg, PA 17961 | Gross: $9,300.22 Fed: $2,389.03 | 1290-000 | (6,911.19) | | 162,741.83 |
| 07/10/2017 | 52083 | Melissa Manhart 568 High Road Pottsville, PA 17901 | Gross: $475.45 Fed: $95.09 | 1290-000 | (380.36) | | 162,361.47 |
| 07/10/2017 | 52084 | Mary A. Kane 326 Oak St. Port Carbon, PA 17965 | Gross: $2,364.50 Fed: $472.90 | 1290-000 | (1,891.60) | | 160,469.87 |
| 07/10/2017 | 52085 | Amanda Maurer 21681 Edward Drive Alva, FL 33920 | Gross: $1,767.86 Fed: $353.57 | 1290-000 | (1,414.29) | | 159,055.58 |
| 07/10/2017 | 52086 | Patricia Ryan 59 W 2nd Mountain Rd Pottsville, PA 17901 | Gross: $7,105.43 Fed: $1,421.09 | 1290-000 | (5,684.34) | | 153,371.24 |
| | | | Page Subtotals | | (41,987.65) | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 409)

**Exhibit 9**

Case No: 17-00641

Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850

For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: ******1813 401(K) Plan Funds

Blanket bond (per case limit): 10,000,000.00

Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/10/2017 | 52087 | Patricia Koshulsky<br>18 N. Crescent St.<br>Tremont, PA 17981 | Gross: $2,209.39 Fed: $441.88 | 1290-000 | (1,767.51) | | 151,603.73 |
| 07/10/2017 | 52088 | Linda Ladson<br>RR#1 Box 2092<br>92 Snow Ridge<br>Zion Grove, PA 17985 | Gross: $58,185.92 Fed: $11,637.18 | 1290-000 | (46,548.74) | | 105,054.99 |
| 07/10/2017 | | Internal Revenue Service<br>PA | Withholdings for Federal Withholding | | (79,850.31) | | 25,204.68 |
| | | | Allison Bolinsky (Fed)   (578.54) | 1290-000 | | | |
| | | | Amanda Maurer (Fed)   (353.57) | 1290-000 | | | |
| | | | Brittany Ritter (Fed)   (352.14) | 1290-000 | | | |
| | | | Camille Destefano (Fed)   (1,525.31) | 1290-000 | | | |
| | | | Carolyn Marsh (Fed)   (344.02) | 1290-000 | | | |
| | | | Cassandra Shipe (Fed)   (5,360.25) | 1290-000 | | | |
| | | | Ellen Moore (Fed)   (34,899.98) | 1290-000 | | | |
| | | | Gretchen Stevenson (Fed)   (403.00) | 1290-000 | | | |
| | | | Jennifer Myers (Fed)   (499.09) | 1290-000 | | | |
| | | | Linda Ladson (Fed)   (11,637.18) | 1290-000 | | | |

| | | | Page Subtotals | | (128,166.56) | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 410)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**

For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1813 401(K) Plan Funds**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | Mary A. Kane (Fed) (472.90) | 1290-000 | | | |
| | | | Melissa Manhart (Fed) (95.09) | 1290-000 | | | |
| | | | Patricia Koshulsky (Fed) (441.88) | 1290-000 | | | |
| | | | Patricia Ryan (Fed) (1,421.09) | 1290-000 | | | |
| | | | Robert Meridionale (Fed) (16,062.57) | 1290-000 | | | |
| | | | Stacy Schwartz (Fed) (2,153.29) | 1290-000 | | | |
| | | | Tammy Kaiser (Fed) (2,389.03) | 1290-000 | | | |
| | | | Tanya Meridionale (Fed) (861.38) | 1290-000 | | | |
| 07/18/2017 | | INCOMING WIRE TRANSFER | WIRE IN T:1607 FED # 001506 CAROL MILLER SCHAEFFER | 1290-000 | 99.11 | | 25,303.79 |
| 08/01/2017 | | OPPENHEIMER FUNDS | REFUND OF 401(K) FUNDS FOR MELISSA ERMERT (ACCT. NO. 005475470577742) | 1290-000 | 20,678.03 | | 45,981.82 |
| *08/01/2017 | 52089 | OPPENHEIMER FUNDS, INC. PO BOX 5390 DENVER, CO 80217-5390 | 401(K) DISTRIBUTION FUNDS FOR MELISSA ERMERT (ACCT. NO. 005475470577742) | 1290-004 | (20,678.03) | | 25,303.79 |
| 08/08/2017 | | BERNSTEIN | REFUND - 401(K) FUNDS | 1290-000 | 1,890.93 | | 27,194.72 |
| *09/01/2017 | [1] | HIGHMARK | ACCOUNTS RECEIVABLE | 1290-003 | 290.00 | | 27,484.72 |
| | | | | Page Subtotals | (77,570.27) | 0.00 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1813 401(K) Plan Funds**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *09/01/2017 | [1] | JACQUELYN MARTIN 5334 FOUR POINT ROAD BETHEL, PA 19507 | ACCOUNTS RECEIVABLE | 1290-003 | 3.30 | | 27,488.02 |
| *09/01/2017 | [1] | JAMES KRAUSE 242 Mohave Dr Auburn, PA 17922 | ACCOUNTS RECEIVABLE | 1290-003 | 1.26 | | 27,489.28 |
| *09/01/2017 | [1] | JEREMY SEIDERS 622 EDWARD AVE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1290-003 | 2.30 | | 27,491.58 |
| *09/01/2017 | [1] | LORRAINE MACUNAS 1248 MOUNT HOPE AVE POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1290-003 | 3.82 | | 27,495.40 |
| *09/01/2017 | [1] | PAMELA MALLICK 201 E Broad St APT 3J TAMAQUA, PA 18252 | ACCOUNTS RECEIVABLE | 1290-003 | 0.38 | | 27,495.78 |
| 09/01/2017 | | Pension Fund Transfer | | 1290-000 | 1,254.74 | | 28,750.52 |
| *09/01/2017 | [1] | PAMELA MALLICK 201 E Broad St APT 3J TAMAQUA, PA 18252 | ACCOUNTS RECEIVABLE | 1290-003 | (0.38) | | 28,750.14 |

| | | | Page Subtotals | | 1,265.42 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 412)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1813 401(K) Plan Funds
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *09/01/2017 | [1] | JEREMY SEIDERS<br>622 EDWARD AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1290-003 | (2.30) | | 28,747.84 |
| *09/01/2017 | [1] | JACQUELYN MARTIN<br>5334 FOUR POINT ROAD<br>BETHEL, PA 19507 | ACCOUNTS RECEIVABLE | 1290-003 | (3.30) | | 28,744.54 |
| *09/01/2017 | [1] | LORRAINE MACUNAS<br>1248 MOUNT HOPE AVE<br>POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1290-003 | (3.82) | | 28,740.72 |
| *09/01/2017 | [1] | JAMES KRAUSE<br>242 Mohave Dr<br>Auburn, PA 17922 | ACCOUNTS RECEIVABLE | 1290-003 | (1.26) | | 28,739.46 |
| *09/01/2017 | [1] | HIGHMARK | ACCOUNTS RECEIVABLE | 1290-003 | (290.00) | | 28,449.46 |
| *09/05/2017 | [1] | JAMES DIX<br>106 PINE RIDGE DRIVE<br>PONE GROVE, PA 17963 | ACCOUNTS RECEIVABLE | 1290-003 | 4.18 | | 28,453.64 |
| *09/05/2017 | [1] | JAMES DIX<br>106 PINE RIDGE DRIVE<br>PONE GROVE, PA 17963 | ACCOUNTS RECEIVABLE | 1290-003 | 4.18 | | 28,457.82 |
| *09/05/2017 | [1] | KATHLEEN TONE<br>823 W Norwegian St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1290-003 | 1.50 | | 28,459.32 |
| | | | Page Subtotals | | (290.82) | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 413)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1813 401(K) Plan Funds**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *09/05/2017 | [1] | MICHAEL SHPAKOVSKY 122 NORTH 7TH STREET FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1290-003 | 3.00 | | 28,462.32 |
| *09/05/2017 | [1] | BRIAN FRITZ | ACCOUNTS RECEIVABLE | 1290-003 | 3.00 | | 28,465.32 |
| *09/05/2017 | [1] | MELVA GINGRICH 13 MEADOW BROOK DRIVE SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1290-003 | 4.50 | | 28,469.82 |
| *09/05/2017 | [1] | THEODORE PALKO 13 SHADE STREET MIDDLEPORT, PA 17953 | ACCOUNTS RECEIVABLE | 1290-003 | 4.60 | | 28,474.42 |
| *09/05/2017 | [1] | E. HAINES 208 WEST OAK STREET SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1290-003 | 1.69 | | 28,476.11 |
| *09/05/2017 | [1] | CHARLES SENKUS 55 EAST WASHINGTON STREET PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1290-003 | 0.59 | | 28,476.70 |
| *09/05/2017 | [1] | DEBRA SCHANE 175 MARKET STREET CUMBOLA, PA 17930 | ACCOUNTS RECEIVABLE | 1290-003 | 1.69 | | 28,478.39 |
| *09/05/2017 | [1] | FRANCIS TRYNOSKY 248 SOUTH MIDDLE STREET FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1290-003 | 1.69 | | 28,480.08 |

Page Subtotals    20.76    0.00

UST Form 101-7-TDR (10/1/2010) (Page 414)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: ******1813 401(K) Plan Funds
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *09/05/2017 | [1] | CAROL MAJIKAS 1238 Pottsville St Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1290-003 | 4.62 | | 28,484.70 |
| *09/05/2017 | [1] | SANDRA SCHLEMMER 330 WEST CENTRE STREET SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1290-003 | 1.18 | | 28,485.88 |
| *09/05/2017 | [1] | LUANNE ZAHORCHAK 598 CALIFORNIA AVE SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1290-003 | 2.50 | | 28,488.38 |
| *09/05/2017 | [1] | SUSAN TRESHOCK 90 RAVEN RUN ROAD LOST CREEK, PA 17946 | ACCOUNTS RECEIVABLE | 1290-003 | 1.69 | | 28,490.07 |
| *09/05/2017 | [1] | ALFRED DEVITO 130 SOUTH 2ND STREET FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1290-003 | 1.69 | | 28,491.76 |
| *09/05/2017 | [1] | PATRICIA ROEDER 125 NORTH WEST STREET SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1290-003 | 3.60 | | 28,495.36 |
| *09/05/2017 | [1] | GERALDINE SALATA 147 S Nicholas St Saint Clair, PA 17970 | ACCOUNTS RECEIVABLE | 1290-003 | 4.64 | | 28,500.00 |
| | | | Page Subtotals | | 19.92 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 415)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1813 401(K) Plan Funds
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *09/05/2017 | [1] | GERALDINE SALATA<br>147 S Nicholas St<br>Saint Clair, PA 17970 | ACCOUNTS RECEIVABLE | 1290-003 | (4.64) | | 28,495.36 |
| *09/05/2017 | [1] | PATRICIA ROEDER<br>125 NORTH WEST STREET<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1290-003 | (3.60) | | 28,491.76 |
| *09/05/2017 | [1] | SUSAN TRESHOCK<br>90 RAVEN RUN ROAD<br>LOST CREEK, PA 17946 | ACCOUNTS RECEIVABLE | 1290-003 | (1.69) | | 28,490.07 |
| *09/05/2017 | [1] | LUANNE ZAHORCHAK<br>598 CALIFORNIA AVE<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1290-003 | (2.50) | | 28,487.57 |
| *09/05/2017 | [1] | CAROL MAJIKAS<br>1238 Pottsville St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1290-003 | (4.62) | | 28,482.95 |
| *09/05/2017 | [1] | SANDRA SCHLEMMER<br>330 WEST CENTRE STREET<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1290-003 | (1.18) | | 28,481.77 |
| *09/05/2017 | [1] | DEBRA SCHANE<br>175 MARKET STREET<br>CUMBOLA, PA 17930 | ACCOUNTS RECEIVABLE | 1290-003 | (1.69) | | 28,480.08 |
| | | | Page Subtotals | | (19.92) | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 416)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1813 401(K) Plan Funds
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *09/05/2017 | [1] | CHARLES SENKUS<br>55 EAST WASHINGTON STREET<br>PORT CARBON, PA 17965 | ACCOUNTS RECEIVABLE | 1290-003 | (0.59) | | 28,479.49 |
| *09/05/2017 | [1] | E. HAINES<br>208 WEST OAK STREET<br>SHENANDOAH, PA 17976 | ACCOUNTS RECEIVABLE | 1290-003 | (1.69) | | 28,477.80 |
| *09/05/2017 | [1] | THEODORE PALKO<br>13 SHADE STREET<br>MIDDLEPORT, PA 17953 | ACCOUNTS RECEIVABLE | 1290-003 | (4.60) | | 28,473.20 |
| *09/05/2017 | [1] | JAMES DIX<br>106 PINE RIDGE DRIVE<br>PONE GROVE, PA 17963 | ACCOUNTS RECEIVABLE | 1290-003 | (4.18) | | 28,469.02 |
| *09/05/2017 | [1] | ALFRED DEVITO<br>130 SOUTH 2ND STREET<br>FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1290-003 | (1.69) | | 28,467.33 |
| *09/05/2017 | [1] | MICHAEL SHPAKOVSKY<br>122 NORTH 7TH STREET<br>FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1290-003 | (3.00) | | 28,464.33 |
| *09/05/2017 | [1] | FRANCIS TRYNOSKY<br>248 SOUTH MIDDLE STREET<br>FRACKVILLE, PA 17931 | ACCOUNTS RECEIVABLE | 1290-003 | (1.69) | | 28,462.64 |
| | | | Page Subtotals | | (17.44) | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 417)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1813 401(K) Plan Funds
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *09/05/2017 | [1] | MELVA GINGRICH<br>13 MEADOW BROOK DRIVE<br>SCHUYLKILL HAVEN, PA 17972 | ACCOUNTS RECEIVABLE | 1290-003 | (4.50) | | 28,458.14 |
| *09/05/2017 | [1] | BRIAN FRITZ | ACCOUNTS RECEIVABLE | 1290-003 | (3.00) | | 28,455.14 |
| *09/05/2017 | [1] | KATHLEEN TONE<br>823 W Norwegian St<br>Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1290-003 | (1.50) | | 28,453.64 |
| *09/05/2017 | [1] | JAMES DIX<br>106 PINE RIDGE DRIVE<br>PONE GROVE, PA 17963 | ACCOUNTS RECEIVABLE | 1290-003 | (4.18) | | 28,449.46 |
| *09/06/2017 | | OPPENHEIMER FUNDS, INC.<br>PO BOX 5390<br>DENVER, CO 80217-5390 | Stop Payment on Check 52089 | 1290-004 | 20,678.03 | | 49,127.49 |
| 09/07/2017 | 52090 | VANGUARD FUNDS FBO MELISSA HARRIS<br>507 MCKNIGHT STREET<br>PO BOX 228<br>GORDON, PA 17936 | 401(K) DISTRIBUTION PAYMENT | 1290-000 | (20,678.03) | | 28,449.46 |
| *09/08/2017 | [1] | CAPITAL BLUE | ACCOUNTS RECEIVABLE | 1290-003 | 58.62 | | 28,508.08 |
| *09/13/2017 | [1] | CAPITAL BLUE | ACCOUNTS RECEIVABLE | 1290-003 | (58.62) | | 28,449.46 |
| | | | Page Subtotals | | (13.18) | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 418)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1813 401(K) Plan Funds
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *09/19/2017 | [1] | LOUISE BALICKI 1416 SENECA STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1290-003 | 15.00 | | 28,464.46 |
| *09/19/2017 | [1] | HEATHER GEIST 1607 CREEK ROAD PITMAN , PA 17964 | ACCOUNTS RECEIVABLE | 1290-003 | 17.48 | | 28,481.94 |
| *09/19/2017 | [1] | H. KESTEN 400 Laurel Blvd Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1290-003 | 1.60 | | 28,483.54 |
| *09/19/2017 | [1] | JOSEPH CAREYVA 25 GREEN MOUNTAIN ROAD RONGTOWN, PA 17967 | ACCOUNTS RECEIVABLE | 1290-003 | 1.69 | | 28,485.23 |
| *09/19/2017 | [1] | H. KESTEN 400 Laurel Blvd Pottsville, PA 17901 | ACCOUNTS RECEIVABLE | 1290-003 | (1.60) | | 28,483.63 |
| *09/19/2017 | [1] | LOUISE BALICKI 1416 SENECA STREET POTTSVILLE, PA 17901 | ACCOUNTS RECEIVABLE | 1290-003 | (15.00) | | 28,468.63 |
| *09/19/2017 | [1] | HEATHER GEIST 1607 CREEK ROAD PITMAN , PA 17964 | ACCOUNTS RECEIVABLE | 1290-003 | (17.48) | | 28,451.15 |
| | | | Page Subtotals | | 1.69 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 419)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**
Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**
For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**
Bank Name: **Texas Capital Bank**
Account Number/CD#: **\*\*\*\*\*\*1813 401(K) Plan Funds**
Blanket bond (per case limit): **10,000,000.00**
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *09/19/2017 | [1] | JOSEPH CAREYVA 25 GREEN MOUNTAIN ROAD RONGTOWN, PA 17967 | ACCOUNTS RECEIVABLE | 1290-003 | (1.69) | | 28,449.46 |
| 09/25/2017 | 52091 | William G. Schwab, Trustee Fees 811-1 Blakeslee Blvd Drive East Lehighton, PA 18235 | OVER-PAYMENT OF 401(K) ACCOUNT | 1290-000 | (27,089.68) | | 1,359.78 |
| *10/06/2017 | [24] | CAROL MILLER SCHAEFFER,M.D. 23 WOODLAWN DRIVE SCHUYLKILL HAVEN, PA 17972 | DR.LITIGATION- SETTLEMENT PROCEEDS FOR CLAIM # 24 | 1290-003 | 42,000.00 | | 43,359.78 |
| *10/06/2017 | [24] | KAMLA MISHRA, M.D. 1150 SUNSET DRIVE ORWIGSBURG, PA 17961 | DR.LITIGATION- SETTLEMENT PROCEEDS FOR CLAIM # 24 | 1290-003 | 42,000.00 | | 85,359.78 |
| *10/06/2017 | [24] | KAMLA MISHRA, M.D. 1150 SUNSET DRIVE ORWIGSBURG, PA 17961 | DR.LITIGATION- SETTLEMENT PROCEEDS FOR CLAIM # 24 | 1290-003 | (42,000.00) | | 43,359.78 |
| *10/06/2017 | [24] | CAROL MILLER SCHAEFFER,M.D. 23 WOODLAWN DRIVE SCHUYLKILL HAVEN, PA 17972 | DR.LITIGATION- SETTLEMENT PROCEEDS FOR CLAIM # 24 | 1290-003 | (42,000.00) | | 1,359.78 |
| *10/13/2017 | [17] | NEUFELD SCHECK & BRUSTIN, LLP 99 HUDSON STREET NEW YORK, NY 100013 | MEDICAL RECORDS FOR ANN HATCHETT | 1290-003 | 51.39 | | 1,411.17 |

Page Subtotals: (27,039.98) 0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **17-00641**

Case Name: **Pottsville Internists Associates, Inc.**

Taxpayer ID No: **\*\*-\*\*\*9850**

For Period Ending: **6/21/2019**

Trustee Name: **William G. Schwab**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*1813 401(K) Plan Funds**

Blanket bond (per case limit): **10,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *10/13/2017 | | Wells Fargo IRA<br>fbo Stephanie Shehadi<br>741 Plummer Rd., Apt 112<br>Huntsville, AL 35806 | Disb of 100.00% to Claim #1982<br>fbo Stephanie Shehadi | 1290-004 | 450.75 | | 1,861.92 |
| *10/13/2017 | [17] | NEUFELD SCHECK & BRUSTIN, LLP<br>99 HUDSON STREET<br>NEW YORK, NY 100013 | MEDICAL RECORDS FOR ANN HATCHETT | 1290-003 | (51.39) | | 1,810.53 |
| 10/30/2017 | 52092 | Wells Fargo IRA<br>FBO STEPHANIE SHEHADI<br>741 Plummer Rd., Apt 112<br>Huntsville, AL 35806 | RE-ISSUED Disbursement of 100.00% to Claim #1982<br>(fbo Stephanie Shehadi) | 1290-000 | (450.75) | | 1,359.78 |
| 11/28/2017 | | SEC V MOZILO FAIR FUND<br>C/O RUST CONSULTING, INC.<br>P.O. BOX 8045<br>FAIRBAULT, MN 55021 | DISTRIBUTION FROM FAIR FUND, INVESTMENT IN COUNTRYWIDE FINANCIAL CORP FOR A. NARULA, S. SHAH AND M. MALIK, | 1290-000 | 37.75 | | 1,397.53 |
| 11/28/2017 | | SEC V MOZILO FAIR FUND<br>C/O RUST CONSULTING, INC.<br>P.O. BOX 8045<br>FAIRBAULT, MN 55021 | DISTRIBUTION FROM FAIR FUND, INVESTMENT IN COUNTRYWIDE FINANCIAL CORP FOR M. MUNIR, A. NARULA AND S. SHAH, TTEE | 1290-000 | 283.15 | | 1,680.68 |
| 11/28/2017 | | BOA SECURITIES CLASS ACTION SETTLEMENT FUND<br>P.O,. BOX 9876<br>DUBLIN, OH 43017 | PRO RATA SHARE OF SECOND DISTRIBUTION FROM BANK OF AMERICA CORP FOR A. NARULA, S.SHAH AND M. MALIK, TTEE | 1290-000 | 35.91 | | 1,716.59 |

Page Subtotals     305.42     0.00

UST Form 101-7-TDR (10/1/2010) (Page 421)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00641
Case Name: Pottsville Internists Associates, Inc.

Taxpayer ID No: **-***9850
For Period Ending: 6/21/2019

Trustee Name: William G. Schwab
Bank Name: Texas Capital Bank
Account Number/CD#: ******1813 401(K) Plan Funds
Blanket bond (per case limit): 10,000,000.00
Separate bond (if applicable): 0.00

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | 5 Uniform Trans. Code | Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 11/28/2017 | | BOA SECURITIES CLASS ACTION SETTLEMENT FUND P.O.. BOX 9876 DUBLIN, OH 43017 | PRO RATA SHARE OF SECOND DISTRIBUTION FROM BANK OF AMERICA CORP FOR M. MUNIR, A. NARULA, S,SHAH AND M. MALIK, TTEES | 1290-000 | 173.55 | | 1,890.14 |
| 11/29/2017 | | BOA SECURTIES CLASS ACTION SETTLEMENT FUND DUBLIN, OH 43017 | ADJUSTMENT TO DEPOSIT NO. 40 (logged in wrong dollar amount) ( PRO RATA SHARE OF SECOND DISTRIBUTION FROM BANK OF AMERICA CORP FOR M. MUNIR, A. NARULA, S,SHAH AND M. MALIK, TTEES) | 1290-000 | (1.00) | | 1,889.14 |
| *03/05/2018 | [17] | MEDICAL LEGAL REPRODUCTIONS 4940 Disston St Philadelphia, PA 19135 | MEDICAL RECORDS FOR HEATHER MALEY | 1290-003 | 114.01 | | 2,003.15 |
| *03/05/2018 | [17] | MEDICAL LEGAL REPRODUCTIONS 4940 Disston St Philadelphia, PA 19135 | MEDICAL RECORDS FOR HEATHER MALEY | 1290-003 | (114.01) | | 1,889.14 |
| *04/06/2018 | [25] | VALLEY KIDNEY SPECIALIST,P.C. 1230 SOUTH CEDAR CREST BLVD SUITE 301 ALLENTOWN, PA 18103 | SETTLEMENT ON VALLEY KIDNEYS SPECIAL,P.C. PER COURT ORDER DATED 03-19-18 | 1290-003 | 40,000.00 | | 41,889.14 |
| *04/06/2018 | [25] | VALLEY KIDNEY SPECIALIST,P.C. 1230 SOUTH CEDAR CREST BLVD SUITE 301 ALLENTOWN, PA 18103 | SETTLEMENT ON VALLEY KIDNEYS SPECIAL,P.C. PER COURT ORDER DATED 03-19-18 | 1290-003 | (40,000.00) | | 1,889.14 |

Page Subtotals  172.55  0.00

UST Form 101-7-TDR (10/1/2010) (Page 422)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: **17-00641** | Trustee Name: **William G. Schwab** |
| Case Name: **Pottsville Internists Associates, Inc.** | Bank Name: **Texas Capital Bank** |
| | Account Number/CD#: ********1813 401(K) Plan Funds** |
| Taxpayer ID No: **\*\*-\*\*\*9850** | Blanket bond (per case limit): **10,000,000.00** |
| For Period Ending: **6/21/2019** | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/16/2018 | 52093 | FLASTER GREENBERG, PC 1835 MARKET ST. SUITE 1050 PHILADELPHIA, PA 19103 | PROFESSIONAL FEES FOR SERVICES (BILL #331300; FROM 8/9/17 THROUGH 1/22/18) | 1290-000 | (1,889.14) | | 0.00 |

|  | | |
|---|---|---|
| Page Subtotals | (1,889.14) | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | (0.00) | 0.00 |
| Less:Bank Transfer/CD's | 5,637.87 | 0.00 |
| SUBTOTALS | (5,637.87) | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | (5,637.87) | 0.00 |

| | |
|---|---|
| All Accounts Gross Receipts: | 966,796.26 |
| All Accounts Gross Disbursements: | 966,796.26 |
| All Accounts Net: | 0.00 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******1797 Checking Account | 844,501.20 | 838,863.33 | |
| ******1813 401(K) Plan Funds | -5,637.87 | 0.00 | |
| **Net Totals** | 838,863.33 | 838,863.33 | 0.00 |

**Exhibit 9**